## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| EVAN PHILLIP JOWERS, | : | CASE NO. 24-13584-MAM |
| | : | |
| DEBTOR. | : | |

## NOTICE OF APPEARANCE

Comes now Martin P. Ochs and gives notice of his appearance on behalf of Mary Ida Townson, United States Trustee for Region 21.

I hereby certify that I am admitted to the Bars of the States of Georgia and New York and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to attorneys representing the United States government.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By: /s/
Martin P. Ochs
Georgia Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov