## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Evan | Phillip | Jowers |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | | Unsecured claim |
|---|---|---|---|---|

**1**

Counsel Holdings
Creditor's Name
824 W. 10th Street
Number          Street
Suite 200

Austin                    TX        78701
City                          State       ZIP Code

Robert Kinney
Contact

512.233.0280
Contact phone

What is the nature of the claim? civil judgement

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:           − $_____
        Unsecured claim                $_____

$_____ 7 million +

**2**

Nelnet (Federal Student Loans)
Creditor's Name
PO Box 2837
Number          Street

Portland                  OR        97208
City                          State       ZIP Code

Contact

888 486 4722
Contact phone

What is the nature of the claim? Federal Direct Student Loans

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:           − $_____
        Unsecured claim                $_____

$_____ 120,000 approx.

Debtor 1    **Evan**       **Phillip**       **Jowers**       Case number *(if known)* _____

First Name     Middle Name     Last Name

**Unsecured claim**

---

**3**   **Internal Revenue Service**

Creditor's Name

| | |
|---|---|
| Number | Street |

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Federal Taxes**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security: − $_____
  - Unsecured claim   $_____

$    **53,000 approx.**

---

**4**   **Chase Bank**

Creditor's Name

**270 Park Avenue**

Number    Street

**New York**     **NY**

City    State    ZIP Code

Contact

**18004323117**

Contact phone

What is the nature of the claim? **credit card**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security: − $_____
  - Unsecured claim   $_____

$    **80,000 approx.**

---

**5**   **Michael Carr**

Creditor's Name

**4 17th Ave S**

Number    Street

**Lake Worth Beach**   **FL**   **33460**

City    State    ZIP Code

**Michael Carr**

Contact

**813.787.3282**

Contact phone

What is the nature of the claim? **personal loan**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes. Total claim (secured and unsecured):   $ **100000**
  - Value of security: − $ **120,000**
  - Unsecured claim   $ **0**

$    **100,000**

---

**6**   **Wells Fargo**

Creditor's Name

**420 Montgomery St**

Number    Street

**San Francisco**   **CA**   **94104**

City    State    ZIP Code

Contact

**1 800 289 8004**

Contact phone

What is the nature of the claim? **Auto financing**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes. Total claim (secured and unsecured):   $ **70,000**
  - Value of security: − $ **90,000**
  - Unsecured claim   $ **0**

$    **70,000 approx**

---

**7**   **Audi Financial**

Creditor's Name

| | |
|---|---|
| Number | Street |

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Auto lease**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security: − $_____
  - Unsecured claim   $_____

$    **23,000 approx**

---

| Debtor 1 | Evan | Phillip | Jowers | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

---

**8** American Express
Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** credit card

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____
  - Value of security: − $____
  - Unsecured claim $____

$ 25,000 approx.

---

**9** Small Business Association
Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** EIDL loans

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____
  - Value of security: − $____
  - Unsecured claim $____

$ 70,000 approx.

---

**10** Capital One
Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** credit card

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____
  - Value of security: − $____
  - Unsecured claim $____

$ 10,000 approx.

---

**11** Barclays
Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** credit card

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____
  - Value of security: − $____
  - Unsecured claim $____

$ 3200 approx

---

**12** Credit One
Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** credit card

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____
  - Value of security: − $____
  - Unsecured claim $____

$ 4,000 approx

---

| Debtor 1 | Evan | Phillip | Jowers | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | Unsecured claim |
|---|---|---|---|

**13** CITI
Creditor's Name

Number    Street
_____
_____
City         State      ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?** credit card

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
    - Value of security:   − $_____
    - Unsecured claim   $_____

$   4,000 approx

---

**14** Bloomingdales
Creditor's Name

Number    Street
_____
_____
City         State      ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?** credit card

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
    - Value of security:   − $_____
    - Unsecured claim   $_____

$   1,200 approx.

---

**15** Merrick Bank
Creditor's Name

Number    Street
_____
_____
City         State      ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?** credit card

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
    - Value of security:   − $_____
    - Unsecured claim   $_____

$   2,000 approx.

---

**16** Affirm Inc.
Creditor's Name

Number    Street
_____
_____
City         State      ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?** credit for purchase

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
    - Value of security:   − $_____
    - Unsecured claim   $_____

$   1,000 approx.

---

**17** Allstate Car Insurance
Creditor's Name

Number    Street
_____
_____
City         State      ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?** car insurance

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
    - Value of security:   − $_____
    - Unsecured claim   $_____

$   1700 approx.

---

Debtor 1     Evan        Phillip        Jowers        Case number (if known)_____
       First Name      Middle Name      Last Name

**Unsecured claim**

---

**18**

Creditor's Name

Number      Street

City        State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:     −   $_____
     Unsecured claim       $_____

---

**19**

Creditor's Name

Number      Street

City        State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:     −   $_____
     Unsecured claim       $_____

---

**20**

Creditor's Name

Number      Street

City        State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:     −   $_____
     Unsecured claim       $_____

---

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _____     ✗ _____
Signature of Debtor 1               Signature of Debtor 2

Date 04 / 15 / 2024         Date _____
     MM / DD / YYYY                MM / DD / YYYY

---