UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EVAN PHILLIP JOWERS            Case No.: 24-13584-MAM

Chapter 11

     Debtor.
_____/

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Jason E. Slatkin, Esq. of Lorium Law, on behalf of creditor, Counsel Holdings, Inc., and pursuant to Bankruptcy Rule 9010, hereby enters his appearance in the above-captioned case and request that notice of all matters herein be duly served on him at the address set forth below.

Request is hereby also made for timely service of copies of all papers, including, but not limited to, reports, pleadings, motions, answering or reply papers, applications or petitions, disclosure statements, plan, schedules and any other documents filed in the above-captioned case.

Dated this 16th day of April, 2024.

                                     **LORIUM LAW**
                                     *Attorneys for Counsel Holdings, Inc.*
                                     101 Northeast Third Avenue, Suite 1800
                                     Fort Lauderdale, Florida 33301
                                     Telephone: (954) 462-8000
                                     Facsimile: (954) 462-4300

                                     By: /s/ Jason E. Slatkin
                                         JASON E. SLATKIN
                                         Florida Bar No: 040370
                                         jslatkin@loriumlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties listed on the attached Service List on this 16th day of April, 2024.

/s/ Jason E. Slatkin
Jason E. Slatkin

## SERVICE LIST

Zachary Z. Zermay, Esq. - zach@zermaylaw.com

Office of the US Trustee - USTPRegion21.MM.ECF@usdoj.gov

Martin P. Ochs, Esq. - martin.p.ochs@usdoj.gov

7631.001