# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

_____ Division

In re: Evan Phillip Jowers

Case No. 24-13584-MAM
Chapter 11

_____ Debtor ____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Evan Phillip Jowers, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): April 15, 2024

2. Names, case numbers and dates of filing of related debtors: N/A.

3. Description of debtor's business: Attorney Recruiting / Placements

4. Locations of debtor's operations and whether the business premises are leased or owned: There are no offices leased or owned. Debtor is engaged in Florida and Hong Kong based recruiting operations.

5. Reasons for filing chapter 11: Civil judgment for over $7 million for allegedly violating terms of a Florida noncompete agreement from 2006.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: N/A.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

8. Amounts owed to various creditors: Roughly $7,500,000.

    a. Obligations owed to priority creditors including priority tax obligations: $325,000

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, Michael Carr; $225,000 owed secured by 2018 G65 Mercedes (approx value $120,000) and 2 watches (approx. value $16,000); 2 pieces of furniture (approx. value $14,000), and 3 Blue Dog prints (approx. value $15,000); Alex Almazan, $30,000 owed, secured by 2018 G65 Mercedes (approx. value $120,000)  Wells Fargo $70,000 owed, financing on 2018 G65 Mercedes. secured by lien on 2018 G65 Mercedes (approx value $120,000) and

c. Amount of unsecured claims: Roughly $7,175,000

9. General description and approximate value of the debtor's assets: One car, several pieces of jewelry, several pieces of art, some furniture. Approximate $200,000.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires; Geico car insurance. Leased 2023 Audi Q5 and Owned 2018 G65 Mercedes. Premium is current; policy number is 614-937-2028; Next premium due May 6, 2024; limits are $50,000/ $100,000 for each vehicle.

11. Number of employees and amounts of wages owed as of petition date: N/A.

12. Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): N/A.

13. Anticipated emergency relief to be requested within 14 days from the petition date: Unknown; but given the developments from the Federal Trade Commission, Petitioner may request relief based on its actions.

/s/Evan Phillip Jowers
Signature
Evan Phillip Jowers
(Name of Corporate Officer or Authorized Representative)

Signature
Zachary Z Zermay; 3000 Coral Way, Suite 1115, Coral Way Coral Gables FL, 33145
Name and Address of Debtor's Attorney

1002905

Florida Bar No.

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.