United States Bankruptcy Court

Southern District of Florida

In re:                                                                                                                                              Case No. 24-13584-MAM

Evan Phillip Jowers                                                                                                                 Chapter 11

      Debtor

## CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 309E1 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evan Phillip Jowers, 4 17th Ave S, Lake Worth, FL 33460-5804 |
| aty | + | Jason Slatkin, Esq., Lorium Law, 101 NE 3rd Avenue Suite 1800, Fort Lauderdale, FL 33301-1252 |
| cr | + | Counsel Holdings, Inc., c/o Lorium Law, 101 NE 3rd Avenue, Suite 1800, Fort Lauderdale, FL 33301-1252 |
| 97333999 | + | Allstate Car Insurance, 1501 N Plano Rd Suite 100, Richardson, TX 75081-2493 |
| 97333994 | + | Barclays, P.O. Box 70378, Philadelphia, PA 19176-0378 |
| 97333996 |   | Bloomingdales, Lexington Ave, New York, NY 10022 |
| 97333984 | + | Counsel Holdings, Inc., 824 W. 10th St., Suite 200, Austin, TX 78701-2040 |
| 97333988 | + | Michael Carr, 4 17th Ave S., Lake Worth Beach, FL 33460-5804 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Apr 16 2024 22:19:00 | Martin P Ochs, Office of the US Trustee, 75 Ted Turner Drive, Suite 362, Atlanta, GA 30303-3330 |
| aty |   | Email/Text: zach@zermaylaw.com | Apr 16 2024 22:18:00 | Zachary Z Zermay, 3000 Coral Way., Ste. 1115, Miami, FL 33905 |
| smg |   | EDI: FLDEPREV.COM | Apr 17 2024 02:12:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg |   | EDI: IRS.COM | Apr 17 2024 02:12:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 16 2024 22:19:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97333998 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 16 2024 22:44:45 | Affirm Inc., 650 California Street., 12th floor, San Francisco, CA 94108-2716 |
| 97333991 | + | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 22:45:13 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 97333990 | + | Email/Text: vci.bkcy@vwcredit.com | Apr 16 2024 22:19:00 | Audi Financial, PO Box 0549, Carol Stream, IL 60132-0549 |
| 97333993 |   | EDI: CAPITALONE.COM | Apr 17 2024 02:12:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 97333995 | + | EDI: CITICORP | Apr 17 2024 02:12:00 | Citi Bank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 97333987 |   | EDI: JPMORGANCHASE | Apr 17 2024 02:12:00 | Chase Bank, 270 Park Avenue, New York, NY 10172 |
| 97333997 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2024 22:30:09 | Merrick Bank, 10705 S. Jordan Gateway #200, South Jordan, UT 84095-3977 |
| 97333985 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 16 2024 22:19:00 | Nelnet, PO Box 2837, Portland, OR 97208-2837 |
| 97333992 | + | Email/Text: bankruptcynotices@sba.gov | Apr 16 2024 22:18:00 | U.S. Small Business Administration, 409 3rd St., SW, Washington, D.C. 20416-0002 |

| District/off: 113C-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 309E1 | Total Noticed: 23 |

97333989          + EDI: WFFC2
                                                    Apr 17 2024 02:12:00      Wells Fargo, 420 Montgomery St., San Fransico, CA 94104-1298

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97333880 | | Counsel Holdings, Incorporated |
| 97333886 | | Internal Revenue Service |
| 97333986 | * | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024                    Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason Slatkin, Esq. | on behalf of Creditor Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Zachary Z Zermay | on behalf of Debtor Evan Phillip Jowers zach@zermaylaw.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Evan Phillip Jowers<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5913<br>EIN: 85–0504282 |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter: 11   4/15/24 |
| Case number: | 24–13584–MAM | |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See boxes 7 and 9 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**

**To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**WARNING TO DEBTOR:** WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Evan Phillip Jowers | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 4 17th Ave S<br>Lake Worth, FL 33460 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Zachary Z Zermay<br>3000 Coral Way., Ste. 1115<br>Miami, FL 33905 | Contact phone  239–699–3107 |
| 5. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact phone (561) 514–4100 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings.<br><br>Clerk of Court:  **Joseph Falzone**<br>Dated: **4/16/24** |
| 6. | * MEETING OF CREDITORS * May 14, 2024 at 03:30 PM | | *MEETING WILL BE HELD BY TELEPHONE* |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee:  Office of the US Trustee**<br>Call in number:  866–774–1822<br>Participant Code:  4573853 |

Local Form 309E1 USBC SDFL (For Individuals or Joint Debtors) (06/14/2021)    Notice of Chapter 11 Bankruptcy Case    page 1

Debtor **Evan Phillip Jowers**                                                                                                     Case number **24–13584–MAM**

| 7. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient. See box 9 for more information. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or - if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **Filing deadline for complaint under §1141(d)(3):** First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints:    07/15/2024** |
|---|---|---|---|
|   | **When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadline for filing proof of claim:    6/24/24** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: - your claim is designated as *disputed*, *contingent*, or *unliquidated*; - you file a proof of claim in a different amount; or - you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1). **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | For a governmental unit:    **10/15/24** |
|   |   | **Deadline to object to exemptions:** The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless is otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| 8. | **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 9. | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline in box 7. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. Prior to receiving a discharge, the debtor must file and serve the Local Form "Notice of Deadline to Object to Debtor's Statement Re: 11 U.S.C. §522(q)(1) Applicability, Payment of Domestic Support Obligations, and [For Chapter 11 Cases Only] Applicability of Financial Management Course and Statement Regarding Eligibility to Receive a Discharge", as required under Local Rule 4004–3(A)(4). | |
| 10. | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov. **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 11. | **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |