United States Bankruptcy Court
Southern District of Florida

In re:            Case No. 24-13584-MAM
Evan Phillip Jowers            Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: admin      Page 1 of 1
Date Rcvd: Apr 16, 2024      Form ID: CGFD108      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evan Phillip Jowers, 4 17th Ave S, Lake Worth, FL 33460-5804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason Slatkin, Esq. | on behalf of Creditor Counsel Holdings Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Zachary Z Zermay | on behalf of Debtor Evan Phillip Jowers zach@zermaylaw.com |

TOTAL: 4

CGFD108 (12/01/20)



**ORDERED in the Southern District of Florida on April 16, 2024**



_____
**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 24−13584−MAM**

**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Evan Phillip Jowers
4 17th Ave S
Lake Worth, FL 33460

SSN: xxx−xx−5913 EIN: 85−0504282

## ORDER AUTHORIZING INDIVIDUAL CHAPTER 11 DEBTOR(S) TO MANAGE FINANCIAL AFFAIRS

   **THIS MATTER** came before the Court upon the petition filed on **April 15, 2024**. This Court finds that, pending further order of this Court, the Debtor(s)−in−Possession should be authorized to manage his/her financial affairs and substitute debtor−in−possession bank accounts for pre−petition bank accounts, in accordance with §§1107 and 1108, or §1184, as applicable, of Title 11, United States Code. Accordingly, it is

   **ORDERED** that:

1.   Absent further order of the Court, the Debtor(s) will continue in possession and control of his/her property and, as debtor(s)−in−possession, is/are authorized to manage his/her financial affairs and property, and has/have the powers of a trustee to the extent provided by 11 U.S.C. §§1107 and 1108, or §1184, as applicable.

2.   The debtor(s)−in−possession, consistent with 11 U.S.C. §345 of the Bankruptcy Code, is/are authorized to open and maintain bank accounts for the deposit, investments, and disbursement of monies of the estate.

### # # #

The clerk shall serve a copy of this order on the Debtor and, if applicable, Attorney for Debtor.