United States Bankruptcy Court
Southern District of Florida

In re:                                                                                          Case No. 24-13584-MAM

Evan Phillip Jowers                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-9                          User: admin                                   Page 1 of 1

Date Rcvd: Apr 16, 2024                  Form ID: CGFI2                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

**Recip ID              Recipient Name and Address**
db                           + Evan Phillip Jowers, 4 17th Ave S, Lake Worth, FL 33460-5804

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:**

**Name                          Email Address**

Jason Slatkin, Esq.
                                          on behalf of Creditor Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Martin P Ochs
                                          on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov

Office of the US Trustee
                                          USTPRegion21.MM.ECF@usdoj.gov

Zachary Z Zermay
                                          on behalf of Debtor Evan Phillip Jowers zach@zermaylaw.com

TOTAL: 4

CGFI2 (06/27/22)

# United States Bankruptcy Court
### Southern District of Florida
#### www.flsb.uscourts.gov

**Case Number: 24–13584–MAM**

**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Evan Phillip Jowers
4 17th Ave S
Lake Worth, FL 33460
SSN: xxx–xx–5913 EIN: 85–0504282

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **April 15, 2024**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

     **Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
     **Deadline to correct deficiency: 4/29/24**

          Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information

          Official Bankruptcy Form 106A/B, Schedule A/B: Property

          Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt

          Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property

          Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims

          Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases

          Official Bankruptcy Form 106H, Schedule H: Your Codebtors

          Official Bankruptcy Form 106I, Schedule I: Your Income

          Official Bankruptcy Form 106J, Schedule J: Your Expenses
          **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2

     **Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules) was not filed or was not signed. See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D).
     **Deadline to correct deficiency: 4/29/24**

        ☐  Declaration not filed

        ☐  Declaration not signed

        ☑  Declaration must be filed with deficient schedules listed above

     **Statement of Financial Affairs** (Official Bankruptcy Form 107 Your Statement of Financial Affairs for Individuals Filing for Bankruptcy) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
     **Deadline to correct deficiency: 4/29/24**

☑ Statement not filed

☐ Statement not signed

☐ Statement incomplete

**Chapter 11 Statement of Current Monthly Income** (Official Bankruptcy Form 122B, Chapter 11 Statement of Your Current Monthly Income) not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 4/29/24**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(F). Payment advices are deficient as indicated:  **Not filed.**
**Deadline to correct deficiency: 4/29/24**

**Please also be advised of the following local requirement(s):**

<u>**Correcting any deficiency related to filing of petitions, schedules, statements or lists.**</u> The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

<u>**Required Chapter 11 Case Management Summary.**</u> Chapter 11 debtors (other than individuals not engaged in business) must file Local Form "Chapter 11 Case Management Summary" on the earlier of three business days after the petition date, or one business day before the first scheduled hearing on any motion. [See Local Rule 2081–1(B)].

Dated:<u>4/16/24</u>                                    CLERK OF COURT
                                                                By:_Randy Eisenberg_ , Deputy Clerk

*Copies to:   Debtor*
                    *Attorney for Debtor*