UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EVAN PHILLIP JOWERS Case No.: 24-13584-MAM

 Chapter 11

 Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing re Motion for Relief from Stay* (ECF No. 15) was served via the Court's CM/ECF system to all parties listed on the attached Service List on this 23rd day of April, 2024.

 **LORIUM LAW**
 *Attorneys for Counsel Holdings, Inc.*
 101 Northeast Third Avenue, Suite 1800
 Fort Lauderdale, Florida 33301
 Telephone: (954) 462-8000
 Facsimile: (954) 462-4300

 By: /s/ Jason E. Slatkin
 JASON E. SLATKIN
 Florida Bar No: 040370
 jslatkin@loriumlaw.com

### SERVICE LIST

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Zachary Z Zermay on behalf of Debtor Evan Phillip Jowers
zach@zermaylaw.com