UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br>Evan P. Jowers, et al.<br>                    Debtor. | Chapter 11<br>Case No. 24−13584−MAM |

**MOTION FOR AN EXTENSION OF TIME TO FILE (i) SUMMARY OF ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION, (ii) SCHEDULES A-J; (iii) STATEMENT OF FINANCIAL AFFAIRS, (iv) STATEMENT OF FINANCIAL AFFAIRS; (v) DECLARATION CONCERNING DEBTORS SCHEDULES, (vi) STATEMENT OF MONTHLY INCOME FROM 122B
(vii) PAYMENT ADVICE FOR DEBTOR**

**COMES NOW** Debtor Evan P. Jowers pursuant to Bankruptcy Rule 1007(c) and 9006(b) to extend the time to file to file the (i) Summary of Assets and Liabilities and Certain Statistical Information, (ii) Schedules A-J; (iii) Statement Of Financial Affairs, (iv) Statement Of Financial Affairs; (v) Declaration Concerning Debtors Schedules, (vi) Statement Of Monthly Income From 122b, (vii) Payment Advice For Debtor (the "Documents").

1. Debtor moves the Court to extend Debtor's time to prepare and file the Documents up to and including May 6, 2024.

2. Counsel for Debtor is authorized to represent that The Office of the United States Trustee does not oppose the requested relief.

3. The Meeting of the Creditors is set for May 14, 2024.

**WHEREFORE**, Debtor Evan P. Jowers hereby moves the Court to extend his deadline to file the Documents up to and including May 6, 2024.

Respectfully Submitted,

ZERMAY LAW P.A.

_____
Zachary Z. Zermay, Esq.
Attorney for Defendant
Florida Bar No 1002905
3000 Coral Way, Suite 1115
Coral Gables, Florida 33145
Email: zach@zermaylaw.com

*Counsel to Debtor and Debtor in Possession*

2