UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA.

| | |
|---|---|
| In re: | Chapter 11 |
| Jowers, | Case No 24−13584−MAM |
| Debtor. | |

**DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZINGTHE DEBTORS TO (A) CONTINUE THEIR PREPETITION INSURANCE POLICIES AND SATISFY PREPETITION OBLIGATIONS RELATED THERETO, AND (B) RENEW, SUPPLEMENT, AND ENTER INTO NEW INSURANCE POLICIES AND (II) GRANTING RELATED RELIEF.**

The above-captioned debtor-in-possession ("Debtor"), or Evan Jowers ("Mr. Jowers") by and through his undersigned attorneys, hereby file this motion (the "Motion"), for entry of an interim order substantially in the form attached hereto as Exhibit A (the "Interim Order") and a final order (the "Final Order", together with the Interim Order, the "Orders") (i) authorizing the Debtor to (a) continue their prepetition insurance policies and satisfy prepetition obligations related thereto, and (b) renew, supplement, and enter into new insurance policies and (ii) granting related relief, and (iii) scheduling a final hearing pursuant to Bankruptcy Rule 4001 (the "Final Hearing"); and (iv) granting related relief. In support of the relief requested in this Motion, the Debtor relies on the Declaration of Mr. Jowers in support. In further support of the relief requested in the Motion, the Debtor respectfully represent as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**INTRODUCTION**

2. On Monday, 4/15/24 (the "Petition Date"), Mr. Jowers filed separate, voluntary petitions for relief with this Court under Chapter 11 of the Bankruptcy Code. Mr. Jowers is operating his business and managing his property as a debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these Chapter 11 cases, and no committees have been appointed or designated.

## THE DEBTOR

3. Mr. Jowers is filing this motion because to maximize the value of his estate, he must have the ability to maintain his car insurance through Geico. ("Geico Car Insurance") Mr. Jowers' policy number is 6149372028, effective from 1/6/2024 and expiring on 7/6/24, registered in Florida. *See* Exhibit A. ("Proof of Coverage") Mr. Jowers uses his car to maintain his operating expenses and pay off his debt. Without car insurance, Mr. Jowers runs the severe risk of diminishing the value of his estate. On average, Mr. Jowers pays approximately $800 each month to maintain his car insurance. Proof of his current coverage are attached below as Exhibits A, B and C.

## BASIS FOR RELIEF

4. Jowers is concerned that the loss of his car insurance could lead to irreparable harm and diminution of his estate. Continuing his car insurance diminishes liabilities and maintains the value of the estate. Thus, it is therefore essential that Mr. Jowers continue the maintenance of his insurance and coverage for the duration of these cases. Such continuance will allow him to continue his ordinary course and day-to-day business operations and satisfy the costs of administering their estates during the Chapter 11 process.

## THE COURT SHOULD APPROVE THE MAINTENANCE OF MR. JOWERS' INSURANCE

5. Under Section 105(a), the court is authorized to exercise its equitable powers to "issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title." Law v. Siegel, 134 S. Ct. 1188, 1194 (2014) (Citing 11 U.S.C. § 105(a)). Insurance coverage is required under the regulations, laws, and contracts that govern Mr. Jowers; operations. *See* Florida Motor Vehicle No-Fault Law. Without access to his insurance plan, Mr. Jowers would be unable to operate his business as a going concern. Moreover, without car insurance, Mr. Jowers would have to face financial penalties in addition to extra costs to acquire new insurance. *See generally*, Florida Motor Vehicle No-Fault Law. Such a result would likely cause Mr. Jowers to cease operations and destroy the value of his estate to the detriment of all parties in interest. By maintaining his insurance, Mr. Jowers would be able to preserve the value of his assets throughout the duration of his case.

## WAIVER OF BANKRUPTCY RULE 6004(h)

6. On account of the immediate and pressing need for Mr. Jowers to maintain his insurance to preserve the value of their estates and continue to remain in business as a going concern, Mr. Jowers requests a waiver of the 14-day period set forth in Bankruptcy Rule 6004(h), and any other similar stays under the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any applicable orders of this Court.

## SATISFACTION OF BANKRUPTCY RULE 4001[(b)(2) and] (c)(2)

7. Pursuant to Bankruptcy Rule 4001[(b)(2) and] (c)(2), the Court may commence a hearing on a motion to authorize the debtor to continue his prepetition insurance policies and satisfy prepetition obligations related thereto, and (B) renew, supplement, and enter into new insurance policies and (II) granting related relief. Permitting Mr. Jowers to continue, maintain, or change his insurance on the terms set forth herein or in any order approving this Motion on an interim or

final basis is necessary to avoid the immediate and irreparable harm that could occur if Mr. Jowers were unable to continue his prepetition insurance policies, satisfy them, or change his insurance. Accordingly, Mr. Jowers submits that he has satisfied the requirements of Bankruptcy Rule 4001[(b)(2) and] (c)(2) with respect to the relief requested in this Motion.

## CONCLUSION

**WHEREFORE,** Mr. Jowers respectfully requests (i) immediate entry of the Interim Order, (ii) entry of the Final Order after the Final Hearing, and (iii) granting such other and further relief as this Court may deem just and proper.

Dated: 4/30/24
      Miami, Florida


Respectfully Submitted,


ZERMAY LAW PA.

_____
Zachary Z. Zermay
Attorney for Defendant
Florida Bar No 1002905
3000 Coral Way, Suite 1115
Coral Gables, Florida 33145
Email: zach@zermaylaw.com


*Counsel to Debtor and Debtor in Possession*

# EXHIBIT A

 **GEICO CASUALTY COMPANY**

Washington DC

**VERIFICATION OF COVERAGE**
(SEE BELOW UNDER CAUTIONARY NOTE)

MAILING ADDRESS
EVAN P JOWERS AND TATIANA
SUHOTSKA
4 17TH AVE S
LAKE WORTH BEACH FL  33460

**Policy Number:** 6149372028
**Effective Date:** 01-06-24
**Expiration Date:** 07-06-24
**Registered State:** FLORIDA

To whom it may concern:
This letter is to verify that we have issued coverage under the above policy number for the dates indicated in the effective and expiration date fields for the vehicle listed. This should serve as proof that the below mentioned vehicle meets or exceeds the financial responsibility requirement for your state.

**This verification of coverage does not amend, extend or alter the coverage afforded by this policy.**

**Vehicle Year:**  2023
**Make:**  AUDI
**Model:**  Q5
**VIN:**  WA16AAFY5P2020845

| COVERAGES | LIMITS | DEDUCTIBLES |
|---|---|---|
| Bodily Injury Liability | | |
|   Each Person/Each Occurrence | $100,000/$300,000 | |
| Property Damage Liability | $50,000 | |
| Personal Injury Protection | | $1,000 Ded/Insd&Rel |
| Uninsured Motorist/Stacked | | |
|   Each Person/Each Occurrence | Insured Rejects | |
| Comprehensive (Excluding Collision) | | $2,500 Ded |
| Collision | | $2,500 Ded |

**X   Lienholder**          **X   Additional Insured**          **___ Interested Party**

AUDI FINANCIAL SERVICES
PO BOX 258
MINNEAPOLIS, MN 55440-0258

**Additional Information:**
Issue Date: 04-25-24

If you have any additional questions, please call 1-800-841-3000.

**CAUTIONARY NOTE: THE CURRENT COVERAGES, LIMITS, AND DEDUCTIBLES MAY DIFFER FROM THE COVERAGES, LIMITS AND DEDUCTIBLES IN EFFECT AT OTHER TIMES DURING THE POLICY PERIOD. THIS VERIFICATION OF COVERAGE REFLECTS THE COVERAGES, LIMITS, AND DEDUCTIBLES AS OF THE ISSUED DATE OF THIS DOCUMENT WHICH IS SHOWN UNDER "ADDITIONAL INFORMATION" OR IF AN ISSUED DATE IS NOT SHOWN, THE DATE OF THIS FACSIMILE OR EMAIL.**

U33 12-17

# EXHIBIT B

## Premium Breakdown Per Vehicle

| Policy Coverage | | | |
|---|---|---|---|
| 2018M BENZG CLASS | **Policy Coverages** | | |
| 2023AUDI QS | The below coverages apply across all vehicles. For specific details, consult your policy contract | | |

### For Others

The below coverages pay out to other parties if the accident is your fault

| | | |
|---|---|---|
| **Bodily Injury Liability** Pays if you are responsible for another pel"Son's injury or death in an auto accident. It also pays for your legal defense. Learn More | $100,000/$300,000 - Current  v | $1,747.57 |
| **Property Damage Liability** Pays if you are responsible for damage to another person's property. Le amMore | $50,000 - Current  v | $442.85 |

### For You

The below coverages pay out to you if you are in *an* accident

| | | |
|---|---|---|
| **Personal Injury Protection** Includes coverage tor medical expenses, death benef,ts. work loss. or replacements service. Loam More | Insured & Rel tive $1,000 Oed  Current  v | $1,06774 |

# EXHIBIT C



# Hello, Evan and Tatiana

### It's nice to see you again. How can we help?

Last signed in Thu, 04/25/2024 at *03,52 PM* (ETJ.


'-Auto
#614937202B

## Your Policy                                                                                          *View* Policy

| Policy Period | 01/06/2024 - 07/06/2024 | Premium | $5,158.83 |
| Drivers | Evan Phillip Jowers<br>Tatiana Suhotska | Vehicles | 2018 M SENZ G CLASS<br>2023AUDIQ5 |

## Your Billing

**Amount Due**                                                                                                    $784.78
Due  Mon, 05/06/2024

**Upc,oming Payments**                                                                              **Payment Options**
Your Auto Pay payments will be scheduled automatically for
your upcoming due date

**LntPayment**                                                                                         Payment *for*
                                                                                                              $1.564.56
                                                                                              posted on 04/06/2024

!!l T'211.CJl!m1llnv   Q' flll1><>rt.u<lun    ■ View Bitflng Summ.ory

Oon.........policies?