UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA.

| | |
|---|---|
| In re: | Chapter 11 |
| Jowers, | Case No 24−13584−MAM |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF ECF 17

Notice is hereby given that Evan P. Jowers hereby withdraws the document previously filed with the Court, identified as ECF No. 17. This withdrawal is made in accordance with applicable rules and procedures of this Court.

5/6/2024


Respectfully Submitted,


ZERMAY LAW PA.

Zachary Z. Zermay
Attorney for Debtor
Florida Bar No 1002905
3000 Coral Way, Suite 1115
Coral Gables, Florida 33145
Email: zach@zermaylaw.com


*Counsel to Debtor and Debtor in Possession*