**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:
EVAN PHILLIP JOWERS  Case No.: 24-13584-MAM
 Chapter 11
    Debtor-in-Possession.
_____/

## NOTICE OF APPEARANCE BY VAN HORN LAW GROUP, P.A.

Chad T. Van Horn, Esq., and the law firm of Van Horn Law Group, P.A., and notifies the Court, and all interested parties of their appearance as bankruptcy counsel for Debtor, EVAN PHILLIP JOWERS, and request that all papers be served upon undersigned counsel at:

Chad Van Horn, Esq.
Van Horn Law Group, P.A.
500 N.E. 4th Street, Suite 200
Ft. Lauderdale, FL 33301
Chad@cvhlawgroup.com and Chapter11@cvhlawgroup.com

Dated:  May 9, 2024

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/  **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 9th day of May 2024 through CM/ECF to all interested parties and as listed on this Court's Mailing Matrix.

Dated: May 9, 2024

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500