**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Evan | Phillip | Jowers |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number: 24-bk-13584
(if known)

☒ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
01 Sixt Rent A Car LLC Rac
PO Box 131
Champlin, MN 55316-0131

What is the nature of the claim?    Credit card purchases    $4,687.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

_____
Contact

_____
Contact phone

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

**2**
MWK Recruiting Inc.

What is the nature of the claim?    Civil Judgment    $7,000,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

_____
Contact

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Evan Phillip Jowers | Case number (if known) | 24-bk-13584 |

Contact phone    Value of security: -
Unsecured claim

**3**

American Express National Bank
9550 Regency Square Blvd
Jacksonville, FL 32225

What is the nature of the claim?    Credit Card    $25,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**4**

Barclays Bank
POB 1337
Philadelphia, PA 19101

What is the nature of the claim?    Credit Card    $3,200.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**5**

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

What is the nature of the claim?    Credit Card    $10,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**6**

Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

What is the nature of the claim?    Credit Card    $5,235.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor 1   Evan Phillip Jowers                           Case number *(if known)*   24-bk-13584

☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                    -
   Unsecured claim

---

**7**

Citibank
PO Box 6217
Sioux Falls, SD 57117-6217

**What is the nature of the claim?**   Credit Card   $5,166.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                    -
   Unsecured claim

Contact

(866) 670-6730
Contact phone

---

**8**

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

**What is the nature of the claim?**   Credit Card   $2,163.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                    -
   Unsecured claim

Contact

(877) 825-3242
Contact phone

---

**9**

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

**What is the nature of the claim?**   Credit Card   $2,106.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                    -

Contact

(877) 825-3242

---

Debtor 1   Evan Phillip Jowers                         Case number *(if known)*   24-bk-13584

Contact phone                                          Unsecured claim

---

**10**  Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

**What is the nature of the claim?**   Credit Card         $1,612.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact
(877) 825-3242
Contact phone

---

**11**  Dept of Education/Neln
PO Box 82561
Lincoln, NE 68501-2561

**What is the nature of the claim?**   Student Loan        $159,996.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact
(888) 486-4722
Contact phone

---

**12**  Dept of Education/Neln
PO Box 82561
Lincoln, NE 68501-2561

**What is the nature of the claim?**   Student Loan        $13,331.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact
(888) 486-4722
Contact phone

---

**13**  Dept of Education/Neln
PO Box 82561
Lincoln, NE 68501-2561

**What is the nature of the claim?**   Student Loan        $9,301.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent

---

Debtor 1   Evan Phillip Jowers                                       Case number *(if known)*   24-bk-13584

☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)

Contact

(888) 486-4722
Contact phone

Value of security:                    -
Unsecured claim

---

**14**

Dept of Education/Neln
PO Box 82561
Lincoln, NE 68501-2561

**What is the nature of the claim?**   Student Loan   $2,227.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)

Contact

(888) 486-4722
Contact phone

Value of security:                    -
Unsecured claim

---

**15**

Dsnb Bloomingdales
PO Box 6789
Sioux Falls, SD 57117-6789

**What is the nature of the claim?**   Credit Card   $1,754.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)

Contact

(800) 543-9617
Contact phone

Value of security:                    -
Unsecured claim

---

**16**

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101

**What is the nature of the claim?**                 $53,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 5

Software Copyright (c) 1996-2024 Best Case, LLC   - www.bestcase.com   Best Case Bankruptcy

Debtor 1     Evan Phillip Jowers                            Case number *(if known)*     24-bk-13584

---

**17**

Jpmcb Card
PO Box 15369
Wilmington, DE 19850-5369

What is the nature of the claim?    Credit Card    $89,230.00

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)
  Value of security:                                        -
  Unsecured claim

Contact

(800) 945-2000
Contact phone

---

**18**

Merrick Bank
P.O. Box 660702
Dallas, TX 75266

What is the nature of the claim?    Credit Card    $2,000.00

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)
  Value of security:                                        -
  Unsecured claim

Contact

Contact phone

---

**19**

Michael Carr
4 17th Ave S
Lake Worth Beach, FL 33460

What is the nature of the claim?    2018 Mercedes Benz G65 25,000 milesVin #WDCYC7FH9JX292718Using private party offer value    $153,054.00

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [ ] No
- [x] Yes. Total claim (secured and unsecured)    $200,000.00
  Value of security:                              -  $120,000.00
  Unsecured claim                                    $153,054.00

Contact

Contact phone

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2024 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Evan Phillip Jowers                           Case number *(if known)*  24-bk-13584

| 20 | U.S Small Business Administration<br>409 3rd St., SW<br>409 3rd St., SW<br>Washington, DC 20416<br>Washington, DC 20416 | **What is the nature of the claim?**  Business Debt    $70,000.00<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>    Value of security:                    -<br>    Unsecured claim |
|---|---|---|

Contact

Contact phone

### Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  /s/ Evan Phillip Jowers                              X
   Evan Phillip Jowers                                     Signature of Debtor 2
   Signature of Debtor 1

   Date   May 9, 2024                                   Date

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 7

Software Copyright (c) 1996-2024 Best Case, LLC   - www.bestcase.com      Best Case Bankruptcy