# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:
EVAN PHILLIP JOWERS     Case No.: 24-13584-MAM
                        Chapter 11

    Debtor-in-Possession.
_____/

## NOTICE OF WITHDRAWAL OF DE 27

The Debtor, EVAN PHILLIP JOWERS, by and through undersigned counsel, hereby withdraws Docket Entry 27 – Initial Schedules as they contain forms that need to be filed separately.

Dated: May 9, 2024

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500