**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:

EVAN PHILLIP JOWERS,                                    Case No. 24-13584-MAM

    Debtor-in-Possession,                                    Chapter 11
_____/

**CERTIFICATE OF SERVICE (DE 34 & DE 35)**

    I HEREBY CERTIFY that a true and correct copy of the *Motion to Quash Counsel Holdings Rule 2004 Examination* (DE 34); and *Notice of Hearing Re: Motion to Quash Counsel Holdings Rule 2004 Examination* (DE 35) was sent to the following parties on the date and in the manner so stated:

**5/24/24 – to all parties registered through CM/ECF**

**5/28/24 – to all parties listed on the attached copy of this Court's mailing matrix.**

Dated:  May 28, 2024

                                            **VAN HORN LAW GROUP, P.A.**
                                            500 N.E. 4th Street, Suite 200
                                            Fort Lauderdale, FL 33301
                                            Telephone: (954) 765-3166
                                            Facsimile: (954) 756-7103

                               By: /s/  **Chad Van Horn, Esq.**
                                            Chad Van Horn, Esq.
                                            Florida Bar No. 64500
                                            chad@cvhlawgroup.com
                                            Julia Osmolia, Esq.
                                            Florida Bar No. 1035614
                                            julia@cvhlawgroup.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 24-13584-MAM<br>Southern District of Florida<br>West Palm Beach<br>Tue May 28 14:02:28 EDT 2024 | Counsel Holdings, Inc.<br>c/o Lorium Law<br>101 NE 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301-1252 | 01 Sixt Rent A Car LLC Rac<br>PO Box 131<br>Champlin, MN<br>55316-0131 |
| Affirm Inc.<br>650 California Street., 12th floor<br>San Francisco, CA 94108-2716 | Allstate Car Insurance<br>1501 N Plano Rd Suite 100<br>Richardson, TX 75081-2493 | American Express<br>200 Vesey Street<br>New York, NY 10285-0002 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Audi Financial<br>PO Box 0549<br>Carol Stream, IL 60132-0549 | Barclays<br>P.O. Box 70378<br>Philadelphia, PA 19176-0378 |
| Bloomingdales<br>Lexington Ave<br>New York, NY 10022 | CW Nexus Credit Card Holdings l, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi Bank<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| (p)COUNSEL HOLDINGS INC<br>824 W 10TH ST<br>SUITE 200<br>AUSTIN TX 78701-2040 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Merrick Bank<br>10705 S. Jordan Gateway #200<br>South Jordan, UT 84095-3977 | Michael Carr<br>4 17th Ave S.<br>Lake Worth Beach, FL 33460-5804 |
| Nelnet<br>PO Box 2837<br>Portland, OR 97208-2837 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 |
| U.S. Small Business Administration<br>409 3rd St., SW<br>Washington, D.C. 20416-0002 | Wells Fargo<br>420 Montgomery St.<br>San Fransico, CA 94104-1298 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 169005<br>IRVING, TEXAS 75016-9005 |
| Chad T Van Horn<br>500 NE 4 St #200<br>Ft Lauderdale, FL 33301-1163 | Evan Phillip Jowers<br>4 17th Ave S<br>Lake Worth, FL 33460-5804 | Zachary Z Zermay<br>3000 Coral Way., Ste. 1115<br>Miami, FL 33145-3239 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Bank  
270 Park Avenue  
New York, NY 10172

Counsel Holdings, Inc.  
824 W. 10th St., Suite 200  
Austin, TX 78701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(u)Counsel Holdings, Incorporated

(u)Internal Revenue Service

End of Label Matrix  
Mailable recipients    29  
Bypassed recipients     3  
Total                  32