

**ORDERED in the Southern District of Florida on May 29, 2024.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

EVAN PHILLIP JOWERS                                        Case No.: 24-13584-MAM

                                                            Chapter 11

      Debtor.
_____/

**ORDER DENYING WITHOUT PREJUDICE CREDITOR**
**COUNSEL HOLDINGS, INC.'S MOTION FOR RELIEF FROM STAY**

THIS CAUSE came before the Court for hearing on May 21, 2024, on *Creditor Counsel Holdings, Inc.'s Motion for Relief from Stay* (the "*Motion*"), [ECF No. 14], and the Court having reviewed the *Motion*, the Debtor's *Amended Response in Opposition* [ECF No. 25], and after hearing argument of counsel for Counsel Holdings, Inc. and the Debtor and for the reasons stated on the record,

ORDERS that:

1.      The *Motion* is denied without prejudice.

2.	The automatic stay under § 362(a) applies to both the creditor Counsel Holdings, Inc. and the Debtor in that neither shall take any further action in either of the appeals that are the subject of the *Motion* absent further order of this Court.

###

Submitted by:
Jason E. Slatkin, Esq.
**LORIUM LAW**
*Attorneys for Counsel Holdings, Inc.*
101 S.E. Third Avenue, Suite 1800
Ft. Lauderdale, FL 33301
954.462.8000
jslatkin@loriumlaw.com

*Attorney Slatkin is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*