

**ORDERED in the Southern District of Florida on May 29, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:

EVAN PHILLIP JOWERS                              Case No.: 24-13584-MAM

                                                                    Chapter 11

Debtor.
_____/

**ORDER GRANTING CREDITOR COUNSEL HOLDING,
INC.'S UNOPPOSED MOTION TO CONTINUE HEARING ON
DEBTOR'S MOTION TO QUASH SCHEDULED FOR JUNE 4, 2024**

THIS CAUSE came before the Court without a hearing on *Creditor Counsel Holding, Inc.'s Unopposed Motion to Continue Hearing on Debtor's Motion to Quash Scheduled for June 4, 2024* (the "*Motion*") [Doc. 36], and the Court having been advised that the Debtor does not oppose the relief sought in the *Motion*, it is

**ORDERED** that:

1. The *Motion* is GRANTED

2. The Court shall conduct a hearing on *Debtor's Motion to Quash* [Doc. 34] on June 11, 2024 at 1:30 p.m. The hearing will take place at the United States Bankruptcy Court located at 1515 N. Flagler Drive, Courtroom A, Room 801, West Palm Beach FL 33401.

3.      Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4.

4.      If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

5.      All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

###

Submitted by:

Jason E. Slatkin, Esq.
**LORIUM LAW**
*Attorneys for Counsel Holdings, Inc.*
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

*Attorney Slatkin is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*