UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EVAN PHILLIP JOWERS            Case No.: 24-13584-MAM

Chapter 11

    Debtor.
_____/

## RE-NOTICE OF RULE 2004 EXAMINATION DUCES TECUM

Counsel Holdings, Inc., through counsel and pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1, will examine the Debtor, Evan Phillip Jowers ("Debtor"), under oath on **July 9, 2024, at 9:30 a.m.** at Lorium Law, 197 South Federal Highway, Suite 200, Boca Raton, FL 33432. The examination may continue from day to day until completed.

The examinee must also produce the documents, electronically-stored information or objects described on the attached *Schedule "A"* pursuant to the "Definitions and Instructions" below, and/or permit inspection, copying, testing or sampling of materials at the law offices of Lorium Law (jslatkin@loriumlaw.com), 101 Northeast Third Avenue, Suite 1800, Fort Lauderdale, Florida 33301, on or **before July 2, 2024, at 10:00 a.m.**

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 and will be recorded by stenographer. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, a subpoena is not necessary to compel the attendance of the Debtor or the production of documents by the Debtor.

Dated this 11th day of June, 2024.

**LORIUM LAW**
*Attorneys for Counsel Holdings, Inc.*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Telefax:     (954) 462-4300

By:    */s/ Jason E. Slatkin*

Jason E. Slatkin
Florida Bar No.: 040370
jslatkin@loriumlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties listed on the attached Service List on this 11th day of June, 2024.

/s/ *Jason E. Slatkin*
Jason E. Slatkin

## SERVICE LIST

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad T Van Horn on behalf of Debtor Evan Phillip Jowers
Chad@cvhlawgroup.com, chad@ecf.inforuptcy.com, g2320@notify.cincompass.com, chapter7@cvhlawgroup.com, broward@cvhlawgroup.com, chapter11@cvhlawgroup.com, miami@cvhlawgroup.com, cmecf@cvhlawgroup.com, VanHorn.ChadB104447@notify.bestcase.com

Zachary Z Zermay on behalf of Debtor Evan Phillip Jowers
zach@zermaylaw.com

7631.001

## **DEFINITIONS**

For purposes of responding to this Notice of Rule 2004 Examination *Duces Tecum*, the following definitions shall apply.

1. "Debtor" means Evan Phillip Jowers.

2. "You" or "Your" means the Debtor.

3. "Petition" means the Chapter 11 Voluntary Petition filed by You on April 15, 2024.

4. "Your Affiliated Enterprises" refers to any and all entities in which you have a direct or indirect ownership interest, including, but not limited to Legis Ventures Hong Kong Company Limited, Jowers/Vargas, and Jowers Langer LLC.

5. "Documents" or "documents" as used herein shall man the original and any copy, regardless of its origin and location, of all writings of any kind whatsoever including, but not limited to, all abstracts, accounting journals, accounting ledgers, advertisements, affidavits, agendas, agreements or proposed agreements, analyses, appointment books, appraisals, articles of incorporation, balance sheets, bank checks, bank deposit or withdrawal slips, bank credit or debit memoranda, bank statements, blue prints, books, books of account, budgets, bulletins, bylaws, canceled checks, charts, checks, codes, communications, communications with government bodies, computer data or printouts, conferences, contracts, correspondence, data processing cards, data sheets, desk calendars, details, diagrams, diaries, disks or data compilations from which information can be obtained or translated, drafts, drawings, E-Mails, electromagnetic tapes, files, films, financial calculations, financial projections, financial statements, graphs, handwritten notes or comments however produced or reproduced, indexes, insertions, instructions, internal accounting records, interoffice communications, invoices, ledgers, letters, lists, logbooks, manuals, memoranda, microfilm, minutes of meetings, motion pictures, newspaper or magazine articles, networks, nonconforming copies which contain deletions, notations or records of meetings, notes, notices of wire transfer of funds, outlines, pamphlets, papers, passbooks, periodicals, photocopies, photographs, pictures, plans, preliminary drafts, press releases, proposals, publications, punch cards, raw and refined data, receipts, recommendations, records, records of conferences or conversations or meetings, records of payment, reports, resolutions, results of investigations, schedules, schematics, sepia, shipping papers, slides, specifications, speeches, statements of account, studies, summaries, surveys, tape recordings, tax returns, telegrams, telephone logs and records, telephone and other conversations or communications, teletypes, telexes, transcripts, transcripts of tape recordings, video tapes, voice records, vouchers, work papers, worksheets, written notations, and any and all digital or analog electronic files whether on- or off-site, including "deleted" files and file fragments, store in machine-readable format on magnetic, optical or other storage media, including the hard drives or floppy disks used by the Debtors and their backup media (e.g., other hard drives, backup tapes, floppies, JAZ cartridges, CD-ROMS's) or otherwise, whether such files have been reduced to paper printouts or not.  This includes but is not limited to E-mails, both sent and received, whether internally or externally; all word-processed files, including drafts and revisions; all spreadsheets, including drafts and revisions; all databases; all CAD (computer aided design) files, including drafts and revision; all presentation data or slide shows produced by presentation software (such as Microsoft Power Point); all graphs, charts and other data produced by project management software (such as Microsoft Project); all data generated by calendaring, task management and Personal Information

3

Management (PIM) software (such as Microsoft Outlook or Lotus Notes); all data created with the use of Personal Data Assistants (PDA's), such as Palm Pilot, HP Jornada, Cassiopeia or other Windows CE-based or Pocket PC devices; all data created with the use of document management software; all data created with the use of paper and electronic mail logging and routing software; all Internet and Web-browser-generated history files, caches and "cookies" files and all backup storage media, and any and all other papers similar to any of the foregoing. Any document containing thereon or attached thereto any alterations, comments, notes or other material not included in the copies or originals or referred to in the preceding definition shall be deemed a separate document within said definition. Any document shall include all exhibits, schedules or other writings affected by or referenced in any such document or other writings necessary to complete the information contained therein or make it not misleading.

Your search for these electronically stored documents shall include all of your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, SMS or MMS text messages, any text based communications, Blackberry/Research in Motion "PIN" messages, any text based messages transmitted through a proprietary or public "chat" service, proprietary software and inactive or unused computer disc storage areas. All electronically stored information produced shall be produced in its native format, and all requests expressly include requests for all metadata associated with the files to be produced. Copies of documents, which are not identical duplications or the originals or which contain additions to or deletions form the originals or copies of the originals if the originals are not available, shall be considered to be separate documents.

6. "Communication" shall mean any oral or written statement, correspondence, dialogue, colloquy, discussion or conversation and, also, means any transfer of thoughts or ideas between person (as defined below) by means of Documents (defined term above) and includes any transfer of data from one location to another by electronic or similar means, and shall include any private or public message or statement transmitted through any social network or media.

7. "Electronically Stored Information" or "ESI" means all materials within the full scope of Rule 34 of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence including, but not limited to, all electronic, digital, mechanical, magnetic, or optical records or representations of any kind (including, without limitation, computer files and programs, hard drives, thumb or flash drives, tapes, cassettes, discs, recordings), metadata, and information stored on a computer, laptop, hand-held computer device, disk, CD, DVD, and any electronic, digital, or mechanical recording or production or any oral material.

8. The term "referring to," "relating to," "reflecting," "concerning," "supporting," "evidencing," "pertaining to," "involving," "identifying," and "regarding" to any given subject, when used to specify a Document or Electronically Stored Information, means any Documents or Electronically Stored Information that constitutes, contains, reflects, identifies, states, refers to, deals with, or is in any manner whatsoever pertinent to that subject.

9. The conjunctions "and" and "or" shall be interpreted in each instance as meaning "and/or" so as to encompass the broader of the two possible constructions, and shall not be interpreted disjunctively so as to exclude any information or documents otherwise within the scope of any Request.

10. Any pronouns used herein shall include and be read and applied as to encompass the alternative forms of the pronoun, whether masculine, feminine, neuter, singular or plural, and shall not be interpreted so as to exclude any information or documents otherwise within the scope of the Request.

11. "Possession, custody or control" shall have the same meaning as in Rule 34(a) of the Federal Rules of Civil Procedure.

12. "Person" shall mean any natural person, individual, entity, proprietorship, partnership, corporation, association, organization, joint venture, business trust, or other business enterprise, governmental body or agency, legal or business entity, or group of natural persons, or other entity, whether sui juris or otherwise, and includes both the singular and plural.

13. The term 'any and all documents' means every Document or group of Documents or communications or "ESI" responsive as above defined known to you, and every such document or communication or "ESI" which can be located or discovered by reasonably diligent effort.

14. As used herein, the singular and masculine form of nouns and pronouns shall embrace, and be read and applied as, the plural or feminine or neuter, as circumstances may make appropriate.

15. If any Document or ESI is being withheld on grounds of privilege, provide a privilege log as required by the Federal Rules of Civil Procedure in sufficient detail in order to enable a Court to assess the applicability of the asserted privilege.

16. If you decline to respond to any of the requests on the basis of any privilege known in the law, you are requested to provide, at or prior to the designated time for response, the following written information pertaining to each such response:

   A. its date or, if not dated, the date it was prepared or received;
   B. the type of document and/or information or ESI (e.g., letter, memorandum, telegram, chart, photograph, reproduction, etc.);
   C. its author and the author's business and residence addresses;
   D. its present location;
   E. the identity and business and residence addresses of the person in custody;
   F. a general description of its contents;
   G. the number of pages thereof;
   H. the identity of each person who received or was shown the original or a copy, and the relationship of the person to any party to this litigation;
   I. whether the document or ESI contains or relates to facts or opinions, or both; and
   J. the exact nature of the privilege claimed.

17. If any Document or ESI to be produced has been destroyed or is otherwise incapable of production, state: (a) the date, place and means of the destruction; (b) the name and address of each person deciding upon, participating in and having knowledge of the destruction; (c) the reason for the destruction; and (d) if not destroyed, the reason why the document is incapable of production.

18.     In the event such file(s) or document(s) or ESI has (have) been removed, either for the purpose of this action or for some other purpose, please state the name and address of the person who removed the file, the title of the file and sub-file, if any, maintained within the file, and the present location of the file.

19.     This request for production of documents is continuing and you are requested to supplement your responses hereto. If after producing the Documents or ESI, you become aware of any further Documents or ESI responsive to this request, you are required to immediately produce such additional Documents or ESI without further request or Order of Court.

# SCHEDULE "A"[1]

1. Complete copies of Your federal tax returns for 2020, 2021, 2022, and 2023, including all attachments and schedules.

2. Complete copies of all federal and state tax returns for the for 2020, 2021, 2022, and 2023, including all attachments and schedules for Your Affiliated Enterprises.

3. Any and all Documents evidencing, reflecting or relating to any and all bank accounts maintained by You during the past five years up to and including April 15, 2024 (the "Petition Date"), including but not limited to copies of account opening documents (signature cards, etc.), account statements, deposits and canceled checks.

4. Any and all Documents evidencing, reflecting or relating to any and all bank accounts in the name of Your Affiliated Enterprises for the for past five years up to and including the Petition Date, including but not limited to copies of account statements, deposits and canceled checks.

5. Any and all Documents evidencing, reflecting or relating to any and all financial statements in the name of Your Affiliated Enterprises for the past two (2) years, including but not limited to profit and loss statements, balance sheets and income statements.

6. Any and all documents and records of checking, savings, or any other type of account, foreign or domestic, maintained by Debtor with any type of financial institution during the last five years, including but not limited to monthly account statements, checks, check registers, check stubs, cancelled checks, and deposit slips.

7. All documents that refer to, relate to, reflect or concern any transfers made to or from any financial account held for the benefit of Debtor, by any third party, for the last five years.

---

[1] To the extent any or all documents or records responsive to this Request are in electronic format, please contact the undersigned to arrange for their production via electronic mail, Dropbox, etc. (jslatkin@loriumlaw.com).

8. Any and all signature cards that name Debtor as an authorized signatory on any financial account, for any entity or other third party, for the past five years.

9. Any and all documents submitted to any bank financial institution, or any other person or entity, by Debtor, for any loan or advance, in any capacity (borrower, guarantor, or surety) for the past five years.

10. Any and all documents concerning any interest in, or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits or escrow funds owned or held be Debtor in the past five years.

11. Any and all documents related to any account in which any of Debtor's earnings or other income has been deposited into in the past five years, whether Debtor continued to have an interest in it or not.

12. Any and all documents evidencing Debtor having authority to access any safe deposit box or other bank-secured area, for the last five years.

13. Any and all documents evidencing any application signed by Debtor or on behalf of Debtor or Debtor's spouse and/or children, to open a foreign or offshore financial account in the name of Debtor or any other entity.

14. Copies of IRA contracts for all IRAs that you currently have.

15. Copies of any IRA or 401K's that were "rolled over".

16. Complete contribution and distribution records for any current or previous IRAs or 401Ks.

17. Copies of any and all bills or living expenses paid for with your IRA or 401K distributions.

18. Copies of any loans taken against your IRA or 401K.

19. Any and all documents that refer to, reflect, or relate to any real property owned by Debtor in the past five years.

20. Any and all documents that refer to, reflect, or relate to encumbrances on any real property owned by Debtor.

21. Any and all documents evidencing ownership of real property in which Debtor currently enjoys a direct or indirect beneficial interest.

22. Any and all checks, receipts, deeds or other evidence of the sale or transfer of any real property in which you had a legal or equitable ownership interest in, within the past five years. Any and all lease agreements for real property in which Debtor is the landlord, or has a beneficial interest in.

23. Any and all lease agreements for real property in which the Debtor is the lessor or lessee.

24. Any and all documents that evidence Debtor's name being on any real property tax records, as payor or trustee for the past five years.

25. Any and all deeds that title any real property to Debtor as trustee for any other person or entity.

26. Any and all deeds of trust or mortgages held in favor of Debtor at present or owned during the last five years.

27. Any and all documents evidencing any time-shares that Debtor enjoys the use of.

28. Copies of any appraisals or other forms of valuation for any property that you have an interest in or had an interest within the past five years.

29. Promissory Notes or Mortgages you signed during the past six years.

30. Copies of all deeds/mortgages to which you hold property as tenants by the entireties, tenants in common or joint tenants.

31. Any and all checks, receipts, deeds or other evidence of the sale or transfer of surface rights on any real property in which you had a legal or equitable ownership interest in but you maintained the mineral rights and/or sub-surface rights within the past 10 years.

32. Certificates of title or other evidence of ownership of any boat, automobile, truck, watercraft, motorcycle, four-wheeler, recreational vehicle, go-kart, aircraft, agricultural equipment, or construction equipment owned by or in possession of Debtor, whether owned by Debtor or entity that Debtor is affiliated with, or held in trust by Debtor.

33. Any and all note receivables, pledges or security interests in favor of Debtor now, and in the past five years.

34. Copies of all homeowner's insurance policies and any other insurance policies or riders that have insured any property that Debtor owns or has the benefit of use of, for the past five years.

35. List of household furnishings and fixtures that have been purchased within the last year.

36. Copies of all dock slips or other documentation evidencing the right to dock any watercraft, whether Debtor has a legal or beneficial interest in.

37. Any and all documents that refer to or reflect any livestock owned by Debtor within the past five years.

38. List and valuation of all collectibles (i.e. stamps, coins, sports cards, etc.) that Debtor now owns or has owned within the past five years.

39. Any and all documents that refer to, or relate to any guns, jewelry, antiques, art, paintings or other similar assets owned by Debtor or in Debtor's possession within the past five years.

40. Any and all documents evidencing any interest Debtor may have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights, or mineral rights.

41. All documents that identify the name and addresses of any person or entity that has employed Debtor within the past five years.

42. All documents that identify any person or entity that Debtor has acted as an independent contractor for in the past five years.

43. All documents referring in any way, directly or indirectly, to any and all businesses in which Debtor is a stockholder, partner, officer, director, owner, or registered agent.

44. Any and all corporate charters, minutes of stockholders meetings, resolutions, or recorded evidence of any kind relating to the affairs of any corporation owned by Debtor, or any subsidiary or other entity in which such corporation holds an ownership interest during the past five years.

45. All documents referring, relating or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses or other sums of money paid to Debtor within the past five years.

46. Any and all employment contracts that Debtor has had in the past five years.

47. Any and all documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit or any other investment vehicle owned or held for the benefit of Debtor.

48. Any and all documents relating to any retirement accounts or annuities, whether individual or employer sponsored, that are owned by Debtor, or held for the benefit of Debtor.

49. Any and all rent rolls for all properties in which Debtor has had an ownership interest in for the past five years.

50. Copies of all 1099-D's or 1099-I's issued to Debtor within the past five years.

51. Any and all documents referring to any stock options or profit-sharing plans held by Debtor or for the benefit of Debtor.

52. Any and all documents that evidence a cash value in any life insurance policy of Debtor and copies of all policies whether term, whole life or universal.

53. All documents evidencing any trusts or amendments to trusts in which the Debtor is a grantor, settlor, trustee, or beneficiary.

54. All documents evidencing any and all trusts or amendments to trusts that the Debtor has directly or indirectly contributed any assets to within the past ten years.

55. Copies of all pre and post-nuptial agreements, to include the list of assets and liabilities to be held separately.

56. Copies of all separate property agreements, to include the list of assets and liabilities to be held separate.

57. Copy of any wills including all amendments in which Debtor is or was named as a beneficiary.

58. Copies of any and all credit card statements, for all cards in which Debtor is an authorized user, for the past two years.

59. All documents referring or reflecting the name and address of any storage facility or mini-warehouse to which Debtor has access.

60. Copies of any and all financial statements that Debtor has prepared for any lender or creditor in the past five years.

7631.001