UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EVAN PHILLIP JOWERS    Case No.: 24-13584-MAM
                       Chapter 11

    Debtor.
_____/

**CREDITOR COUNSEL HOLDINGS, INC.'S MOTION TO VACATE ORDER APPROVING DEBTORS-IN-POSSESSION'S APPLICATION FOR EMPLOYMENT OF VAN HORN LAW GROUP, P.A. AND ITS REGULAR ASSOCIATES AS COUNSEL FOR DEBTOR EFFECTIVE MAY 9, 2024**

Counsel Holdings, Inc., a creditor herein, by and through undersigned counsel and pursuant to Rule 60(b)(1) and (6) of the Federal Rules of Civil Procedure, made applicable by Rule 9024 of the Federal Rules of Bankruptcy Procedure (2024), files this motion to vacate *Order Approving Debtors-In-Possession's Application for Employment of Van Horn Law Group, P.A. and its Regular Associates as Counsel for Debtor Effective May 9, 2024* (the "*Order*"), [Doc. 53], and schedule a hearing on the underlying application, and as the grounds therefore, Counsel Holdings states as follows:

1.    On April 15, 2024, Evan P. Jowers ("Debtor") filed with the Clerk of this Court a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code and did so through his attorney Zachary Z. Zermay, Esq. [Doc. 1].

2.    On May 9, 2024, Chad T. Van Horn, Esq., on behalf of the Debtor, filed a *Notice of Appearance of Van Horn Law Group, P.A.* [Doc. 26].

3.    At proceedings held before this Court on May 21, 2024 on Counsel Holdings, Inc.'s initial motion for relief from stay, [Doc. 14], notwithstanding that the undersigned reached an agreement with Mr. Van Horn's office just minutes prior to the hearing to grant limited stay relief, Mr. Zermay also appeared and argued in opposition to the motion.

4.       Aside from the stay relief issues, in light of Mr. Zermay filing the petition on behalf of the Debtor and the *Notice of Appearance* by the Van Horn Law Group, both the undersigned and the Office of the U.S. Trustee raised at the hearing the issue of who was Debtor's bankruptcy counsel – Mr. Zermay or Mr. Van Horn. In response, Mr. Zermay stated that he was "special litigation counsel". Yet, at no time has a motion been filed to employ Mr. Zermay either as general counsel, consistent with the petition, or as special counsel pursuant to 11 U.S.C. § 327(e), which specifically precludes a special counsel employed under paragraph (e) from representing the debtor in conducting the case. That employment is governed by paragraph (a). 11 U.S.C. § 327(a).

5.       And although Mr. Zermay stated that he was only special litigation counsel, the Van Horn Law Group, one month after filing its *Notice of Appearance*, filed its employment application to be employed as "Co-counsel" for the Debtor pursuant § 327(a). [Doc. 48].

6.       The application was filed on *ex-parte* basis on June 11, 2024, and was granted just days later on June 17, 2024 by way of the *Order* which approves the Van Horn Law Group as Debtor's general bankruptcy counsel, not as co-counsel as sought in the application.

7.       And, again, to date, no application to employ Mr. Zermay has been filed.

8.       Therefore, by way of this *Motion*, Counsel Holdings requests the entry of an order vacating the *Order* and setting a further hearing in order to clarify the issue of employment of Debtor's counsel.

WHEREFORE, Counsel Holdings, by and through undersigned counsel, requests that this Court grant this *Motion* and grant Counsel Holdings any further relief this Court deems just and proper.

Dated this 3rd day of July, 2024.  **LORIUM LAW**
*Attorneys for Counsel Holdings, Inc.*
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: */s/ Jason E. Slatkin*
   JASON E. SLATKIN
   Florida Bar No: 040370
   jslatkin@loriumlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system and U.S. Mail to all parties listed on the Service List below on this 3rd day of July 2024.

/s/ Jason E. Slatkin
*Jason E. Slatkin*

**SERVICE LIST**
Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Zachary Z Zermay on behalf of Debtor Evan Phillip Jowers
zach@zermaylaw.com

Chad T. Van Horn, Esq. on behalf of Debtor Evan Phillip Jowers
Chad@cvhlawgroup.com, chad@ecf.inforuptcy.com, g2320@notify.cincompass.com, chapter7@cvhlawgroup.com, broward@cvhlawgroup.com, chapter11@cvhlawgroup.com, miami@cvhlawgroup.com, cmecf@cvhlawgroup.com, VanHorn.ChadB104447@notify.bestcase.com

Evan P. Jowers
4 17th Avenue South
Lake Worth, FL 33460

7631.001