# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

In re:

EVAN PHILLIP JOWERS            Case No.: 24-13584-MAM

           Chapter 11

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Counsel Holdings, Inc.'s Motion to Compel Discovery* (ECF No. 83) was served via the Court's CM/ECF system and via U.S. Mail to all parties listed on the attached Service List on this 13th day of August, 2024.

           **LORIUM LAW**
           *Attorneys for Counsel Holdings, Inc.*
           101 Northeast Third Avenue, Suite 1800
           Fort Lauderdale, Florida 33301
           Telephone: (954) 462-8000
           Facsimile: (954) 462-4300

By: /s/ Jason E. Slatkin
     JASON E. SLATKIN
     Florida Bar No: 040370
     jslatkin@loriumlaw.com

## SERVICE LIST

**VIA CM/ECF**

Robert E Kinney on behalf of Creditor Counsel Holdings, Inc.
robert@kinneypc.com

Robert E Kinney on behalf of Special Counsel Robert E. Kinney
robert@kinneypc.com

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David A Ray, Esq. on behalf of Defendant Evan Phillip Jowers
dray@draypa.com, draycmecf@gmail.com;simone.draypa@gmail.com

Chad T. Van Horn, Esq. on behalf of Debtor Evan Phillip Jowers
Chad@cvhlawgroup.com, chad@ecf.inforuptcy.com, g2320@notify.cincompass.com, chapter7@cvhlawgroup.com, broward@cvhlawgroup.com, chapter11@cvhlawgroup.com, miami@cvhlawgroup.com, cmecf@cvhlawgroup.com, VanHorn.ChadB104447@notify.bestcase.com

Zachary Z Zermay on behalf of Debtor Evan Phillip Jowers
zach@zermaylaw.com

**VIA U.S. MAIL**

Evan P. Jowers
4 17th Avenue South
Lake Worth, FL 33460