# Wells Fargo Clear Access Banking℠

September 30, 2024 ■ Page 1 of 7



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 9/1 | $1,067.86 |
| Deposits/Additions | 26,431.59 |
| Withdrawals/Subtractions | - 27,498.20 |
| Ending balance on 9/30 | $1.25 |

Account number:     1196
EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 9/3 | | Recurring Payment authorized on 08/28 Google *Disney Mob G.CO/Helppay# CA S584242224157218 Card 9798 | | 12.00 | |
| 9/3 | | Recurring Payment authorized on 08/29 Spotify 855-836-3987 CA S584242700162211 Card 9798 | | 11.99 | |
| 9/3 | | Purchase authorized on 08/30 Sq *Lanzetta's Cla Delray Beach FL S384243796508044 Card 9798 | | 50.00 | |
| 9/3 | | Purchase authorized on 08/30 Chick-Fil-A #04737 Lantana FL S584243844039174 Card 9798 | | 15.56 | |
| 9/3 | | Purchase authorized on 08/30 Tm *Ticketmaster 800-653-8000 CA S584244099435558 Card 9798 | | 954.65 | 23.66 |
| 9/4 | | Zelle From Kathleen Jowers on 09/04 Ref # Cof70Mjr5E37 | 100.00 | | |
| 9/4 | | WT Fed#01318 Airwallex (Singapo /Org=Jowers Vargas Ltd. Srf# 2024090400106087 Trn#240904011819 Rfb# St10502409042025 | 13,456.59 | | |
| 9/4 | | Wire Trans Svc Charge - Sequence: 240904011819 Srf# 2024090400106087 Trn#240904011819 Rfb# St10502409042025 | | 15.00 | |
| 9/4 | | Zelle to Tauler Rob on 09/04 Ref #Rp0Xzzpswn | | 400.00 | |
| 9/4 | | Zelle to Jowers Kathy on 09/04 Ref #Rp0Xzzptwt | | 500.00 | |
| 9/4 | | Zelle to Jowers Tatiana on 09/04 Ref #Rp0Xzzpw47 | | 2,555.00 | 10,110.25 |
| 9/5 | | Purchase authorized on 09/03 Chick-Fil-A #04737 Lantana FL S584248002352852 Card 9798 | | 30.73 | |
| 9/5 | | Purchase authorized on 09/04 Uber *Eats Help.Uber.Com CA S384248559334259 Card 9798 | | 39.31 | |
| 9/5 | | Recurring Payment authorized on 09/04 Footballguys*Elite WWW.Footballg TN S304248696867241 Card 9798 | | 14.99 | |
| 9/5 | | Purchase authorized on 09/04 Public Storage 206 800-567-0759 FL S304248727474791 Card 9798 | | 574.29 | |
| 9/5 | | Purchase authorized on 09/04 Uber *Eats Help.Uber.Com CA S584249010453991 Card 9798 | | 31.10 | |
| 9/5 | | Recurring Payment authorized on 09/04 Docketbird Httpswww.Dock NV S584249047017729 Card 9798 | | 31.24 | |
| 9/5 | | Purchase authorized on 09/05 The Home Depot #3118 Lantana FL P384249667567068 Card 9798 | | 162.20 | |
| 9/5 | | Wells Fargo Auto Fee & Pmts 090524 7655536039 Evan,P,Jowers | | 1,774.55 | 7,451.84 |
| 9/6 | | Recurring Payment authorized on 09/05 Peloton* Membershi Httpswww.Onep NY S384249513741745 Card 9798 | | 48.05 | |
| 9/6 | | Purchase authorized on 09/05 Uber *Eats Help.Uber.Com CA S464249572933917 Card 9798 | | 33.37 | |
| 9/6 | | Purchase authorized on 09/05 Uber *Eats Help.Uber.Com CA S464249830127869 Card 9798 | | 43.42 | |
| 9/6 | | Purchase authorized on 09/05 Uber *Eats Help.Uber.Com CA S464249863350759 Card 9798 | | 60.43 | |
| 9/6 | | Recurring Payment authorized on 09/05 Google *Youtube G.CO/Helppay# CA S584250078911274 Card 9798 | | 13.03 | |
| 9/6 | | Recurring Payment authorized on 09/05 Google *Youtube G.CO/Helppay# CA S384250079100406 Card 9798 | | 118.64 | |
| 9/6 | | Zelle to Jowers Tatiana on 09/06 Ref #Rp0Y27R4Lq | | 2,555.00 | 4,579.90 |



*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|---------|-------------|------------|-------------|--------------|
| 9/9 | | Recurring Payment authorized on 09/06 Geico *Auto 800-841-3000 DC S384250461624868 Card 9798 | | 964.52 | |
| 9/9 | | Recurring Payment authorized on 09/06 Ccbill.Com *Xfc I 888-5969279 AZ S464250546334896 Card 9798 | | 24.98 | |
| 9/9 | | Purchase authorized on 09/06 Uber *Eats Help.Uber.Com CA S464250558703660 Card 9798 | | 30.81 | |
| 9/9 | | Purchase authorized on 09/06 Amazon Mktpl*Zt35P Amzn.Com/Bill WA S584250653730315 Card 9798 | | 54.11 | |
| 9/9 | | Purchase authorized on 09/06 Eau Palm Breeze Re Manalapan FL S584250764039498 Card 9798 | | 269.17 | |
| 9/9 | | Recurring Payment authorized on 09/06 Vtsup.Com*Perfect Amsterdam Nld S464251186962660 Card 9798 | | 29.99 | |
| 9/9 | | Zelle to Luznar Roger on 09/07 Ref #Rp0Y28Hmg4 | | 145.00 | |
| 9/9 | | Purchase authorized on 09/07 Uber *Eats Help.Uber.Com CA S384251621919625 Card 9798 | | 18.48 | |
| 9/9 | | Purchase authorized on 09/07 Uber *Eats Help.Uber.Com CA S464251862954462 Card 9798 | | 62.87 | |
| 9/9 | | Purchase authorized on 09/08 Uber *Eats Help.Uber.Com CA S584252555302623 Card 9798 | | 42.22 | |
| 9/9 | | Purchase authorized on 09/08 Publix #1601 Lantana FL S384252771852110 Card 9798 | | 151.13 | |
| 9/9 | | Zelle to Carr Mike on 09/09 Ref #Rp0Y2F3Mzb | | 1,000.00 | |
| 9/9 | | Audi Fincl, Tel. Tel Debit 240905 Ptel8139336857 Evan Jowers | | 1,369.69 | 416.93 |
| 9/10 | | Zelle From Kathleen Jowers on 09/10 Ref # Cofv1Wg9K85F | 500.00 | | |
| 9/10 | | Purchase authorized on 09/09 Wawa 5396 Lantana FL S304253547891406 Card 9798 | | 58.15 | |
| 9/10 | | Purchase authorized on 09/09 Uber *Eats Help.Uber.Com CA S384253633863892 Card 9798 | | 17.94 | |
| 9/10 | | Zelle to Jowers Tatiana on 09/10 Ref #Rp0Y2Gkk74 | | 30.00 | |
| 9/10 | | Zelle to Jowers Tatiana on 09/10 Ref #Rp0Y2Gvy4C | | 735.00 | 75.84 |
| 9/11 | | Zelle From Kathleen Jowers on 09/11 Ref # Cofruhknieur | 75.00 | | |
| 9/11 | | Purchase authorized on 09/10 Uber *Eats Help.Uber.Com CA S584254592957375 Card 9798 | | 34.56 | |
| 9/11 | | Purchase authorized on 09/10 Americanairlines M Fort Worth TX S464254819306839 Card 9798 | | 30.00 | 86.28 |
| 9/12 | | Purchase authorized on 09/11 Publix #1601 Lantana FL S464255703506169 Card 9798 | | 41.87 | 44.41 |
| 9/13 | | Lateral Link Gro Payroll 08821800003349x Jowers, Evan P | 12,000.00 | | |
| 9/13 | | Purchase authorized on 09/12 Uber *Eats Help.Uber.Com CA S464256793224997 Card 9798 | | 41.33 | |
| 9/13 | | Zelle to Jowers Tatiana on 09/13 Ref #Rp0Y2Mhw83 | | 3,000.00 | |
| 9/13 | | Zelle to Jowers Kathy on 09/13 Ref #Rp0Y2Mhwjt | | 500.00 | 8,503.08 |
| 9/16 | | Zelle From Kathleen Jowers on 09/16 Ref # Cofzewwbruuh | 100.00 | | |
| 9/16 | | Purchase Intl authorized on 09/13 British A 125423 London Gbr S464257301117871 Card 9798 | | 137.88 | |
| 9/16 | | International Purchase Transaction Fee | | 4.13 | |
| 9/16 | | Purchase Intl authorized on 09/13 Airbaltic.Com Riga Lva S464257310903032 Card 9798 | | 327.83 | |
| 9/16 | | International Purchase Transaction Fee | | 9.83 | |
| 9/16 | | Recurring Payment authorized on 09/13 PAC*Paramountaccep 800-748-4949 UT S464257413589059 Card 9798 | | 47.95 | |
| 9/16 | | Purchase authorized on 09/13 Sq *Lanzetta's Cla Delray Beach FL S384257814142189 Card 9798 | | 50.00 | |
| 9/16 | | Purchase authorized on 09/13 Expedia 7291955537 Expedia.Com WA S384258055903048 Card 9798 | | 242.21 | |
| 9/16 | | Recurring Payment authorized on 09/13 Google *Youtube G.CO/Helppay# CA S384258079065312 Card 9798 | | 12.27 | |
| 9/16 | | Purchase authorized on 09/14 Tm *Ticketmaster 800-653-8000 CA S304258327131511 Card 9798 | | 630.95 | |
| 9/16 | | Zelle to Jowers Tatiana on 09/14 Ref #Rp0Y2Q2S4P | | 2,555.00 | |
| 9/16 | | Zelle to Carr Mike on 09/14 Ref #Rp0Y2Q2Tgq | | 900.00 | |
| 9/16 | | Recurring Payment authorized on 09/14 El Car Wash Lantan 305-603-9565 FL S464258341173468 Card 9798 | | 42.78 | |



*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/16 | | Purchase authorized on 09/14 7-Eleven 41605 Melbourne FL P000000576918722 Card 9798 | | 2.66 | |
| 9/16 | | Purchase authorized on 09/14 7-Eleven 41605 Melbourne FL P000000483976263 Card 9798 | | 62.33 | |
| 9/16 | | Non-WF ATM Withdrawal authorized on 09/14 203 NW 13th Street Gainesville FL 464258613655256 ATM ID A156071 Card 9798 | | 103.25 | |
| 9/16 | | Non-Wells Fargo ATM Transaction Fee | | 3.00 | |
| 9/16 | | Purchase authorized on 09/14 Wal-Mart #0908 Orlando FL P000000282991610 Card 9798 | | 61.60 | |
| 9/16 | | Purchase authorized on 09/14 Wal-Mart #0908 Orlando FL P000000279472259 Card 9798 | | 25.37 | |
| 9/16 | | Recurring Payment authorized on 09/14 Vendostore*Epic +18777773758 Che S464259139652625 Card 9798 | | 89.95 | |
| 9/16 | | Recurring Payment authorized on 09/14 Vtsup.Com*Perfect Amsterdam Nld S464259154259594 Card 9798 | | 29.99 | |
| 9/16 | | Purchase authorized on 09/14 Gtfcharge 844-211-8832 Cze S464259176634428 Card 9798 | | 37.90 | |
| 9/16 | | Purchase authorized on 09/16 7-Eleven Orlando FL P000000287062513 Card 9798 | | 42.24 | 3,183.96 |
| 9/17 | | Recurring Payment authorized on 09/15 Google *Youtubepre G.CO/Helppay# CA S384260128026650 Card 9798 | | 13.99 | 3,169.97 |
| 9/18 | | Purchase authorized on 09/14 Courtyard Orlando Orlando FL S464259125572614 Card 9798 | | 245.58 | |
| 9/18 | | Purchase authorized on 09/16 Wendy's #10807 Orlando FL S304260588097984 Card 9798 | | 18.40 | |
| 9/18 | | Purchase authorized on 09/17 Uber *Eats Help.Uber.Com CA S304261589853259 Card 9798 | | 48.51 | 2,857.48 |
| 9/19 | | Purchase authorized on 09/18 Uber *Eats Help.Uber.Com CA S584262564355220 Card 9798 | | 17.44 | |
| 9/19 | | Purchase authorized on 09/18 Mavis04076 Lantana FL S464262750992485 Card 9798 | | 42.79 | |
| 9/19 | | Purchase authorized on 09/18 Publix #1601 Lantana FL S464262771844015 Card 9798 | | 59.04 | |
| 9/19 | | Zelle to Carr Mike on 09/19 Ref #Rp0Y33Xz85 | | 1,100.00 | 1,638.21 |
| 9/20 | | Purchase authorized on 09/19 Uber *Eats Help.Uber.Com CA S384263541272791 Card 9798 | | 51.19 | |
| 9/20 | | Purchase authorized on 09/19 Amazon Mktpl*N29I5 Amzn.Com/Bill WA S584263628963991 Card 9798 | | 27.02 | 1,560.00 |
| 9/23 | | Purchase authorized on 09/20 Uber *Eats Help.Uber.Com CA S464264639642604 Card 9798 | | 17.44 | |
| 9/23 | | Purchase authorized on 09/20 Amazon.Com*Pv4AK7W Amzn.Com/Bill WA S584264858280296 Card 9798 | | 43.32 | |
| 9/23 | | Purchase authorized on 09/20 Amazon.Com*628L07D Amzn.Com/Bill WA S384264858315065 Card 9798 | | 29.52 | |
| 9/23 | | Purchase authorized on 09/21 Uber *Eats Help.Uber.Com CA S464265505032129 Card 9798 | | 51.26 | |
| 9/23 | | Zelle to Croxton John on 09/21 Ref #Rp0Y38F8DC | | 300.00 | |
| 9/23 | | Purchase authorized on 09/21 Tst*Reys Tacos Lantana FL S584265749798734 Card 9798 | | 43.92 | |
| 9/23 | | Purchase authorized on 09/21 Nic Mydmvportal Egov.Com FL S464265806868506 Card 9798 | | 49.05 | |
| 9/23 | | Purchase authorized on 09/21 Amazon Mktpl*643Pq Amzn.Com/Bill WA S384265818314255 Card 9798 | | 14.85 | |
| 9/23 | | Purchase authorized on 09/22 Amazon Mktpl*Gn5DN Amzn.Com/Bill WA S304266855216064 Card 9798 | | 40.65 | 969.99 |
| 9/24 | | Purchase authorized on 09/21 Amzn Mktp US*x606H Amzn.Com/Bill WA S304265833130085 Card 9798 | | 49.99 | |
| 9/24 | | Purchase authorized on 09/22 Tst*Reys Tacos Lantana FL S304266767285686 Card 9798 | | 8.89 | |
| 9/24 | | Purchase authorized on 09/23 Uber *Eats Help.Uber.Com CA S384267832932841 Card 9798 | | 44.12 | 866.99 |
| 9/25 | | Purchase authorized on 09/24 Uber *Eats Help.Uber.Com CA S304268689975243 Card 9798 | | 20.93 | |



*Transaction history*(continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 9/25 | | Recurring Payment authorized on 09/24 Google *Youtube G.CO/Helppay# CA S464269031276426 Card 9798 | | 15.84 | |
| 9/25 | | ATT Payment 092424 787606003Smt2F Valued Customer | | 711.48 | 118.74 |
| 9/26 | | Purchase authorized on 09/25 The UPS Store 6645 561-8409288 FL S304269637349019 Card 9798 | | 7.48 | |
| 9/26 | | Purchase authorized on 09/25 Prime Video Channe Amzn.Com/Bill WA S304270071459791 Card 9798 | | 7.92 | 103.34 |
| 9/27 | | Zelle From Kathleen Jowers on 09/27 Ref # Cofd8Hb628Vz | 200.00 | | |
| 9/27 | | Purchase authorized on 09/25 Tst*Reys Tacos Lantana FL S384269647664934 Card 9798 | | 19.05 | |
| 9/27 | | Purchase authorized on 09/26 Uber *Eats Help.Uber.Com CA S304270637811936 Card 9798 | | 18.34 | |
| 9/27 | | Recurring Payment authorized on 09/26 Amazon Prime*7F6T9 Amzn.Com/Bill WA S304270749997643 Card 9798 | | 15.11 | 250.84 |
| 9/30 | | Purchase authorized on 09/26 Sage Bankruptcy CO 800-516-2759 CA S384271035129601 Card 9798 | | 36.00 | |
| 9/30 | | Purchase authorized on 09/26 Sage Bankruptcy CO Tarzana CA S304271036585929 Card 9798 | | 4.95 | |
| 9/30 | | Purchase authorized on 09/27 Uber *Eats Help.Uber.Com CA S584271566158732 Card 9798 | | 57.06 | |
| 9/30 | | Recurring Payment authorized on 09/27 Google *Youtube G.CO/Helppay# CA S384272079243930 Card 9798 | | 129.06 | |
| 9/30 | | Purchase authorized on 09/28 Publix #1601 Lantana FL S384272700210394 Card 9798 | | 17.52 | |
| 9/30 | | Monthly Service Fee | | 5.00 | 1.25 |
| Ending balance on 9/30 | | | | | 1.25 |
| **Totals** | | | **$26,431.59** | **$27,498.20** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



| Fee period 09/01/2024 - 09/30/2024 | Standard monthly service fee $5.00 | You paid $5.00 |
|-------------------------------------|-------------------------------------|----------------|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RD/RD

# ✓ IMPORTANT ACCOUNT INFORMATION

———

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any



tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

––––––––––––––

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ ____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $ ____

**C** **Add A and B** to calculate the subtotal. = $ ____

**D** **List outstanding checks, withdrawals, other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $ ____

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ ____

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**
  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.
- **In case of errors or questions about your electronic transfers:**
  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.
- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.
- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

EQUAL HOUSING LENDER