# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>**Sep-24** | Cumulative<br>Total |
|---|---:|---:|
| **CASH** - Beginning of Month | 1,067.86 |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business or Self Employment | 25,456.59 | $89,407.89 |
| Wages from Other Sources (attach list to this report) | 0.00 | $0.00 |
| Interest or Dividend Income | 0.00 | $0.00 |
| Alimony or Child Support | 0.00 | $0.00 |
| Social Security/Pension/Retirement | 0.00 | $0.00 |
| Other - from Spouse | 975.00 | $6,390.55 |
| Other - Refunds | 0.00 | $73.74 |
| **TOTAL RECEIPTS** | **26,431.59** | **$95,872.18** |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments | 0.00 | 0.00 |
| Business Expenses | 0.00 | 0.00 |
| Bank charges | 40.21 | 188.75 |
| Charitable Contributions | 0.00 | 0.00 |
| Children Expenses | 0.00 | 300.00 |
| Children Childcare/Education | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 2,465.70 | 8,218.43 |
| Household Repairs & Maintenance | 162.20 | 285.18 |
| HOA | 0.00 | 0.00 |
| Insurance | 964.52 | 2,895.81 |
| IRA Contribution | 0.00 | 0.00 |
| Lease/Rent Payments | 3,574.29 | 12,329.34 |
| Medical/Dental Payments | 0.00 | 0.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Professional Fees (Accounting, Attorneys, etc.) | 0.00 | 0.00 |
| Tuition - Education | 0.00 | 0.00 |
| Taxes - Personal | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Telephone | 711.48 | 2,480.62 |
| Travel & Entertainment | 2,551.10 | 4,153.42 |
| Subscriptions | 323.92 | 355.16 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 37.25 | 496.83 |
| Vehicle Expenses | 248.29 | 1,261.17 |
| Vehicle Secured Payment(s) | 3,144.24 | 14,265.50 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Other - to Spouse (Household/Living Expenses) | 11,430.00 | 47,670.55 |
| Other Miscellaneous | 1,845.00 | 1,845.00 |
| **Total Household Disbursements** | **27,498.20** | **76,127.70** |
| **CASH - End of Month** | 1.25 |  |