Form CGFCRD3Z  (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 24–13584–MAM

Chapter: 11

**In re:**
Evan Phillip Jowers
4 17th Ave S
Lake Worth, FL 33460
SSN: xxx–xx–5913 EIN: 85–0504282

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Mindy A Mora to consider the following:

**Motion For Entry of an Order Quashing Counsel Holdings, Inc.'s Subpoena Pursuant to Federal Rule of Bankruptcy Procedure 9016 And Federal Rule of Civil Procedure 45(d)(3)(A)(B), Filed by Interested Party David Hyers. (107)**

**Motion For Entry of an Order Quashing Counsel Holdings, Inc.'s Subpoena Pursuant to Federal Rule of Bankruptcy Procedure 9016 And Federal Rule of Civil Procedure 45(d)(3)(A)(B), Filed by Interested Party Alexis Lamb. (108)**

**Motion For Entry of an Order Quashing Counsel Holdings, Inc.'s Subpoena Pursuant to Federal Rule of Bankruptcy Procedure 9016 And Federal Rule of Civil Procedure 45(d)(3)(A)(B), Filed by Interested Party Josh Carr. (109)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

    **Date:**       December 23, 2024
    **Time:**       02:30 PM
    **Location:**   Video Conference by Zoom for Government

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

    https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3lJmn8ydPxj4

4. The movant, or movant's counsel if represented by an attorney, must:

    (a) serve a copy of this notice of hearing and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio

recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

**Dated: 12/10/24**

**CLERK OF COURT**
By: Maria Romaguera–Serfaty
Courtroom Deputy