# Wells Fargo Clear Access Banking℠

October 31, 2024 ■ Page 1 of 6



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

Other Wells Fargo Benefits

It's Cybersecurity Awareness Month. Look out for these tell-tale signs to help spot an imposter scam.

Imposters may contact you with a message that:
- is unexpected.
- appears to be from a legitimate source but could be spoofed.
- claims to be urgent and asks you to act right away.
- uses language that manipulates your emotions.
- asks you to pay in an unusually specific way such as gift cards, cryptocurrency or payment apps.

Remember, caller ID can be spoofed, emails can be faked, voices can be cloned, and images can be altered. If you have doubts about the message call the company or government agency directly to find out if there really is a problem. And if they're impersonating Wells Fargo, call us right away or you can always check your account in the Wells Fargo Mobile® app® or online banking.

Learn more at www.wellsfargo.com/scams/



*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 10/1 | $1.25 |
| Deposits/Additions | 22,904.92 |
| Withdrawals/Subtractions | - 22,908.88 |
| Ending balance on 10/31 | -$2.71 |

Account number:     1196

EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 10/1 | | Zelle From Kathleen Jowers on 10/01 Ref # Cofz7Hvenihv | 100.00 | | 101.25 |
| 10/2 | | Purchase Return authorized on 10/01 Prime Video Channe Amzn.Com/Bill WA S464275720434568 Card 9798 | 7.92 | | |
| 10/2 | | Recurring Payment authorized on 10/01 Google *Spotify 855-836-3987 CA S384275737659827 Card 9798 | | 11.99 | |
| 10/2 | | Recurring Payment authorized on 10/01 Netflix, Inc. 186-65797172 CA S464275737819024 Card 9798 | | 17.54 | |
| 10/2 | | Purchase authorized on 10/01 Uber *Eats Help.Uber.Com CA S304275817942031 Card 9798 | | 43.39 | 36.25 |
| 10/3 | | Recurring Payment authorized on 10/01 Google *Disney Mob G.CO/Helppay# CA S304276224290002 Card 9798 | | 12.00 | |
| 10/3 | | Purchase authorized on 10/02 Prime Video Channe Amzn.Com/Bill WA S464277030142794 Card 9798 | | 10.18 | 14.07 |
| 10/4 | | Zelle From Kathleen Jowers on 10/04 Ref # Cof2Gdx3U5OK | 100.00 | | 114.07 |
| 10/7 | | Zelle From Kathleen Jowers on 10/06 Ref # Cofpys4Qkrh0 | 50.00 | | |
| 10/7 | | Zelle From Kathleen Jowers on 10/07 Ref # Cofhcvg9K3Rj | 500.00 | | |
| 10/7 | | Recurring Payment authorized on 10/04 Docketbird Httpswww.Dock NV S304279047189175 Card 9798 | | 31.24 | |
| 10/7 | | Recurring Payment authorized on 10/04 Google *Youtube G.CO/Helppay# CA S384279078993603 Card 9798 | | 5.65 | |
| 10/7 | | Recurring Payment authorized on 10/05 Peloton* Membershi Httpswww.Onep NY S304279512614329 Card 9798 | | 48.05 | |
| 10/7 | | Purchase authorized on 10/05 Uber *Eats Help.Uber.Com CA S584279591226228 Card 9798 | | 22.24 | |
| 10/7 | | Purchase authorized on 10/06 Uber *Eats Help.Uber.Com CA S464280685238546 Card 9798 | | 41.93 | |
| 10/7 | | Zelle to Jowers Kathy on 10/07 Ref #Rp0Y4Kdmjx | | 300.00 | 214.96 |
| 10/9 | | Zelle From Kathleen Jowers on 10/09 Ref # Cof2Ss204x98 | 50.00 | | |
| 10/9 | | Purchase authorized on 10/07 Duffys Boynton Eas 561-5856685 FL S464282063547362 Card 9798 | | 54.61 | |
| 10/9 | | Recurring Payment authorized on 10/07 Google *Youtube G.CO/Helppay# CA S384282109211041 Card 9798 | | 118.64 | |
| 10/9 | | Purchase authorized on 10/08 Uber *Eats Help.Uber.Com CA S304282860506963 Card 9798 | | 21.81 | 69.90 |
| 10/10 | | Zelle From Kathleen Jowers on 10/10 Ref # Cofw8Veekq8O | 25.00 | | |
| 10/10 | | Purchase authorized on 10/08 Chick-Fil-A #04737 Lantana FL S584282581368969 Card 9798 | | 15.56 | |
| 10/10 | | Purchase authorized on 10/09 Publix #1601 Lantana FL S384283593430565 Card 9798 | | 57.17 | 22.17 |
| 10/11 | | Zelle From Kathleen Jowers on 10/11 Ref # Cofgir2Van34 | 100.00 | | 122.17 |
| 10/15 | | Lateral Link Gro Payroll 09198600002078x Jowers, Evan P | 12,000.00 | | |
| 10/15 | | WT Seq#07510 Coo Wire Compliance /Org=Jowers Vargas Ltd. Srf# 2024100300060015 Trn#241015007510 Rfb# St10502410031614 | 9,972.00 | | |
| 10/15 | | Purchase authorized on 10/11 Tst*Reys Tacos Lantana FL S384285643009774 Card 9798 | | 18.30 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|----------|-------------|---------|
| 10/15 | | Purchase authorized on 10/11 Amazon.Com*2H3Su5N Amzn.Com/Bill WA S304285789196851 Card 9798 | | 15.82 | |
| 10/15 | | Zelle to Jowers Tatiana on 10/12 Ref #Rp0Y4Vhzf9 | | 2,000.00 | |
| 10/15 | | Zelle to Jowers Kathy on 10/12 Ref #Rp0Y4Vj284 | | 400.00 | |
| 10/15 | | Purchase authorized on 10/12 Uber *Eats Help.Uber.Com CA S304286484556461 Card 9798 | | 24.54 | |
| 10/15 | | Purchase authorized on 10/12 Geico *Auto 800-841-3000 DC S384286491874529 Card 9798 | | 964.52 | |
| 10/15 | | Purchase authorized on 10/12 American Air001218 Fort Worth TX S464286500014556 Card 9798 | | 423.31 | |
| 10/15 | | Purchase authorized on 10/12 American Air001218 Fort Worth TX S384286503660352 Card 9798 | | 293.43 | |
| 10/15 | | Purchase authorized on 10/12 Public Storage 206 800-567-0759 FL S304286507976869 Card 9798 | | 682.89 | |
| 10/15 | | Zelle to Carr Mike on 10/12 Ref #Rp0Y4Vlz8K | | 1,000.00 | |
| 10/15 | | Purchase authorized on 10/12 Tst*Reys Tacos Lantana FL S584286715939307 Card 9798 | | 24.13 | |
| 10/15 | | Purchase authorized on 10/12 Amazon.Com*9l0Mu8R Amzn.Com/Bill WA S584286721744500 Card 9798 | | 28.85 | |
| 10/15 | | Purchase authorized on 10/12 Uber *Eats Help.Uber.Com CA S384286835953548 Card 9798 | | 77.77 | |
| 10/15 | | Recurring Payment authorized on 10/13 PAC*Paramountaccep 800-748-4949 UT S464287408880466 Card 9798 | | 47.95 | |
| 10/15 | | Zelle to Jowers Tatiana on 10/13 Ref #Rp0Y4Xsxlw | | 1,000.00 | |
| 10/15 | | Purchase authorized on 10/13 Uber *Eats Help.Uber.Com CA S464287607302732 Card 9798 | | 35.56 | |
| 10/15 | | Recurring Payment authorized on 10/14 El Car Wash Lantan 305-603-9565 FL S464288343918521 Card 9798 | | 42.78 | |
| 10/15 | | Purchase authorized on 10/14 Sp City Mattress Httpswww.City FL S464288663352056 Card 9798 | | 2,519.90 | |
| 10/15 | | Zelle to Jowers Tatiana on 10/15 Ref #Rp0Y54Btc3 | | 555.55 | |
| 10/15 | | Zelle to Carr Mike on 10/15 Ref #Rp0Y54Hkqd | | 1,000.00 | |
| 10/15 | | Wells Fargo Auto Fee & Pmts 101224 7655536039 Evan,P,Jowers | | 1,774.55 | 9,164.32 |
| 10/16 | | Purchase authorized on 10/12 Amazon Mktpl*M17l1 Amzn.Com/Bill WA S384286717151034 Card 9798 | | 45.93 | |
| 10/16 | | Zelle to Quick Movers on 10/16 Ref #Rp0Y56753P | | 111.00 | |
| 10/16 | | Zelle to Gomez Mayra on 10/16 Ref #Rp0Y5677W9 | | 80.00 | |
| 10/16 | | Zelle to Londono Camilo on 10/16 Ref #Rp0Y578Y8P | | 60.00 | 8,867.39 |
| 10/17 | | Purchase authorized on 10/15 Movinghelp.Com 800-789-3638 AZ S384289571882001 Card 9798 | | 172.45 | |
| 10/17 | | Purchase authorized on 10/15 City Diner of Stua Stuart FL S464290137280571 Card 9798 | | 28.82 | |
| 10/17 | | Purchase authorized on 10/15 Amzn Mktp US*ls9R2 Amzn.Com/Bill WA S584290178460096 Card 9798 | | 49.99 | |
| 10/17 | | Purchase authorized on 10/15 Amzn Mktp US*PY6Xt Amzn.Com/Bill WA S584290193467694 Card 9798 | | 45.79 | |
| 10/17 | | Purchase authorized on 10/16 Uber Eats* Eats Httpswww.Uber CA S304290564130203 Card 9798 | | 32.96 | |
| 10/17 | | Withdrawal Made In A Branch/Store | | 1,000.00 | 7,537.38 |
| 10/18 | | Purchase authorized on 10/16 Movinghelp.Com 800-789-3638 AZ S464290477998378 Card 9798 | | 133.95 | |
| 10/18 | | Purchase authorized on 10/17 Amazon RETA* Y50K3 WWW.Amazon.CO WA S464291356838651 Card 9798 | | 29.74 | |
| 10/18 | | Purchase authorized on 10/17 Ic* Instacart*159 Httpsinstacar CA S304291362369928 Card 9798 | | 29.01 | |
| 10/18 | | Purchase authorized on 10/17 Ic* Instacart*159 Httpsinstacar CA S584291370829800 Card 9798 | | 30.92 | |
| 10/18 | | Recurring Payment authorized on 10/17 Vtsup.Com*Perfect Amsterdam Nld S464291379145284 Card 9798 | | 29.99 | |
| 10/18 | | Purchase authorized on 10/17 Ic* Instacart*159 Httpsinstacar CA S304291444000693 Card 9798 | | 1.87 | 7,281.90 |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|----------|-------------|---------|
| 10/21 | | Purchase authorized on 10/16 U-Haullantana Self Lake Worth FL S384289757242454 Card 9798 | | 510.39 | |
| 10/21 | | Purchase authorized on 10/19 Nic Mydmvportal Egov.Com FL S464293617414115 Card 9798 | | 65.00 | |
| 10/21 | | Purchase authorized on 10/20 Uber *Eats Help.Uber.Com CA S384294554790794 Card 9798 | | 31.62 | |
| 10/21 | | Zelle to Jowers Tatiana on 10/20 Ref #Rp0Y5Lnp9J | | 400.00 | |
| 10/21 | | Zelle to Jowers Tatiana on 10/20 Ref #Rp0Y5M2Bzz | | 215.00 | |
| 10/21 | | Zelle to Jowers Tatiana on 10/21 Ref #Rp0Y5Mybhn | | 555.00 | 5,504.89 |
| 10/24 | | Purchase authorized on 10/23 Google *Nba Live G 855-836-3987 CA S584297853803625 Card 9798 | | 7.63 | 5,497.26 |
| 10/25 | | Recurring Payment authorized on 10/23 Google *Youtube G.CO/Helppay# CA S304298030836002 Card 9798 | | 15.84 | |
| 10/25 | | Zelle to Jowers Tatiana on 10/25 Ref #Rp0Y5Yy4Q4 | | 3,500.00 | |
| 10/25 | | ATT Payment 102424 695523002Smt2J Valued Customer | | 373.72 | 1,607.70 |
| 10/28 | | Recurring Payment authorized on 10/25 Google *Youtube G.CO/Helppay# CA S384300078974625 Card 9798 | | 129.06 | |
| 10/28 | | Zelle to Jowers Tatiana on 10/26 Ref #Rp0Y64S7Fy | | 1,000.00 | |
| 10/28 | | Recurring Payment authorized on 10/26 Amazon Prime*Dx2Sl Amzn.Com/Bill WA S384300771035556 Card 9798 | | 15.11 | |
| 10/28 | | Zelle to Jowers Tatiana on 10/28 Ref #Rp0Y6Bqxf2 | | 435.00 | 28.53 |
| 10/29 | | Purchase authorized on 10/27 Sxm*Siriusxm.Com/A 888-635-5144 NY S584301638026219 Card 9798 | | 2.25 | 26.28 |
| 10/31 | | Recurring Payment authorized on 10/28 Google *Disney Mob 855-836-3987 CA S464303224164613 Card 9798 | | 12.00 | |
| 10/31 | | Recurring Payment authorized on 10/29 Google *Spotify 855-836-3987 CA S584303700176700 Card 9798 | | 11.99 | |
| 10/31 | | Monthly Service Fee | | 5.00 | -2.71 |
| Ending balance on 10/31 | | | | | -2.71 |
| Totals | | | $22,904.92 | $22,908.88 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2024 - 10/31/2024 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RD/RD



# IMPORTANT ACCOUNT INFORMATION

---

Other Wells Fargo Benefits

October 31, 2024 ■ Page 5 of 6



Help take control of your finances with a Wells Fargo personal loan.

Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.

Get started at wellsfargo.com/personalloan.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.      $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ ▶ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.      = $ _____

**D** List outstanding checks, withdrawals, other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ ▶ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.
  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- In case of errors or questions about your electronic transfers: Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- In case of errors or questions about other transactions (that are not electronic transfers):

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801


EQUAL HOUSING LENDER