# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Oct-24 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 1.25 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business or Self Employment | 21,972.00 | $111,379.89 |
| Wages from Other Sources (attach list to this report) | 0.00 | $0.00 |
| Interest or Dividend Income | 0.00 | $0.00 |
| Alimony or Child Support | 0.00 | $0.00 |
| Social Security/Pension/Retirement | 0.00 | $0.00 |
| Other - from Spouse/Daughter | 925.00 | $7,315.55 |
| Other - Refunds | 7.92 | $81.66 |
| **TOTAL RECEIPTS** | **22,904.92** | $118,777.10 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | 0.00 | 0.00 |
| Business Expenses | 0.00 | 0.00 |
| Bank charges | 5.00 | 193.75 |
| Charitable Contributions | 0.00 | 0.00 |
| Children Expenses | 0.00 | 300.00 |
| Children Childcare/Education | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 4,546.59 | 12,765.02 |
| Household Repairs & Maintenance | 0.00 | 285.18 |
| HOA | 0.00 | 0.00 |
| Insurance | 964.52 | 3,860.33 |
| IRA Contribution | 0.00 | 0.00 |
| Lease/Rent Payments | 2,682.89 | 15,012.23 |
| Medical/Dental Payments | 0.00 | 0.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Professional Fees (Accounting, Attorneys, etc.) | 0.00 | 0.00 |
| Tuition - Education | 0.00 | 0.00 |
| Taxes - Personal | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Telephone | 373.72 | 2,854.34 |
| Travel & Entertainment | 716.74 | 4,870.16 |
| Subscriptions | 79.19 | 434.35 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 362.35 | 859.18 |
| Vehicle Expenses | 42.78 | 1,303.95 |
| Vehicle Secured Payment(s) | 1,774.55 | 16,040.05 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Other - to Spouse (Household/Living Expenses) | 9,660.55 | 57,331.10 |
| Other  Miscellaneous | 1,700.00 | 3,545.00 |
| | | |
| **Total Household Disbursements** | **22,908.88** | 71,538.38 |
| | | |
| **CASH - End of Month** | -2.71 | |