United States Bankruptcy Court

Southern District of Florida

In re:  Case No. 24-13584-MAM

Evan Phillip Jowers  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: pdf004 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evan Phillip Jowers, 4 17th Ave S, Lake Worth, FL 33460-5804 |
| intp | + | Alexis Lamb, 1090 Bascomb Farm Drive, Alpharetta, GA 30009-7137 |
| cr | + | Counsel Holdings, Inc., c/o Lorium Law, 101 NE 3rd Avenue, Suite 1800, Fort Lauderdale, FL 33301-1252 |
| intp | + | David Hyers, 703 Cedar Bay Rd, Jacksonville, FL 32218-4931 |
| intp | + | Josh Carr, 149 Dublin Drive, Lake Mary, FL 32746-3320 |
| sp | + | Robert E. Kinney, 824 W 10th Street, Suite 200, Austin, TX 78701-2040 |
| sp | + | Zachary Zermay, 3000 Coral Way #1115, Coral Gables, FL 33145-3239 |
| 97368357 | | 01 Sixt Rent A Car LLC Rac, PO Box 131, Champlin, MN, 55316-0131 |
| 97648843 | + | Adams and Reese LLP, c/o Ron C. Bingham, II, Esq., 3424 Peachtree Road, NE, Suite 1600, Atlanta, GA 30326-1139 |
| 97655417 | + | Adams and Reese LLP, 1901 6th Avenue North, Suite 1110, Birmingham, Alabama 35203-4667 |
| 97333999 | + | Allstate Car Insurance, 1501 N Plano Rd Suite 100, Richardson, TX 75081-2493 |
| 97333994 | + | Barclays, P.O. Box 70378, Philadelphia, PA 19176-0378 |
| 97333996 | | Bloomingdales, Lexington Ave, New York, NY 10022 |
| 97333984 | ++ | COUNSEL HOLDINGS INC, 824 W 10TH ST, SUITE 200, AUSTIN TX 78701-2040 address filed with court:, Counsel Holdings, Inc., 824 W. 10th St., Suite 200, Austin, TX 78701 |
| 97436536 | + | Counsel Holdings, Inc., c/o Jason Slatkin, Esq., Lorium Law, 101 NE 3rd Ave., Suite 1800, Ft. Lauderdale, Florida 33301-1252 |
| 97655416 | | Hong Kong Inland Revenue Department, Revenue Tower, 5 Gloucester Road, Wan Chai,, Hong Kong |
| 97333988 | + | Michael Carr, 4 17th Ave S., Lake Worth Beach, FL 33460-5804 |
| 97655418 | | Sorled Holdings Inc., 461 Tamarind Drive, Fort Lauderdale, Florida 33309 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| sp | + | Email/Text: admin@kinneyrecruiting.com | Dec 10 2024 22:59:00 | Robert E. Kinney, 824 W 10th Street, Suite 200, Austin, TX 78701-2040 |
| 97333998 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 10 2024 23:15:34 | Affirm Inc., 650 California Street., 12th floor, San Francisco, CA 94108-2716 |
| 97333991 | + | Email/PDF: bncnotices@becket-lee.com | Dec 10 2024 23:16:14 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 97389183 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2024 23:15:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 97333990 | + | Email/Text: vci.bkcy@vwcredit.com | Dec 10 2024 22:59:00 | Audi Financial, PO Box 0549, Carol Stream, IL 60132-0549 |
| 97440280 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 10 2024 22:58:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 97333984 | | Email/Text: admin@kinneyrecruiting.com | Dec 10 2024 22:59:00 | Counsel Holdings, Inc., 824 W. 10th St., Suite 200, Austin, TX 78701 |
| 97374251 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 10 2024 23:16:45 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 97333993 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: pdf004 | Total Noticed: 40 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 10 2024 23:15:18 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 97345012 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2024 23:16:24 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97333995 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 23:15:31 | Citi Bank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 97333986 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2024 22:59:00 | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 97333987 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 10 2024 23:16:54 | Chase Bank, 270 Park Avenue, New York, NY 10172 |
| 97388427 | + | Email/Text: RASEBN@raslg.com | Dec 10 2024 22:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 97352289 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2024 23:16:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97333997 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 10 2024 23:15:09 | Merrick Bank, 10705 S. Jordan Gateway #200, South Jordan, UT 84095-3977 |
| 97333985 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 10 2024 22:59:00 | Nelnet, PO Box 2837, Portland, OR 97208-2837 |
| 97422974 | + | Email/Text: bankruptcy@bbandt.com | Dec 10 2024 22:59:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 97362385 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 10 2024 22:59:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 97651946 | + | Email/Text: bankruptcynotices@sba.gov | Dec 10 2024 22:59:00 | U.S. Small Business Administration, 51 S.W. 1st Ave, Suite 201, Miami, FL 33130-1608 |
| 97333992 | + | Email/Text: bankruptcynotices@sba.gov | Dec 10 2024 22:58:00 | U.S. Small Business Administration, 409 3rd St., SW, Washington, D.C. 20416-0002 |
| 97431834 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Dec 10 2024 22:58:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 97333989 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 10 2024 23:16:09 | Wells Fargo, 420 Montgomery St., San Fransico, CA 94104-1298 |
| 97348052 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 10 2024 23:15:32 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, IRVING, TEXAS 75016-9005 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97333880 | | Counsel Holdings, Incorporated |
| 97333886 | | Internal Revenue Service |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 113C-9 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: pdf004 | Total Noticed: 40 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad T Van Horn | on behalf of Debtor Evan Phillip Jowers Chad@cvhlawgroup.com chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,VanHorn.ChadB104447@notify.bestcase.com |
| David A Ray, Esq. | on behalf of Counter-Claimant Evan Phillip Jowers dray@draypa.com draycmecf@gmail.com;simone.draypa@gmail.com |
| David A Ray, Esq. | on behalf of Defendant Evan Phillip Jowers dray@draypa.com draycmecf@gmail.com;simone.draypa@gmail.com |
| Jason Slatkin, Esq. | on behalf of Creditor Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Plaintiff Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Counter-Defendant Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert E Kinney | on behalf of Creditor Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Counter-Defendant Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Plaintiff Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Special Counsel Robert E. Kinney robert@kinneypc.com  kinneyrob888@recap.email |
| Zachary Z Zermay | on behalf of Debtor Evan Phillip Jowers zach@zermaylaw.com |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED-USBC, FLS-WPB
'24 DEC 10 PM 2:24

| In re:<br>Evan P. Jowers, et al.<br>Debtor. | Chapter 11<br>Case No. 24-13584-MAM |
|---|---|

### THIRD-PARTY ALEXIS LAMB'S MOTION FOR ENTRY OF AN ORDER QUASHING COUNSEL HOLDINGS, INC.'S SUBPOENA PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9016 AND FEDERAL RULE OF CIVIL PROCEDURE 45(d)(3)(A)/(B)

Alexis Lamb ("Movant") hereby files this motion ("Motion") pursuant to Federal Rule of Civil Procedure ("Civil Rule") 45(d)(3)(A) and (B), made applicable to this case by Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9016 for entry of an order (a) quashing or modifying the Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding) ("Subpoena") served by Counsel Holdings, Inc. ("Serving Party") on Movant; and (b) granting such other relief that the court deems just and proper. In support of this Motion, Movant respectfully represents as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1334(b) and 157. This is a core proceeding under 28 U.S.C. Section 157(b)(2).

2. The statutory and legal predicate for the relief requested herein is Bankruptcy Rule 9016 and Civil Rule 45(d)(3).

3. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409 and Civil Rule 45(d)(3).

### BACKGROUND

**General Background**

4. On April 15, 2024 ("Petition Date"), Evan Jowers ("Debtor") commenced a voluntary case under Chapter 11 of the Bankruptcy Code by filing a bankruptcy petition/their bankruptcy petitions.

5. The Debtor continues in possession of his property and manages his business as a debtor[s]-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code

6. Information regarding the Debtor's history and business operations, capital structure, and secured indebtedness, and the events leading up to the commencement of this Chapter 11 case can be found in the schedules filed with the Court on the Petition Date.

7. Movant and Debtor are former colleagues, but have not worked at the same company for over 18 months, and Debtor has never had any interest in, nor any involvement whatsoever in the Movant's current recruiting company. Movant and Debtor have had no financial dealings in over 18 months. Robert Kinney, who is admitted *pro hac vice* before this Court to represent Creditor Counsel Holdings, Inc., knows this because he deposed and has harassed movant in the litigation that gave rise to the debt that forced Debtor to seek bankruptcy protection. It is my understanding that Robert Kinney caused several other harassing subpoenas to be issued against other former, and current associates of Debtor.

**Relevant Background**

8. ON November 20, 2024, the Serving Party served a subpoena on the Movant seeking production of documents, electronically stored information, and things in connection with my business, trade secrets, confidential information.

9. Under Civil Rule 45(d)(3)(A), the Subpoena must be quashed because it does not provide a reasonable amount of time for Movant to comply with the Subpoena, it requires Movant to travel to Fort Lauderdale, Florida, a location which is more than 100 miles from Movant's place of residence, employment, and where Movant regularly transacts business in person, is outside the state where the Movant resides, is employed, and regularly transacts business in person, and Movant is not a party or officer of a party and will incur substantial expense to attend to produce documents, electronically stored information, or tangible things more than 100 miles from where Movant resides, is employed, and privileged or other protected matter absent an applicable waiver it subjects a person to undue burden.

Under Civil Rule 45(d)(3)(B), the Subpoena should be quashed because it requires Movant to disclose trade secret/confidential information. Like with Mr. Kinney's other harassing discovery requests, on behalf of Serving Party, he makes incredibly invasive requests. They are all objectionable. But the following are just a sampling of how broad they are: General ledger for the period April 14, 2020 present day, including all account details and supporting journal entries, b. Accounts receivable, accounts payable, fixed assets, and inventory ledgers, for the period April 14, 2020 to present day, All invoices and statements for amounts due to the Affiliated Enterprise issued during the period April 14, 2020 to the date you respond to these requests

Furthermore, the Subpoena is defective because it did not provide for payment of witness fees/the issuing court did not have personal jurisdiction over Movant. To wit, "the subpoena

2

power of a court cannot be more extensive than its jurisdiction." *United States Catholic Conference v. Abortion Rights Mobilization, Inc.*, 487 U.S. 72, 76 (1988). Movant does not live in Florida, does not do business in Florida, does not travel to Florida aside from personal / family leisure trips, and resides more than 100 miles from Florida. Accordingly, this Court does not have personal jurisdiction over Movant.

10. Additionally, Movant is a legal recruiter in competition with Counsel Holdings, Inc. and Mr. Kinney. Compliance with the Subpoena, searching through, and reviewing electronically stored information regarding my confidential financial information, candidate and client information, and invoices that Movant's company has sent will result in undue burden or expense to Movant, will require production of privileged or confidential information, trade secrets or other confidential information or research/opinions or information from an unretained expert.

11. Serving Party has not demonstrated a need for this financial information in Debtor's bankruptcy proceedings. At best, this is an impermissible fishing expedition. At worst, it is a continuation of Serving Party's and Mr. Kinney's calculated campaign of harassment against Debtor, everyone, and everything affiliated with him.

12. This Motion is timely.

13. Movant's attempts to meet and confer with the party serving the subpoena have not been successful.

## RELIEF REQUESTED

14. By this Motion, Movant seeks entry of an order quashing or modifying the Subpoena and granting such other relief as the Court deems just and proper.

## BASIS FOR RELIEF

15. Bankruptcy Rule 9016 makes Civil Rule 45 applicable to bankruptcy cases. Civil Rule 45 states the requirements for subpoenas including the serving party's duty to avoid imposing an undue burden or expense on the person to which the subpoena is directed. The court is authorized to enforce this duty by quashing or modifying the subpoena and awarding sanctions in the form of lost earnings or attorneys' fees against the serving party (Fed. R. Civ. P. 45(d)(1)).

16. The Subpoena is attached hereto as Exhibit-A and requires the Movant to comply.

17. The Subpoena must be quashed or modified because it does not provide reasonable time to comply in violation of Civil Rule 45(d)(3)(A)(i) requires Movant to comply outside the geographical limits in Civil Rule 45(c) in violation of Civil Rule 45(d)(3)(A)(ii), requires disclosure of privileged or other protected matter in violation of Civil Rule 45(d)(3)(A)(iii), subjects Movant to undue burden by forcing Movant to reveal trade secrets, confidential financial information, and electronically stored information to a competitor in the same industry in violation of Civil Rule 45(d)(3)(A)(iv), requires disclosure of a trade secret or other confidential research, development, or commercial

3

information in violation of Civil Rule 45(d)(3)(B)(i), this Subpoena is brought for purposes of harassing Movant and the Debtor, and this Court lacks personal jurisdiction over Movant.

## NOTICE

18. Movant will provide notice of this Motion to: (a) the Debtor; (b) the Office of the United States Trustee; (e) all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002; and (f) such other persons as directed by the Court. In light of the nature of the relief requested herein, the Movant submits that no other or further notice is necessary.

## NO PRIOR REQUEST

19. No prior request for the relief sought herein has been made to this Court or any other court.

## CONCLUSION

4

WHEREFORE, for the reasons set forth herein, Movant respectfully requests that this Court enter an order, substantially in the form of the Proposed Order attached hereto, granting (a) the relief requested in the Motion, quash and in the alternative modify the Subpoena and (b) such other and further relief as the court deems just and proper.

Dated:                                              Respectfully submitted,

                                                             Alexis Lamb

                                                             *Pro se*

                                                            1090 Bascomb Farm Drive

                                                            Alpharetta, GA 30009

                                                            917-656-1486

                                                            alexisclamb007@gmail.com