United States Bankruptcy Court

Southern District of Florida

In re:                                                                                                                                                            Case No. 24-13584-MAM

Evan Phillip Jowers                                                                                                                                                              Chapter 11

        Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-9                                                User: admin                                                Page 1 of 3

Date Rcvd: Dec 11, 2024                                  Form ID: CGFCRD3Z                              Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evan Phillip Jowers, 4 17th Ave S, Lake Worth, FL 33460-5804 |
| intp | + | Alexis Lamb, 1090 Bascomb Farm Drive, Alpharetta, GA 30009-7137 |
| cr | + | Counsel Holdings, Inc., c/o Lorium Law, 101 NE 3rd Avenue, Suite 1800, Fort Lauderdale, FL 33301-1252 |
| intp | + | David Hyers, 703 Cedar Bay Rd, Jacksonville, FL 32218-4931 |
| intp | + | Josh Carr, 149 Dublin Drive, Lake Mary, FL 32746-3320 |
| intp | + | Michael Carr, 4 17th Ave, Lake Worth Beach, FL 33460-5804 |
| sp | + | Robert E. Kinney, 824 W 10th Street, Suite 200, Austin, TX 78701-2040 |
| sp | + | Zachary Zermay, 3000 Coral Way #1115, Coral Gables, FL 33145-3239 |
| 97368357 | | 01 Sixt Rent A Car LLC Rac, PO Box 131, Champlin, MN, 55316-0131 |
| 97648843 | + | Adams and Reese LLP, c/o Ron C. Bingham, II, Esq., 3424 Peachtree Road, NE, Suite 1600, Atlanta, GA 30326-1139 |
| 97655417 | + | Adams and Reese LLP, 1901 6th Avenue North, Suite 1110, Birmingham, Alabama 35203-4667 |
| 97333999 | + | Allstate Car Insurance, 1501 N Plano Rd Suite 100, Richardson, TX 75081-2493 |
| 97333994 | + | Barclays, P.O. Box 70378, Philadelphia, PA 19176-0378 |
| 97333996 | | Bloomingdales, Lexington Ave, New York, NY 10022 |
| 97333984 | ++ | COUNSEL HOLDINGS INC, 824 W 10TH ST, SUITE 200, AUSTIN TX 78701-2040 address filed with court:, Counsel Holdings, Inc., 824 W. 10th St., Suite 200, Austin, TX 78701 |
| 97436536 | + | Counsel Holdings, Inc., c/o Jason Slatkin, Esq., Lorium Law, 101 NE 3rd Ave., Suite 1800, Ft. Lauderdale, Florida 33301-1252 |
| 97655416 | | Hong Kong Inland Revenue Department, Revenue Tower, 5 Gloucester Road, Wan Chai,, Hong Kong |
| 97333988 | + | Michael Carr, 4 17th Ave S., Lake Worth Beach, FL 33460-5804 |
| 97655418 | | Sorled Holdings Inc., 461 Tamarind Drive, Fort Lauderdale, Florida 33309 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Dec 11 2024 22:56:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2024 22:58:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| sp | + | Email/Text: admin@kinneyrecruiting.com | Dec 11 2024 22:58:00 | Robert E. Kinney, 824 W 10th Street, Suite 200, Austin, TX 78701-2040 |
| 97333998 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 11 2024 23:03:04 | Affirm Inc., 650 California Street., 12th floor, San Francisco, CA 94108-2716 |
| 97333991 | + | Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 23:02:43 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 97389183 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 23:02:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 97333990 | + | Email/Text: vci.bkcy@vwcredit.com | Dec 11 2024 22:59:00 | Audi Financial, PO Box 0549, Carol Stream, IL 60132-0549 |
| 97440280 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 11 2024 22:56:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 97333984 | | Email/Text: admin@kinneyrecruiting.com | | |

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: CGFCRD3Z | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 11 2024 22:58:00 | Counsel Holdings, Inc., 824 W. 10th St., Suite 200, Austin, TX 78701 |
| 97374251 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 23:02:13 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 97333993 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 23:02:21 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 97345012 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 23:03:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97333995 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2024 23:29:28 | Citi Bank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 97333987 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2024 23:02:58 | Chase Bank, 270 Park Avenue, New York, NY 10172 |
| 97388427 | + | Email/Text: RASEBN@raslg.com | Dec 11 2024 22:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 97352289 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 23:03:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97333997 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 23:02:41 | Merrick Bank, 10705 S. Jordan Gateway #200, South Jordan, UT 84095-3977 |
| 97333985 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 11 2024 22:59:00 | Nelnet, PO Box 2837, Portland, OR 97208-2837 |
| 97422974 | + | Email/Text: bankruptcy@bbandt.com | Dec 11 2024 22:58:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 97362385 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 11 2024 22:59:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 97651946 | + | Email/Text: bankruptcynotices@sba.gov | Dec 11 2024 22:59:00 | U.S. Small Business Administration, 51 S.W. 1st Ave, Suite 201, Miami, FL 33130-1608 |
| 97333992 | + | Email/Text: bankruptcynotices@sba.gov | Dec 11 2024 22:56:00 | U.S. Small Business Administration, 409 3rd St., SW, Washington, D.C. 20416-0002 |
| 97431834 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Dec 11 2024 22:57:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 97333989 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 11 2024 23:02:55 | Wells Fargo, 420 Montgomery St., San Fransico, CA 94104-1298 |
| 97348052 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 11 2024 23:02:35 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, IRVING, TEXAS 75016-9005 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97333880 | | Counsel Holdings, Incorporated |
| 97333886 | | Internal Revenue Service |
| 97333986 | * | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 113C-9 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: CGFCRD3Z | Total Noticed: 42 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

**Name**           **Email Address**

Chad T Van Horn
   on behalf of Debtor Evan Phillip Jowers Chad@cvhlawgroup.com
   chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,VanHorn.ChadB104447@notify.bestcase.com

David A Ray, Esq.
   on behalf of Counter-Claimant Evan Phillip Jowers dray@draypa.com  draycmecf@gmail.com;simone.draypa@gmail.com

David A Ray, Esq.
   on behalf of Defendant Evan Phillip Jowers dray@draypa.com  draycmecf@gmail.com;simone.draypa@gmail.com

Jason Slatkin, Esq.
   on behalf of Creditor Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Jason Slatkin, Esq.
   on behalf of Plaintiff Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Jason Slatkin, Esq.
   on behalf of Counter-Defendant Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Martin P Ochs
   on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov

Office of the US Trustee
   USTPRegion21.MM.ECF@usdoj.gov

Robert E Kinney
   on behalf of Creditor Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email

Robert E Kinney
   on behalf of Counter-Defendant Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email

Robert E Kinney
   on behalf of Plaintiff Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email

Robert E Kinney
   on behalf of Special Counsel Robert E. Kinney robert@kinneypc.com  kinneyrob888@recap.email

Zachary Z Zermay
   on behalf of Debtor Evan Phillip Jowers zach@zermaylaw.com

TOTAL: 13

Form CGFCRD3Z (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 24–13584–MAM

Chapter: 11

**In re:**
Evan Phillip Jowers
4 17th Ave S
Lake Worth, FL 33460
SSN: xxx–xx–5913 EIN: 85-0504282

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Mindy A Mora to consider the following:

**Motion For Entry of an Order Quashing Counsel Holdings, Inc.'s Subpoena Pursuant to Federal Rule of Bankruptcy Procedure 9016 And Federal Rule of Civil Procedure 45(d)(3)(A)(B), Filed by Interested Party Michael Carr. (114)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** **December 23, 2024**
   **Time:** **02:30 PM**
   **Location:** **Video Conference by Zoom for Government**

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

4. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above-described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

**Dated: 12/11/24**

**CLERK OF COURT**
By: Maria Romaguera–Serfaty
Courtroom Deputy