United States Bankruptcy Court

Southern District of Florida

In re:                                                                                          Case No. 24-13584-MAM

Evan Phillip Jowers                                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: pdf004 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evan Phillip Jowers, 4 17th Ave S, Lake Worth, FL 33460-5804 |
| intp | + | Alexis Lamb, 1090 Bascomb Farm Drive, Alpharetta, GA 30009-7137 |
| cr | + | Counsel Holdings, Inc., c/o Lorium Law, 101 NE 3rd Avenue, Suite 1800, Fort Lauderdale, FL 33301-1252 |
| intp | + | David Hyers, 703 Cedar Bay Rd, Jacksonville, FL 32218-4931 |
| intp | + | Josh Carr, 149 Dublin Drive, Lake Mary, FL 32746-3320 |
| intp | + | Michael Carr, 4 17th Ave, Lake Worth Beach, FL 33460-5804 |
| sp | + | Robert E. Kinney, 824 W 10th Street, Suite 200, Austin, TX 78701-2040 |
| sp | + | Zachary Zermay, 3000 Coral Way #1115, Coral Gables, FL 33145-3239 |
| 97368357 | | 01 Sixt Rent A Car LLC Rac, PO Box 131, Champlin, MN, 55316-0131 |
| 97648843 | + | Adams and Reese LLP, c/o Ron C. Bingham, II, Esq., 3424 Peachtree Road, NE, Suite 1600, Atlanta, GA 30326-1139 |
| 97655417 | + | Adams and Reese LLP, 1901 6th Avenue North, Suite 1110, Birmingham, Alabama 35203-4667 |
| 97333999 | + | Allstate Car Insurance, 1501 N Plano Rd Suite 100, Richardson, TX 75081-2493 |
| 97333994 | + | Barclays, P.O. Box 70378, Philadelphia, PA 19176-0378 |
| 97333996 | | Bloomingdales, Lexington Ave, New York, NY 10022 |
| 97333984 | ++ | COUNSEL HOLDINGS INC, 824 W 10TH ST, SUITE 200, AUSTIN TX 78701-2040 address filed with court:, Counsel Holdings, Inc., 824 W. 10th St., Suite 200, Austin, TX 78701 |
| 97436536 | + | Counsel Holdings, Inc., c/o Jason Slatkin, Esq., Lorium Law, 101 NE 3rd Ave., Suite 1800, Ft. Lauderdale, Florida 33301-1252 |
| 97655416 | | Hong Kong Inland Revenue Department, Revenue Tower, 5 Gloucester Road, Wan Chai,, Hong Kong |
| 97333988 | + | Michael Carr, 4 17th Ave S., Lake Worth Beach, FL 33460-5804 |
| 97655418 | | Sorled Holdings Inc., 461 Tamarind Drive, Fort Lauderdale, Florida 33309 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| sp | + | Email/Text: admin@kinneyrecruiting.com | Dec 11 2024 22:58:00 | Robert E. Kinney, 824 W 10th Street, Suite 200, Austin, TX 78701-2040 |
| 97333998 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 11 2024 23:40:08 | Affirm Inc., 650 California Street., 12th floor, San Francisco, CA 94108-2716 |
| 97333991 | + | Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 23:02:20 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 97389183 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 23:03:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 97333990 | + | Email/Text: vci.bkcy@vwcredit.com | Dec 11 2024 22:59:00 | Audi Financial, PO Box 0549, Carol Stream, IL 60132-0549 |
| 97440280 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 11 2024 22:56:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 97333984 | | Email/Text: admin@kinneyrecruiting.com | Dec 11 2024 22:58:00 | Counsel Holdings, Inc., 824 W. 10th St., Suite 200, Austin, TX 78701 |
| 97374251 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 23:02:54 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| | | | |
|---|---|---|---|
| 97333993 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 23:03:08 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 97345012 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 23:03:08 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97333995 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2024 23:02:43 | Citi Bank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 97333986 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2024 22:58:00 | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 97333987 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2024 23:03:08 | Chase Bank, 270 Park Avenue, New York, NY 10172 |
| 97388427 | + Email/Text: RASEBN@raslg.com | Dec 11 2024 22:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 97352289 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 23:02:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97333997 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 23:02:26 | Merrick Bank, 10705 S. Jordan Gateway #200, South Jordan, UT 84095-3977 |
| 97333985 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 11 2024 22:59:00 | Nelnet, PO Box 2837, Portland, OR 97208-2837 |
| 97422974 | + Email/Text: bankruptcy@bbandt.com | Dec 11 2024 22:58:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 97362385 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 11 2024 22:59:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 97651946 | + Email/Text: bankruptcynotices@sba.gov | Dec 11 2024 22:59:00 | U.S. Small Business Administration, 51 S.W. 1st Ave, Suite 201, Miami, FL 33130-1608 |
| 97333992 | + Email/Text: bankruptcynotices@sba.gov | Dec 11 2024 22:56:00 | U.S. Small Business Administration, 409 3rd St., SW, Washington, D.C. 20416-0002 |
| 97431834 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Dec 11 2024 22:57:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 97333989 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 11 2024 23:02:15 | Wells Fargo, 420 Montgomery St., San Fransico, CA 94104-1298 |
| 97348052 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 11 2024 23:28:59 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, IRVING, TEXAS 75016-9005 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97333880 | | Counsel Holdings, Incorporated |
| 97333886 | | Internal Revenue Service |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 113C-9                          User: admin                                    Page 3 of 3
Date Rcvd: Dec 11, 2024                       Form ID: pdf004                                 Total Noticed: 41

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chad T Van Horn | on behalf of Debtor Evan Phillip Jowers Chad@cvhlawgroup.com chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,VanHorn.ChadB104447@notify.bestcase.com |
| David A Ray, Esq. | on behalf of Counter-Claimant Evan Phillip Jowers dray@draypa.com  draycmecf@gmail.com;simone.draypa@gmail.com |
| David A Ray, Esq. | on behalf of Defendant Evan Phillip Jowers dray@draypa.com  draycmecf@gmail.com;simone.draypa@gmail.com |
| Jason Slatkin, Esq. | on behalf of Creditor Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Plaintiff Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Counter-Defendant Counsel Holdings  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert E Kinney | on behalf of Creditor Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Counter-Defendant Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Plaintiff Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Special Counsel Robert E. Kinney robert@kinneypc.com  kinneyrob888@recap.email |
| Zachary Z Zermay | on behalf of Debtor Evan Phillip Jowers zach@zermaylaw.com |

TOTAL: 13

FILED-USBC, FLS-WPB
'24 DEC 11 AM8:57


# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

|  |  |
|---|---|
| In re:<br><br>Evan P. Jowers, et al.<br><br>Debtor. | Chapter 11<br><br>Case No. 24–13584–MAM |

## THIRD-PARTY MICHAEL CARR'S MOTION FOR ENTRY OF AN ORDER QUASHING COUNSEL HOLDINGS, INC.'S SUBPOENA PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9016 AND FEDERAL RULE OF CIVIL PROCEDURE 45(d)(3)(A)/(B)

Michael Carr ("Movant") hereby files this motion ("Motion") pursuant to Federal Rule of Civil Procedure ("Civil Rule") 45(d)(3)(A) and (B), made applicable to this case by Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9016 for entry of an order (a) quashing or modifying the Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding) ("Subpoena") served by Counsel Holdings, Inc. ("Serving Party") on Movant; and (b) granting such other relief that the court deems just and proper. In support of this Motion, Movant respectfully represents as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1334(b) and 157. This is a core proceeding under 28 U.S.C. Section 157(b)(2).

2.     The statutory and legal predicate for the relief requested herein is Bankruptcy Rule 9016 and Civil Rule 45(d)(3).

3.     Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409 and Civil Rule 45(d)(3).

## BACKGROUND

**General Background**

4.     On April 15, 2024 ("Petition Date"), Evan Jowers ("Debtor") commenced a voluntary case under Chapter 11 of the Bankruptcy Code by filing a bankruptcy petition/their bankruptcy petitions.

5.     The Debtor continues in possession of his property and manages his business as a debtor[s]-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code

6.     Information regarding the Debtor's history and business operations, capital structure, and secured indebtedness, and the events leading up to the commencement of this Chapter 11 case can be found in the schedules filed with the Court on the Petition Date.

7.     Movant and Debtor are long-time friends since their University of Florida college years over 30 years ago. Movant is a creditor of Debtor, as is clearly shown in the Debtor's schedules filed. Movant, a a creditor, should not be compelled by and harassed by a fellow creditor to provide information that can and is being provided by the Debtor in these proceedings. Robert Kinney has deposed and has harassed Debtor's colleagues and friends in the litigation that gave rise to the debt that forced Debtor to seek bankruptcy protection. It is my understanding that Robert Kinney caused several other harassing subpoenas to be issued against other former, and current associates and friends of Debtor.

**Relevant Background**

8.     On November 20, 2024, the Serving Party served a subpoena on the Movant seeking production of documents, text messages, emails and other communication between Movant and Debtor for a long period of time, which would reveal confidential and personal information of the Movant.

9.     Under Civil Rule 45(d)(3)(A), the Subpoena must be quashed because it does not provide a reasonable amount of time for Movant to comply with the Subpoena. Further, Movant is not a party or officer of a party and will incur substantial expense to attend to produce documents, electronically stored information, or tangible things .

10.     Under Civil Rule 45(d)(3)(B), the Subpoena should be quashed  because it requires Movant to disclose personal confidential information.

2

11.     Additionally, Movant is a legal recruiter in competition with Counsel Holdings, Inc. and Mr. Kinney.  Compliance with the Subpoena, searching through, and reviewing electronically stored information regarding Movant's confidential financial information, candidate and client information, will result in undue burden or expense to Movant, will require production of privileged, personal private or confidential information, trade secrets or other confidential information or research/opinions or information from an unretained expert.

12.     Serving Party has not demonstrated a need for this financial information in Debtor's bankruptcy proceedings. At best, this is an impermissible fishing expedition. At worst, it is a continuation of Serving Party's and Mr. Kinney's calculated campaign of harassment against Debtor, everyone, and everything affiliated with him.

13.     This Motion is timely.

14.     Movant's attempts to meet and confer with the party serving the subpoena have not been successful.

## RELIEF REQUESTED

15.     By this Motion, Movant seeks entry of an order quashing or modifying the Subpoena and granting such other relief as the Court deems just and proper.

## BASIS FOR RELIEF

16.     Bankruptcy Rule 9016 makes Civil Rule 45 applicable to bankruptcy cases. Civil Rule 45 states the requirements for subpoenas including the serving party's duty to avoid imposing an undue burden or expense on the person to which the subpoena is directed. The court is authorized to enforce this duty by quashing or modifying the subpoena and awarding sanctions in the form of lost earnings or attorneys' fees against the serving party (Fed. R. Civ. P. 45(d)(1)).

17.     The Subpoena is attached hereto as Exhibit-A and requires the Movant to comply.

18.     The Subpoena must be quashed or modified because it does not provide reasonable time to comply in violation of Civil Rule 45(d)(3)(A)(i), requires disclosure of privileged or other protected matter in violation of Civil Rule 45(d)(3)(A)(iii), subjects Movant to undue burden by forcing Movant to reveal trade secrets, confidential financial information, and electronically stored information to a competitor in the same industry in violation of Civil Rule 45(d)(3)(A)(iv), requires disclosure of a trade secret or other confidential research, development, or commercial information in violation of Civil Rule 45(d)(3)(B)(i), this Subpoena is brought for purposes of harassing Movant and the Debtor, and this Court lacks personal jurisdiction over Movant.

## NOTICE

3

19.     Movant will provide notice of this Motion to: (a) the Debtor; (b) the Office of the United States Trustee; (e) all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002; and (f) such other persons as directed by the Court. In light of the nature of the relief requested herein, the Movant submits that no other or further notice is necessary.

## NO PRIOR REQUEST

20.     No prior request for the relief sought herein has been made to this Court or any other court.

## CONCLUSION

WHEREFORE, for the reasons set forth herein, Movant respectfully requests that this Court enter an order, substantially in the form of the Proposed Order attached hereto, granting (a) the relief requested in the Motion, quash and in the alternative modify the Subpoena and (b) such other and further relief as the court deems just and proper.

4

Dated:     December 10, 2024

Respectfully submitted,

/s/ Michael Carr

*Pro se*

4 17th Ave

Lake Worth Beach, FL 33460

813.787.3282

mcarr@laterallink.com