UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re | Case No. 24-13584-MAM |
| EVAN P. JOWERS, | Chapter 11 |
| Debtor. | |

**COUNSEL HOLDINGS, INC.'S OMNIBUS RESPONSE
TO MOTIONS TO QUASH SUBPOENAS DUCES TECA**

The creditor, Counsel Holdings, Inc., by and through undersigned counsel, files this *Omnibus Response to Motions to Quash Subpoenas Duces Teca* and as grounds therefore, states as follows:

1. Counsel Holdings, Inc. ("Counsel Holdings") is in the legal recruiting business and is the successor by merger to MWK Recruiting, Inc. ("MWK") and is a creditor of the Debtor by virtue Debtor's prior employment with MWK. The claims against Debtor arise out of Debtor's unlawful acts committed as a recruiter for MWK wherein Debtor diverted prospective candidates from Counsel Holdings to a competing entity and by misappropriating Counsel Holdings' trade secrets, as well as failing to repay amounts lent to Debtor by MWK.

2. Counsel Holdings sued Debtor in the United States District Court for the Western District of Texas, Case No. 1:18-CV-444-RP, for misappropriation of trade secrets and breach of the non-competition and non-solicitation covenants contained in the employment agreement, and for the unpaid loans (the "Primary Case").

3. The District Court entered a number of findings and conclusions and related judgments, holding Debtor liable for the misappropriation, breaches of the agreement, and breach of two loan agreements, awarding Counsel Holdings approximately $4 million in damages.

4. On April 15, 2024, Debtor filed his bankruptcy petition with the Clerk of this Court, commencing the above-captioned bankruptcy case.

5. As a creditor, Counsel Holdings engaged in discovery, including serving subpoenas duces tecum for documents only on Michael Carr, Joshua Carr, Alexis Lamb, and David Hyers – all persons who Counsel Holdings believed had relevant information regarding Debtor's financial condition and business dealings for they all previously worked with or for the Debtor.

6. All four individuals filed basically mirror images of a motion to quash each subpoena, [Docs. 107, 108, 109, and 114], each erroneously stating, "Movant's attempts to meet and confer with the party serving the subpoena have not been successful.".

7. None of the individuals reached out to counsel for Counsel Holdings before filing their respective motions.

8. Notwithstanding, Counsel Holdings reached out to all four individuals and as of the filing of this response is pleased to report that Counsel Holdings resolved the discovery issues with Mr. Hyers, but, although having some communications with Joshua Carr, has been unsuccessful in reaching a resolution with him.

9. As to Ms. Lamb and Michael Carr, although Counsel Holdings has reached out to both, it has yet to receive a response from either of them.

10. As to the substantive arguments made, all assert that the information sought is confidential and privileged. Clearly, information about Debtor's sources of income is not privileged.

11. To the extent the Court determines that there are valid confidentiality concerns, Counsel Holdings is willing to enter into a confidentiality order that will allow for the production of the documents which will be for Counsel Holdings' and its counsel's "eyes only" and only to be used in the context of Debtor's bankruptcy case.

12. As a final comment, it is clear that all of the motions to quash were authored by the same person and after conferring with Mr. Hyers, it was apparent that at least he (and likely the other three individuals) did not participate in the drafting.

WHEREFORE, Counsel Holdings requests that this Court deny as moot the motion to quash filed by David Hyers, and deny the other three motions in their entirety, and grant Counsel Holdings any further relief this Court deems just and proper.

Dated this 20th day of December 2024.

**LORIUM LAW**
*Attorneys for Counsel Holdings, Inc.*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Telefax:    (954) 462-4300

By:    */s/ Jason E. Slatkin*
          Jason E. Slatkin
          Florida Bar No.: 040370
          jslatkin@loriumlaw.com

and

By: /s/ Robert E. Kinney
Robert E. Kinney (Pro Hac Vice)
Texas State Bar No. 00796888
Robert@KinneyPC.com

Robert E. Kinney
824 West 10th Street, Suite 200
Austin, Texas 78701
Tel: (512) 636-1395

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties listed on the attached Service List and via U.S. Mail to Michael Carr, 4 17th Ave S, Lake Worth, FL 33460, Joshua Carr, 149 Dublin Dr, Lake Mary, FL

3

32746, David Hyers, 703 Cedar Bay Road, Jacksonville, FL 32218, and Alexis Lamb, 1090 Bascomb Farm Dr., Alpharetta, GA 30009, on this 20th day of December 2024.

/s/ *Jason E. Slatkin*
Jason E. Slatkin

**SERVICE LIST**

Zachary Z. Zermay, Esq. - zach@zermaylaw.com

Office of the US Trustee - USTPRegion21.MM.ECF@usdoj.gov

Martin P. Ochs, Esq. - martin.p.ochs@usdoj.gov

David A. Ray, Esq., dray@draypa.com, draycmecf@gmail.com;simone.draypa@gmail.com

Chad T. Van Horn, Chad@cvhlawgroup.com, chad@ecf.inforuptcy.com, g2320@notify.cincompass.com, chapter7@cvhlawgroup.com, broward@cvhlawgroup.com, chapter11@cvhlawgroup.com,miami@cvhlawgroup.com, cmecf@cvhlawgroup.com, VanHorn.ChadB104447@notify.bestcase.com