United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 24-13584-MAM |
| Evan Phillip Jowers | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 26, 2024 | Form ID: CGFCRD3H | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evan Phillip Jowers, 4 17th Ave S, Lake Worth, FL 33460-5804 |
| intp | + | Alexis Lamb, 1090 Bascomb Farm Drive, Alpharetta, GA 30009-7137 |
| cr | + | Counsel Holdings, Inc., c/o Lorium Law, 101 NE 3rd Avenue, Suite 1800, Fort Lauderdale, FL 33301-1252 |
| intp | + | David Hyers, 703 Cedar Bay Rd, Jacksonville, FL 32218-4931 |
| intp | + | Josh Carr, 149 Dublin Drive, Lake Mary, FL 32746-3320 |
| intp | + | Michael Carr, 4 17th Ave, Lake Worth Beach, FL 33460-5804 |
| sp | + | Zachary Zermay, 3000 Coral Way #1115, Coral Gables, FL 33145-3239 |
| 97368357 | | 01 Sixt Rent A Car LLC Rac, PO Box 131, Champlin, MN, 55316-0131 |
| 97655417 | + | Adams and Reese LLP, 1901 6th Avenue North, Suite 1110, Birmingham, Alabama 35203-4667 |
| 97648843 | + | Adams and Reese LLP, c/o Ron C. Bingham, II, Esq., 3424 Peachtree Road, NE, Suite 1600, Atlanta, GA 30326-1139 |
| 97333999 | + | Allstate Car Insurance, 1501 N Plano Rd Suite 100, Richardson, TX 75081-2493 |
| 97333994 | + | Barclays, P.O. Box 70378, Philadelphia, PA 19176-0378 |
| 97333996 | | Bloomingdales, Lexington Ave, New York, NY 10022 |
| 97436536 | + | Counsel Holdings, Inc., c/o Jason Slatkin, Esq., Lorium Law, 101 NE 3rd Ave., Suite 1800, Ft. Lauderdale, Florida 33301-1252 |
| 97655416 | | Hong Kong Inland Revenue Department, Revenue Tower, 5 Gloucester Road, Wan Chai,, Hong Kong |
| 97333988 | + | Michael Carr, 4 17th Ave S., Lake Worth Beach, FL 33460-5804 |
| 97655418 | | Sorled Holdings Inc., 461 Tamarind Drive, Fort Lauderdale, Florida 33309 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Dec 26 2024 23:52:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 26 2024 23:52:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| sp | + | Email/Text: admin@kinneyrecruiting.com | Dec 26 2024 23:52:00 | Robert E. Kinney, 824 W 10th Street, Suite 200, Austin, TX 78701-2040 |
| 97333998 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 27 2024 00:13:44 | Affirm Inc., 650 California Street., 12th floor, San Francisco, CA 94108-2716 |
| 97333991 | + | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 00:02:52 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 97389183 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 00:13:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 97333990 | + | Email/Text: vci.bkcy@vwcredit.com | Dec 26 2024 23:53:00 | Audi Financial, PO Box 0549, Carol Stream, IL 60132-0549 |
| 97440280 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 26 2024 23:52:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 97333984 | | Email/Text: admin@kinneyrecruiting.com | Dec 26 2024 23:52:00 | Counsel Holdings, Inc., 824 W. 10th St., Suite 200, Austin, TX 78701 |
| 97374251 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 27 2024 00:02:41 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 26, 2024 | Form ID: CGFCRD3H | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 97333993 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2024 00:13:56 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 97345012 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2024 00:02:40 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97333995 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 00:02:48 | Citi Bank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 97333987 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2024 00:13:53 | Chase Bank, 270 Park Avenue, New York, NY 10172 |
| 97388427 | + | Email/Text: RASEBN@raslg.com | Dec 26 2024 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 97352289 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 00:02:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97333997 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 27 2024 00:03:01 | Merrick Bank, 10705 S. Jordan Gateway #200, South Jordan, UT 84095-3977 |
| 97333985 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 26 2024 23:53:00 | Nelnet, PO Box 2837, Portland, OR 97208-2837 |
| 97422974 | + | Email/Text: bankruptcy@bbandt.com | Dec 26 2024 23:52:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 97362385 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 26 2024 23:53:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 97651946 | + | Email/Text: bankruptcynotices@sba.gov | Dec 26 2024 23:53:00 | U.S. Small Business Administration, 51 S.W. 1st Ave, Suite 201, Miami, FL 33130-1608 |
| 97333992 | + | Email/Text: bankruptcynotices@sba.gov | Dec 26 2024 23:52:00 | U.S. Small Business Administration, 409 3rd St., SW, Washington, D.C. 20416-0002 |
| 97431834 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Dec 26 2024 23:52:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 97333989 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 00:13:48 | Wells Fargo, 420 Montgomery St., San Fransico, CA 94104-1298 |
| 97348052 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 00:13:55 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, IRVING, TEXAS 75016-9005 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97333880 | | Counsel Holdings, Incorporated |
| 97333886 | | Internal Revenue Service |
| 97333986 | * | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 113C-9 User: admin Page 3 of 3
Date Rcvd: Dec 26, 2024 Form ID: CGFCRD3H Total Noticed: 42
Date: Dec 28, 2024 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad T Van Horn | on behalf of Debtor Evan Phillip Jowers Chad@cvhlawgroup.com chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,VanHorn.ChadB104447@notify.bestcase.com |
| David A Ray, Esq. | on behalf of Counter-Claimant Evan Phillip Jowers dray@draypa.com draycmecf@gmail.com;simone.draypa@gmail.com |
| David A Ray, Esq. | on behalf of Defendant Evan Phillip Jowers dray@draypa.com draycmecf@gmail.com;simone.draypa@gmail.com |
| Jason Slatkin, Esq. | on behalf of Creditor Counsel Holdings Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Plaintiff Counsel Holdings Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Counter-Defendant Counsel Holdings Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert E Kinney | on behalf of Creditor Counsel Holdings Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Counter-Defendant Counsel Holdings Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Plaintiff Counsel Holdings Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Special Counsel Robert E. Kinney robert@kinneypc.com kinneyrob888@recap.email |
| Zachary Z Zermay | on behalf of Debtor Evan Phillip Jowers zach@zermaylaw.com |

TOTAL: 13

Form CGFCRD3H  (07/20/22)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 24–13584–MAM

Chapter: 11

**In re:**
Evan Phillip Jowers
4 17th Ave S
Lake Worth, FL 33460
SSN: xxx–xx–5913 EIN: 85-0504282

## NOTICE OF CONTINUED HEARING

Per Hearing Held 12/23/2024

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Mindy A Mora to consider the following:

**Motion For Entry of an Order Quashing Counsel Holdings, Inc.'s Subpoena Pursuant to Federal Rule of Bankruptcy Procedure 9016 And Federal Rule of Civil Procedure 45(d)(3)(A)(B), Filed by Interested Party Alexis Lamb. (108)**

**Motion For Entry of an Order Quashing Counsel Holdings, Inc.'s Subpoena Pursuant to Federal Rule of Bankruptcy Procedure 9016 And Federal Rule of Civil Procedure 45(d)(3)(A)(B), Filed by Interested Party Josh Carr. (109)**

**Motion For Entry of an Order Quashing Counsel Holdings, Inc.'s Subpoena Pursuant to Federal Rule of Bankruptcy Procedure 9016 And Federal Rule of Civil Procedure 45(d)(3)(A)(B), Filed by Interested Party Michael Carr. (114)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is . The hearing will be held:

   **Date:** January 28, 2025
   **Time:** 11:00 AM
   **Location:** Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401

2. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3lJmn8ydPxj4

   All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

3. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

4. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

5. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072−2.

**Dated: 12/26/24**　　　　　　　　　　　　　　　**CLERK OF COURT**
　　　　　　　　　　　　　　　　　　　　　　　　　By: Maria Romaguera−Serfaty
　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy