UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EVAN PHILLIP JOWERS            Case No.: 24-13584-MAM

                                                     Chapter 11

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Denying as Moot David Hyers Motion to Quash* (Doc. 125) was served via the Court's CM/ECF system to all parties listed on the attached Service List on December 26, 2024 and via U.S. Mail to Michael Carr, 4 17th Ave S, Lake Worth, FL 33460, Joshua Carr, 149 Dublin Dr, Lake Mary, FL 32746, David Hyers, 703 Cedar Bay Road, Jacksonville, FL 32218, and Alexis Lamb, 1090 Bascomb Farm Dr., Alpharetta, GA 30009, on this 6th day of January, 2025.

                                             **LORIUM LAW**
                                             *Attorneys for Counsel Holdings, Inc.*
                                             101 Northeast Third Avenue, Suite 1800
                                             Fort Lauderdale, Florida 33301
                                             Telephone: (954) 462-8000
                                             Facsimile: (954) 462-4300

                                             By: /s/ Jason E. Slatkin
                                                  JASON E. SLATKIN
                                                  Florida Bar No: 040370
                                                  jslatkin@loriumlaw.com

## SERVICE LIST

Robert E Kinney
robert@kinneypc.com, kinneyrob888@recap.email

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David A Ray, Esq. on behalf of Defendant Evan Phillip Jowers
dray@draypa.com, draycmecf@gmail.com;simone.draypa@gmail.com

Chad T. Van Horn, Esq. on behalf of Debtor Evan Phillip Jowers
Chad@cvhlawgroup.com, chad@ecf.inforuptcy.com, g2320@notify.cincompass.com, chapter7@cvhlawgroup.com, broward@cvhlawgroup.com, chapter11@cvhlawgroup.com, miami@cvhlawgroup.com, cmecf@cvhlawgroup.com, VanHorn.ChadB104447@notify.bestcase.com

Zachary Z Zermay on behalf of Debtor Evan Phillip Jowers
zach@zermaylaw.com