## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:

EVAN PHILLIP JOWERS                          Case No.: 24-13584-MAM

                                             Chapter 11

      Debtor.

_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Agreed Order Denying Motion to Quash filed by Michael Carr and Cancelling Hearing* (Doc. 131) was served via the Court's CM/ECF system to all parties listed on the attached Service List on January 6, 2025 and via U.S. Mail to Joshua Carr, 149 Dublin Dr, Lake Mary, FL 32746, David Hyers, 703 Cedar Bay Road, Jacksonville, FL 32218, Alexis Lamb, 1090 Bascomb Farm Dr., Alpharetta, GA 30009, and Michael Carr, 4 17th Ave S, Lake Worth, FL 33460 and via email mhc.business@gmail.com, on this 7th day of January, 2025.

                **LORIUM LAW**
                *Attorneys for Counsel Holdings, Inc.*
                101 Northeast Third Avenue, Suite 1800
                Fort Lauderdale, Florida 33301
                Telephone: (954) 462-8000
                Facsimile: (954) 462-4300

                By: /s/ Jason E. Slatkin
                    JASON E. SLATKIN
                    Florida Bar No: 040370
                    jslatkin@loriumlaw.com

**SERVICE LIST**

Robert E Kinney
robert@kinneypc.com, kinneyrob888@recap.email

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David A Ray, Esq. on behalf of Defendant Evan Phillip Jowers
dray@draypa.com, draycmecf@gmail.com;simone.draypa@gmail.com

Chad T. Van Horn, Esq. on behalf of Debtor Evan Phillip Jowers
Chad@cvhlawgroup.com, chad@ecf.inforuptcy.com, g2320@notify.cincompass.com,
chapter7@cvhlawgroup.com, broward@cvhlawgroup.com, chapter11@cvhlawgroup.com,
miami@cvhlawgroup.com, cmecf@cvhlawgroup.com, VanHorn.ChadB104447@notify.bestcase.com

Zachary Z Zermay on behalf of Debtor Evan Phillip Jowers
zach@zermaylaw.com