**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.us.courts.gov

IN RE:
EVAN PHILLIP JOWERS            Case No. 24-13584-MAM
                                                           Chapter 11

     Debtor-in-Possession.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

CHAD VAN HORN, ESQ. and the VAN HORN LAW GROUP (collectively, "VHLG") files this *Motion to Withdraw as Counsel for Debtor*, and in support thereof, states as follows:

1. Evan Phillip Jowers (the "Debtor") filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code on April 15, 2024.

2. VHLG entered its *Notice of Appearance* on behalf of the Debtor on May 9, 2024 (DE 26) and was employed by Order dated June 18, 2024 (DE 53), as amended at Order dated July 16, 2024 (DE 69).

3. Unfortunately, irreconcilable differences have arisen between VHLG and the Debtor necessitating VHLG's withdrawal as Debtor's counsel.

4. The Debtor's address is: 4 17th Ave S, Lake Worth, FL 33460

**WHEREFORE,** the Debtor respectfully requests that this Court (i) grant the Motion; (ii) enter an Order allowing VHLG to withdraw as counsel for the Debtor; and (iii) and for such other and further relief as the Court deems just and proper.

Dated: January 13, 2025                              **VAN HORN LAW GROUP, P.A.**
                                                                 500 N.E. 4th Street, Suite 200
                                                                  Fort Lauderdale, FL 33301
                                                                  Telephone: (954) 765-3166
                                                                  Facsimile: (954) 756-7103

                                                        By: /s/ **Chad Van Horn, Esq.**
                                                                  Chad Van Horn, Esq.
                                                                  Florida Bar No. 64500
                                                                  chad@cvhlawgroup.com