# Wells Fargo Clear Access Banking℠

November 30, 2024 ■ Page 1 of 6



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**3 Things to watch out for when shopping online for the holidays**

**1. Fake Fraud alerts.** Be careful if you receive a call or message about a fraudulent purchase. Always contact the merchant, your bank or card provider directly to verify.
**2. Bogus shipping notifications.** Look out for texts or emails that say there's an issue or problem with your package delivery. Don't click links or open attachments without verifying first.
**3. Questionable sellers or sites.** Watch out for sellers who pressure you to pay with a payment app, gift card or crypto. Only purchase concert and sporting events tickets from the original legitimate site. Be cautious of buying a new kitten or puppy from a social media ad. Meet the pet in person before paying.

Tip: Use a credit card to make online purchases if you can - it has additional security features built in.

**How to donate safely this holiday season**

This holiday season, safely support your favorite causes and avoid charity scams. Before donating, research new charities using a resource like Better Business Bureau® or give.org.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | -$2.71 |
| Deposits/Additions | 20,110.00 |
| Withdrawals/Subtractions | - 17,760.14 |
| **Ending balance on 11/30** | **$2,347.15** |

Account number: **1196**

**EVAN P JOWERS**
**DEBTOR IN POSSESSION**
**CH11 CASE # 24-13584 (SFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Zelle From Kathleen Jowers on 11/01 Ref # Cofm3Dfhobih | 20.00 | | |
| 11/1 | | Zelle From Kathleen Jowers on 11/01 Ref # Cof2Um28K6Jd | 500.00 | | |
| 11/1 | | Zelle to Jowers Tatiana on 11/01 Ref #Rp0Y6Pvzjv | | 505.00 | 12.29 |
| 11/4 | | Zelle From Kathleen Jowers on 11/03 Ref # Coft3V1N9H5Y | 200.00 | | |
| 11/4 | | Zelle to Jowers Tatiana on 11/03 Ref #Rp0Y6Xcbrb | | 200.00 | 12.29 |
| 11/6 | | Recurring Payment authorized on 11/04 Google *Youtube G.CO/Helppay# CA S384310078988890 Card 9798 | | 5.65 | 6.64 |
| 11/8 | | Zelle From Kathleen Jowers on 11/08 Ref # Cofofts64CY5 | 20.00 | | 26.64 |
| 11/12 | | Zelle From Tatiana Jowers on 11/12 Ref # Bactq2l09Mrw | 100.00 | | |
| 11/12 | | Purchase authorized on 11/08 Netflix 1 8445052993 CA S584314104133042 Card 9798 | | 17.54 | |
| 11/12 | | ATM Withdrawal authorized on 11/12 1500 W Lantana Rd Lantana FL 0006360 ATM ID 0836G Card 9798 | | 80.00 | |
| 11/12 | | Purchase authorized on 11/12 Shell Service Station Lantana FL P584317759200456 Card 9798 | | 20.02 | 9.08 |
| 11/15 | | Lateral Link Gro Payroll 09583400030388x Jowers, Evan P | 14,000.00 | | |
| 11/15 | | Zelle to Jowers Tatiana on 11/15 Ref #Rp0Y7Xy434 | | 2,000.00 | |
| 11/15 | | Zelle to Jowers Kathy on 11/15 Ref #Rp0Y7Y83L7 | | 300.00 | |
| 11/15 | | Zelle to Carr Mike on 11/15 Ref #Rp0Y7Yvjgn | | 1,200.00 | |
| 11/15 | | Wells Fargo Auto Fee & Pmts 111524 7655536039 Evan,P,Jowers | | 1,774.55 | 8,734.53 |
| 11/18 | | Purchase authorized on 11/15 Public Storage 206 800-567-0759 FL S584320347968150 Card 9798 | | 548.82 | |
| 11/18 | | Recurring Payment authorized on 11/15 El Car Wash Lantan 305-603-9565 FL S464320377428296 Card 9798 | | 42.78 | |
| 11/18 | | Recurring Payment authorized on 11/15 PAC*Paramountaccep 800-748-4949 UT S304320449156531 Card 9798 | | 50.45 | |
| 11/18 | | Purchase authorized on 11/15 Uber *Eats Help.Uber.Com CA S384320557580219 Card 9798 | | 24.03 | |
| 11/18 | | Purchase authorized on 11/15 Geico *Auto 800-841-3000 DC S384320617692365 Card 9798 | | 964.52 | |
| 11/18 | | Recurring Payment authorized on 11/15 Peloton* Membershi Httpswww.Onep NY S584320693587228 Card 9798 | | 48.05 | |
| 11/18 | | Purchase authorized on 11/15 Tst*Reys Tacos Lantana FL S304320705480051 Card 9798 | | 24.40 | |
| 11/18 | | Recurring Payment authorized on 11/15 Google *Youtube 650-253-0000 CA S464320817632230 Card 9798 | | 118.64 | |
| 11/18 | | Recurring Payment authorized on 11/16 Vtsup.Com*Perfect Amsterdam Nld S464321379236399 Card 9798 | | 29.99 | |
| 11/18 | | Zelle to Carr Mike on 11/16 Ref #Rp0Y83J5Qp | | 1,800.00 | |
| 11/18 | | Purchase authorized on 11/16 The Seed Atlantic Delray Beach FL S304321549389351 Card 9798 | | 34.33 | |
| 11/18 | | Zelle to Jowers Tatiana on 11/16 Ref #Rp0Y83Q8Lz | | 500.00 | |
| 11/18 | | Purchase authorized on 11/16 Sq *Lanzetta's Cla Delray Beach FL S304321591703716 Card 9798 | | 50.00 | |
| 11/18 | | Purchase authorized on 11/16 Publix #1601 Lantana FL S304321617633815 Card 9798 | | 64.99 | |
| 11/18 | | Zelle to Carr Mike on 11/16 Ref #Rp0Y8437CF | | 1,000.00 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|--------|-----------|---------|
| 11/18 | | Purchase authorized on 11/16 Walgreens Store 105 E Oce Lantana FL P304321725201263 Card 9798 | | 10.70 | |
| 11/18 | | Recurring Payment authorized on 11/16 Google *x 855-836-3987 CA S464322157084636 Card 9798 | | 12.01 | |
| 11/18 | | Recurring Payment authorized on 11/17 Docketbird Docketbird.CO NV S584322371182771 Card 9798 | | 31.24 | |
| 11/18 | | Zelle to Jowers Tatiana on 11/18 Ref #Rp0Y89Jm55 | | 1,055.00 | |
| 11/18 | | Audi Fincl, Tel. Tel Debit 241115 Ptel8139336857 Evan Jowers | | 1,400.00 | 924.58 |
| 11/19 | | Zelle to Jowers Tatiana on 11/19 Ref #Rp0Y8Ccvg7 | | 555.00 | 369.58 |
| 11/21 | | Purchase authorized on 11/20 Uber *Eats Help.Uber.Com CA S384325604051511 Card 9798 | | 26.66 | |
| 11/21 | | Purchase authorized on 11/20 Twenty Twenty Grille Boca Raton FL P304326088636146 Card 9798 | | 204.48 | 138.44 |
| 11/22 | | Recurring Payment authorized on 11/21 Dnh*Godaddy#342309 480-5058855 AZ S464326439435055 Card 9798 | | 22.17 | |
| 11/22 | | Purchase authorized on 11/21 Uber *Eats Help.Uber.Com CA S464326673895463 Card 9798 | | 24.88 | |
| 11/22 | | Purchase authorized on 11/22 Rocket Fuel Lant Lantana FL P384327707322804 Card 9798 | | 52.66 | 38.73 |
| 11/25 | | Zelle From Kathleen Jowers on 11/23 Ref # Cofu8Y26Xqfw | 300.00 | | |
| 11/25 | | ATM Cash Deposit on 11/24 1500 W Lantana Rd Lantana FL 0006825 ATM ID 0836Y Card 9798 | 420.00 | | |
| 11/25 | | Purchase authorized on 11/22 Uber *Eats Help.Uber.Com CA S304327621452128 Card 9798 | | 25.07 | |
| 11/25 | | ATM Withdrawal authorized on 11/23 1500 W Lantana Rd Lantana FL 0000363 ATM ID 0836G Card 9798 | | 300.00 | |
| 11/25 | | Recurring Payment authorized on 11/24 Google *Youtube G.CO/Helppay# CA S304330031041548 Card 9798 | | 15.84 | |
| 11/25 | | Zelle to Coiner Thomas on 11/25 Ref #Rp0Y8W48FL | | 100.00 | 317.82 |
| 11/26 | | Purchase authorized on 11/24 Tst*Reys Tacos Lantana FL S304329648119902 Card 9798 | | 24.40 | |
| 11/26 | | Purchase authorized on 11/25 Uber *Eats Help.Uber.Com CA S384330618507655 Card 9798 | | 22.13 | |
| 11/26 | | Purchase authorized on 11/25 Amazon RETA* Gc1Z1 WWW.Amazon.CO WA S464330635678499 Card 9798 | | 39.56 | 231.73 |
| 11/27 | | Purchase authorized on 11/26 Uber *Eats Help.Uber.Com CA S584331519272503 Card 9798 | | 32.84 | |
| 11/27 | | Purchase authorized on 11/26 Uber *Eats Help.Uber.Com CA S304331649413849 Card 9798 | | 25.39 | |
| 11/27 | | Recurring Payment authorized on 11/26 Amazon Prime*Z38Rw Amzn.Com/Bill WA S584331753391551 Card 9798 | | 15.11 | |
| 11/27 | | Purchase authorized on 11/26 Uber *Eats Help.Uber.Com CA S384332041577773 Card 9798 | | 71.38 | |
| 11/27 | | Zelle to Jowers Kathy on 11/27 Ref #Rp0Y93Mfkr | | 300.00 | |
| 11/27 | | Zelle to Jowers Tatiana on 11/27 Ref #Rp0Y93Mgxd | | 555.00 | -767.99 |
| 11/29 | | Lateral Link Gro Payroll 5Datgrdbssd5Smn Jowers, Evan P | 4,550.00 | | |
| 11/29 | | Purchase authorized on 11/26 Prime Video Channe Amzn.Com/Bill WA S584332087956427 Card 9798 | | 3.39 | |
| 11/29 | | Purchase authorized on 11/26 Prime Video *Z35Vb 888-802-3080 WA S464332090036569 Card 9798 | | 2.99 | |
| 11/29 | | Purchase authorized on 11/27 Uber *Eats Help.Uber.Com CA S584332646179384 Card 9798 | | 42.63 | |
| 11/29 | | Purchase authorized on 11/27 Milotino Bakery Lantana FL S584332771663379 Card 9798 | | 48.15 | |
| 11/29 | | Purchase authorized on 11/27 Publix #1601 Lantana FL S584332833146011 Card 9798 | | 171.37 | |
| 11/29 | | Purchase authorized on 11/27 Uber *Eats Help.Uber.Com CA S464332852251519 Card 9798 | | 99.47 | |
| 11/29 | | Purchase authorized on 11/27 Amazon RETA* Z30M9 WWW.Amazon.CO WA S584333046528900 Card 9798 | | 61.86 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/29 | | Zelle to Jowers Tatiana on 11/29 Ref #Rp0Y99x8RN | | 1,000.00 | |
| 11/29 | | Monthly Service Fee | | 5.00 | 2,347.15 |
| | | **Ending balance on 11/30** | | | **2,347.15** |
| | | **Totals** | **$20,110.00** | **$17,760.14** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2024 - 11/30/2024 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

*The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.*
RD/RD

 IMPORTANT ACCOUNT INFORMATION

ATM Cash Deposit Security Limitations

Effective November 6, 2024, the section of the Deposit Account Agreement titled "Depositing Funds," subsection titled "Our right to decline deposits," is deleted and replaced with the following:

**Our right to decline deposits**

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion. There are limits on the total dollar amount of checks that can be deposited at Wells Fargo ATMs per transaction. We may decline ATM check deposits that exceed $1 million. For security reasons there may also be limits on the dollar amount or frequency of cash deposits you can make at Wells Fargo ATMs.

If we cannot verify an endorsement, we can also decline to pay, cash, or send the item for collection. We can require that all endorsers be present and that you deposit the item instead of cashing it.

Non-account owners are not allowed to deposit cash into consumer accounts. For business accounts, any person wanting to make a cash deposit must provide an acceptable form of identification before we accept a cash deposit.



---

**Wells Fargo Deposit Account Agreement: Changes To Consumer Arbitration Agreement And Other Dispute Resolution Provisions**

Effective November 6, 2024, we are updating the Wells Fargo Deposit Account Agreement. This includes changes to the dispute resolution provisions. Wells Fargo greatly values and appreciates its relationships with its customers. These changes are designed to ensure that in the unlikely event that a dispute arises between us, that there are streamlined procedures in place to ensure a fair and efficient process in arbitration.

The changes to the arbitration agreement applicable to Consumer Accounts ("Arbitration Agreement" or "Agreement") can be found at pp. 38-39 of the Wells Fargo Deposit Account Agreement, including: (a) the party initiating arbitration must sign the arbitration demand and include certain information in its demand; (b) any party may request to have the arbitration conducted by a video or in-person hearing or through written submissions, with certain exceptions; (c) like in federal court, the arbitrator may issue sanctions or order cost shifting under certain circumstances consistent with the Federal Rules of Civil Procedure; (d) all issues are for the arbitrator to decide, except that issues relating to whether an arbitration agreement exists or whether a dispute falls within that agreement, or whether the agreement is enforceable, are for a court to decide; and (e) a small claims court will determine whether a dispute falls within its jurisdiction if a party chooses to have a claim brought to such a court.

The updates also include changes to the Additional Terms and Services, located at pp. 42-43 of the Wells Fargo Deposit Account Agreement, including: (a) modifications to the class action waiver applicable in arbitration and litigation; and (b) the addition of a venue provision noting that if the Arbitration Agreement is ever deemed not applicable, then, except for disputes brought in small claims court, the parties consent to the jurisdiction of the state or federal courts in the state whose laws govern the consumer's account.

The revised Deposit Account Agreement, effective November 6, 2024, is available at www.wellsfargo.com/online-banking/consumer-account-fees/, by calling the Bank at the number listed on your account statement, or by visiting a branch.

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

                                                              + $ _____

**C** **Add** **A** **and** **B** to calculate the subtotal.        = $ _____

**D** **List outstanding checks, withdrawals, other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

                                                              - $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

                                                              = $ _____

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:** Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



EQUAL HOUSING LENDER