# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month Nov-24 | Cumulative Total |
|---|---:|---:|
| **CASH** - Beginning of Month | -2.71 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business or Self Employment | 18,550.00 | $129,929.89 |
| Wages from Other Sources (attach list to this report) | 0.00 | $0.00 |
| Interest or Dividend Income | 0.00 | $0.00 |
| Alimony or Child Support | 0.00 | $0.00 |
| Social Security/Pension/Retirement | 0.00 | $0.00 |
| Other - from Spouse/Daughter | 1,560.00 | $8,875.55 |
| Other - Refunds | 0.00 | $81.66 |
| **TOTAL RECEIPTS** | **20,110.00** | $138,887.10 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | 0.00 | 0.00 |
| Business Expenses | 0.00 | 0.00 |
| Bank charges | 5.00 | 198.75 |
| Charitable Contributions | 0.00 | 0.00 |
| Children Expenses | 0.00 | 300.00 |
| Children Childcare/Education | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 1,806.46 | 14,571.48 |
| Household Repairs & Maintenance | 0.00 | 285.18 |
| HOA | 0.00 | 0.00 |
| Insurance | 964.52 | 4,824.85 |
| IRA Contribution | 0.00 | 0.00 |
| Lease/Rent Payments | 4,548.82 | 19,561.05 |
| Medical/Dental Payments | 0.00 | 0.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Professional Fees (Accounting, Attorneys, etc.) | 0.00 | 0.00 |
| Tuition - Education | 0.00 | 0.00 |
| Taxes - Personal | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Telephone | 0.00 | 2,854.34 |
| Travel & Entertainment | 0.00 | 4,870.16 |
| Subscriptions | 0.00 | 434.35 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 175.33 | 1,034.51 |
| Vehicle Expenses | 115.46 | 1,419.41 |
| Vehicle Secured Payment(s) | 3,174.55 | 19,214.60 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Other - to Spouse (Household/Living Expenses) | 6,970.00 | 64,301.10 |
| Other  Miscellaneous | 0.00 | 3,545.00 |
| | | |
| **Total Household Disbursements** | **17,760.14** | 137,414.78 |
| | | |
| **CASH - End of Month** | 2,347.15 | |