**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

IN RE:

EVAN PHILLIP JOWERS,                           Case No. 24-13584-MAM

    Debtor-in-Possession,                        Chapter 11
_____/

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the (1) *Motion to Withdraw as Counsel for Debtor* (DE 134); and (2) accompanying *Notice of Hearing* (DE 136) were sent to the following parties on the date and in the manner so stated:

**All parties registered to CM/ECF on 1/13/2024 and 1/15/2025, respectively
All parties via U.S. Mail on the attached mailing matrix on 1/18/25.**

Dated:  January 18, 2025

                                            **VAN HORN LAW GROUP, P.A.**
                                            500 N.E. 4th Street, Suite 200
                                            Fort Lauderdale, FL 33301
                                            Telephone: (954) 765-3166
                                            Facsimile: (954) 756-7103

                                 By: /s/  **Chad Van Horn, Esq.**
                                            Chad Van Horn, Esq.
                                            Florida Bar No. 64500
                                            chad@cvhlawgroup.com

```
Label Matrix for local noticing        Counsel Holdings, Inc.                  01 Sixt Rent A Car LLC Rac
113C-9                                 c/o Lorium Law                          PO Box 131
Case 24-13584-MAM                      101 NE 3rd Avenue, Suite 1800           Champlin, MN
Southern District of Florida           Fort Lauderdale, FL 33301-1252          55316-0131
West Palm Beach
Tue Dec 31 14:27:05 EST 2024

Adams and Reese LLP                    Adams and Reese LLP                     Affirm Inc.
1901 6th Avenue North                  c/o Ron C. Bingham, II, Esq.            650 California Street., 12th floor
Suite 1110                             3424 Peachtree Road, NE, Suite 1600     San Francisco, CA 94108-2716
Birmingham, Alabama 35203-4667         Atlanta, GA 30326-1139

Allstate Car Insurance                 American Express                        American Express National Bank
1501 N Plano Rd Suite 100              200 Vesey Street                        c/o Becket and Lee LLP
Richardson, TX 75081-2493              New York, NY 10285-0002                 PO Box 3001
                                                                               Malvern  PA 19355-0701

Audi Financial                         Bank of America, N.A.                   Barclays
PO Box 0549                            PO Box 673033                           P.O. Box 70378
Carol Stream, IL 60132-0549            Dallas, TX 75267-3033                   Philadelphia, PA 19176-0378

Bloomingdales                          CW Nexus Credit Card Holdings l, LLC    Capital One
Lexington Ave                          Resurgent Capital Services              P.O. Box 30285
New York, NY 10022                     PO Box 10368                            Salt Lake City, UT 84130-0285
                                       Greenville, SC 29603-0368

Capital One N.A.                       (p)JPMORGAN CHASE BANK  N A             Citi Bank
by American InfoSource as agent        BANKRUPTCY MAIL INTAKE TEAM             P.O. Box 6500
PO Box 71083                           700 KANSAS LANE FLOOR 01                Sioux Falls, SD 57117-6500
Charlotte, NC  28272-1083              MONROE LA 71203-4774

(p)COUNSEL HOLDINGS INC                Counsel Holdings, Inc.                  Hong Kong Inland Revenue Department
824 W 10TH ST                          c/o Jason Slatkin, Esq.                 Revenue Tower
SUITE 200                              Lorium Law                              5 Gloucester Road, Wan Chai,
AUSTIN TX 78701-2040                   101 NE 3rd Ave., Suite 1800             Hong Kong
                                       Ft. Lauderdale, Florida 33301-1252

Internal Revenue Service               JPMorgan Chase Bank, N.A.               LVNV Funding, LLC
PO Box 7317                            s/b/m/t Chase Bank USA, N.A.            Resurgent Capital Services
Philadelphia, PA 19101-7317            c/o Robertson, Anschutz, Schneid,       PO Box 10587
                                       Crane & Partners, PLLC                  Greenville, SC 29603-0587
                                       6409 Congress Avenue, Suite 100
                                       Boca Raton, FL 33487-2853

Merrick Bank                           Michael Carr                            Nelnet
10705 S. Jordan Gateway #200           4 17th Ave S.                           PO Box 2837
South Jordan, UT 84095-3977            Lake Worth Beach, FL 33460-5804         Portland, OR 97208-2837

Office of the US Trustee               Sorled Holdings Inc.                    Truist Bank
51 S.W. 1st Ave.                       461 Tamarind Drive                      Attn: Support Services
Suite 1204                             Fort Lauderdale, Florida 33309          PO Box 85092
Miami, FL 33130-1614                                                           Richmond, VA 23285-5092
```

| | | |
|---|---|---|
| U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 | U.S. Small Business Administration<br>409 3rd St., SW<br>Washington, D.C. 20416-0002 | U.S. Small Business Administration<br>51 S.W. 1st Ave, Suite 201<br>Miami, FL 33130-1608 |
| VW Credit Leasing, Ltd<br>c/o VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Wells Fargo<br>420 Montgomery St.<br>San Fransico, CA 94104-1298 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 169005<br>IRVING, TEXAS 75016-9005 |
| Alexis Lamb<br>1090 Bascomb Farm Drive<br>Alpharetta, GA 30009-7137 | Chad T Van Horn<br>500 NE 4 St #200<br>Ft Lauderdale, FL 33301-1163 | David Hyers<br>703 Cedar Bay Rd<br>Jacksonville, FL 32218-4931 |
| Evan Phillip Jowers<br>4 17th Ave S<br>Lake Worth, FL 33460-5804 | Josh Carr<br>149 Dublin Drive<br>Lake Mary, FL 32746-3320 | Michael Carr<br>4  17th Ave<br>Lake Worth Beach, FL 33460-5804 |
| Robert E. Kinney<br>824 W 10th Street, Suite 200<br>Austin, TX 78701-2040 | Zachary Zermay<br>3000 Coral Way #1115<br>Coral Gables, FL 33145-3239 | Zachary Z Zermay<br>3000 Coral Way, Suite 1115<br>Suite 1115<br>Miami, FL 33145-3239 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Bank<br>270 Park Avenue<br>New York, NY 10172 | Counsel Holdings, Inc.<br>824 W. 10th St., Suite 200<br>Austin, TX 78701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Counsel Holdings, Incorporated | (u)Internal Revenue Service |

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47