# Wells Fargo Clear Access Banking℠

December 31, 2024 ■ Page 1 of 7



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

Other Wells Fargo Benefits

3 Things to watch out for when shopping online for the holidays

1. Fake Fraud alerts. Be careful if you receive a call or message about a fraudulent purchase. Always contact the merchant, your bank or card provider directly to verify.
2. Bogus shipping notifications. Look out for texts or emails that say there's an issue or problem with your package delivery. Don't click links or open attachments without verifying first.
3. Questionable sellers or sites. Watch out for sellers who pressure you to pay with a payment app, gift card or crypto. Only purchase concert and sporting events tickets from the original legitimate site. Be cautious of buying a new kitten or puppy from a social media ad. Meet the pet in person before paying.

Tip: Use a credit card to make online purchases if you can - it has additional security features built in.

How to donate safely this holiday season

This holiday season, safely support your favorite causes and avoid charity scams. Before donating, research new charities using a resource like Better Business Bureau® or give.org.



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $2,347.15 |
| Deposits/Additions | 22,090.00 |
| Withdrawals/Subtractions | - 23,249.77 |
| Ending balance on 12/31 | $1,187.38 |

Account number:          1196

EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 12/2 | | Recurring Payment authorized on 11/28 Google *Disney Mob 650-253-0000 CA S304334224151443 Card 9798 | | 12.00 | |
| 12/2 | | Recurring Payment authorized on 11/29 Google *Spotify 650-253-0000 CA S584334700160738 Card 9798 | | 11.99 | |
| 12/2 | | Purchase authorized on 12/01 Brandons Palm Beac 817-2057477 FL S584336603063647 Card 9798 | | 59.37 | |
| 12/2 | | Recurring Payment authorized on 12/01 Google *Youtube 650-253-0000 CA S304336651809733 Card 9798 | | 82.67 | |
| 12/2 | | Purchase authorized on 12/02 Shell Service Station Hallandale FL P384338008337974 Card 9798 | | 30.22 | |
| 12/2 | | Audi Fincl, Tel. Tel Debit 241129 Ptel8139336857 Evan Jowers | | 1,000.00 | 1,150.90 |
| 12/4 | | Purchase authorized on 12/02 Tst* The Amalfi LI Miami FL S384337840739590 Card 9798 | | 265.32 | |
| 12/4 | | Purchase authorized on 12/03 Uber *Eats Help.Uber.Com CA S384338781559292 Card 9798 | | 43.48 | |
| 12/4 | | Purchase authorized on 12/03 Sp Screaming Freed Screamingfree PA S384338859243329 Card 9798 | | 25.90 | |
| 12/4 | | Purchase authorized on 12/03 Prime Video *Zl8Gc 888-802-3080 WA S304339048863395 Card 9798 | | 2.99 | 813.21 |
| 12/5 | | Purchase authorized on 12/03 Amazon Mark* Zl97I Httpsamazon.C WA S584339057366958 Card 9798 | | 23.50 | |
| 12/5 | | Recurring Payment authorized on 12/04 Docketbird Docketbird.CO NV S584340047085030 Card 9798 | | 31.24 | |
| 12/5 | | Zelle to Jowers Kathy on 12/05 Ref #Rp0Y9V9Wws | | 400.00 | |
| 12/5 | | Zelle to Jowers Kathy on 12/05 Ref #Rp0Y9Vsyhm | | 250.00 | 108.47 |
| 12/6 | | Zelle From Kathleen Jowers on 12/06 Ref # Cofen6Gqae3J | 40.00 | | |
| 12/6 | | Zelle From Kathleen Jowers on 12/06 Ref # Cof86I71M8Hz | 850.00 | | |
| 12/6 | | Purchase authorized on 12/05 Uber *Eats Help.Uber.Com CA S584340601462221 Card 9798 | | 23.59 | |
| 12/6 | | Recurring Payment authorized on 12/05 Peloton* Membershi Httpswww.Onep NY S464340693751344 Card 9798 | | 48.05 | 926.83 |
| 12/9 | | Recurring Payment authorized on 12/05 Vtsup.Com*Perfect Amsterdam Nld S464341186130729 Card 9798 | | 29.99 | |
| 12/9 | | Purchase authorized on 12/06 Uber *Eats Help.Uber.Com CA S384341706643190 Card 9798 | | 26.66 | |
| 12/9 | | Purchase authorized on 12/07 Uber *Eats Help.Uber.Com CA S464342804127706 Card 9798 | | 43.48 | |
| 12/9 | | Recurring Payment authorized on 12/08 Netflix, Inc. 186-65797172 CA S584343341224573 Card 9798 | | 17.54 | |
| 12/9 | | Purchase authorized on 12/08 Uber *Eats Help.Uber.Com CA S584343741255085 Card 9798 | | 36.31 | |
| 12/9 | | ATT Payment 120724 393058001Smt2B Valued Customer | | 719.59 | 53.26 |
| 12/10 | | Purchase authorized on 12/09 Uber *Eats Help.Uber.Com CA S464344784089635 Card 9798 | | 19.93 | 33.33 |
| 12/11 | | Purchase authorized on 12/10 Uber *Eats Help.Uber.Com CA S384345599959807 Card 9798 | | 26.66 | 6.67 |
| 12/13 | | Lateral Link Gro Payroll 09927000000037x Jowers, Evan P | 14,000.00 | | |
| 12/13 | | Zelle to Jowers Tatiana on 12/13 Ref #Rp0Ybm2C2C | | 2,000.00 | |
| 12/13 | | Zelle to Jowers Tatiana on 12/13 Ref #Rp0Ybmrwyn | | 555.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/13 | | Wells Fargo Auto Fee & Pmts 121324 7655536039 Evan,P,Jowers | | 1,774.55 | 9,677.12 |
| 12/16 | | Recurring Payment authorized on 12/13 PAC*Paramountaccep 800-748-4949 UT S384348450488133 Card 9798 | | 47.95 | |
| 12/16 | | Purchase authorized on 12/13 Uber *Eats Help.Uber.Com CA S584348561023378 Card 9798 | | 33.56 | |
| 12/16 | | Purchase authorized on 12/13 American Air001219 Fort Worth TX S464348599925526 Card 9798 | | 637.97 | |
| 12/16 | | Purchase authorized on 12/13 Public Storage 206 800-567-0759 FL S464348602648163 Card 9798 | | 548.82 | |
| 12/16 | | Purchase authorized on 12/13 American Air001219 Fort Worth TX S384348683446056 Card 9798 | | 36.99 | |
| 12/16 | | Purchase authorized on 12/13 Tst*Bice Palm Beac Palm Beach FL S464349086924154 Card 9798 | | 188.99 | |
| 12/16 | | Purchase authorized on 12/13 Chevron 0358921 West Palm Bea FL S584349114599469 Card 9798 | | 88.39 | |
| 12/16 | | Recurring Payment authorized on 12/14 El Car Wash Lantan 305-603-9565 FL S304349379598494 Card 9798 | | 42.78 | |
| 12/16 | | Zelle to Coiner Thomas on 12/14 Ref #Rp0Ybq84Fh | | 100.00 | |
| 12/16 | | Purchase authorized on 12/14 Uber *Eats Help.Uber.Com CA S584349530706009 Card 9798 | | 31.97 | |
| 12/16 | | Purchase authorized on 12/14 Geico *Auto 800-841-3000 DC S384349625260019 Card 9798 | | 964.51 | |
| 12/16 | | Zelle to Carr Mike on 12/14 Ref #Rp0Ybqqvnd | | 2,000.00 | |
| 12/16 | | Purchase authorized on 12/14 PY *Master Concess Doral FL S464349771660887 Card 9798 | | 40.99 | |
| 12/16 | | Recurring Payment authorized on 12/14 Google *Youtube G.CO/Helppay# CA S304349817705087 Card 9798 | | 118.64 | |
| 12/16 | | Purchase authorized on 12/14 Los Angeles Airpor Los Angeles CA S304350152066971 Card 9798 | | 7.71 | |
| 12/16 | | Purchase authorized on 12/14 Uber *Trip Help.Uber.Com CA S304350159219554 Card 9798 | | 90.15 | |
| 12/16 | | Purchase authorized on 12/14 Uber *Eats Help.Uber.Com CA S464350182499961 Card 9798 | | 23.89 | |
| 12/16 | | Purchase authorized on 12/14 Uber *Eats Help.Uber.Com CA S584350204207827 Card 9798 | | 45.42 | |
| 12/16 | | Purchase authorized on 12/15 Uber *Eats Help.Uber.Com CA S584350677904785 Card 9798 | | 29.42 | |
| 12/16 | | Purchase authorized on 12/15 Uber *Eats Help.Uber.Com CA S304351086821395 Card 9798 | | 23.58 | 4,575.39 |
| 12/17 | | Recurring Payment authorized on 12/15 Google *Twitter 855-836-3987 CA S384351157068794 Card 9798 | | 12.01 | |
| 12/17 | | Purchase authorized on 12/16 Uber *Eats Help.Uber.Com CA S584351638278582 Card 9798 | | 31.90 | |
| 12/17 | | Zelle to Jowers Tatiana on 12/17 Ref #Rp0Yc2Fgw9 | | 1,055.00 | 3,476.48 |
| 12/18 | | Purchase authorized on 12/16 Tst* Barlo - Hotel Venice CA S304352045325836 Card 9798 | | 18.42 | |
| 12/18 | | ATM Withdrawal authorized on 12/18 32222 Camino Capistrano San Juan Capi CA 0006080 ATM ID 0990A Card 9798 | | 1,000.00 | 2,458.06 |
| 12/19 | | Purchase authorized on 12/17 Uber *Trip Help.Uber.Com CA S384353059934868 Card 9798 | | 76.63 | |
| 12/19 | | Purchase authorized on 12/18 Uber *Trip Help.Uber.Com CA S304353306579904 Card 9798 | | 84.84 | |
| 12/19 | | Purchase authorized on 12/18 Uber *Trip Help.Uber.Com CA S584353684431124 Card 9798 | | 52.13 | 2,244.46 |
| 12/20 | | Purchase authorized on 12/19 Uber *Trip Help.Uber.Com CA S304354744771591 Card 9798 | | 56.05 | |
| 12/20 | | Zelle to Tauler Rob on 12/19 Ref #Rp0Yc9Bc8N | | 500.00 | 1,688.41 |
| 12/23 | | Purchase authorized on 12/19 Uber *Trip Help.Uber.Com CA S304355038394070 Card 9798 | | 67.38 | |
| 12/23 | | Purchase authorized on 12/19 Uber *Trip Help.Uber.Com CA S304355184491286 Card 9798 | | 53.16 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 12/23 | | Purchase authorized on 12/20 Uber *Eats Help.Uber.Com CA S384355587121702 Card 9798 | | 67.57 | |
| 12/23 | | Purchase authorized on 12/20 Uber *Trip Help.Uber.Com CA S384356086753221 Card 9798 | | 42.29 | |
| 12/23 | | Purchase authorized on 12/20 Hotel Citrine Palo 650-4248991 CA S304356270720989 Card 9798 | | 207.93 | |
| 12/23 | | Purchase authorized on 12/22 Uber *Eats Help.Uber.Com CA S584357650526482 Card 9798 | | 47.21 | 1,202.87 |
| 12/26 | | Recurring Payment authorized on 12/23 Google *Youtube G.CO/Helppay# CA S464359030836158 Card 9798 | | 15.84 | |
| 12/26 | | Purchase authorized on 12/24 Uber *Eats Help.Uber.Com CA S464359659852062 Card 9798 | | 56.63 | |
| 12/26 | | Purchase authorized on 12/25 Uber *Eats Help.Uber.Com CA S464360701720988 Card 9798 | | 37.20 | |
| 12/26 | | Purchase authorized on 12/25 Uber *Eats Help.Uber.Com CA S464360739531354 Card 9798 | | 23.75 | |
| 12/26 | | Purchase authorized on 12/25 Uber *Eats Help.Uber.Com CA S384360806976207 Card 9798 | | 4.79 | 1,064.66 |
| 12/27 | | Recurring Payment authorized on 12/26 Amazon Prime*Ze463 Amzn.Com/Bill WA S584361777789294 Card 9798 | | 15.11 | |
| 12/27 | | Purchase authorized on 12/26 Uber *Eats Help.Uber.Com CA S384361778131169 Card 9798 | | 44.00 | |
| 12/27 | | Purchase authorized on 12/26 Prime Video Channe Amzn.Com/Bill WA S384362156034345 Card 9798 | | 3.39 | |
| 12/27 | | ATT Payment 122624 510551002Smt2U Valued Customer | | 386.53 | 615.63 |
| 12/30 | | Zelle From Kathleen Jowers on 12/28 Ref # Cof9Ys2E466W | 200.00 | | |
| 12/30 | | Purchase authorized on 12/27 WWW.Lecolonial.Com WWW.Lecolonia IL S464363029194907 Card 9798 | | 100.00 | |
| 12/30 | | Purchase authorized on 12/28 Uber *Eats Help.Uber.Com CA S584363565369465 Card 9798 | | 43.33 | |
| 12/30 | | Zelle to Carr Mike on 12/28 Ref #Rp0Yd2Prmm | | 1,000.00 | |
| 12/30 | | Zelle to Jowers Tatiana on 12/28 Ref #Rp0Yd2Psmd | | 2,500.00 | |
| 12/30 | | Purchase authorized on 12/29 Uber *Eats Help.Uber.Com CA S584364584720555 Card 9798 | | 31.16 | |
| 12/30 | | Zelle to Jowers Tatiana on 12/29 Ref #Rp0Yd5Whpx | | 1,055.00 | |
| 12/30 | | Purchase authorized on 12/29 Sp Makerstock Httpsmakersto PA S464365036089923 Card 9798 | | 52.07 | -3,965.93 |
| 12/31 | | Lateral Link Gro Payroll 10129500029474x Jowers, Evan P | 7,000.00 | | |
| 12/31 | | Recurring Payment authorized on 12/29 Google *Spotify 855-836-3987 CA S384364700158895 Card 9798 | | 11.99 | |
| 12/31 | | Recurring Payment authorized on 12/29 Google *Disney Mob 855-836-3987 CA S464365224184573 Card 9798 | | 13.09 | |
| 12/31 | | Purchase authorized on 12/30 Uber *Eats Help.Uber.Com CA S304365573020439 Card 9798 | | 42.06 | |
| 12/31 | | Wells Fargo Auto Fee & Pmts 123124 7655536039 Evan,P,Jowers | | 1,774.55 | |
| 12/31 | | Monthly Service Fee | | 5.00 | 1,187.38 |
| Ending balance on 12/31 | | | | | 1,187.38 |
| Totals | | | $22,090.00 | $23,249.77 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



*Monthly service fee summary (continued)*

| Fee period 12/01/2024 - 12/31/2024 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RD/RD

 # IMPORTANT ACCOUNT INFORMATION

ATM Cash Deposit Security Limitations

Effective November 6, 2024, the section of the Deposit Account Agreement titled "Depositing Funds," subsection titled "Our right to decline deposits," is deleted and replaced with the following:

Our right to decline deposits

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion. There are limits on the total dollar amount of checks that can be deposited at Wells Fargo ATMs per transaction. We may decline ATM check deposits that exceed $1 million. For security reasons there may also be limits on the dollar amount or frequency of cash deposits you can make at Wells Fargo ATMs.

If we cannot verify an endorsement, we can also decline to pay, cash, or send the item for collection. We can require that all endorsers be present and that you deposit the item instead of cashing it.

Non-account owners are not allowed to deposit cash into consumer accounts. For business accounts, any person wanting to make a cash deposit must provide an acceptable form of identification before we accept a cash deposit.

Wells Fargo Deposit Account Agreement: Changes To Consumer Arbitration Agreement And Other Dispute Resolution Provisions

Effective November 6, 2024, we are updating the Wells Fargo Deposit Account Agreement. This includes changes to the dispute resolution provisions. Wells Fargo greatly values and appreciates its relationships with its customers. These changes are designed to ensure that in the unlikely event that a dispute arises between us, that there are streamlined procedures in place to ensure a fair and efficient process in arbitration.

The changes to the arbitration agreement applicable to Consumer Accounts ("Arbitration Agreement" or "Agreement") can be found at pp. 38-39 of the Wells Fargo Deposit Account Agreement, including: (a) the party initiating arbitration must sign the arbitration demand and include certain information in its demand; (b) any party may request to have the arbitration conducted by a video or in-person hearing or through written submissions, with certain exceptions; (c) like in federal court, the arbitrator may issue sanctions or order cost shifting under certain circumstances consistent with the Federal Rules of Civil Procedure; (d) all issues are for the arbitrator to decide, except that issues relating to whether an arbitration agreement exists or whether a dispute falls within that agreement, or whether the agreement is enforceable, are for a court to decide; and (e) a small claims court will determine whether a dispute falls within its jurisdiction if a party chooses to have a claim brought to such a court.

The updates also include changes to the Additional Terms and Services, located at pp. 42-43 of the Wells Fargo Deposit Account Agreement, including: (a) modifications to the class action waiver applicable in arbitration and litigation; and (b) the addition of a



venue provision noting that if the Arbitration Agreement is ever deemed not applicable, then, except for disputes brought in small claims court, the parties consent to the jurisdiction of the state or federal courts in the state whose laws govern the consumer's account.

The revised Deposit Account Agreement, effective November 6, 2024, is available at www.wellsfargo.com/online-banking/consumer-account-fees/, by calling the Bank at the number listed on your account statement, or by visiting a branch.

————————————

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**   Enter the ending balance on this statement.    $ _____

**B**   List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| Total       | $      |

   +   $ _____

**C**   Add **A** and **B** to calculate the subtotal.    =   $ _____

**D**   List outstanding checks, withdrawals, other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| Total              | $      |

   -   $ _____

**E**   Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

   =   $ _____

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.
  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- In case of errors or questions about your electronic transfers: Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- In case of errors or questions about other transactions (that are not electronic transfers):

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801