# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month Dec-24 | Cumulative Total |
|---|---:|---:|
| **CASH** - Beginning of Month | 2,347.15 |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business or Self Employment | 21,000.00 | $150,929.89 |
| Wages from Other Sources (attach list to this report) | 0.00 | $0.00 |
| Interest or Dividend Income | 0.00 | $0.00 |
| Alimony or Child Support | 0.00 | $0.00 |
| Social Security/Pension/Retirement | 0.00 | $0.00 |
| Other - from Spouse/Daughter | 1,090.00 | $9,965.55 |
| Other - Refunds | 0.00 | $81.66 |
| **TOTAL RECEIPTS** | **22,090.00** | **$160,977.10** |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments | 0.00 | 0.00 |
| Business Expenses | 0.00 | 0.00 |
| Bank charges | 5.00 | 203.75 |
| Charitable Contributions | 0.00 | 0.00 |
| Children Expenses | 0.00 | 300.00 |
| Children Childcare/Education | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 1,701.88 | 16,273.36 |
| Household Repairs & Maintenance | 0.00 | 285.18 |
| HOA | 0.00 | 0.00 |
| Insurance | 964.51 | 5,789.36 |
| IRA Contribution | 0.00 | 0.00 |
| Lease/Rent Payments | 3,548.82 | 23,109.87 |
| Medical/Dental Payments | 0.00 | 0.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Professional Fees (Accounting, Attorneys, etc.) | 0.00 | 0.00 |
| Tuition - Education | 0.00 | 0.00 |
| Taxes - Personal | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Telephone | 1,106.12 | 3,960.46 |
| Travel & Entertainment | 2,148.21 | 7,018.37 |
| Subscriptions | 0.00 | 434.35 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 317.26 | 1,351.77 |
| Vehicle Expenses | 593.87 | 2,013.28 |
| Vehicle Secured Payment(s) | 4,549.10 | 23,763.70 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Other - to Spouse (Household/Living Expenses) | 8,315.00 | 72,616.10 |
| Other Miscellaneous | 0.00 | 3,545.00 |
| **Total Household Disbursements** | **23,249.77** | **160,664.55** |
| **CASH - End of Month** | 1,187.38 |  |