**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:

EVAN PHILLIP JOWERS,                                  Case No. 24-13584-MAM

    Debtor-in-Possession,                              Chapter 11
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the *Notice of Continued Hearing* (DE 139) regarding the *First Application for Compensation of Van Horn Law Group, P.A.* (DE 128) was sent to the following parties on the date and in the manner so stated:

**All parties registered to CM/ECF on 1/29/25**
**All parties via U.S. Mail on the attached mailing matrix on 1/30/25**

Dated:  January 30, 2025

                                              **VAN HORN LAW GROUP, P.A.**
                                              500 N.E. 4th Street, Suite 200
                                              Fort Lauderdale, FL 33301
                                              Telephone: (954) 765-3166
                                              Facsimile: (954) 756-7103

                                  By: /s/  **Chad Van Horn, Esq.**
                                              Chad Van Horn, Esq.
                                              Florida Bar No. 64500
                                              chad@cvhlawgroup.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 24-13584-MAM<br>Southern District of Florida<br>West Palm Beach<br>Tue Dec 31 14:27:05 EST 2024 | Counsel Holdings, Inc.<br>c/o Lorium Law<br>101 NE 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301-1252 | 01 Sixt Rent A Car LLC Rac<br>PO Box 131<br>Champlin, MN<br>55316-0131 |
| Adams and Reese LLP<br>1901 6th Avenue North<br>Suite 1110<br>Birmingham, Alabama 35203-4667 | Adams and Reese LLP<br>c/o Ron C. Bingham, II, Esq.<br>3424 Peachtree Road, NE, Suite 1600<br>Atlanta, GA 30326-1139 | Affirm Inc.<br>650 California Street., 12th floor<br>San Francisco, CA 94108-2716 |
| Allstate Car Insurance<br>1501 N Plano Rd Suite 100<br>Richardson, TX 75081-2493 | American Express<br>200 Vesey Street<br>New York, NY 10285-0002 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Audi Financial<br>PO Box 0549<br>Carol Stream, IL 60132-0549 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Barclays<br>P.O. Box 70378<br>Philadelphia, PA 19176-0378 |
| Bloomingdales<br>Lexington Ave<br>New York, NY 10022 | CW Nexus Credit Card Holdings l, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi Bank<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| (p)COUNSEL HOLDINGS INC<br>824 W 10TH ST<br>SUITE 200<br>AUSTIN TX 78701-2040 | Counsel Holdings, Inc.<br>c/o Jason Slatkin, Esq.<br>Lorium Law<br>101 NE 3rd Ave., Suite 1800<br>Ft. Lauderdale, Florida 33301-1252 | Hong Kong Inland Revenue Department<br>Revenue Tower<br>5 Gloucester Road, Wan Chai,<br>Hong Kong |
| Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Merrick Bank<br>10705 S. Jordan Gateway #200<br>South Jordan, UT 84095-3977 | Michael Carr<br>4 17th Ave S.<br>Lake Worth Beach, FL 33460-5804 | Nelnet<br>PO Box 2837<br>Portland, OR 97208-2837 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Sorled Holdings Inc.<br>461 Tamarind Drive<br>Fort Lauderdale, Florida 33309 | Truist Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 |

| | | |
|---|---|---|
| U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 | U.S. Small Business Administration<br>409 3rd St., SW<br>Washington, D.C. 20416-0002 | U.S. Small Business Administration<br>51 S.W. 1st Ave, Suite 201<br>Miami, FL 33130-1608 |
| VW Credit Leasing, Ltd<br>c/o VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Wells Fargo<br>420 Montgomery St.<br>San Fransico, CA 94104-1298 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 169005<br>IRVING, TEXAS 75016-9005 |
| Alexis Lamb<br>1090 Bascomb Farm Drive<br>Alpharetta, GA 30009-7137 | Chad T Van Horn<br>500 NE 4 St #200<br>Ft Lauderdale, FL 33301-1163 | David Hyers<br>703 Cedar Bay Rd<br>Jacksonville, FL 32218-4931 |
| Evan Phillip Jowers<br>4 17th Ave S<br>Lake Worth, FL 33460-5804 | Josh Carr<br>149 Dublin Drive<br>Lake Mary, FL 32746-3320 | Michael Carr<br>4  17th Ave<br>Lake Worth Beach, FL 33460-5804 |
| Robert E. Kinney<br>824 W 10th Street, Suite 200<br>Austin, TX 78701-2040 | Zachary Zermay<br>3000 Coral Way #1115<br>Coral Gables, FL 33145-3239 | Zachary Z Zermay<br>3000 Coral Way, Suite 1115<br>Suite 1115<br>Miami, FL 33145-3239 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Bank<br>270 Park Avenue<br>New York, NY 10172 | Counsel Holdings, Inc.<br>824 W. 10th St., Suite 200<br>Austin, TX 78701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Counsel Holdings, Incorporated | (u)Internal Revenue Service |

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47