# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EVAN PHILLIP JOWERS,

Case No. 24-13584-MAM
Chapter 11

_____Debtor._____/

## AFFIDAVIT OF PROPOSED ATTORNEY FOR DEBTOR IN POSSESSION

STATE OF          FL       )

COUNTY OF         Miami-Dade)

Kristopher Aungst, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida

2. I am employed by the law firm of Paragon Law, LLC, with an office located Miami, FL.

3. Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. §327(a).

4. Kristopher Aungst, Esq. and Paragon Law, LLC, have no adverse connections to the Debtor, its representatives or any creditor or potential creditor in this case.

5. Except for the continuing representation of the debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession.

6. Any retainers/fees/costs sought or incurred during this bankruptcy matter will be brought before the Court and served on the client for review and approval.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Signature
Kristopher Aungst
(Print Attorney's name here)

Sworn to and Subscribed before me on this 7th day of February, 2025.

_____
SIGNATURE OF NOTARY PUBLIC

[Seal] Notary Public State of Florida
Sandi Pena
My Commission
HH 272385
Exp. 9/28/2026

Copies to:
All parties served with application for employment.

LF-17 (rev. 12/01/16)