**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
www.flsb.uscourts.gov

In re:    Evan Phillip Jowers,

                           Case No. 24-13584-MAM

                           Chapter 11

_____Debtor_____/

**CERTIFICATE OF SERVICE**
**and**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I certify that a true copy of *the Notice of Hearing (D.E. 146) was served via the CM/ECF noticing system on all interested parties on February 10, 2025*

*I further certify that the conferral requirements are not applicable to this particular matter.*

                        /s/ Kristopher Aungst
                        Signature of Attorney for Serving Party

                        Kristopher Aungst
                        Print Name

                        2665 S. Bayshore Dr., Suite 220-20,
                        Miami, FL 33133
                        Address

                        305-812-5443
                        Telephone

                        55348
                        Fla. Bar No.