**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**West Palm Beach Division**
www.flsb.uscourts.gov

In re:    Evan Phillip Jowers,

Case No. 24-13584-MAM

Chapter 11

_____Debtor_____/

**CERTIFICATE OF SERVICE**
**and**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I certify that a true copy of *the Notice of Hearing (D.E. 148) was served via the CM/ECF noticing system on all interested parties on February 11, 2025*

*I further certify that the conferral requirements are not applicable to this particular matter.*

/s/ Kristopher Aungst
Signature of Attorney for Serving Party

Kristopher Aungst
Print Name

2665 S. Bayshore Dr., Suite 220-20,
Miami, FL 33133
Address

305-812-5443
Telephone

55348
Fla. Bar No.