**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:
EVAN PHILLIP JOWERS                                    Case No.: 24-13584-MAM
                                                       Chapter 11

      Debtor-in-Possession.

_____/

### NOTICE OF APPEARANCE FOR VAN HORN LAW GROUP, P.A.

Chad T. Van Horn, Esq., and the law firm of Van Horn Law Group, P.A., and notifies the

Court, and all interested parties of their appearance for the Van Horn Law Group P.A., and request

that all papers be served upon undersigned counsel at:

Chad Van Horn, Esq.
Van Horn Law Group, P.A.
500 N.E. 4th Street, Suite 200
Ft. Lauderdale, FL 33301
Chad@cvhlawgroup.com and Chapter11@cvhlawgroup.com

Dated: February 11, 2025                          **VAN HORN LAW GROUP, P.A.**
                                                  500 N.E. 4th Street, Suite 200
                                                  Fort Lauderdale, FL 33301
                                                  Telephone: (954) 765-3166
                                                  Facsimile: (954) 756-7103
                                                  Email: Chad@cvhlawgroup.com

                                                  By: /s/  **Chad Van Horn, Esq.**
                                                  Chad Van Horn, Esq.
                                                  Florida Bar No. 64500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 11th day of February 2025 through CM/ECF to all interested parties and as listed on this Court's Mailing Matrix.

Dated:  February 11, 2025

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/  **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500

Label Matrix for local noticing
113C-9
Case 24-13584-MAM
Southern District of Florida
West Palm Beach
Tue Dec 31 14:27:05 EST 2024

Counsel Holdings, Inc.
c/o Lorium Law
101 NE 3rd Avenue, Suite 1800
Fort Lauderdale, FL 33301-1252

01 Sixt Rent A Car LLC Rac
PO Box 131
Champlin, MN
55316-0131

Adams and Reese LLP
1901 6th Avenue North
Suite 1110
Birmingham, Alabama 35203-4667

Adams and Reese LLP
c/o Ron C. Bingham, II, Esq.
3424 Peachtree Road, NE, Suite 1600
Atlanta, GA 30326-1139

Affirm Inc.
650 California Street., 12th floor
San Francisco, CA 94108-2716

Allstate Car Insurance
1501 N Plano Rd Suite 100
Richardson, TX 75081-2493

American Express
200 Vesey Street
New York, NY 10285-0002

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Audi Financial
PO Box 0549
Carol Stream, IL 60132-0549

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Barclays
P.O. Box 70378
Philadelphia, PA 19176-0378

Bloomingdales
Lexington Ave
New York, NY 10022

CW Nexus Credit Card Holdings l, LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citi Bank
P.O. Box 6500
Sioux Falls, SD 57117-6500

(p)COUNSEL HOLDINGS INC
824 W 10TH ST
SUITE 200
AUSTIN TX 78701-2040

Counsel Holdings, Inc.
c/o Jason Slatkin, Esq.
Lorium Law
101 NE 3rd Ave., Suite 1800
Ft. Lauderdale, Florida 33301-1252

Hong Kong Inland Revenue Department
Revenue Tower
5 Gloucester Road, Wan Chai,
Hong Kong

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Merrick Bank
10705 S. Jordan Gateway #200
South Jordan, UT 84095-3977

Michael Carr
4 17th Ave S.
Lake Worth Beach, FL 33460-5804

Nelnet
PO Box 2837
Portland, OR 97208-2837

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Sorled Holdings Inc.
461 Tamarind Drive
Fort Lauderdale, Florida 33309

Truist Bank
Attn: Support Services
PO Box 85092
Richmond, VA 23285-5092

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1904

U.S. Small Business Administration
409 3rd St., SW
Washington, D.C. 20416-0002

U.S. Small Business Administration
51 S.W. 1st Ave, Suite 201
Miami, FL 33130-1608

VW Credit Leasing, Ltd
c/o VW Credit, Inc.
PO Box 9013
Addison, Texas 75001-9013

Wells Fargo
420 Montgomery St.
San Fransico, CA 94104-1298

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 169005
IRVING, TEXAS 75016-9005

Alexis Lamb
1090 Bascomb Farm Drive
Alpharetta, GA 30009-7137

Chad T Van Horn
500 NE 4 St #200
Ft Lauderdale, FL 33301-1163

David Hyers
703 Cedar Bay Rd
Jacksonville, FL 32218-4931

Evan Phillip Jowers
4 17th Ave S
Lake Worth, FL 33460-5804

Josh Carr
149 Dublin Drive
Lake Mary, FL 32746-3320

Michael Carr
4  17th Ave
Lake Worth Beach, FL 33460-5804

Robert E. Kinney
824 W 10th Street, Suite 200
Austin, TX 78701-2040

Zachary Zermay
3000 Coral Way #1115
Coral Gables, FL 33145-3239

Zachary Z Zermay
3000 Coral Way, Suite 1115
Suite 1115
Miami, FL 33145-3239

> The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
> by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Bank
270 Park Avenue
New York, NY 10172

Counsel Holdings, Inc.
824 W. 10th St., Suite 200
Austin, TX 78701

> The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(u)Counsel Holdings, Incorporated

(u)Internal Revenue Service

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47