UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EVAN PHILLIP JOWERS             Case No.: 24-13584-MAM

           Chapter 11

   Debtor.
_____/

**SECOND RE-NOTICE OF RULE 2004 EXAMINATION**

Counsel Holdings, Inc., through counsel and pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1, will examine the Debtor, Evan Phillip Jowers ("Debtor"), under oath on **March 17, 2025, at 9:30 a.m.** at Lorium Law, 101 N.E. 3rd Avenue, Suite 1800, Fort Lauderdale, FL 33301. The examination may continue from day to day until completed.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 and will be recorded by stenographer. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, a subpoena is not necessary to compel the attendance of the Debtor or the production of documents by the Debtor.

Dated this 17th day of February 2025.

**LORIUM LAW**
*Attorneys for Counsel Holdings, Inc.*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Telefax: (954) 462-4300

By: */s/ Jason E. Slatkin*
      Jason E. Slatkin
      Florida Bar No.: 040370
      jslatkin@loriumlaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties listed on the attached Service List on this 17th day of February 2025.

                                                          */s/ Jason E. Slatkin*
                                                          Jason E. Slatkin

**SERVICE LIST**

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad T Van Horn on behalf of Debtor Evan Phillip Jowers
Chad@cvhlawgroup.com, chad@ecf.inforuptcy.com, g2320@notify.cincompass.com, chapter7@cvhlawgroup.com, broward@cvhlawgroup.com, chapter11@cvhlawgroup.com, miami@cvhlawgroup.com, cmecf@cvhlawgroup.com, VanHorn.ChadB104447@notify.bestcase.com

Zachary Z Zermay on behalf of Debtor Evan Phillip Jowers
zach@zermaylaw.com

7631.001