UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH  DIVISION

IN RE:

EVAN PHILLIP JOWERS

CASE NO: 24-13584-MAM

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 157

On 2/20/2025, I did cause a copy of the following documents, described below,

Order Granting Motion to Employ Paragon Law and Kristopher Aungst, Esq ECF Docket Reference No. 157

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/20/2025

/s/ Kristopher Aungst
Kristopher Aungst  55348

Paragon Law, LLC
2665 S. Bayshore Dr., Suite # 220-10
MIAMI, FL  33133
305 812 5443
kris.aungst.law@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH  DIVISION

| IN RE: | CASE NO: 24-13584-MAM |
|---|---|
| EVAN PHILLIP JOWERS | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 157 |

On 2/20/2025, a copy of the following documents, described below,

Order Granting Motion to Employ Paragon Law and Kristopher Aungst, Esq ECF Docket Reference No. 157

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/20/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kristopher Aungst
Paragon Law, LLC
2665 S. Bayshore Dr., Suite # 220-10
MIAMI, FL  33133

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING          COUNSEL HOLDINGS  INC                    VAN HORN LAW GROUP PA
NCRS ADDRESS DOWNLOAD                     CO LORIUM LAW                            500 NE 4TH STREET
CASE 24-13584-MAM                         101 NE 3RD AVENUE  SUITE 1800            FORT LAUDERDALE  FL 33301-1163
SOUTHERN DISTRICT OF FLORIDA              FORT LAUDERDALE  FL 33301-1252
WED FEB 19 13-4-50 PST 2025




EXCLUDE
(U)WEST PALM BEACH                        01 SIXT RENT A CAR LLC RAC               ADAMS AND REESE LLP
                                          PO BOX 131                               1901 6TH AVENUE NORTH
                                          CHAMPLIN  MN                             SUITE 1110
                                          55316-0131                               BIRMINGHAM  ALABAMA 35203-4667




ADAMS AND REESE LLP                       AFFIRM INC                               ALLSTATE CAR INSURANCE
CO RON C BINGHAM  II  ESQ                 650 CALIFORNIA STREET  12TH FLOOR        1501 N PLANO RD SUITE 100
3424 PEACHTREE ROAD  NE  SUITE 1600       SAN FRANCISCO  CA 94108-2716             RICHARDSON  TX 75081-2493
ATLANTA  GA 30326-1139




AMERICAN EXPRESS                          AMERICAN EXPRESS NATIONAL BANK           AUDI FINANCIAL
200 VESEY STREET                          CO BECKET AND LEE LLP                    PO BOX 0549
NEW YORK  NY 10285-0002                   PO BOX 3001                              CAROL STREAM  IL 60132-0549
                                          MALVERN  PA 19355-0701




BANK OF AMERICA  NA                       BARCLAYS                                 BLOOMINGDALES
PO BOX 673033                             PO BOX 70378                             LEXINGTON AVE
DALLAS  TX 75267-3033                     PHILADELPHIA  PA 19176-0378              NEW YORK  NY 10022




CW NEXUS CREDIT CARD HOLDINGS L  LLC      CAPITAL ONE                              CAPITAL ONE NA
RESURGENT CAPITAL SERVICES                PO BOX 30285                             BY AMERICAN INFOSOURCE AS AGENT
PO BOX 10368                              SALT LAKE CITY  UT 84130-0285            PO BOX 71083
GREENVILLE  SC 29603-0368                                                          CHARLOTTE  NC  28272-1083




(P)JPMORGAN CHASE BANK  N A               CITI BANK                                (P)COUNSEL HOLDINGS INC
BANKRUPTCY MAIL INTAKE TEAM               PO BOX 6500                              824 W 10TH ST
700 KANSAS LANE FLOOR 01                  SIOUX FALLS  SD 57117-6500               SUITE 200
MONROE LA 71203-4774                                                               AUSTIN TX 78701-2040




                                          EXCLUDE                                  INTERNATIONAL
                                          (U)COUNSEL HOLDINGS  INCORPORATED        HONG KONG INLAND REVENUE DEPARTMENT
COUNSEL HOLDINGS  INC                                                              REVENUE TOWER
CO JASON SLATKIN  ESQ                                                              5 GLOUCESTER ROAD  WAN CHAI
LORIUM LAW                                                                         HONG KONG
101 NE 3RD AVE  SUITE 1800
FT LAUDERDALE  FLORIDA 33301-1252




EXCLUDE
(U)INTERNAL REVENUE SERVICE               INTERNAL REVENUE SERVICE                 JPMORGAN CHASE BANK  NA
                                          PO BOX 7317                              SBMT CHASE BANK USA  NA
                                          PHILADELPHIA  PA 19101-7317              CO ROBERTSON  ANSCHUTZ  SCHNEID
                                                                                   CRANE  PARTNERS  PLLC
                                                                                   6409 CONGRESS AVENUE  SUITE 100
                                                                                   BOCA RATON  FL 33487-2853
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
LVNV FUNDING  LLC                    MERRICK BANK                         MICHAEL CARR
RESURGENT CAPITAL SERVICES           10705 S JORDAN GATEWAY 200           4 17TH AVE S
PO BOX 10587                         SOUTH JORDAN  UT 84095-3977          LAKE WORTH BEACH  FL 33460-5804
GREENVILLE  SC 29603-0587


NELNET                               OFFICE OF THE US TRUSTEE             SORLED HOLDINGS INC
PO BOX 2837                          51 SW 1ST AVE                        461 TAMARIND DRIVE
PORTLAND  OR 97208-2837              SUITE 1204                           FORT LAUDERDALE  FLORIDA 33309
                                     MIAMI  FL 33130-1614


TRUIST BANK                          US DEPARTMENT OF EDUCATION CO NELNET US SMALL BUSINESS ADMINISTRATION
ATTN SUPPORT SERVICES                121 S 13TH ST                        409 3RD ST  SW
PO BOX 85092                         LINCOLN  NE 68508-1904               WASHINGTON  DC 20416-0002
RICHMOND  VA 23285-5092


US SMALL BUSINESS ADMINISTRATION     VW CREDIT LEASING  LTD               WELLS FARGO
51 SW 1ST AVE  SUITE 201             CO VW CREDIT  INC                    420 MONTGOMERY ST
MIAMI  FL 33130-1608                 PO BOX 9013                          SAN FRANSICO  CA 94104-1298
                                     ADDISON  TEXAS 75001-9013


WELLS FARGO BANK NA  DBA WELLS FARGO ALEXIS LAMB                          DAVID HYERS
AUT                                  1090 BASCOMB FARM DRIVE              703 CEDAR BAY RD
PO BOX 169005                        ALPHARETTA  GA 30009-7137            JACKSONVILLE  FL 32218-4931
IRVING  TEXAS 75016-9005


DEBTOR
EVAN PHILLIP JOWERS                  JOSH CARR                            KRISTOPHER AUNGST ESQ
4 17TH AVE S                         149 DUBLIN DRIVE                     2665 S BAYSHORE DR
LAKE WORTH  FL 33460-5804            LAKE MARY  FL 32746-3320             SUITE 220-10
                                                                          MIAMI  FL 33133-5448


MICHAEL CARR                         ROBERT E KINNEY                      ZACHARY ZERMAY
4  17TH AVE                          824 W 10TH STREET  SUITE 200         3000 CORAL WAY 1115
LAKE WORTH BEACH  FL 33460-5804      AUSTIN  TX 78701-2040                CORAL GABLES  FL 33145-3239


ZACHARY Z ZERMAY
3000 CORAL WAY  SUITE 1115
SUITE 1115
MIAMI  FL 33145-3239
```