**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.us.courts.gov

IN RE:

EVAN PHILLIP JOWERS                   Case No. 24-13584-MAM
                                      Chapter 11

    Debtor-in-Possession.
_____/

**DEBTOR IN POSSESSION'S APPLICATIONS**
**TO EMPLOY ZERMAY LAW P.A. AS SPECIAL**
**COUNSEL TO DEBTOR EFFECTIVE AS OF FEBRUARY 20, 2024, AND TO RETAIN**
**DAVID A. RAY, P.A. RETROACTIVE FROM AUGUST 2, 2024, THROUGH**
**FEBRUARY 20, 2025**

EVAN PHILLIP JOWERS (the "Debtor"), by and through undersigned counsel, pursuant to 11 U.S.C. §327(a), Federal Rules of Bankruptcy Procedure 2014, and Local Rules 2014-1(A) and 9013-1(C)(3), files this *Application to Employ Zermay Law, P.A. as Special Counsel to Debtor Effective February 20, 2025, and David A. Ray, P.A. as Special Counsel to the Debtor Effective August 2, 2024, through February 20, 2025* (the "Applications"). In support of the Applications, Debtor relies upon the Affidavit of Zachary Zermay, Esq.., on behalf of Zermay Law, P.A., as proposed Special Counsel for Debtor and the Affidavit for David A. Ray, Esq., on behalf of David A. Ray, P.A. as proposed (and now former) Special Counsel for the Debtor, and states:

**A.**     **Jurisdiction**

    1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

    2.      The statutory predicates for the relief requested herein are §§ 105(a) and 327(a) of the Bankruptcy Code.

**B.**     **Background**

3.  On April 15, 2024, Debtor filed a voluntary petition for relief pursuant to 11 U.S.C. Chapter 11 of the Bankruptcy Code (DE 1).

4.  Pursuant to 11 U.S.C. §§ 1107(a) and 1108, Debtor is operating as a debtor-in-possession.

6.  The Debtor's case was initially filed as a "short-form" emergency Chapter 11 case by Zermay Law, P.A. ("Zermay").

7.  Subsequent to the filing, Zermay contacted the Van Horn Law Group, P.A. ("VHLG") for its employment as general counsel to the Debtor (See D.E. 69).

**C.   Relief Requested (Zermay)**

8.  The Debtor wishes to employ Zermay as Special Counsel ("Counsel") in his adversary proceeding (24-1338-MAM) as Zermay has the most knowledge of Debtor's issues and prior litigation cases with the Plaintiff in that adversary proceeding, Counsel Holdings, Inc., and the retention of Zermay should cause a corresponding reduction in time and costs as Paragon Law, LLC, will be able to use Zermay's historical knowledge of the matter, rather than performing repetitive time consuming and expensive research.

9.  Zermay has previously represented the Debtor as corporate counsel and the Debtor does not owe Zermay any funds for any pre-petition billing. Zermay has also represented the Debtor as special counsel in the main bankruptcy case (See D.E.'s 82 & 85), but the retention did not provide Zermay with any compensation and a $0/hr billable rate.

10. Zermay's employment as a professional in the Debtor's adversary case (Case No. 24-01338-MAM) is necessary to assist Paragon Law in its representation of the Debtor as it pertains to Counsel Holdings, Inc.; the Debtor will be responsible for payment of Zermay's attorney fees which will be billed at $445/hr and payable upon application and approval of the Court. Zermay will not require a retainer for this engagement.

D.     **Relief Requested (Ray)**

David A Ray, P.A. was brought in on August 2, 2024, to act as special counsel to the Debtor in adversary proceeding 24-01338-MAM. Due to an accidental oversight, David A. Ray, P.A. was never formerly retained by motion to the Court. David A. Ray, P.A. was substituted out for Paragon Law, LLC, on February 20, 2025. As David A Ray, P.A. performed work that benefitted the Debtor, and with no objections from the Debtor, the Debtor would ask this Court to enter an order retaining David A. Ray, P.A. from August 2, 2024, through February 20, 2025. David A. Ray, P.A., assuming the retention is granted, will file such application for fees and expenses incurred as appropriate before this Court for consideration and approval.

E.     **Authority for Relief**

11.    The Bankruptcy Code allows a debtor, with the Court's approval, to employ professional persons "that do not hold or represent an interest adverse to estate, and that are disinterested persons. 11 U.S.C. §327(a).

12.    To the best of the Debtor's knowledge and belief, except as disclosed in this pleading or in the Declaration of Zachary Zermay, Esq. attached hereto as Exhibit "A" and the Declaration of David A. Ray, Esq. attached hereto as Exhibit "B" proposed special counsel, Zermay and former special counsel Ray do not have any connection with the creditors or other parties in interest or their respective attorneys and do/did not represent any interest adverse to the Debtor.

**WHEREFORE**, the Debtor respectfully requests that this Court (i) grant the Applications to Employ; and (ii) for such other relief as the Court deems just and proper.

DATED:  March 7, 2025                                    Respectfully submitted
                                                                                     DEBTOR:


                                                                                     /s/ Evan Phillp Jowers
                                                                                     Evan Phillip Jowers


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Application was served on the 7th day of March, 2025, via CM/ECF.

                                                                 Respectfully submitted,

                                                                 I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-l(A).

                                                                 *Kristopher Aungst, Esq.*
                                                                 *Paragon Law, LLC*
                                                                 *Attorney for Debtor*
                                                                 2665 S. Bayshore Dr.
                                                                 Suite 220-10
                                                                 Miami, FL 33133