UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.us.courts.gov

IN RE:
EVAN PHILLIP JOWERS

    Debtor-in-Possession.

Case No. 24-13584-MAM
Chapter 11

_____/

## AFFIDAVIT OF PROPOSED SPECIAL COUNSEL FOR THE DEBTOR

STATE OF FLORIDA    )
                            ) ss
COUNTY OF Miami-Dade )

Zachary Zermay, Esq., being duly sworn, says:

1. I am an attorney admitted to practice law in the State of Florida since 2017.

2. I am a partner with Zermay Law P.A. ("Zermay") located at 3000 Coral Way, Suite 1115, Coral Gables, FL 331245

3. Neither I nor Zermay hold or represent any interest adverse to Debtor and we are disinterested as required by 11 U.S.C. §327(a).

4. I have no connections, other than professional, with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the United States Trustee, as required by Fed. R. Bankr. P. 2014 other than prior representation of the Debtor as corporate counsel.

5. Neither I nor Zermay has or will represent any other entity in connection with this case nor are any attorney fees and costs due and owing to me or Zermay other than fees that may have occurred during the nunc pro tunc period sought in the Applications.

6. I respectfully request an order authorizing retention of Zermay pursuant to 11 U.S.C. §§ 327 and 330.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Zachary Zermay, Esq.

Sworn to and subscribed before me this 28th of February, 2025, by Zachary Zermay, Esq., who is either ____ personally known to me, or who has produced the following identification: FL DL # J650-999-92-102-0 exp. 03/22/2030

ALEJANDRO RODRIGUEZ
Notary Public - State of Florida
Commission # HH 399117
My Comm. Expires May 16, 2027
Notary Public

My Commission Expires: May 16, 2027