UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.us.courts.gov

IN RE:
EVAN PHILLIP JOWERS

Case No. 24-13584-MAM
Chapter 11

Debtor-in-Possession.
_____/

### AFFIDAVIT OF PROPOSED SPECIAL COUNSEL FOR THE DEBTOR

STATE OF FLORIDA        )
                        ) ss
COUNTY OF BROWARD       )

David Ray, Esq., being duly sworn, says:

1. I am an attorney admitted to practice law in the State of Florida since 2017.

2. I was a partner with David A. Ray, P.A. ("Ray") located at 303 S.W. 6th Street, Fort Lauderdale, FL 33315.

3. We hold or represent no interest adverse to Debtor and I was disinterested as required by 11 U.S.C. §327(a).

4. I have no connections, other than professional, with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the United States Trustee, as required by Fed. R. Bankr. P. 2014 other than prior representation of the Debtor as corporate counsel.

5. I did not represent any other entity in connection with this case nor are any attorney fees and costs due and owing to me except during the time period of the Application, if approved by the Court.

6. I respectfully request an order authorizing retention of David A. Ray, P.A. pursuant to 11 U.S.C. §§ 327 and 330.

FURTHER AFFIANT SAYETH NAUGHT.

_____
David A. Ray, Esq.

Sworn to and subscribed before me this 4th day of March, 2025, by David A. Ray, Esq., who is either ____ personally known to me, or who has produced the following identification: _____.

_____
Notary Public

My Commission Expires:

Notary Public State of Florida
Al Appolon
My Commission
HH 268796
Exp. 5/26/2026