

**ZERMAY LAW, APC**

3000 Coral Way, Suite 1115
Coral Gables, FL 33145
Telephone: (310) 752-9728
Fax: (844) 894-6204
Email: zach@zermaylaw.com

Dear Mr. Jowers:

The purpose of this letter is to set forth our understanding of the legal services to be performed and the basis on which we will be paid for those services. Accordingly, this engagement letter confirms our agreement to represent you (hereinafter referred to as "Client") as special counsel in a pending adversarial proceeding (24-1338-MAM) in Client's Chapter 11 bankruptcy retroactive through February 20, 2025.

First, to protect both of us and to comply with our professional obligations, this engagement is subject to clearance of any conflicts of interest with present or former clients of our firm. We have performed a conflict check regarding those parties who we anticipate will be averse to the Clients and have determined that no conflict exists at this time. To help us in the future, if you become aware of additional potential adverse parties, then please provide us with the name of any such person or entity as soon as possible. Also, if we become aware of any potential or actual conflict, we will so advise you.

Our firm will undertake this engagement on an hourly basis. ZL bills in 1/10th (.10) of an hour increment (every six (6) minutes). As to any charges, the beginning points for determining a fee is actual time spent. We are mindful of the cost of legal services and always attempt to use associates, paralegals and law clerks whenever possible to keep the cost of our services as low as possible. Our hourly rate is discounted to $445 an hour for attorneys for Client, and $250 for paralegals.

These rates may be changed periodically based on factors such as inflation and the increased experience and expertise of the individual performing the services. In the event we increase billable rates, then we will provide you with prior notice so that you have an opportunity to consider the same. ZL keeps itemized records of the date services are rendered and the nature of those services. A statement of account reflecting the amount billed during the month will be provided to Client by email on a monthly basis for informational purposes only. Client cannot pay ZL any amount due and owing over the above-stated retainer until such time as the Bankruptcy Court approves the Fee Application of ZL. Should Client wish to receive an itemized invoice, ZL is happy to provide same upon request by Client.

If services beyond the scope of the engagement are requested or required, compensation for such "beyond the scope" services shall be outlined in a separate or amended agreement an subject to the appropriate Bankruptcy Court application and approval. You may discharge us and terminate our services at any time upon written notice. We may also terminate our services to you at any time upon written notice. However, upon any such discharge or termination, the other terms of this letter shall remain in effect. We encourage you to seek independent advice before signing this letter, and your signature indicates that you have done so or have decided such advice was not necessary.

It may be necessary, at times, for us to incur expenses for items such as court filing fees, toll telephone calls, photocopying, facsimiles and courier services. Many engagements also require ancillary services such as computerized legal research. Client agrees to be responsible for all such costs incurred. This engagement covers any work that we undertake in connection with this matter at your request or the request of any of your agents.

Client agrees to pay all out-of-pocket costs and expenses incurred by ZL in connection with our engagement which include, but are not limited to, photocopying, express mail charges, long-distance telephone charges, computer searches, deposition costs and facsimile charges. While the foregoing may not be a complete catalog of all direct costs, it is a reasonably representative list of the costs that may be included on your behalf by ZL. Also, from time to time, we may incur costs from third-party sources that are required for services such as court reporter fees, transcript fees, mediation fees, special witness fees, or other costs outside the normal and ordinary costs associated with our representation of you.

The Client and ZL mutually understand and agree that all fees and costs incurred are fully subject to Bankruptcy Court review and approval. No fees or costs shall be paid without such approval which shall be

1

through an application for fees, filed with the Bankruptcy Court and subject to review and potential objection by any party with standing, along with the Bankruptcy Court.

We believe this correctly sets forth our understanding. If it does, please indicate your agreement by executing engagement letter in the space below and return the signed copy to us by email to: zach@zermaylaw.com; or by facsimile to: (310) 752-9728; or by electronically signing this document. Client acknowledges that an email, fax, or electronica signature shall be binding.

We appreciate the trust and confidence you have placed in us, and look forward to working closely with you to provide a satisfactory completion of the engagement. Should you have any questions, please feel free to contact us at any time.

Very truly yours,

Zachary Z Zermay
For the Firm


THE ABOVE REPRESENTATION IS ACCEPTED AND AGREED TO:


By: _____

Dated: _____3.7.25_____


2