David A. Ray, P.A.
303 Southwest 6th Street
Fort Lauderdale, Florida 33315
Phone: (954) 399-0105
dray@draypa.com

July 7, 2024

**VIA ELECTRONIC MAIL DELIVERY**

Mr. Evan Phillip Jowers
<evan@jowersvargas.com>

   **Re:**  *Engagement and Retainer Agreement for Representation in Connection with Pending Adversary Proceeding: 24-01338-MAM*

Mr. Heibel:

  I am pleased that you wish to engage the law offices of David A. Ray, P.A. (the "Firm" or "Attorney") to represent you ("Client" or "You") in connection with the above-refenced matter(s). This letter is intended to set forth our understanding as to the nature and scope of the legal services I have agreed to render to You, the amount of my fees for these services, the manner in which my fees for these services will be determined and the terms upon which You will make payment of these fees and any costs advanced on your behalf. By signing this letter agreement, you acknowledge authorizing the Firm to do everything reasonably necessary to render professional advice in connection with such representation. However, be advised that the Firm does not formally represent Client and will not be obligated to undertake any action on its behalf, until this retainer agreement is returned to our offices, signed, and any retainer required below is paid. The effective date of this agreement shall be July 7, 2024.

 A. AGREEMENT AND SCOPE OF SERVICES

  The Firm will represent Client in connection with the adversary proceeding pending before the United States Bankruptcy Court for the Southern District of Florida, designated 24-01338-MAM.

  Please be advised that absent subsequent written agreement, this representation DOES NOT include representation in any additional adversary proceedings, state court lawsuits, state court litigation, appeals, criminal proceedings, other contested matters or any previously, or subsequently filed litigation or proceedings.

 B. FEES AND COSTS

 Fees: I have agreed to undertake the aforesaid engagement and shall require a security and costs retainer in the amount of $7,500.00, which shall be deemed earned upon receipt. We will bill the Client for services rendered and disbursements and charges posted on our books on a monthly basis, or such other periodic basis as we may determine, and will expect payment within thirty days. Interest may be added at the rate of one percent per month on bills outstanding more than thirty days. If the Client fails to pay any monthly statements, we may, in our sole discretion, cease to represent the Client, and may apply the security retainer to the Client's outstanding bills. The Client agrees to replenish the security and costs retainer once it has been depleted.

The Firm will bill this matter at the following hourly rates: $300.00 - $450.00 per hour for Attorney time, and $125.00 per hour for paralegal/assistant time.

The Firm's hourly rates may be subject to adjustment on or about January 1 of each year. You understand that you will be charged the hourly rate in effect at the time of the service. You also understand that it is impossible to determine the total amount of attorney's fees at this time.

On a monthly basis, or from time to time as may be deemed practical by the Firm, Client will be sent an invoice detailing the services performed, which amounts shall be billed, due and payable within thirty (30) days from receipt of the invoice. The Client agrees to pay each bill upon receipt in accordance with the terms set forth herein. If Client has any disagreement about the amount of the bill, Client should promptly advise us in writing of such and pay the amount not in dispute; otherwise, Client agrees to the amount of such bill.

Client may also be billed for disbursements and charges in connection with our representation, including charges for telephone calls, copying/printing, messenger services, travel and lodging expenses, expert fees, costs of investigation, computer assisted research charges, postage, secretarial overtime, word processing, and other incidental expenses. We may pass along to the Client for direct payment to the vendor certain charges such as those for printing, duplicating, local counsel, court reporting and other substantial items.

C.   PAYMENT OF FEES AND COSTS

Unless we reach another written agreement regarding payment of fees and costs, You understand that non-payment of any invoice for fees and costs which is rendered to Client in accordance with the terms of this letter will constitute a default by you and the Firm may, in its sole and absolute discretion (subject to court approval, if necessary), cease to provide further legal services to Client, and will seek to withdraw, if necessary, from representing you in any pending legal action. Client will, however, be liable to the Firm for the payment of any fees earned and any costs incurred up to that time.

In the event the Firm is ultimately required to bring suit to collect any unpaid fees and costs, Client agrees to pay reasonable attorney's fees as well as legal interest on the amount of any fees or costs due the Firm, on a joint and several basis as to the signatory below and Client. Client further understands that the Firm has the right to retain any and all files, papers and other property coming into its possession in connection with our engagement without any liability to Client until the Firm has been paid all costs, fees and interest due under this Agreement. Client also agrees to the imposition of a charging lien for any money due the Firm on all real and personal property that is preserved, protected or obtained as the result of the representation undertaken herein.

D.   ACKNOWLEDGMENT OF ADVICE, DISCLAIMER OF GUARANTEES

Client acknowledges that neither the Firm nor David A. Ray have made any guarantees regarding the outcome of this representation, and any expressions relative to it are only my opinion as an attorney. The scope of this engagement is limited to that which is set forth under Paragraph A above. Neither the Firm nor David A. Ray will render any opinions or give advice in regard to the law of any jurisdiction other than the State of Florida and federal law.

You understand that, as is the case with any law firm, we may from time to time represent <u>in unrelated matters</u> a client whose interests may conflict with those of another client. Thus, for example, there may be instances in which we may represent the Client in a litigation or other matter and, at the same time, we may represent another party in connection with an unrelated litigation or other matter adverse to the Client. As part of our engagement, the Client consents to such representations so long as they do not involve a direct conflict in a specific matter in which we represent the Client.

The Firm hopes that our representation of the Client in this matter will serve as a platform for our firm to expand its representation of the Client to other matters. If the Firm undertakes the representation of the Client in other matters, the Client acknowledges and agrees that the terms of this engagement letter shall apply to such other matters as well.

E.   CLIENT COOPERATION

In order to most effectively represent Client, I will need full cooperation in responding accurately and within a reasonable period of time to any and all of my inquiries and any other information I will need on a going forward basis. In the event that Client does not fully disclose all material facts to the Firm or fail to provide complete and full information, including, but not limited to, information regarding your assets and liabilities, then to that extent You fully release and waive any claim against the Firm that may arise as a result of such failure to disclose.

Client hereby acknowledges that the Firm's attorneys and staff sometimes communicate with Client and Client's professionals and agents by cell phone and e-mail, and that such communications are capable of being intercepted by others and, therefore, may be deemed to be unprotected by the attorney-client privilege. Client further acknowledges that Client must inform the Firm if Client desires that privileged matters not be discussed on cell phones or via e-mail.

F.   SIGNED AGREEMENT AND FEES

Client hereby acknowledges that the undersigned is authorized to sign this Agreement. Client acknowledges that the signatory understands the terms and conditions of this Agreement by signing below. Client agrees that this written Agreement contains all of the terms and conditions of the Firm's scope of employment. Any oral modification of this Agreement will not be binding upon the Firm and/or Client unless it is subsequently made in writing and signed by both parties.

      If this Agreement is acceptable, please execute at the place indicated, and return the fully executed original to me as soon as possible along with the retainer referenced in paragraph B.  Wire instructions may be provided upon request.

      After you have had an opportunity to review this engagement letter, please do not hesitate to call me with any questions or comments you may have. We look forward to representing the Client in this matter.

      Sincerely,

      /s/ David A. Ray

      David A. Ray, P.A.

ACCEPTED AND AGREED TO BY
[_____]

Signed: _____

Title: _____

Date: _____

From time to time, we provide our clients with notices and updates about legal issues and our firm. The notices and updates may either be in paper format delivered through the mail or in electronic format emailed to you. By signing this agreement, you consent to our sending you such notices and updates, either in paper or electronically. You also consent to our corresponding via email unless you notify us to the contrary.