UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,   Chapter 11

    Debtor.   Case No. 24-13584-MAM

_____/

## MOTION TO CONTINUE HEARING

Evan Phillip Jowers (the "Debtor") filed an Application to Employ David A. Ray (former special counsel) and Zach Zermay (proposed special counsel) as Special Counsel (D.E. 161)(the "Application"). The Court set a hearing on the Application for March 25, 2025 (D.E. 162). Counsel for the Debtor will be out of the country from March 21-28, 2025, and would respectfully request that the Court continue the hearing on the Application until a date after March 28, 2025, or if the Court's schedule permits, set the hearing on the Application on March 18, 2025 at 10:00 a.m. when the Court has set a hearing on the Motion to Supplement Affirmative Defenses (Adv. D.E. 41) in adversary proceeding 24-01338-MAM associated with the above captioned bankruptcy case.

WHEREFORE, the Plaintiff requests that the Court:

1) grant this Motion; 2) reset the hearing on the Application; and 3) provide any further relief the Court deems necessary or appropriate.

DATED: March 11, 2025   **PARAGON LAW, LLC**

    _/s/Kristopher Aungst_
    Kristopher Aungst, Esq.
    Counsel for the Debtor
    Paragon Law, LLC
    2665 S. Bayshore Dr.,
    Suite 220-10

        Miami, FL 33133
        Phone: 305-812-5443
        Email: ka@paragonlaw.miami
        Florida Bar No. 55348

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Supplement Affirmative Defenses was served this the 11th day of March 2025, via CM/ECF.

    Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-l(A).

/s/ Kristopher Aungst, Esq.
Kristopher Aungst, Esq.

2