**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**West Palm Beach Division**
www.flsb.uscourts.gov

In re:      Evan Phillip Jowers,

Case No.  24-13584-MAM

Chapter 11

_____    Debtor        /

**CERTIFICATE OF SERVICE**
**and**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 2002(B) & 9073-1(B)**

I certify that a true copy of *the Order Resetting Hearing on the Application to Employ* (D.E. 164)) was served via the CM/ECF noticing system on all interested parties on March 12, 2025.

I further certify that the conferral requirements are not applicable to this particular matter.

/s/ Kristopher Aungst
_____
Signature of Attorney for Serving Party

Kristopher Aungst
_____
Print Name

2665 S. Bayshore Dr., Suite 220-20,
Miami, FL 33133
_____
Address

305-812-5443
_____
Telephone

55348
_____
Fla. Bar No.