UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,                    Chapter 11

    Debtor.                              Case No. 24-13584-MAM
_____/

## AGREED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE

Evan Phillip Jowers (the "Debtor") and Creditor Robert E. Kinney (the "Creditor" and collectively the Debtor and Creditor are the "Parties") have agreed to engage in a judicial settlement conference ("JSC") with Judge Hyman, who has agreed to act in this role.

WHEREFORE, the Parties requests that the Court:

1) grant this Motion; and 2) provide any further relief the Court deems necessary or appropriate.

DATED: March 14, 2025            **PARAGON LAW, LLC**

                                                                  */s/Kristopher Aungst*
                                                                 Kristopher Aungst, Esq.
                                                                 Counsel for the Debtor
                                                                 Paragon Law, LLC
                                                                 2665 S. Bayshore Dr.,
                                                                 Suite 220-10
                                                                 Miami, FL 33133
                                                                 Phone: 305-812-5443
                                                                 Email: ka@paragonlaw.miami
                                                                 Florida Bar No. 55348

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Agreed Motion was served this the 14th day of March 2025, via CM/ECF.

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-l(A).

<u>/s/ Kristopher Aungst, Esq.</u>
Kristopher Aungst, Esq.