**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**West Palm Beach Division**
www.flsb.uscourts.gov

In re:   Evan Phillip Jowers,

Case No. 24-13584-MAM

Chapter 11

_____Debtor_____/

**CERTIFICATE OF SERVICE**
**and**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 2002(B) & 9073-1(B)**

I certify that a true copy of the Agreed Order Appointing Settlement Judge (D.E. 168) and Notice to Parties Participating in Judicial Settlement Conference (D.E. 169) were served via the CM/ECF noticing system on all interested parties on March 17, 2025.

/s/ Kristopher Aungst
Signature of Attorney for Serving Party

Kristopher Aungst
Print Name

2665 S. Bayshore Dr., Suite 220-20,
Miami, FL 33133
Address

305-812-5443
Telephone

55348
Fla. Bar No.