UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,                    Chapter 11

       Debtor.                                Case No. 24-13584-MAM

_____/

**NOTICE OF COMPLIANCE REGARDING FILING NOTICE OF FUNDED RETAINER**

    Pursuant to the Court's Order Granting Debtor's Amended Emergency Application for Approval, on an Interim and Final Basis, of Employment of Kristopher Aungst and the Law Firm Paragon Law, LLC, as General Bankruptcy Counsel for the Debtor in Possession Nunc Pro Tunc to February 7, 2025 and Substituting Kristopher Aungst and Paragon Law, LLC, as Counsel for the Debtor in Adversary Proceeding 24-01338-MAM (D.E. 157)(the "Order"), counsel for the Debtor hereby provides notice that the retainer approved in the Order has been received from the Debtor, Evan Phillip Jowers.

Dated:    March 19, 2025           **/s/ Kristopher Aungst**
                                          Kristopher Aungst, Esq., Attorney for Debtor
                                          Fla. Bar # 55348
                                          2665 S. Bayshore Dr.,
                                          Suite 220-10
                                          Miami, FL 33133
                                          Telephone: 305-812-5443
                                          Email: ka@paragonlaw.miami

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of this Notice was served this the 19th day of March 2025, via CM/ECF.

1

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additionalqualifications to practice in this Court as set forth in Local Rule 2090-l(A).

<u>/s/ Kristopher Aungst, Esq.</u>
Kristopher Aungst, Esq.