**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
www.flsb.uscourts.gov

In re:    Evan Phillip Jowers,

                    Case No. 24-13584-MAM

                    Chapter 11

_____Debtor_____/

**CERTIFICATE OF SERVICE**
**and**
<u>**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 2002(B) & 9073-1(B)**</u>

    I certify that a true copy of the *Order Granting Debtor in Possessions Applications to Employ Zermay Law P.A. as Special Counsel to Debtor Effective as of February 20, 2025, and to Retain David A. Ray, P.A. Retroactive from August 2, 2024, Through February 20, 2025 (D.E. 171)* was served via the CM/ECF noticing system on all interested parties on March 19, 2025, and separately sent to David A Ray, Esq. on the same date.

                    /s/ Kristopher Aungst
                    Signature of Attorney for Serving Party

                    Kristopher Aungst
                    Print Name

                    2665 S. Bayshore Dr., Suite 220-20,
                    Miami, FL 33133
                    Address

                    305-812-5443
                    Telephone

                    55348
                    Fla. Bar No.