# Wells Fargo Clear Access Banking℠

February 28, 2025 ■ Page 1 of 8



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**File your taxes early to help prevent identity theft**

Early filing helps prevent someone else from filing taxes in your name.
Find other tips at wellsfargo.com/spottaxscams

**A new twist on romance scams**

Scammers make friends with you on social media, then offer to show you how to invest in crypto.
**Watch for:** Promises of big returns, help with downloading a crypto app, or requests to wire money.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $9,509.82 |
| Deposits/Additions | 44,979.72 |
| Withdrawals/Subtractions | - 39,477.55 |
| **Ending balance on 2/28** | **$15,011.99** |

Account number: ▉▉▉ 1196 (primary account)

**EVAN P JOWERS**
**DEBTOR IN POSSESSION**
**CH11 CASE # 24-13584 (SFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/3 | | Purchase authorized on 01/31 American Air001221 Fort Worth TX S465031673211074 Card 9798 | | 416.36 | |
| 2/3 | | Purchase authorized on 01/31 City Parking 561-533-7358 FL S385031789342991 Card 9798 | | 6.40 | |
| 2/3 | | Purchase authorized on 01/31 Tst*Bennys on The Lake Worth FL S305031840944493 Card 9798 | | 198.40 | |
| 2/3 | | Purchase authorized on 02/01 Sq *Lanzetta's Cla Delray Beach FL S465032651213752 Card 9798 | | 50.00 | |
| 2/3 | | Recurring Payment authorized on 02/01 Google *Youtube G.CO/Helppay# CA S305032651820968 Card 9798 | | 94.00 | |
| 2/3 | | Purchase authorized on 02/01 Sq *Belkys Interna Delray Beach FL S305032672846880 Card 9798 | | 18.46 | |
| 2/3 | | Purchase authorized on 02/01 Sq *Laurie's Pantr Delray Beach FL S305032673884446 Card 9798 | | 16.50 | |
| 2/3 | | Zelle to Jowers Tatiana on 02/01 Ref #Rp0Yh7Qw8T | | 555.00 | |
| 2/3 | | Zelle to Connolly Michael Ref #Pp0Yh8Phns | | 2,500.00 | |
| 2/3 | | Purchase authorized on 02/02 Uber *Eats Help.Uber.Com CA S305033596413091 Card 9798 | | 20.75 | |
| 2/3 | | Zelle to Jowers Tatiana on 02/02 Ref #Rp0Yhbx6FD | | 1,000.00 | |
| 2/3 | | Zelle to Connolly Michael on 02/02 Ref #Rp0Yhcynw2 | | 300.00 | |
| 2/3 | | Zelle to Jowers Tatiana on 02/03 Ref #Rp0Yhf5Xgx | | 555.00 | |
| 2/3 | | ATT Payment 013125 302496003Smt2E Valued Customer | | 373.35 | 3,405.60 |
| 2/4 | | Purchase authorized on 02/03 Uber *Eats Help.Uber.Com CA S305034535562771 Card 9798 | | 32.32 | |
| 2/4 | | Purchase authorized on 02/03 McDonald's F20727 Dfw Airport TX S585035013293235 Card 9798 | | 20.22 | 3,353.06 |
| 2/5 | | Purchase authorized on 02/03 Cnp Stinger Ray's 240-694-4100 FL S305034697373617 Card 9798 | | 30.00 | |
| 2/5 | | Recurring Payment authorized on 02/04 Docketbird Docketbird.CO NV S465036047507592 Card 9798 | | 31.24 | 3,291.82 |
| 2/6 | | Recurring Payment authorized on 02/05 Peloton* Membershi Onepeloton.CO NY S465036694103582 Card 9798 | | 48.29 | |
| 2/6 | | Purchase authorized on 02/05 Public Storage 206 800-567-0759 FL S305036750120988 Card 9798 | | 462.02 | |
| 2/6 | | Purchase authorized on 02/05 Uber *Eats Help.Uber.Com CA S585037067602385 Card 9798 | | 26.30 | 2,755.21 |
| 2/7 | | Recurring Payment authorized on 02/06 Geico *Auto 800-841-3000 DC S465037497539073 Card 9798 | | 945.45 | |
| 2/7 | | Purchase authorized on 02/06 Uber *Eats Help.Uber.Com CA S385037645156162 Card 9798 | | 40.12 | |
| 2/7 | | Purchase authorized on 02/06 American Air001221 Fort Worth TX S585037798336691 Card 9798 | | 27.00 | |
| 2/7 | | Purchase authorized on 02/06 American Air001445 Fort Worth TX S385038003533658 Card 9798 | | 210.70 | 1,531.94 |
| 2/10 | | Purchase authorized on 02/07 Paypal *Godaddy.CO 402-935-7733 AZ S585038460382480 Card 9798 | | 22.17 | |
| 2/10 | | Purchase authorized on 02/08 Tst*Zinque Malibu Malibu CA S585039830967212 Card 9798 | | 53.09 | |
| 2/10 | | Purchase authorized on 02/08 Chevron 0305653 Los Angeles CA S305040200330959 Card 9798 | | 54.90 | |
| 2/10 | | Purchase authorized on 02/09 Uber *Eats Help.Uber.Com CA S465040672156548 Card 9798 | | 29.51 | |
| 2/10 | | Purchase authorized on 02/09 Uber *Eats Help.Uber.Com CA S585040763936119 Card 9798 | | 45.63 | 1,326.64 |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/11 | | Purchase authorized on 02/10 Uber *Eats Help.Uber.Com CA S585041659148452 Card 9798 | | 38.21 | |
| 2/11 | | Purchase authorized on 02/10 Amazon RETA* K09Yo WWW.Amazon.CO WA S585041661125945 Card 9798 | | 74.01 | 1,214.42 |
| 2/12 | | Purchase authorized on 02/11 Uber *Eats Help.Uber.Com CA S385042616963492 Card 9798 | | 31.32 | 1,183.10 |
| 2/13 | | Purchase authorized on 02/12 Uber *Eats Help.Uber.Com CA S305043602876660 Card 9798 | | 27.59 | |
| 2/13 | | Recurring Payment authorized on 02/12 Hydrow Subscriptio Hydrow.Com MA S305043746884366 Card 9798 | | 44.00 | |
| 2/13 | | Purchase authorized on 02/12 Uber *Eats Help.Uber.Com CA S385043853361113 Card 9798 | | 44.28 | |
| 2/13 | | Purchase authorized on 02/13 Wawa 5396 Lantana FL P000000579677158 Card 9798 | | 23.29 | 1,043.94 |
| 2/14 | | Recurring Payment authorized on 02/13 PAC*Paramountaccep 800-748-4949 UT S585044444799788 Card 9798 | | 47.95 | |
| 2/14 | | Purchase authorized on 02/13 Uber *Eats Help.Uber.Com CA S465044506569903 Card 9798 | | 30.39 | |
| 2/14 | | Purchase authorized on 02/13 Vrbo Ha73031350597 512-759-0902 TX S585044711379720 Card 9798 | | 189.50 | |
| 2/14 | | Purchase authorized on 02/13 Sp My Nature Book Mynaturebooka TX S385044840883408 Card 9798 | | 58.20 | |
| 2/14 | | Purchase authorized on 02/13 Amazon RETA* Iz3Hz WWW.Amazon.CO WA S305045008281366 Card 9798 | | 37.42 | |
| 2/14 | | Purchase authorized on 02/13 Uber *Eats Help.Uber.Com CA S305045043934987 Card 9798 | | 34.53 | |
| 2/14 | | Purchase authorized on 02/14 B2P*Tax C 9428 Baymead Jacksonville FL P000000431810368 Card 9798 | | 34.29 | |
| 2/14 | | Purchase authorized on 02/14 B2P*Tax C 9428 Baymead Jacksonville FL P000000932366533 Card 9798 | | 108.13 | 503.53 |
| 2/18 | | Zelle From Kathleen Jowers on 02/18 Ref # Cof5Nagvi8N7 | 100.00 | | |
| 2/18 | | Zelle From Tatiana Jowers on 02/18 Ref # Bacw8Wz75K4F | 150.00 | | |
| 2/18 | | Purchase authorized on 02/13 Tst*Reys Tacos Lantana FL S305044779645287 Card 9798 | | 23.18 | |
| 2/18 | | Recurring Payment authorized on 02/14 El Car Wash Lantan 305-603-9565 FL S585045383609512 Card 9798 | | 42.78 | |
| 2/18 | | Purchase authorized on 02/14 Wpb Cell Parking 561-8221500 FL S585045658837219 Card 9798 | | 2.90 | |
| 2/18 | | Purchase authorized on 02/14 The Ben Autograph West Palm Bea FL S465045766093626 Card 9798 | | 197.37 | |
| 2/18 | | Purchase authorized on 02/14 Col Clematis Parki West Palm Bea FL S585045790194340 Card 9798 | | 8.00 | |
| 2/18 | | Purchase authorized on 02/14 Sq *Match Point, I Naples FL S585046038851431 Card 9798 | | 16.05 | |
| 2/18 | | Purchase authorized on 02/14 Sq *Match Point, I Naples FL S465046069567161 Card 9798 | | 80.25 | |
| 2/18 | | Purchase authorized on 02/15 Sp Old Key Lime Ho 156-15821889 FL S585046678008843 Card 9798 | | 21.39 | |
| 2/18 | | Purchase authorized on 02/15 Four Season Seaway Palm Beach FL S585046695405731 Card 9798 | | 83.48 | |
| 2/18 | | Recurring Payment authorized on 02/15 Google *Twitter 855-836-3987 CA S305047157064697 Card 9798 | | 12.07 | |
| 2/18 | | Purchase authorized on 02/16 Publix Super Mar 262 Sout Manalapan FL P305047700673144 Card 9798 | | 20.20 | |
| 2/18 | | Recurring Payment authorized on 02/16 123Cards.Com Copenhagen Dnk S465047810484325 Card 9798 | | 10.00 | |
| 2/18 | | Purchase authorized on 02/17 Uber *Eats Help.Uber.Com CA S465049072842366 Card 9798 | | 23.22 | |
| 2/18 | | Zelle to Dario Valet on 02/18 Ref #Rp0Yjvd9Hb | | 12.00 | 200.64 |
| 2/19 | | WT Fed#02539 US Bank, NA /Org=Lateral Link Group FL, LLC Srf# 250219B014Fn Trn#250219114467 Rfb# 250219B014Fn | 40,250.00 | | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|--------------|
| 2/19 | | Wire Trans Svc Charge - Sequence: 250219116373 Srf# Ow00005407151999 Trn#250219116373 Rfb# Ow00005407151999 | | 25.00 | |
| 2/19 | | Purchase authorized on 02/17 Victorias Rotisser Lantana FL S465048639182084 Card 9798 | | 31.75 | |
| 2/19 | | WT 250219-116373 Bank of America, N. /Bnf=Tatiana Jowers Srf# Ow00005407151999 Trn#250219116373 Rfb# Ow00005407151999 | | 9,555.00 | |
| 2/19 | | Zelle to Carr Mike on 02/19 Ref #Rp0Yjxcxh5 | | 3,000.00 | |
| 2/19 | | Zelle to Connolly Michael on 02/19 Ref #Rp0YJxt9Gr | | 400.00 | 27,438.89 |
| 2/20 | | Wire Trans Svc Charge - Sequence: 250220090112 Srf# Ow00005409856271 Trn#250220090112 Rfb# Ow00005409856271 | | 25.00 | |
| 2/20 | | Purchase authorized on 02/18 Four Seasons Champ Surfside FL S585050045075355 Card 9798 | | 94.66 | |
| 2/20 | | Purchase authorized on 02/18 Parkreceipts.Com - 866-366-8391 TX S385050050750644 Card 9798 | | 25.00 | |
| 2/20 | | Purchase authorized on 02/19 Uber *Eats Help.Uber.Com CA S385050536258711 Card 9798 | | 21.63 | |
| 2/20 | | Purchase authorized on 02/19 Uber *Eats Help.Uber.Com CA S585050826157925 Card 9798 | | 69.82 | |
| 2/20 | | Purchase authorized on 02/19 American Air001221 Fort Worth TX S385051080895205 Card 9798 | | 215.49 | |
| 2/20 | | Purchase authorized on 02/19 American Air001221 Fort Worth TX S385051080895205 Card 9798 | | 215.49 | |
| 2/20 | | WT 250220-090112 Bank of America, N. /Bnf=Tatiana Jowers Srf# Ow00005409856271 Trn#250220090112 Rfb# Ow00005409856271 | | 9,000.00 | |
| 2/20 | | Zelle to Connolly Michael on 02/20 Ref #Rp0Yk2L8Kj | | 2,100.00 | 15,671.80 |
| 2/21 | | Purchase authorized on 02/20 American Air001062 Fort Worth TX S305051561842209 Card 9798 | | 46.42 | |
| 2/21 | | Purchase authorized on 02/20 American Air001221 Fort Worth TX S305051561842209 Card 9798 | | 193.48 | |
| 2/21 | | Purchase authorized on 02/20 Uber *Eats Help.Uber.Com CA S305051790738806 Card 9798 | | 22.28 | |
| 2/21 | | Purchase authorized on 02/20 American Air001221 Fort Worth TX S465051805138026 Card 9798 | | 193.48 | |
| 2/21 | | Purchase authorized on 02/21 Walgreens Store 105 E Oce Lantana FL P305053034161236 Card 9798 | | 31.19 | |
| 2/21 | | Purchase authorized on 02/21 Wawa 5396 Lantana FL P385053037733466 Card 9798 | | 46.44 | |
| 2/21 | | Quarterly Fee Payment 250220 6Qo5G2Ip4E1 Evan P Jowers | | 800.00 | |
| 2/21 | | Audi Fincl, Tel. Tel Debit 250220 Ptel8139336857 Evan Jowers | | 1,500.00 | 12,838.51 |
| 2/24 | | Purchase authorized on 02/21 Uber *Eats Help.Uber.Com CA S585052538547047 Card 9798 | | 33.78 | |
| 2/24 | | Purchase authorized on 02/21 Wawa 5396 Lantana FL S465053040527699 Card 9798 | | 5.34 | |
| 2/24 | | Purchase authorized on 02/21 Shell Service Station Saint Cloud FL P305053113612114 Card 9798 | | 22.40 | |
| 2/24 | | Recurring Payment authorized on 02/21 Vtsup.Com*Perfect Amsterdam Nld S465053231084700 Card 9798 | | 29.99 | |
| 2/24 | | Zelle to Jowers Kathy on 02/22 Ref #Rp0Yk87WV6 | | 300.00 | |
| 2/24 | | Recurring Payment authorized on 02/22 Google *Youtube G.CO/Helppay# CA S385053775520022 Card 9798 | | 2.61 | |
| 2/24 | | Purchase authorized on 02/23 Uber *Eats Help.Uber.Com CA S585054674900981 Card 9798 | | 37.82 | |
| 2/24 | | Purchase authorized on 02/24 Shell Service Station Saint Cloud FL P305055669309387 Card 9798 | | 13.34 | 12,393.23 |
| 2/25 | | Purchase authorized on 02/21 The Westin Lake MA Lake Mary FL S465053204461272 Card 9798 | | 399.79 | |
| 2/25 | | Recurring Payment authorized on 02/23 Google *Youtube G.CO/Helppay# CA S465055030824493 Card 9798 | | 15.84 | 11,977.60 |
| 2/26 | | Purchase authorized on 02/24 Shell Oil575437040 Saint Cloud FL S585055669868788 Card 9798 | | 25.31 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|--------------------|--------------------------|---------------------|
| 2/26 | | Purchase authorized on 02/24 The Westin Lake MA Lake Mary FL S305055713565964 Card 9798 | | 163.83 | |
| 2/26 | | Purchase authorized on 02/25 Uber *Eats Help.Uber.Com CA S305056616228845 Card 9798 | | 48.01 | |
| 2/26 | | ATT Payment 022525 507538002Smt2D Valued Customer | | 374.52 | 11,365.93 |
| 2/27 | | Recurring Payment authorized on 02/26 Amazon Prime*Z1172 Amzn.Com/Bill WA S585057777284598 Card 9798 | | 15.13 | |
| 2/27 | | Purchase authorized on 02/26 Uber *Eats Help.Uber.Com CA S305058026552565 Card 9798 | | 50.10 | |
| 2/27 | | Purchase authorized on 02/26 Uber *Eats Help.Uber.Com CA S305058033877792 Card 9798 | | 98.90 | |
| 2/27 | | Purchase authorized on 02/26 Prime Video Channe Amzn.Com/Bill WA S465058148909326 Card 9798 | | 14.71 | 11,187.09 |
| 2/28 | | ATM Check Deposit on 02/28 1500 W Lantana Rd Lantana FL 0006705 ATM ID 0836G Card 9798 | 4,479.72 | | |
| 2/28 | | Recurring Payment authorized on 02/27 Sxm*Siriusxm.Com/A 888-635-5144 NY S585058448545675 Card 9798 | | 28.28 | |
| 2/28 | | Purchase authorized on 02/27 City of Delray Bea Delray Beach FL S385058835225115 Card 9798 | | 60.00 | |
| 2/28 | | Recurring Payment authorized on 02/27 Hydrow Subscriptio Hydrow.Com MA S585059062184867 Card 9798 | | 44.00 | |
| 2/28 | | Recurring Payment authorized on 02/28 Netflix 1 8445052993 CA S305059551153338 Card 9798 | | 17.54 | |
| 2/28 | | ATM Withdrawal authorized on 02/28 1500 W Lantana Rd Lantana FL 0006706 ATM ID 0836G Card 9798 | | 500.00 | |
| 2/28 | | Monthly Service Fee | | 5.00 | 15,011.99 |
| **Totals** | | | **$44,979.72** | **$39,477.55** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2025 - 02/28/2025 | Standard monthly service fee $5.00 | You paid $5.00 |
|------------------------------------|-----------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RD/RD

 IMPORTANT ACCOUNT INFORMATION

_____

### Other Wells Fargo Benefits

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.



**Get started at wellsfargo.com/personalloan.**



## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ **Early Pay Day information**

With Early Pay Day, we may make funds from certain eligible direct deposits available for your use up to two days before we receive the funds from your payor. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. When funds are made available early, this will be reflected in your account's available balance. Direct deposits made available early with Early Pay Day will not increase your account's ending daily balance, and will not count towards applicable options to avoid your account's monthly service fee, until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Determinations about whether we will authorize and pay transactions and assess overdraft fees are based on an account's available balance. For example, using funds added to your available balance by Early Pay Day may lead to a negative ending daily balance showing on your account and statement while your available balance remains positive and no overdraft fees or returned items result. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. For additional information about Early Pay Day, please refer to your Deposit Account Agreement.



## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
**A.** The ending balance
shown on your statement.. . . . . . . . . . . . . .  $_____

### ADD
**B.** Any deposits listed in your                $_____
register or transfers into              $_____
your account which are not            $_____
shown on your statement.            + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $_____

### SUBTRACT
**C.** The total outstanding checks and
withdrawals from the chart above. . . . . . . . .  - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . .  $_____

| Number | Items outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total $** |

**To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

