# SCHEDULE OF HOUSEHOLD CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month Feb-25 | Cumulative Total |
|---|---:|---:|
| **CASH** - Beginning of Month | 9,510.00 |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business or Self Employment | 44,979.72 | $233,789.61 |
| Wages from Other Sources (attach list to this report) | 0.00 | $0.00 |
| Interest or Dividend Income | 0.00 | $0.00 |
| Alimony or Child Support | 0.00 | $0.00 |
| Social Security/Pension/Retirement | 0.00 | $0.00 |
| Other - from Spouse/Daughter | 0.00 | $9,965.55 |
| Other - Refunds | 0.00 | $81.66 |
| **TOTAL RECEIPTS** | **44,979.72** | **$243,836.82** |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments | 0.00 | 0.00 |
| Business Expenses | 10,621.41 | 12,619.62 |
| Bank charges | 5.00 | 5.00 |
| Charitable Contributions | 0.00 | 0.00 |
| Children Expenses | 0.00 | 300.00 |
| Children Childcare/Education | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 1,701.88 | 19,677.12 |
| Household Repairs & Maintenance | 0.00 | 285.18 |
| HOA | 0.00 | 0.00 |
| Insurance | 964.51 | 8,682.89 |
| IRA Contribution | 0.00 | 0.00 |
| Lease/Rent Payments | 7,000.00 | 39,658.69 |
| Medical/Dental Payments | 0.00 | 0.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Professional Fees (Accounting, Attorneys, etc.) | 0.00 | 0.00 |
| Tuition - Education | 0.00 | 0.00 |
| Taxes - Personal | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Telephone | 1,106.12 | 6,172.70 |
| Travel & Entertainment | 0.00 | 7,168.37 |
| Subscriptions | 0.00 | 434.35 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 317.26 | 1,986.29 |
| Vehicle Expenses | 593.87 | 3,201.02 |
| Vehicle Secured Payment(s) | 4,549.10 | 32,861.90 |
| U. S. Trustee Quarterly Fees | 800.00 | 800.00 |
| Other - to Spouse (Household/Living Expenses) | 11,818.58 | 91,580.73 |
| Other  Miscellaneous | 0.00 | 8,545.00 |
| **Total Household Disbursements** | **39,477.73** | **234,182.61** |
| **CASH - End of Month** | 15,011.99 |  |

Prior Month
$188,809.89
$0.00
$0.00
$0.00
$0.00
$9,965.55
$81.66
$198,857.10

$0.00
$1,998.21
$203.75
$0.00
$300.00
$0.00
$0.00
$17,975.24
$285.18
$0.00
$7,718.38
$0.00
$32,658.69
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$5,066.58
$7,168.37
$434.35
$1,669.03
$2,607.15
$28,312.80
$0.00
$79,762.15
$8,545.00

$194,704.88