UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,                              Chapter 11

        Debtor.                                      Case No. 24-13584-MAM

_____/

## NOTICE OF UNAVAILABILITY

Counsel for the Debtor will be out of the country from June 6, 2025, through June 20, 2025, and would respectfully request that no hearings or deadlines be set during that time frame.

Dated:    April 9, 2025              **/s/ Kristopher Aungst**
                                              Kristopher Aungst, Esq., Attorney for Debtor
                                              Fla. Bar # 55348
                                              2665 S. Bayshore Dr.,
                                              Suite 220-10
                                              Miami, FL 33133
                                              Telephone: 305-812-5443
                                              Email: ka@paragonlaw.miami

## CERTIFICATE OF SERVICE

Service of this notice was performed via BNC.