UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                                          Case No: 24-13584-MAM
                                                                                                Chapter 11
EVAN PHILLIP JOWERS,

     Debtor(s).
_____/


NOTICE OF SCHEDULING JUDICIAL SETTLEMENT CONFERENCE

**KRISTOPHER AUNGST, ESQ** SHALL SERVE A COPY OF THIS NOTICE ON ALL COUNSEL WHO ARE NOT RECIPIENTS OF THIS NOTICE VIA CM/ECF, AND SHALL FILE A CERTIFICATE OF SERVICE OF THE SAME.

**COUNSEL FOR EACH PARTY SHALL DELIVER A COPY OF THIS NOTICE TO THEIR CLIENT AND CLIENT REPRESENTATIVE**

A pre-settlement conference call was held in this matter on April 18, 2025. At the pre-settlement conference call, the Settlement Judge and counsel for each participating party scheduled the judicial settlement conference.

The settlement conference will commence:
    **Date:**         May 20, 2025
    **Time:**         10:00 am
    **Location:**   video conference only using Zoom Communications, Inc.

All provisions of the *Notice to Parties Participating in Judicial Settlement Conference* [ECF No. 169] remain in full force and effect to the extent not inconsistent with this notice.

                                                      Hon. Paul G. Hyman
                                                      United States Bankruptcy Judge