# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative |
|---|---|---|
|  | **Mar-25** | Total |
| **CASH** - Beginning of Month | 15,011.99 |  |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business or Self Employment | 84,466.81 | $318,256.42 |
| Wages from Other Sources (attach list to this report) | 0.00 | $0.00 |
| Interest or Dividend Income | 0.00 | $0.00 |
| Alimony or Child Support | 0.00 | $0.00 |
| Social Security/Pension/Retirement | 0.00 | $0.00 |
| Other - from Spouse/Daughter | 0.00 | $9,965.55 |
| Other - Refunds | 0.00 | $81.66 |
| **TOTAL RECEIPTS** | **84,466.81** | $328,303.63 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments | 0.00 | 0.00 |
| Business Expenses | 4,455.71 | 6,453.92 |
| Bank charges | 5.00 | 5.00 |
| Charitable Contributions | 0.00 | 0.00 |
| Children Expenses | 0.00 | 300.00 |
| Children Childcare/Education | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 1,562.55 | 19,537.79 |
| Household Repairs & Maintenance | 763.78 | 1,048.96 |
| HOA | 0.00 | 0.00 |
| Insurance | 964.51 | 8,682.89 |
| IRA Contribution | 0.00 | 0.00 |
| Lease/Rent Payments | 12,500.00 | 45,158.69 |
| Medical/Dental Payments | 0.00 | 0.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Professional Fees (Accounting, Attorneys, etc.) | 30,000.00 | 30,000.00 |
| Tuition - Education | 0.00 | 0.00 |
| Taxes - Personal | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Telephone | 374.52 | 5,441.10 |
| Travel & Entertainment | 761.91 | 7,930.28 |
| Subscriptions | 171.47 | 605.82 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 506.61 | 2,175.64 |
| Vehicle Expenses | 4,626.94 | 7,234.09 |
| Vehicle Secured Payment(s) | 6,469.10 | 34,781.90 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Other - to Spouse (Household/Living Expenses) | 12,220.00 | 91,982.15 |
| Other  Miscellaneous | 462.02 | 9,007.02 |
|  |  |  |
| **Total Household Disbursements** | **75,844.12** | 270,549.00 |
|  |  |  |
| **CASH - End of Month** | 23,634.68 |  |

4

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Prior Month | | | | | | |
|---|---|---|---|---|---|---|
| $233,789.61 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $9,965.55 | | | | | | |
| $81.66 | | | | | | |
| $243,836.82 | | | | | | |
| | | | | | | |
| $0.00 | | | | | | |
| $1,998.21 | | | | | | |
| $203.75 | | | | | | |
| $0.00 | | | | | | |
| $300.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $17,975.24 | | | | | | |
| $285.18 | | | | | | |
| $0.00 | | | | | | |
| $7,718.38 | | | | | | |
| $0.00 | | | | | | |
| $32,658.69 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $5,066.58 | | | | | | |
| $7,168.37 | | | | | | |
| $434.35 | | | | | | |
| $1,669.03 | | | | | | |
| $2,607.15 | | | | | | |
| $28,312.80 | | | | | | |
| $0.00 | | | | | | |
| $79,762.15 | | | | | | |
| $8,545.00 | | | | | | |
| | | | | | | |
| $194,704.88 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |