# Wells Fargo Clear Access Banking<sup>SM</sup>

March 31, 2025 ■ Page 1 of 9



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
1-800-TO-WELLS  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

This tax season, don't get scammed by an IRS impersonator.

Scammers are impersonating the Internal Revenue Service to steal your identity and convince you to send them money.

Know that the IRS will not:
- Initiate contact with you or request sensitive information by email, text, or social media.
- Demand immediate payment or offer to assist you with receiving a payment.
- Threaten to immediately have you arrested, deported, or revoke your driver's license for not paying.
- Ask you to pay your taxes using a gift or prepaid card, cryptocurrency, or wire transfer.

If you do get an unexpected call from the IRS, hang up right away, and do not provide any additional information, even if the caller already has the last four digits of your Social Security number.

Remember, if you do owe taxes, the IRS will contact you by mail before attempting to call you.

Learn more at wellsfargo.com/spottaxscams



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $15,011.99 |
| Deposits/Additions | 84,466.81 |
| Withdrawals/Subtractions | - 75,844.12 |
| **Ending balance on 3/31** | **$23,634.68** |

Account number: ████ 1196  **(primary account)**

**EVAN P JOWERS**
**DEBTOR IN POSSESSION**
**CH11 CASE # 24-13584 (SFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/3 | | ATM Check Deposit on 03/02 1500 W Lantana Rd Lantana FL 0007768 ATM ID 0836G Card 9798 | 2,500.00 | | |
| 3/3 | | Purchase authorized on 02/27 Tst*Brule Bistro Delray Beach FL S385059079405550 Card 9798 | | 180.87 | |
| 3/3 | | Purchase authorized on 02/28 European Paint and Pompano Beach FL S465059507630919 Card 9798 | | 2,587.50 | |
| 3/3 | | Purchase authorized on 02/28 The Seed Atlantic Delray Beach FL S385059544407542 Card 9798 | | 35.56 | |
| 3/3 | | Purchase authorized on 02/28 Sp Nine Line Appar 191-24804250 GA S585059555632687 Card 9798 | | 32.09 | |
| 3/3 | | Recurring Payment authorized on 02/28 Google *Youtube G.CO/Helppay# CA S305059667530916 Card 9798 | | 106.44 | |
| 3/3 | | Purchase authorized on 02/28 Amazon RETA* Ep3Vu WWW.Amazon.CO WA S305059667561361 Card 9798 | | 56.90 | |
| 3/3 | | Purchase authorized on 02/28 Amazon Mark* 0T74C Amazon.Com/MA WA S385059711930858 Card 9798 | | 16.04 | |
| 3/3 | | Purchase authorized on 02/28 Tst* Kapow Noodle Boca Raton FL S465060050845267 Card 9798 | | 106.61 | |
| 3/3 | | Zelle to Jowers Tatiana on 03/01 Ref #Rp0Ykx8Gc3 | | 1,555.00 | |
| 3/3 | | Zelle to Carr Mike on 03/01 Ref #Rp0Ykxg9Ql | | 1,500.00 | |
| 3/3 | | Purchase authorized on 03/01 Sq *Lanzetta's Cla Delray Beach FL S465060597372039 Card 9798 | | 50.00 | |
| 3/3 | | Purchase authorized on 03/01 Tst*Reys Tacos Lantana FL S465060644206976 Card 9798 | | 24.40 | |
| 3/3 | | Purchase authorized on 03/01 Espn Plus 800-7271800 NY S385060810683482 Card 9798 | | 13.64 | |
| 3/3 | | Zelle to Jowers Tatiana on 03/01 Ref #Rp0Ykzkcxl | | 445.00 | |
| 3/3 | | Zelle to Jowers Tatiana on 03/02 Ref #Rp0Yl3Ddbx | | 1,555.00 | |
| 3/3 | | Zelle to Carr Mike on 03/02 Ref #Rp0Yl3Dm9Y | | 1,500.00 | |
| 3/3 | | Purchase authorized on 03/02 Uber *Eats Help.Uber.Com CA S465061856997829 Card 9798 | | 28.58 | |
| 3/3 | | Recurring Payment authorized on 03/02 Spotify USA 877-7781161 NY S585062011348535 Card 9798 | | 13.58 | |
| 3/3 | | Zelle to Jowers Tatiana on 03/03 Ref #Rp0Yl6Dvzs | | 555.00 | |
| 3/3 | | Wells Fargo Auto Fee & Pmts 030325 7655536039 Evan,P,Jowers | | 1,774.55 | 5,375.23 |
| 3/4 | | Purchase authorized on 03/02 Eau Palm Polpo Manalapan FL S465061669719796 Card 9798 | | 67.64 | |
| 3/4 | | Purchase authorized on 03/02 Four Season Florie Palm Beach FL S385062138745690 Card 9798 | | 49.73 | |
| 3/4 | | Purchase authorized on 03/03 Uber *Eats Help.Uber.Com CA S585062637085812 Card 9798 | | 47.43 | |
| 3/4 | | Purchase authorized on 03/03 Teach ME to Inc. Teachme.to CA S385062819308513 Card 9798 | | 172.75 | 5,037.68 |
| 3/5 | | Purchase authorized on 03/03 Public Storage 206 800-567-0759 FL S385062702373812 Card 9798 | | 462.02 | |
| 3/5 | | Purchase authorized on 03/04 Uber *Eats Help.Uber.Com CA S305063578564153 Card 9798 | | 70.28 | |
| 3/5 | | Purchase authorized on 03/04 Puls.Com 713-568-3458 CA S585063693115006 Card 9798 | | 508.78 | |
| 3/5 | | Purchase authorized on 03/04 Puls.Com 713-568-3458 CA S585063693499788 Card 9798 | | 60.00 | |
| 3/5 | | Recurring Payment authorized on 03/04 Docketbird Docketbird.CO NV S305064047253250 Card 9798 | | 31.24 | 3,905.36 |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/6 | | Recurring Payment authorized on 03/05 Peloton* Membershi Onepeloton.CO NY S585064693215339 Card 9798 | | 48.29 | 3,857.07 |
| 3/7 | | Purchase authorized on 03/05 Soho House Beach H Miami Beach FL S465065084723785 Card 9798 | | 72.76 | |
| 3/7 | | Recurring Payment authorized on 03/06 Geico *Auto 800-841-3000 DC S465065497340345 Card 9798 | | 945.45 | |
| 3/7 | | Purchase authorized on 03/06 Tst* The Hampton S Delray Beach FL S465065816363365 Card 9798 | | 126.01 | |
| 3/7 | | Purchase authorized on 03/06 Laz Parking M06261 Delray Beach FL S465065840310088 Card 9798 | | 6.00 | |
| 3/7 | | Purchase authorized on 03/06 Mavis04029 Delray Beach FL S305066049160010 Card 9798 | | 2,039.44 | 667.41 |
| 3/10 | | Zelle From Kathleen Jowers on 03/10 Ref # Cofapp2Yjz8M | 150.00 | | |
| 3/10 | | Purchase authorized on 03/06 The Ritz-Carlton B Bal Harbour FL S585065582640458 Card 9798 | | 44.89 | |
| 3/10 | | Purchase authorized on 03/06 The Ritz-Carlton B Bal Harbour FL S585065602524019 Card 9798 | | 50.00 | |
| 3/10 | | Purchase authorized on 03/07 Uber *Eats Help.Uber.Com CA S385066519958617 Card 9798 | | 22.22 | |
| 3/10 | | Purchase authorized on 03/07 Four Season Seaway Palm Beach FL S585066706783245 Card 9798 | | 131.28 | |
| 3/10 | | Purchase authorized on 03/07 AL Fresco Restaura Palm Beach FL S385066768760684 Card 9798 | | 31.75 | |
| 3/10 | | Purchase authorized on 03/08 Uber *Eats Help.Uber.Com CA S585067461690470 Card 9798 | | 46.89 | |
| 3/10 | | Purchase authorized on 03/08 Wholefds Dbr#107 680 Lint Delray Beach FL P465067775604648 Card 9798 | | 35.29 | |
| 3/10 | | Purchase authorized on 03/08 Chick-Fil-A #04737 Lantana FL S585067791166661 Card 9798 | | 15.99 | |
| 3/10 | | Purchase authorized on 03/09 Uber *Eats Help.Uber.Com CA S385068665517769 Card 9798 | | 47.81 | |
| 3/10 | | Purchase authorized on 03/09 Macys Aventura 800-289-6229 FL S585068732943532 Card 9798 | | 153.98 | 237.31 |
| 3/11 | | Zelle to Konrad Jon on 03/11 Ref #Rp0Ylyy3LF | | 80.00 | 157.31 |
| 3/12 | | Purchase Return authorized on 03/10 Teach ME to Inc. San Diego CA S385062819308513 Card 9798 | 172.75 | | |
| 3/12 | | Purchase authorized on 03/10 Tst*Reys Tacos Lantana FL S305069559080831 Card 9798 | | 23.18 | |
| 3/12 | | Purchase authorized on 03/11 Acai Concept Cafe Boca Raton FL S585070855735224 Card 9798 | | 38.15 | 268.73 |
| 3/13 | | Purchase authorized on 03/12 Uber *Eats Help.Uber.Com CA S305071541118860 Card 9798 | | 31.77 | |
| 3/13 | | Purchase authorized on 03/12 Uber *Eats Help.Uber.Com CA S465071678857421 Card 9798 | | 42.57 | 194.39 |
| 3/14 | | Zelle From Kathleen Jowers on 03/14 Ref # Cofzbj4Hs3Ts | 100.00 | | |
| 3/14 | | Recurring Payment authorized on 03/13 PAC*Paramountaccep 800-748-4949 UT S465072408414683 Card 9798 | | 47.95 | |
| 3/14 | | Purchase authorized on 03/13 City of Delray Bea Delray Beach FL S585072809105257 Card 9798 | | 60.00 | |
| 3/14 | | Purchase authorized on 03/13 Walgreens Store 105 E Oce Lantana FL P305073086055119 Card 9798 | | 5.00 | 181.44 |
| 3/17 | | Zelle From Tatiana Jowers on 03/15 Ref # Bacnudwm25Z5 | 100.00 | | |
| 3/17 | | Recurring Payment authorized on 03/14 El Car Wash Lantan 305-603-9565 FL S385073347976040 Card 9798 | | 42.78 | |
| 3/17 | | Purchase authorized on 03/14 Uber *Eats Help.Uber.Com CA S465073578604181 Card 9798 | | 16.96 | |
| 3/17 | | Purchase authorized on 03/14 Uber *Eats Help.Uber.Com CA S305073801954556 Card 9798 | | 39.64 | |
| 3/17 | | Purchase authorized on 03/15 Uber *Eats Help.Uber.Com CA S385074546349104 Card 9798 | | 36.23 | |
| 3/17 | | Purchase authorized on 03/15 Uber *Trip Help.Uber.Com CA S585075136053754 Card 9798 | | 62.65 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|---------|---------|
| 3/17 | | Purchase authorized on 03/16 Uber *Eats Help.Uber.Com CA S385075644122212 Card 9798 | | 19.39 | 63.79 |
| 3/18 | | Zelle From Kathleen Jowers on 03/18 Ref # Cofi580Qlhxo | 100.00 | | |
| 3/18 | | WT Fed#06087 Airwallex (Singapo /Org=Vargas Partners Ltd. Srf# 2025031800274698 Trn#250318127124 Rfb# St10502503184021 | 74,604.06 | | |
| 3/18 | | Wire Trans Svc Charge - Sequence: 250318176270 Srf# Ow00005496048545 Trn#250318176270 Rfb# Ow00005496048545 | | 25.00 | |
| 3/18 | | Purchase authorized on 03/17 Uber *Eats Help.Uber.Com CA S385076644675789 Card 9798 | | 38.15 | |
| 3/18 | | Zelle to Jowers Tatiana on 03/18 Ref #Rp0Ymndlnt | | 3,055.00 | |
| 3/18 | | WT Fed#07833 Morgan Stanley Pri /Ftr/Bnf=Paragon Law LLC Srf# Ow00005496048545 Trn#250318176270 Rfb# Ow00005496048545 | | 25,000.00 | |
| 3/18 | | Zelle to Jowers Kathy on 03/18 Ref #Rp0Ymnhq3H | | 300.00 | |
| 3/18 | | Zelle to Coiner Thomas on 03/18 Ref #Rp0Ymnhrc2 | | 140.00 | 46,209.70 |
| 3/19 | | Wire Trans Svc Charge - Sequence: 250319091490 Srf# Ow00005497947163 Trn#250319091490 Rfb# Ow00005497947163 | | 25.00 | |
| 3/19 | | Wire Trans Svc Charge - Sequence: 250319092460 Srf# Ow00005497957175 Trn#250319092460 Rfb# Ow00005497957175 | | 25.00 | |
| 3/19 | | Purchase authorized on 03/17 Tst*Reys Tacos Lantana FL S385076829657389 Card 9798 | | 9.76 | |
| 3/19 | | Purchase authorized on 03/18 Uber *Eats Help.Uber.Com CA S385077626904704 Card 9798 | | 31.27 | |
| 3/19 | | Purchase authorized on 03/18 Amazon RETA* 4F8FD WWW.Amazon.CO WA S305077643561057 Card 9798 | | 37.97 | |
| 3/19 | | WT Fed#09622 Morgan Stanley Pri /Ftr/Bnf=Paragon Law LLC Srf# Ow00005497947163 Trn#250319091490 Rfb# Ow00005497947163 | | 5,000.00 | |
| 3/19 | | WT 250319-092460 Bank of America, N. /Bnf=Tatiana Jowers Srf# Ow00005497957175 Trn#250319092460 Rfb# Ow00005497957175 | | 15,000.00 | |
| 3/19 | | Audi Fincl, Tel. Tel Debit 250318 Ptel8139336857 Evan Jowers | | 2,920.00 | 23,160.70 |
| 3/20 | | Purchase authorized on 03/19 Uber *Eats Help.Uber.Com CA S465078760521808 Card 9798 | | 74.31 | |
| 3/20 | | Recurring Payment authorized on 03/19 Wetransfer* 3C462A Amsterdam Nld S465079043623559 Card 9798 | | 25.00 | 23,061.39 |
| 3/21 | | Zelle From Gomez Roberto on 03/21 Ref # Pp0Ymywgg9 | 800.00 | | 23,861.39 |
| 3/24 | | Purchase authorized on 03/22 Uber *Trip Help.Uber.Com CA S585082192858708 Card 9798 | | 184.83 | |
| 3/24 | | Purchase authorized on 03/23 Gtfcharge 844-211-8832 Cze S305082363519124 Card 9798 | | 23.90 | |
| 3/24 | | Purchase authorized on 03/23 Uber *Eats Help.Uber.Com CA S465082756968404 Card 9798 | | 30.63 | |
| 3/24 | | Purchase authorized on 03/23 Uber *Eats Help.Uber.Com CA S585083021265685 Card 9798 | | 45.88 | |
| 3/24 | | Zelle to Jowers Tatiana on 03/24 Ref #Rp0Yn7Xt94 | | 1,555.00 | 22,021.15 |
| 3/25 | | Ticketmaster Res 0324-th002 20005476552116 Evan Jowers | 2,340.00 | | |
| 3/25 | | Recurring Payment authorized on 03/23 Google *Youtube G.CO/Helppay# CA S465083030837150 Card 9798 | | 15.84 | |
| 3/25 | | Recurring Payment authorized on 03/23 Vtsup.Com*Perfect Amsterdam Nld S465083149117441 Card 9798 | | 29.99 | 24,315.32 |
| 3/26 | | Purchase authorized on 03/25 Sunpass*Acc1190605 888-865-5352 FL S465084261974597 Card 9798 | | 26.29 | 24,289.03 |
| 3/27 | | Recurring Payment authorized on 03/26 Amazon Prime*Rt7Hy Amzn.Com/Bill WA S465085775567361 Card 9798 | | 15.13 | |
| 3/27 | | Purchase authorized on 03/26 Prime Video Channe Amzn.Com/Bill WA S585086122546539 Card 9798 | | 14.71 | |
| 3/27 | | Purchase authorized on 03/27 Lacoste #388 Miami 347 Miami Gardens FL P00000078903121 01 Card 9798 | | 74.90 | 24,184.29 |
| 3/28 | | Ticketmaster Res 0327-th001 20005656382116 Evan Jowers | 3,600.00 | | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|--------------------:|--------------------------:|---------------------:|
| 3/28 | | Purchase authorized on 03/26 Tm *Ticketmaster 800-653-8000 CA S385086168396429 Card 9798 | | 1,824.97 | |
| 3/28 | | Recurring Payment authorized on 03/27 Sxm*Siriusxm.Com/A 888-635-5144 NY S385086416568990 Card 9798 | | 28.28 | 25,931.04 |
| 3/31 | | Purchase authorized on 03/28 Uber *Eats Help.Uber.Com CA S385087591885866 Card 9798 | | 61.69 | |
| 3/31 | | Purchase authorized on 03/28 Uber *Eats Help.Uber.Com CA S385087665674958 Card 9798 | | 0.40 | |
| 3/31 | | Purchase authorized on 03/29 Wawa 5396 Lantana FL P585088553773763 Card 9798 | | 40.16 | |
| 3/31 | | Purchase authorized on 03/29 American Air001222 Fort Worth TX S585088661276416 Card 9798 | | 228.96 | |
| 3/31 | | Recurring Payment authorized on 03/29 Hydrow Subscriptio Hydrow.Com MA S385089044590574 Card 9798 | | 44.00 | |
| 3/31 | | Purchase authorized on 03/29 Walgreens Store 105 E Oce Lantana FL P585089051159892 Card 9798 | | 83.32 | |
| 3/31 | | Recurring Payment authorized on 03/30 Netflix.Com Netflix.Com CA S385089400314560 Card 9798 | | 20.38 | |
| 3/31 | | Purchase authorized on 03/30 Gtfcharge 844-211-8832 Cze S305089508542867 Card 9798 | | 37.90 | |
| 3/31 | | Wells Fargo Auto Fee & Pmts 033125 7655536039 Evan,P,Jowers | | 1,774.55 | |
| 3/31 | | Monthly Service Fee | | 5.00 | 23,634.68 |
| Totals | | | $84,466.81 | $75,844.12 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2025 - 03/31/2025 | Standard monthly service fee $5.00 | You paid $5.00 |
|-------------------------------------|------------------------------------|----------------|
| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RD/RD



# IMPORTANT ACCOUNT INFORMATION

---

Effective June 4, 2025, we are updating the following sections of the "Availability of Funds Policy" in our Deposit Account Agreement:

The "Longer delays may apply" section is deleted and replaced with the following:

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.

Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $275 of your deposit, however, may be available on the first business day after the day of your deposit.



Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:
- We believe a check you deposit will not be paid
- You deposit checks totaling more than $6,725 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.

The "Special rules for new accounts" section is deleted and replaced with the following:

If you are a new customer, the following special rules apply during the first 30 days your account is open. Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:
- The first $6,725 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 may not be available until the second business day after the day of your deposit.
- The excess over $6,725 and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $275 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

---

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Availability of Funds Policy," subsection "Your ability to withdraw funds," is deleted and replaced with the following:

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will generally be available on the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Fund Transfer Disclosures-General," subsection "ACH transactions," is deleted and replaced with the following:

These additional terms apply to payments to or from your account that you transmit through an ACH:
- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we don't receive final settlement or payment, we're entitled to a refund from you for the amount credited to your account and the sender of the payment will not be considered to have made the payment to you.
- For ACH debit entries that debit your non-Wells Fargo account and credit your Wells Fargo account, Wells Fargo Bank generally holds those funds for 3-4 business days to make sure that the funds will not be returned unpaid before we credit your Wells Fargo account. Longer holds may apply, or we may return the funds to the sending bank and not make the funds available to your Wells Fargo Account, if we - in our sole discretion - believe the transfer is irregular or suspicious.
- Any Originating Depository Financial Institution (ODFI) may initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items you write or authorize.



Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



**WELLS FARGO**

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance shown on your statement.. . . . . . . . . . . . . .   $_____

### ADD
B. Any deposits listed in your                $_____
   register or transfers into              $_____
   your account which are not              $_____
   shown on your statement.            + $_____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### SUBTRACT
C. The total outstanding checks and withdrawals from the chart above. . . . . . . . . . - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register. . . . . . . . . . . . . . . . . . . . .   $_____

| Number | Items outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |        Total $    |        |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



EQUAL HOUSING
LENDER