UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,      Chapter 11

    Debtor.      Case No. 24-13584-MAM
_____/

## CERTIFICATE OF SERVICE

Service of the Notice of Judicial Settlement Conference (D.E. 176) was served on April 18, 2025, to all counsel for the parties attending the Judicial Settlement Conference with Judge Hyman by CM/ECF.

Dated: April 28, 2025

Respectfully submitted,

**/s/ Kristopher Aungst**
Kristopher Aungst, Esq., Attorney for Debtor
Fla. Bar # 55348
2665 S. Bayshore Dr.,
Suite 220-10
Miami, FL 33133
Telephone: 305-812-5443
Email: ka@paragonlaw.miami

1