UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Evan Phillip Jowers, | : | |
| | : | CASE NO.    24-13584-MAM |
| | : | |
| DEBTOR. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Comes now Nathan A. Wheatley and gives notice of his appearance and request for service on behalf of Mary Ida Townson, United States Trustee for Region 21.

I hereby certify that I am admitted to the Bars of the States of Ohio and New York and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to attorneys representing the United States government.

Dated:  May 5, 2025        MARY IDA TOWNSON
                           UNITED STATES TRUSTEE
                           REGION 21

                           /s/ Nathan A. Wheatley
                           Nathan A. Wheatley (Ohio 0072192)
                           Attorney for the United States Trustee
                           170 North High Street, Suite 200
                           Columbus, OH 43215
                           Telephone: (614) 469-7446
                           Facsimile: (614) 469-7448
                           E-mail:  Nathan.A.Wheatley@usdoj.gov