**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:  Case No. 24-13584-MAM
 Chapter 11
EVAN PHILLIP JOWERS,

    Debtor.
_____/

NOTICE OF CONTINUED SETTLEMENT CONFERENCE

    The judicial settlement conference held on May 20, 2025, is continued and will recommence at **3:30 p.m. on May 23, 2025** via Zoom.

    All provisions of the *Notice to Parties Participating in Judicial Settlement Conference* remain in full force and effect to the extent not inconsistent with this notice.

        Hon. Paul G. Hyman
        United States Bankruptcy Judge

*Kristopher Aungst, Esq. shall serve a copy of this notice on all counsel who are not recipients of this notice via cm/ecf, and shall file a certificate of service of the same.*