# Wells Fargo Clear Access Banking℠

April 30, 2025 ∎ Page 1 of 9



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Keep your accounts and money safe. Know how to spot a scam with these two tips.

1. Question unusual payment requests.
Scammers prefer payment methods that make it difficult or impossible to recover your money. Be cautious if anyone asks you to pay with gift cards, prepaid cards, cryptocurrency, wire transfers, or a payment app. These payment methods are like sending cash. Remember that requests for gift cards are almost always a scam.

Learn more at wellsfargo.com/saferpayments

2. Don't allow anyone remote access to your devices.
Scammers may call you posing as a computer technician, or you may get a pop-up window on your screen warning you about an issue with your device. If you engage, they'll ask you to allow them into your computer or to do a screen share.

Know that legitimate tech support companies don't contact you and ask for access to your computer. If this happens to you, it's a scam. If you have an issue with your computer or device, go to a company you know and trust. Never rely on someone reaching out to you and don't allow them access to your device.

April 30, 2025 ■ Page 2 of 9



It's your money and your personal information. Protect it.

Learn more at wellsfargo.com/scams

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $23,634.68 |
| Deposits/Additions | 20,599.40 |
| Withdrawals/Subtractions | - 34,122.79 |
| Ending balance on 4/30 | $10,111.29 |

Account number: ████ 1196  (primary account)

EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | Wire Trans Svc Charge - Sequence: 250401077360 Srf# Ow00005539572196 Trn#250401077360 Rfb# Ow00005539572196 | | 25.00 | |
| 4/1 | | Purchase authorized on 03/31 Uber *Eats Help.Uber.Com CA S465090399502479 Card 9798 | | 53.20 | |
| 4/1 | | Purchase authorized on 03/31 Amazon RETA* 1K1Mw WWW.Amazon.CO WA S305090452587162 Card 9798 | | 35.27 | |
| 4/1 | | Zelle to Jowers Tatiana on 04/01 Ref #Rp0Ynyvmym | | 3,000.00 | |
| 4/1 | | Zelle to Jowers Kathy on 04/01 Ref #Rp0Ynyvz9x | | 300.00 | |
| 4/1 | | WT 250401-077360 Bank of America, N. /Bnf=Tatiana Jowers Srf# Ow00005539572196 Trn#250401077360 Rfb# Ow00005539572196 | | 9,555.00 | |
| 4/1 | | ATT Payment 033125 445587001Smt2L Valued Customer | | 767.53 | 9,898.68 |
| 4/2 | | Recurring Payment authorized on 03/31 Google *Youtube G.CO/Helppay# CA S305090667546536 Card 9798 | | 106.44 | |
| 4/2 | | Purchase authorized on 03/31 American Ai 001062 800-433-7300 TX S465090794036190 Card 9798 | | 18.26 | |
| 4/2 | | Purchase authorized on 03/31 Expedia 7306978897 Expedia.Com WA S305091222869052 Card 9798 | | 708.30 | |
| 4/2 | | Purchase authorized on 04/01 Curb Miami Taxi Queens NY S465091590133086 Card 9798 | | 278.10 | |
| 4/2 | | Purchase authorized on 04/01 Government Ctr Par 5613551755 FL S465091618253200 Card 9798 | | 2.00 | |
| 4/2 | | Purchase authorized on 04/01 Government Ctr Par 5613551755 FL S465091650762758 Card 9798 | | 2.00 | |
| 4/2 | | Purchase authorized on 04/01 B2P*Tax Collect PA West Palm Bea FL S305091657168468 Card 9798 | | 33.25 | |
| 4/2 | | Purchase authorized on 04/01 Uber *Eats Help.Uber.Com CA S465091684115050 Card 9798 | | 24.05 | |
| 4/2 | | Purchase authorized on 04/01 Valentino Palm Bea Palm Beach FL S465091799088065 Card 9798 | | 2,054.40 | |
| 4/2 | | Recurring Payment authorized on 04/01 Espn Plus 800-7271800 NY S385091816021804 Card 9798 | | 13.64 | 6,658.24 |
| 4/3 | | Zelle From Kathleen Jowers on 04/03 Ref # Cofgxm2Rpq5A | 25.00 | | |
| 4/3 | | Purchase authorized on 04/01 Tst*LA Goulue Rest Palm Beach FL S385091745310704 Card 9798 | | 261.75 | |
| 4/3 | | Recurring Payment authorized on 04/02 Spotify 877-778-1161 NY S465093011424358 Card 9798 | | 13.58 | |
| 4/3 | | Zelle to Carr Mike on 04/03 Ref #Rp0Yp8F7ND | | 500.00 | 5,907.91 |
| 4/4 | | Ticketmaster Res 0403-th001 200060388725116 Evan Jowers | 19,620.00 | | |
| 4/4 | | Purchase authorized on 04/02 The Ben Autograph West Palm Bea FL S385092599631469 Card 9798 | | 497.84 | |
| 4/4 | | Purchase authorized on 04/02 Public Storage 206 800-567-0759 FL S465092605263122 Card 9798 | | 462.02 | |
| 4/4 | | Purchase authorized on 04/02 Col Clematis Parki West Palm Bea FL S585092611660154 Card 9798 | | 6.00 | |
| 4/4 | | Purchase authorized on 04/02 Seafood Bar Palm Beach FL S385092681575371 Card 9798 | | 239.20 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 4/4 | | Purchase authorized on 04/02 Seafood Bar Palm Beach FL S585092736941669 Card 9798 | | 50.08 | |
| 4/4 | | Purchase authorized on 04/02 Eau Palm Breeze Re Manalapan FL S585092835098610 Card 9798 | | 270.77 | |
| 4/4 | | Purchase authorized on 04/03 Flagler Museum Vis Palm Beach FL S585093624157251 Card 9798 | | 56.00 | |
| 4/4 | | Purchase authorized on 04/03 Walgreens #5174 Lantana FL S385093849364487 Card 9798 | | 11.99 | |
| 4/4 | | Purchase authorized on 04/03 American Air001062 Fort Worth TX S305094044766821 Card 9798 | | 32.71 | |
| 4/4 | | Zelle to Carr Mike on 04/04 Ref #Rp0Ypbpt7F | | 500.00 | |
| 4/4 | | Zelle to Connolly Michael on 04/04 Ref #Rp0Ypccnm3 | | 2,500.00 | 20,901.30 |
| 4/7 | | Purchase authorized on 04/03 Flagler Museum-Vis Palm Beach FL S465093631971903 Card 9798 | | 22.42 | |
| 4/7 | | Purchase authorized on 04/03 Seafood Bar Palm Beach FL S385093678885773 Card 9798 | | 212.62 | |
| 4/7 | | Purchase authorized on 04/04 Uber *Eats Help.Uber.Com CA S585094535446403 Card 9798 | | 63.47 | |
| 4/7 | | Recurring Payment authorized on 04/04 Puls.Com 713-568-3458 CA S585094547190259 Card 9798 | | 13.80 | |
| 4/7 | | Purchase authorized on 04/04 Tst*Reys Tacos Lantana FL S385094795981061 Card 9798 | | 24.40 | |
| 4/7 | | Recurring Payment authorized on 04/04 Docketbird Docketbird.CO NV S585095046834246 Card 9798 | | 31.24 | |
| 4/7 | | Purchase authorized on 04/05 Uber *Eats Help.Uber.Com CA S305095567514116 Card 9798 | | 24.51 | |
| 4/7 | | Recurring Payment authorized on 04/05 Peloton* Membershi Onepeloton.CO NY S585095692845424 Card 9798 | | 48.29 | |
| 4/7 | | Purchase authorized on 04/05 Tst* Mykonos Kitch Sunny Isles B FL S465096009904673 Card 9798 | | 170.30 | |
| 4/7 | | Recurring Payment authorized on 04/06 Geico *Auto 800-841-3000 DC S305096462460042 Card 9798 | | 945.45 | |
| 4/7 | | Zelle to Carr Mike on 04/06 Ref #Rp0Ypkg4Tl | | 500.00 | |
| 4/7 | | Zelle to Carr Mike on 04/07 Ref #Rp0Yppl3Dp | | 500.00 | 18,344.80 |
| 4/8 | | Purchase authorized on 04/06 Victorias Rotisser Lantana FL S305096675172497 Card 9798 | | 39.31 | |
| 4/8 | | Zelle to Carr Mike on 04/08 Ref #Rp0Yprtkp3 | | 500.00 | |
| 4/8 | | Zelle to Jowers Tatiana on 04/08 Ref #Rp0Yprwkvy | | 555.00 | 17,250.49 |
| 4/10 | | Purchase authorized on 04/08 Uber *Trip Help.Uber.Com CA S385099174771529 Card 9798 | | 45.77 | |
| 4/10 | | Purchase authorized on 04/09 Pbi Tropical News West Palm Bea FL S385099359238984 Card 9798 | | 17.12 | |
| 4/10 | | Purchase authorized on 04/09 Uber *Trip Help.Uber.Com CA S465099618167516 Card 9798 | | 32.53 | 17,155.07 |
| 4/14 | | Recurring Payment authorized on 04/13 PAC*Paramountaccep 800-748-4949 UT S385103409905180 Card 9798 | | 47.95 | |
| 4/14 | | Zelle to Carr Mike on 04/13 Ref #Rp0Yq886B4 | | 500.00 | |
| 4/14 | | Purchase authorized on 04/13 Amazon RETA* MG438 WWW.Amazon.CO WA S585103834708681 Card 9798 | | 459.03 | |
| 4/14 | | Zelle to Jowers Tatiana on 04/14 Ref #Rp0Yqbxr35 | | 1,455.00 | 14,693.09 |
| 4/15 | | Lateral Link Gro Payroll 11646800038308x Jowers, Evan P | 895.00 | | |
| 4/15 | | Purchase authorized on 04/14 Amazon Mark* Rx15Y Amazon.Com/MA WA S465104260577281 Card 9798 | | 21.94 | |
| 4/15 | | Recurring Payment authorized on 04/14 El Car Wash Lantan 305-603-9565 FL S585104351867567 Card 9798 | | 42.78 | |
| 4/15 | | Purchase authorized on 04/14 Uber *Trip Help.Uber.Com CA S585104601587785 Card 9798 | | 31.05 | |
| 4/15 | | Purchase authorized on 04/14 Pbi Coral Cove NEW West Palm Bea FL S585104635069266 Card 9798 | | 53.49 | |
| 4/15 | | Purchase authorized on 04/15 Ubr* Pending.Uber.Com San Francisco CA P000000387271084 Card 9798 | | 5.81 | 15,433.02 |
| 4/16 | | Purchase authorized on 04/14 Cnp Stinger Ray's 240-694-4100 FL S585104656304443 Card 9798 | | 24.08 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|------------|
| 4/16 | | Purchase authorized on 04/14 Starbucks A37 Dfw Dallas TX S305105000924788 Card 9798 | | 15.04 | |
| 4/16 | | Purchase authorized on 04/14 Sheraton 310-6421111 CA S305105189221380 Card 9798 | | 169.36 | 15,224.54 |
| 4/18 | | Purchase authorized on 04/17 Uber *Trip San Francisco CA P000000582025646 Card 9798 | | 55.64 | |
| 4/18 | | Zelle to Li Eric on 04/17 Ref #Rp0Yqpb8Ln | | 35.00 | 15,133.90 |
| 4/21 | | Purchase authorized on 04/17 Lax Airp The Marke Los Angeles CA S585108210178991 Card 9798 | | 11.17 | |
| 4/21 | | Purchase authorized on 04/18 McDonald's F17275 Chicago IL S305108407036088 Card 9798 | | 12.68 | |
| 4/21 | | Purchase authorized on 04/18 Uber *Trip Help.Uber.Com CA S465108561321276 Card 9798 | | 30.40 | |
| 4/21 | | Purchase authorized on 04/18 Uber *Eats Help.Uber.Com CA S305108687196191 Card 9798 | | 34.68 | |
| 4/21 | | Purchase authorized on 04/18 Uber *Garyracksf Help.Uber.Com CA S385108759626026 Card 9798 | | 7.00 | |
| 4/21 | | Recurring Payment authorized on 04/19 Wetransfer* 3C462A Amsterdam Nld S465110043864025 Card 9798 | | 25.00 | |
| 4/21 | | Purchase authorized on 04/20 Sq *Visenta Studio Fort Lauderda FL S385110745831568 Card 9798 | | 42.80 | |
| 4/21 | | Purchase authorized on 04/20 Walgreens Store 105 E Oce Lantana FL P385111103383739 Card 9798 | | 55.19 | 14,914.98 |
| 4/22 | | Purchase authorized on 04/20 Tst* The House on Fort Lauderda FL S305110787955697 Card 9798 | | 164.98 | |
| 4/22 | | Purchase authorized on 04/20 Asta Parking Ft Lauderdale FL S585110796850360 Card 9798 | | 21.40 | |
| 4/22 | | Purchase authorized on 04/20 Gtfcharge 844-211-8832 Cze S305111197235864 Card 9798 | | 59.90 | |
| 4/22 | | Purchase authorized on 04/20 Gtfcharge 844-211-8832 Cze S305111221698632 Card 9798 | | 37.90 | |
| 4/22 | | Purchase authorized on 04/20 Gtfcharge 844-211-8832 Cze S305111247534649 Card 9798 | | 59.90 | |
| 4/22 | | Purchase authorized on 04/21 Gtfcharge 844-211-8832 Cze S305111474177958 Card 9798 | | 37.90 | |
| 4/22 | | Purchase authorized on 04/21 Gtfcharge 844-211-8832 Cze S305111517359968 Card 9798 | | 12.90 | |
| 4/22 | | Purchase authorized on 04/22 Uber * Eats Pending San Francisco CA P000000676284458 Card 9798 | | 28.66 | 14,491.44 |
| 4/23 | | Purchase authorized on 04/23 Uber * Eats Pending San Francisco CA P000000381465970 Card 9798 | | 43.34 | 14,448.10 |
| 4/24 | | Recurring Payment authorized on 04/22 Vtsup.Com*Perfect Sutton Coldfi Gbr S465113149722679 Card 9798 | | 29.99 | |
| 4/24 | | Purchase authorized on 04/23 Verde Canyon Railr WWW.Verdecany AZ S385113617939257 Card 9798 | | 324.28 | |
| 4/24 | | Purchase authorized on 04/24 Uber * Eats Pending San Francisco CA P000000081053191 Card 9798 | | 31.54 | 14,062.29 |
| 4/25 | | Recurring Payment authorized on 04/23 Google *Youtube G.CO/Helppay# CA S385114030856069 Card 9798 | | 15.84 | 14,046.45 |
| 4/28 | | Purchase authorized on 04/25 Mia Islander Bar&G 305-8760630 FL S585115610315329 Card 9798 | | 114.49 | |
| 4/28 | | Purchase authorized on 04/25 Arco42554001 Phoenix AZ P000000972475896 Card 9798 | | 54.29 | |
| 4/28 | | Purchase authorized on 04/26 Residence Inn Sedo Sedona AZ S305116260828944 Card 9798 | | 1,850.52 | |
| 4/28 | | Purchase authorized on 04/26 Tst* Wildflower - Sedona AZ S385116652419614 Card 9798 | | 46.24 | |
| 4/28 | | Recurring Payment authorized on 04/26 Amazon Prime*Qt5Fe Amzn.Com/Bill WA S585116753588387 Card 9798 | | 15.13 | |
| 4/28 | | Purchase authorized on 04/26 Prime Video Channe Amzn.Com/Bill WA S465117116346323 Card 9798 | | 14.71 | |
| 4/28 | | Purchase authorized on 04/26 The Village Chopho Sedona AZ S305117118043527 Card 9798 | | 183.73 | |





## *Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/28 | | Purchase authorized on 04/26 Village Yoga Sedon Villageyogase AZ S465117148018955 Card 9798 | | 24.00 | |
| 4/28 | | Recurring Payment authorized on 04/27 Netflix, Inc. 186-65797172 CA S305117303696548 Card 9798 | | 28.30 | |
| 4/28 | | Recurring Payment authorized on 04/27 Sxm*Siriusxm.Com/A 888-635-5144 NY S305117408511490 Card 9798 | | 28.28 | |
| 4/28 | | Purchase authorized on 04/27 Wholefds Sed #10 1420 W H Sedona AZ P585117712339926 Card 9798 | | 32.29 | |
| 4/28 | | Purchase authorized on 04/27 Fh* Sedona Atv Ren 185-54955551 AZ S385117722234072 Card 9798 | | 537.53 | 11,116.94 |
| 4/29 | | Purchase authorized on 04/27 Tst*Oakcreek Bistr Sedona AZ S385117690797918 Card 9798 | | 67.04 | |
| 4/29 | | Purchase authorized on 04/27 Lauberge DE Sedona Sedona AZ S465118123730654 Card 9798 | | 295.61 | |
| 4/29 | | Purchase authorized on 04/27 Lauberge DE Sedona 856-9797997 AZ S465118156980084 Card 9798 | | 17.00 | |
| 4/29 | | Purchase authorized on 04/28 Crystal Magic Sedona AZ S585118768860812 Card 9798 | | 8.73 | |
| 4/29 | | Purchase authorized on 04/28 Crystal Magic Sedona AZ S385118769080846 Card 9798 | | 14.23 | |
| 4/29 | | Purchase authorized on 04/28 Sq *Crystal Magic Sedona AZ S305118786342834 Card 9798 | | 162.80 | 10,551.53 |
| 4/30 | | Lateral Link Gro Payroll 11833400018745x Jowers, Evan P | 59.40 | | |
| 4/30 | | Purchase authorized on 04/28 Tst*Mariposa Latin Sedona AZ S305118749367603 Card 9798 | | 137.58 | |
| 4/30 | | Purchase authorized on 04/28 Tst* Costa Sedona AZ S585119146715354 Card 9798 | | 192.95 | |
| 4/30 | | Purchase authorized on 04/29 Sq *Layla's Bakery Sedona AZ S385119652433667 Card 9798 | | 68.61 | |
| 4/30 | | Recurring Payment authorized on 04/29 Hydrow Subscriptio Hydrow.Com MA S385120044368202 Card 9798 | | 44.00 | |
| 4/30 | | Purchase authorized on 04/29 Wholefds Sed #10 1420 W H Sedona AZ P465120136720211 Card 9798 | | 12.50 | |
| 4/30 | | Purchase authorized on 04/30 Speedway 2960 W State Sedona AZ P000000183965018 Card 9798 | | 39.00 | |
| 4/30 | | Monthly Service Fee | | 5.00 | 10,111.29 |
| **Totals** | | | **$20,599.40** | **$34,122.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2025 - 04/30/2025 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RD/RD

# ✔ IMPORTANT ACCOUNT INFORMATION

Effective June 4, 2025, we are updating the following sections of the "Availability of Funds Policy" in our Deposit Account Agreement:

The "Longer delays may apply" section is deleted and replaced with the following:

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.

Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $275 of your deposit, however, may be available on the first business day after the day of your deposit.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:
- We believe a check you deposit will not be paid
- You deposit checks totaling more than $6,725 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.

The "Special rules for new accounts" section is deleted and replaced with the following:

If you are a new customer, the following special rules apply during the first 30 days your account is open. Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:
- The first $6,725 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 may not be available until the second business day after the day of your deposit.
- The excess over $6,725 and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $275 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

---

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Availability of Funds Policy," subsection "Your ability to withdraw funds," is deleted and replaced with the following:

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will generally be available on the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Fund Transfer Disclosures-General," subsection "ACH transactions," is deleted and replaced with the following:



---

These additional terms apply to payments to or from your account that you transmit through an ACH:
- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we don't receive final settlement or payment, we're entitled to a refund from you for the amount credited to your account and the sender of the payment will not be considered to have made the payment to you.
- For ACH debit entries that debit your non-Wells Fargo account and credit your Wells Fargo account, Wells Fargo Bank generally holds those funds for 3-4 business days to make sure that the funds will not be returned unpaid before we credit your Wells Fargo account. Longer holds may apply, or we may return the funds to the sending bank and not make the funds available to your Wells Fargo Account, if we - in our sole discretion - believe the transfer is irregular or suspicious.
- Any Originating Depository Financial Institution (ODFI) may initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items you write or authorize.

---

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance shown on your statement.. . . . . . . . . . . . . . . $_____

**ADD**
B. Any deposits listed in your     $_____
register or transfers into     $_____
your account which are not     $_____
shown on your statement.     + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

**SUBTRACT**
C. The total outstanding checks and withdrawals from the chart above. . . . . . . . . - $_____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register. . . . . . . . . . . . . . . . . . . . . $_____

| Number | Items outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total $ |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

