**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                      **Case No. 24-13584-MAM**
                                                            **Chapter 11**

**EVAN PHILLIP JOWERS,**

     **Debtor(s).**

_____/


## REPORT OF SETTLEMENT JUDGE


The undersigned Settlement Judge reports to the Court as follows:

    ☒  A.    A Judicial Settlement Conference was conducted on <u>May 23, 2025</u> and resulted in the following:

        ☐  The parties reached an impasse.

        ☒  The parties settled all issues.  Complete global settlement which was agreed to, and acknowledged as binding by all parties.

    ☐  B.    The matter settled during the Pre-Settlement Conference Call.

    ☐  C.    The matter settled after the Pre-Settlement Conference Call but prior to the Judicial Settlement Conference.


<u>Attendance:</u>
Parties and Counsel present:  All that were required.


Dated: <u>5/27/2025</u>        <u>/s/ Paul G. Hyman</u>

                Hon. Paul G. Hyman
                1515 N. Flagler Drive, Room 801
                West Palm Beach, FL 33401

Copies to:

Kristopher Aungst, Esq, Esq is hereby directed to serve a copy of this Report of Settlement Judge on all interested parties and file a Certificate of Service thereof.