# Wells Fargo Clear Access Banking℠

May 31, 2025 ■ Page 1 of 8



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
1-800-TO-WELLS (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Fraud and scam tips to help keep your money safe: Check fraud and government impersonator scams

Quickly spot check fraud and scams:
- Review check images after they've cleared to look for any changes. If something doesn't look right, report it right away.
- Verify your recipient received the money.
- Set up Alerts in the Wells Fargo Mobile® app* or online banking to be notified when a check clears.
- Be wary if someone sends you a check and asks you to send money back. That's likely a scam.

Government impersonation scams are on the rise.
Scammers impersonate government agencies to get at your money or personal information.

What to know:
- A government agency will never ask you to move your money, even to a "protected account."
- Keep your Social Security and Medicare numbers secure and never share them.
- If you have a real tax issue, the IRS will contact you through the U.S. Mail prior to calling you. If you get an unexpected call from the IRS, hang up right away, even if the caller already has your Social Security number.



- If someone asks you to move your money to another account for any reason, it's probably a scam.

*Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

| Statement period activity summary | |
|---|---:|
| Beginning balance on 5/1 | $10,111.29 |
| Deposits/Additions | 75,117.97 |
| Withdrawals/Subtractions | - 51,868.77 |
| Ending balance on 5/31 | $33,360.49 |

Account number: ▮▮▮▮1196  (primary account)
EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 5/1 | | Purchase authorized on 04/29 Tst*Rene at Tlaque Sedona AZ S465120124740641 Card 9798 | | 228.80 | |
| 5/1 | | Purchase authorized on 04/30 Uber * Eats Pending San Francisco CA P000000686031771 Card 9798 | | 47.34 | |
| 5/1 | | Purchase authorized on 04/30 Phx Trip Advisor S Phoenix AZ S305121179795066 Card 9798 | | 4.49 | |
| 5/1 | | Purchase authorized on 05/01 Uber * Eats Pending San Francisco CA P000000886448741 Card 9798 | | 30.76 | |
| 5/1 | | Zelle to Jowers Tatiana on 05/01 Ref #Rp0Ys39Xpl | | 1,555.00 | 8,244.90 |
| 5/2 | | Purchase authorized on 04/26 Residence Inn Sedo Sedona AZ S385117032250892 Card 9798 | | 1,962.90 | |
| 5/2 | | Purchase authorized on 04/27 Residence Inn Sedo Sedona AZ S305117329826394 Card 9798 | | 0.08 | |
| 5/2 | | Recurring Payment authorized on 04/30 Google *Youtube G.CO/Helppay# CA S305120667556856 Card 9798 | | 106.44 | |
| 5/2 | | Purchase authorized on 04/30 Tst*Verde Canyon Clarkdale AZ S585120705757778 Card 9798 | | 6.61 | |
| 5/2 | | Purchase authorized on 04/30 Tst*Verde Canyon Clarkdale AZ S465120820570999 Card 9798 | | 30.80 | |
| 5/2 | | Purchase authorized on 04/30 Tst*Verde Canyon Clarkdale AZ S585120828576626 Card 9798 | | 2.22 | |
| 5/2 | | Purchase authorized on 04/30 Townepark 2418 Alo 610-708-2447 AZ S305121123356647 Card 9798 | | 15.00 | |
| 5/2 | | Purchase authorized on 04/30 Blanco Tacos T4 N2 Phoenix AZ S465121172758197 Card 9798 | | 23.19 | |
| 5/2 | | Purchase authorized on 05/01 Mia Parking Miami FL S465121386170388 Card 9798 | | 150.00 | |
| 5/2 | | Recurring Payment authorized on 05/01 Espn Plus 800-7271800 NY S305121819042328 Card 9798 | | 13.64 | |
| 5/2 | | Purchase authorized on 05/02 Uber * Eats Pending San Francisco CA P000000187877330 Card 9798 | | 27.27 | 5,906.75 |
| 5/5 | | Purchase authorized on 05/01 Par*Smoothie King Boynton Beach FL S305121426623365 Card 9798 | | 13.93 | |
| 5/5 | | Purchase authorized on 05/01 Intuit *Turbotax Cl.Intuit.Com CA S305122092113378 Card 9798 | | 80.00 | |
| 5/5 | | Purchase authorized on 05/02 Par*Smoothie King Boynton Beach FL S305122854505221 Card 9798 | | 13.73 | |
| 5/5 | | Recurring Payment authorized on 05/02 Spotify 877-778-1161 NY S385123011439127 Card 9798 | | 13.58 | |
| 5/5 | | Purchase authorized on 05/03 Chick-Fil-A #04737 Lantana FL S465123745090460 Card 9798 | | 15.56 | |
| 5/5 | | Purchase authorized on 05/03 USPS PO 11944601 3200 Sum West Palm Bea FL P585123797844825 Card 9798 | | 12.05 | |
| 5/5 | | Purchase authorized on 05/03 Jolera Inc. West Palm Bea FL P000000589463149 Card 9798 | | 55.55 | |
| 5/5 | | Purchase authorized on 05/03 Public Storage 206 800-567-0759 FL S305123858936565 Card 9798 | | 462.02 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/5 | | Recurring Payment authorized on 05/04 Puls.Com 713-568-3458 CA S305124546893327 Card 9798 | | 13.80 | |
| 5/5 | | Recurring Payment authorized on 05/04 Docketbird Docketbird.CO NV S385125046980731 Card 9798 | | 31.24 | |
| 5/5 | | Zelle to Jowers Tatiana on 05/05 Ref #Rp0Ysfwxwm | | 555.00 | |
| 5/5 | | Purchase authorized on 05/05 Publix Super Mar 1589 Wes Lantana FL P585125598747011 Card 9798 | | 54.05 | |
| 5/5 | | Quarterly Fee Payment 250502 6Qu6l0Bntj1 Evan P Jowers | | 343.81 | 4,242.43 |
| 5/6 | | Purchase authorized on 05/04 Tst*Lulus Delray B Delray Beach FL S465124768118057 Card 9798 | | 59.06 | |
| 5/6 | | Purchase authorized on 05/05 American Air001445 Fort Worth TX S305125422612798 Card 9798 | | 211.00 | |
| 5/6 | | Recurring Payment authorized on 05/05 Peloton* Membershi Onepeloton.CO NY S385125694202027 Card 9798 | | 48.29 | 3,924.08 |
| 5/7 | | Recurring Payment authorized on 05/06 Geico *Auto 800-841-3000 DC S385126468061494 Card 9798 | | 945.45 | |
| 5/7 | | Purchase authorized on 05/07 Uber * Eats Pending San Francisco CA P000000682179968 Card 9798 | | 33.25 | 2,945.38 |
| 5/8 | | Purchase Return authorized on 05/06 American Ai 001062 800-433-7300 TX S625128476278037 Card 9798 | 46.42 | | |
| 5/8 | | Purchase authorized on 05/05 Fairfield Inn & Su Delray FL S585125613833406 Card 9798 | | 153.68 | |
| 5/8 | | Purchase authorized on 05/08 Uber * Eats Pending San Francisco CA P000000784844224 Card 9798 | | 41.89 | |
| 5/8 | | Purchase authorized on 05/08 Uber *Trip San Francisco CA P000000181679426 Card 9798 | | 47.21 | 2,749.02 |
| 5/9 | | Purchase authorized on 04/30 Circle K 06671 Anthem AZ S385121079415492 Card 9798 | | 15.00 | |
| 5/9 | | Purchase authorized on 05/06 Fairfield Inn & Su Delray FL S465126558832524 Card 9798 | | 164.98 | |
| 5/9 | | Purchase authorized on 05/09 Uber * Eats Pending San Francisco CA P000000687484785 Card 9798 | | 46.33 | 2,522.71 |
| 5/12 | | Purchase authorized on 05/10 Uber * Eats Pending San Francisco CA P000000385824526 Card 9798 | | 54.42 | |
| 5/12 | | Purchase authorized on 05/10 Uber * Eats Pending San Francisco CA P000000881510944 Card 9798 | | 63.45 | |
| 5/12 | | Purchase authorized on 05/10 Uber * Eats Pending San Francisco CA P000000383118547 Card 9798 | | 47.69 | |
| 5/12 | | Purchase authorized on 05/11 Amazon RETA* Ni6Pp WWW.Amazon.CO WA S465131663185078 Card 9798 | | 32.56 | |
| 5/12 | | Purchase authorized on 05/11 Amazon RETA* Ni6Nt WWW.Amazon.CO WA S305131673709065 Card 9798 | | 20.32 | |
| 5/12 | | Purchase authorized on 05/11 Macys Aventura 800-289-6229 FL S585131705125777 Card 9798 | | 319.96 | |
| 5/12 | | Purchase authorized on 05/12 Uber * Eats Pending San Francisco CA P000000384693389 Card 9798 | | 50.47 | 1,933.84 |
| 5/13 | | Bank of America P2P 250513 Xiaoxi Lin Evan Jowers | 75,000.00 | | |
| 5/13 | | Wire Trans Svc Charge - Sequence: 250513022778 Srf# Ow00005678481349 Trn#250513022778 Rfb# Ow00005678481349 | | 25.00 | |
| 5/13 | | Zelle to Carr Mike on 05/13 Ref #Rp0Yt7Rjzx | | 3,000.00 | |
| 5/13 | | WT 250513-022778 Bank of America, N. /Bnf=Tatiana Jowers Srf# Ow00005678481349 Trn#250513022778 Rfb# Ow00005678481349 | | 12,500.00 | |
| 5/13 | | Purchase authorized on 05/13 Uber *Garyracksfa San Francisco CA P000000989631292 Card 9798 | | 35.02 | |
| 5/13 | | Wells Fargo Auto Fee & Pmts 051325 7655536039 Evan,P,Jowers | | 1,774.55 | 59,599.27 |
| 5/14 | | Recurring Payment authorized on 05/13 PAC*Paramountaccep 800-748-4949 UT S585133410298669 Card 9798 | | 47.95 | |
| 5/14 | | Zelle to Jowers Tatiana on 05/14 Ref #Rp0Ytbgg9W | | 3,000.00 | |
| 5/14 | | Audi Fincl, Tel. Tel Debit 250513 Ptel8139336857 Evan Jowers | | 1,500.00 | 55,051.32 |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/15 | | Recurring Payment authorized on 05/14 El Car Wash Lantan 305-603-9565 FL S465134356467869 Card 9798 | | 42.78 | |
| 5/15 | | Purchase authorized on 05/14 Laz Parking M06261 Delray Beach FL S385135014676675 Card 9798 | | 9.00 | |
| 5/15 | | Zelle to Jowers Tatiana on 05/15 Ref #Rp0Ytghclv | | 1,055.00 | |
| 5/15 | | Purchase authorized on 05/15 Uber *Eats San Francisco CA P000000089014543 Card 9798 | | 79.44 | |
| 5/15 | | Purchase authorized on 05/15 Publix Super Mar 555 NE 5 Delray Beach FL P305135834610790 Card 9798 | | 84.59 | 53,780.51 |
| 5/16 | | Purchase authorized on 05/16 Uber * Eats Pending San Francisco CA P000000787896610 Card 9798 | | 45.31 | |
| 5/16 | | Zelle to Jowers Tatiana on 05/16 Ref #Rp0Ytl338J | | 2,555.00 | 51,180.20 |
| 5/19 | | Purchase authorized on 05/16 American Air001224 Fort Worth TX S385136704940687 Card 9798 | | 5,552.41 | |
| 5/19 | | ATM Withdrawal authorized on 05/17 1500 W Lantana Rd Lantana FL 0009273 ATM ID 0836Y Card 9798 | | 150.00 | |
| 5/19 | | Zelle to Jowers Tatiana on 05/17 Ref #Rp0Ytqlrzd | | 555.00 | 44,922.79 |
| 5/20 | | Recurring Payment authorized on 05/19 Wetransfer* 3C462A Amsterdam Nld S465140043470661 Card 9798 | | 25.00 | 44,897.79 |
| 5/22 | | Zelle to Jowers Tatiana on 05/22 Ref #Rp0Yv699Hl | | 2,055.00 | |
| 5/22 | | Purchase authorized on 05/22 Apple Store #R074 Boca Raton FL P585143005660610 Card 9798 | | 1,699.11 | |
| 5/22 | | Purchase authorized on 05/22 Apple Store #R074 600 Boca Raton FL P000000182006192 Card 9798 | | 83.46 | |
| 5/22 | | Purchase authorized on 05/22 Apple Store #R074 600 Boca Raton FL P000000582344862 Card 9798 | | 21.35 | 41,038.87 |
| 5/27 | | Purchase authorized on 05/22 El Camino Boca Rat Boca Raton FL S305142813047500 Card 9798 | | 115.23 | |
| 5/27 | | Recurring Payment authorized on 05/22 Vtsup.Com*Perfect Sutton Coldfi Gbr S465143149401680 Card 9798 | | 29.99 | |
| 5/27 | | Recurring Payment authorized on 05/23 Google *Youtube G.CO/Helppay# CA S305144030834377 Card 9798 | | 15.84 | |
| 5/27 | | Purchase authorized on 05/24 Gtfcharge 844-211-8832 Cze S305145124551921 Card 9798 | | 23.90 | |
| 5/27 | | Zelle to Jowers Tatiana on 05/25 Ref #Rp0Yvgpl45 | | 2,555.00 | |
| 5/27 | | Recurring Payment authorized on 05/26 Amazon Prime*Nn78Y Amzn.Com/Bill WA S465146772026262 Card 9798 | | 15.13 | |
| 5/27 | | Purchase authorized on 05/26 Prime Video Channe Amzn.Com/Bill WA S465147126121784 Card 9798 | | 14.71 | 38,269.07 |
| 5/28 | | Recurring Payment authorized on 05/27 Netflix, Inc. 186-65797172 CA S465147304599247 Card 9798 | | 28.30 | |
| 5/28 | | Recurring Payment authorized on 05/27 Sxm*Siriusxm.Com/A 888-635-5144 NY S385147421462596 Card 9798 | | 28.28 | 38,212.49 |
| 5/29 | | Zelle to Carr Mike on 05/29 Ref #Rp0Yvtpwkd | | 3,100.00 | 35,112.49 |
| 5/30 | | Lateral Link Gro Payroll 12190400002895x Jowers, Evan P | 71.55 | | |
| 5/30 | | Recurring Payment authorized on 05/29 Hydrow Subscriptio Hydrow.Com MA S305150044230126 Card 9798 | | 44.00 | |
| 5/30 | | Wells Fargo Auto Fee & Pmts 053025 7655536039 Evan,P,Jowers | | 1,774.55 | |
| 5/30 | | Monthly Service Fee | | 5.00 | 33,360.49 |
| Totals | | | $75,117.97 | $51,868.77 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



*Monthly service fee summary (continued)*

| Fee period 05/01/2025 - 05/31/2025 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RD/RD

# ✓ IMPORTANT ACCOUNT INFORMATION

Effective June 4, 2025, we are updating the following sections of the "Availability of Funds Policy" in our Deposit Account Agreement:
The "Longer delays may apply" section is deleted and replaced with the following:
In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.
Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $275 of your deposit, however, may be available on the first business day after the day of your deposit.
Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.
If you need the funds from a deposit right away, you should ask us when the funds will be available.
In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:
- We believe a check you deposit will not be paid
- You deposit checks totaling more than $6,725 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment
We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.
The "Special rules for new accounts" section is deleted and replaced with the following:
If you are a new customer, the following special rules apply during the first 30 days your account is open. Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.
If we delay the availability of your deposit the following special rules may apply:
- The first $6,725 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 may not be available until the second business day after the day of your deposit.
- The excess over $6,725 and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $275 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.
We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

Other Wells Fargo Benefits



Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



| | Number | Items outstanding | Amount |
|---|---|---|---|

Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement.. . . . . . . . . . . . . . . .  $_____

ADD
B. Any deposits listed in your           $_____
   register or transfers into            $_____
   your account which are not            $_____
   shown on your statement.          + $_____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above. . . . . . . .  - $_____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register. . . . . . . . . . . . . . . . . . . . .  $_____

| | | Total $ | |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

