**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| Evan Phillip Jowers, : | |
| : | CASE NO.    24-13584-MAM |
| : | |
| DEBTOR. : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

Comes now Nathan A. Wheatley and gives notice of his withdrawal and request to be removed from service in this case on behalf of Mary Ida Townson, United States Trustee for Region 21.  Please remove Attorney Wheatley from all forms of electronic and manual service in the above captioned case.

Dated:  June 27, 2025

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

/s/ Nathan A. Wheatley
Nathan A. Wheatley (Ohio 0072192)
Attorney for the United States Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Telephone: (614) 469-7446
Facsimile: (614) 469-7448
E-mail:  Nathan.A.Wheatley@usdoj.gov