**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:

EVAN PHILLIP JOWERS,                                      Case No. 24-13584-MAM

      Debtor-in-Possession,                                      Chapter 11

_____/

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS**

      EVAN PHILLIP JOWERS (the "Debtor"), by and through undersigned counsel, hereby notifies the Court and all interested parties of a change of address for the following creditors:

| Creditor Name | Old Address | New Address |
|---|---|---|
| Audi Financial | Audi Financial PO Box 0549 Carol Stream, IL 60132 | Audi Financial Services c/o Consumer Credit Team 1401 Franklin Blvd Libertyville, IL 60048 |

Please update the mailing matrix and all future notices to reflect this change.

Dated:  July 1, 2025

                                   **VAN HORN LAW GROUP, P.A.**
                                   500 N.E. 4th Street, Suite 200
                                   Fort Lauderdale, FL 33301
                                   Telephone: (954) 765-3166
                                   Facsimile: (954) 756-7103
                                   Email: chad@cvhlawgroup.com

               By: /s/  ***Chad Van Horn, Esq.***
                    Chad Van Horn, Esq.
                    Florida Bar No. 64500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the aforesaid *Notice of Creditor's Change of Address* was sent to the following parties on the date and in the manner so stated:

**Via CM/ECF to all registered parties on 7/1/25.**

Dated:  July 1, 2025

                                                                        **VAN HORN LAW GROUP, P.A.**
                                                                        500 NE 4th Street, Suite 200
                                                                        Fort Lauderdale, Florida 33301
                                                                        (954) 637-0000
                                                                        (954) 756-7103 (facsimile)
                                                                        Chad@cvhlawgroup.com
                                                                        By: /s/ *Chad T. Van Horn, Esq.*
                                                                        Chad Van Horn, Esq.
                                                                        FL Bar #6450