# Wells Fargo Clear Access Banking℠

June 30, 2025 ∎ Page 1 of 6



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

This June, be wary of scams targeting older and vulnerable adults

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from common scams, including:

- Investment scams, where the scammer makes friends with you on social media then offers to show you how to invest in crypto. Watch out for promises of big returns, suggestions to invest in crypto or requests to wire money.

- Tech Imposter scams, where scammers pose as legitimate tech support to convince you to give them access to your device. They can then plant fake evidence of fraud and pass you to another scammer posing as your bank, who asks you to wire money or courier cash or gold to "keep it safe". Wells Fargo will never ask you to do this. Watch out for unsolicited contact from "tech support" scammers. Never give up access to your device or accounts.

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate the who and the why. You are in control when it's your money.



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $33,360.49 |
| Deposits/Additions | 1,026.10 |
| Withdrawals/Subtractions | - 32,371.65 |
| Ending balance on 6/30 | $2,014.94 |

Account number: ▮▮▮▮ 1196 (primary account)

EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 6/2 | | Wire Trans Svc Charge - Sequence: 250602141631 Srf# Ow00005745069111 Trn#250602141631 Rfb# Ow00005745069111 | | 25.00 | |
| 6/2 | | Purchase authorized on 05/29 Gov Garage Fort Lauderda FL S305150079765925 Card 9798 | | 10.00 | |
| 6/2 | | Purchase authorized on 05/30 European Paint and Pompano Beach FL S465150728932184 Card 9798 | | 4,636.51 | |
| 6/2 | | Recurring Payment authorized on 05/31 Google *Youtube G.CO/Helppay# CA S305151667530582 Card 9798 | | 106.44 | |
| 6/2 | | Purchase authorized on 06/01 Amazon Mark* N636H Amazon.Com/MA WA S305152451334149 Card 9798 | | 42.75 | |
| 6/2 | | Zelle to Carr Mike on 06/01 Ref #Rp0Yw57Ry4 | | 900.00 | |
| 6/2 | | Zelle to Jowers Tatiana on 06/01 Ref #Rp0Yw57Tpg | | 655.00 | |
| 6/2 | | Purchase authorized on 06/01 Publix #1601 Lantana FL S305152695390751 Card 9798 | | 51.61 | |
| 6/2 | | Recurring Payment authorized on 06/01 Espn Plus 800-7271800 NY S385152816299070 Card 9798 | | 13.64 | |
| 6/2 | | WT 250602-141631 Bank of America, N. /Bnf=Tatiana Jowers Srf# Ow00005745069111 Trn#250602141631 Rfb# Ow00005745069111 | | 10,555.00 | 16,364.54 |
| 6/3 | | Recurring Payment authorized on 06/02 Spotify 877-778-1161 NY S385154011411718 Card 9798 | | 13.58 | 16,350.96 |
| 6/4 | | Purchase authorized on 06/02 Public Storage 206 800-567-0759 FL S465154008174014 Card 9798 | | 462.02 | 15,888.94 |
| 6/5 | | Recurring Payment authorized on 06/04 Puls.Com 713-568-3458 CA S385155546783234 Card 9798 | | 13.80 | |
| 6/5 | | Recurring Payment authorized on 06/04 Docketbird Docketbird.CO NV S305156046940102 Card 9798 | | 31.24 | 15,843.90 |
| 6/6 | | Recurring Payment authorized on 06/05 Peloton* Membershi Onepeloton.CO NY S465156692723644 Card 9798 | | 48.29 | 15,795.61 |
| 6/9 | | Recurring Payment authorized on 06/06 Geico *Auto 800-841-3000 DC S385157462063405 Card 9798 | | 945.45 | |
| 6/9 | | Zelle to Jowers Tatiana on 06/07 Ref #Rp0Ywvl4Kj | | 555.00 | |
| 6/9 | | Purchase authorized on 06/09 Circle K 09766 6615 Du Naples FL P000000982475947 Card 9798 | | 35.85 | |
| 6/9 | | Purchase authorized on 06/09 Uber * Eats Pending San Francisco CA P000000883985773 Card 9798 | | 40.67 | 14,218.64 |
| 6/10 | | Purchase authorized on 06/08 Leather & CO Miami FL S465159555689095 Card 9798 | | 663.40 | |
| 6/10 | | Purchase authorized on 06/10 Uber Technologies, Inc Wilmington DE P000000886285320 Card 9798 | | 76.81 | 13,478.43 |
| 6/11 | | Purchase authorized on 06/10 The Seed Atlantic Delray Beach FL S585161700689428 Card 9798 | | 30.87 | |
| 6/11 | | Purchase authorized on 06/11 Wholefds Dbr#107 680 Lint Delray Beach FL P385162668596959 Card 9798 | | 188.67 | 13,258.89 |
| 6/12 | | Purchase authorized on 06/11 Sq *USPS Pineapple Delray Beach FL S465162587899763 Card 9798 | | 442.90 | |
| 6/12 | | Zelle to Jowers Tatiana on 06/12 Ref #Rp0Yx8F488 | | 3,005.00 | |
| 6/12 | | Zelle to Richard on 06/12 Ref #Rp0Yx8x2K7 | | 10.00 | 9,800.99 |
| 6/13 | | Purchase authorized on 06/11 Movinghelp.Com 800-789-3638 AZ S385162795504899 Card 9798 | | 173.95 | |
| 6/13 | | Purchase authorized on 06/12 Sq *Town Hero Lantana FL S305163638976444 Card 9798 | | 31.89 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 6/13 | | Purchase authorized on 06/13 Uber * Eats Pending San Francisco CA P000000283695360 Card 9798 | | 36.10 | |
| 6/13 | | ATT Payment 061225 687651001Smt2G Valued Customer | | 377.44 | 9,181.61 |
| 6/16 | | Zelle From Zermay Law P.A. on 06/15 Ref # Jpm99BCB1Ija Personal Injury Settlement | 1,000.00 | | |
| 6/16 | | Purchase authorized on 06/12 U-Haullantana Self Lake Worth FL S385163505371773 Card 9798 | | 55.53 | |
| 6/16 | | Recurring Payment authorized on 06/13 PAC*Paramountaccep 800-748-4949 UT S585164417296111 Card 9798 | | 47.95 | |
| 6/16 | | Recurring Payment authorized on 06/14 El Car Wash Lantan 305-603-9565 FL S465165354253610 Card 9798 | | 42.78 | |
| 6/16 | | ATM Withdrawal authorized on 06/14 1500 S Federal Hwy Delray Beach FL 0000182 ATM ID 0602L Card 9798 | | 150.00 | |
| 6/16 | | Zelle to Jowers Tatiana on 06/16 Ref #Rp0Yxpyhch | | 2,000.00 | |
| 6/16 | | ATT Payment 061325 827571002Smt2U Valued Customer | | 377.44 | 7,507.91 |
| 6/17 | | Purchase authorized on 06/16 Sq *AT&T 430 E Lin Delray Beach FL S385167721414901 Card 9798 | | 64.20 | |
| 6/17 | | Purchase authorized on 06/16 Whole Green Cafe Gulf Stream FL S385167742048649 Card 9798 | | 15.20 | 7,428.51 |
| 6/18 | | Purchase authorized on 06/16 AT&T Device/Equip 8003310500 TX S585167719323701 Card 9798 | | 141.40 | |
| 6/18 | | Purchase authorized on 06/17 Uber Technologies, Inc Wilmington DE P000000783025273 Card 9798 | | 42.29 | 7,244.82 |
| 6/20 | | Purchase authorized on 06/17 Spo*Marashmediterr Delray Beach FL S385168740153925 Card 9798 | | 25.43 | |
| 6/20 | | Purchase authorized on 06/17 Amazon Mark* No1xx Amazon.Com/MA WA S305168836171254 Card 9798 | | 145.41 | |
| 6/20 | | Recurring Payment authorized on 06/19 Wetransfer* 3C462A Amsterdam Nld S465171043571830 Card 9798 | | 25.00 | |
| 6/20 | | Audi Fincl, Tel. Tel Debit 250618 Ptel8139336857 Evan Jowers | | 1,200.00 | 5,848.98 |
| 6/23 | | Recurring Payment authorized on 06/20 Dnh*Godaddy#378945 480-5058855 AZ S385171415661034 Card 9798 | | 95.88 | |
| 6/23 | | Recurring Payment authorized on 06/21 Vtsup.Com*Perfect Sutton Coldfi Gbr S465173147521516 Card 9798 | | 29.99 | |
| 6/23 | | Zelle to Jowers Tatiana on 06/23 Ref #Rp0Yybmyf5 | | 855.00 | 4,868.11 |
| 6/24 | | Purchase Intl authorized on 06/22 The Westin Singapo Singapore Sgp S465173620116122 Card 9798 | | 2,648.56 | |
| 6/24 | | International Purchase Transaction Fee | | 79.45 | 2,140.10 |
| 6/26 | | Recurring Payment authorized on 06/23 Google *Youtube G.CO/Helppay# CA S465175030847736 Card 9798 | | 15.84 | 2,124.26 |
| 6/27 | | Recurring Payment authorized on 06/26 Amazon Prime*Nq41T Amzn.Com/Bill WA S465177752082898 Card 9798 | | 15.13 | 2,109.13 |
| 6/30 | | Lateral Link Gro Payroll 12534000002703x Jowers, Evan P | 26.10 | | |
| 6/30 | | Purchase authorized on 06/26 Prime Video Channe Amzn.Com/Bill WA S585178098795010 Card 9798 | | 14.71 | |
| 6/30 | | Recurring Payment authorized on 06/27 Netflix.Com Netflix.Com CA S585178328659727 Card 9798 | | 28.30 | |
| 6/30 | | Recurring Payment authorized on 06/27 Sxm*Siriusxm.Com/A 888-635-5144 NY S385178472279128 Card 9798 | | 28.28 | |
| 6/30 | | Recurring Payment authorized on 06/29 Hydrow Subscriptio Hydrow.Com MA S585181047241132 Card 9798 | | 44.00 | |
| 6/30 | | Monthly Service Fee | | 5.00 | 2,014.94 |
| Totals | | | $1,026.10 | $32,371.65 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*



---

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2025 - 06/30/2025 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RD/RD

 IMPORTANT ACCOUNT INFORMATION

---

Drawdown Wires incur a fee of $15 for Consumer and Small Business non-analyzed accounts. For Drawdown Wires on analyzed accounts, there is a fee of $22. For more information, please review the Consumer and Business Fee & Information Schedule.

---

Using a Digital Version of your Debit Card

Effective June 3, 2025, the following subsection will be added to the "Using Your Card" section of the Wells Fargo Debit and ATM Card Terms and Conditions:

Using a digital version of your debit card
You can use the digital version of your debit card, if eligible, for card-not-present transactions like online and in-app purchases, or for payments over the phone. You will not be able to use the digital version of your debit card for in-store purchases or to access Wells Fargo ATMs, unless you add the digital version of your debit card to a Mobile Device (see "Using Your Card Through A Mobile Device" for more details). Note that the PIN for a digital version of your debit card will be the same as the PIN for your physical debit card.

---

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance shown on your statement.. . . . . . . . . . . . . . $_____

**ADD**
B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$_____
$_____
$_____
+ $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

**SUBTRACT**
C. The total outstanding checks and withdrawals from the chart above. . . . . . . . . - $_____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register. . . . . . . . . . . . . . . . . . . . . $_____

| Number | Items outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total $ | |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

