# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>Apr-25 | Cumulative<br>Total |
|---|---:|---:|
| **CASH** - Beginning of Month | 33,360.00 |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business or Self Employment | 1,026.10 | $414,999.92 |
| Wages from Other Sources (attach list to this report) | 0.00 | $0.00 |
| Interest or Dividend Income | 0.00 | $0.00 |
| Alimony or Child Support | 0.00 | $0.00 |
| Social Security/Pension/Retirement | 0.00 | $0.00 |
| Other - from Spouse/Daughter | 0.00 | $9,965.55 |
| Other - Refunds | 0.00 | $81.66 |
| **TOTAL RECEIPTS** | **1,026.10** | **$425,047.13** |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments | 0.00 | 0.00 |
| Business Expenses | 4,804.00 | 6,802.21 |
| Bank charges | 5.00 | 5.00 |
| Charitable Contributions | 0.00 | 0.00 |
| Children Expenses | 0.00 | 300.00 |
| Children Childcare/Education | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 1,420.55 | 19,395.79 |
| Household Repairs & Maintenance | 0.00 | 285.18 |
| HOA | 0.00 | 0.00 |
| Insurance | 964.51 | 8,682.89 |
| IRA Contribution | 0.00 | 0.00 |
| Lease/Rent Payments | 9,000.00 | 41,658.69 |
| Medical/Dental Payments | 0.00 | 0.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Professional Fees (Accounting, Attorneys, etc.) | 0.00 | 0.00 |
| Tuition - Education | 0.00 | 0.00 |
| Taxes - Personal | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Telephone | 374.52 | 5,441.10 |
| Travel & Entertainment | 0.00 | 7,168.37 |
| Subscriptions | 207.47 | 641.82 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 488.00 | 2,157.03 |
| Vehicle Expenses | 4,636.51 | 7,243.66 |
| Vehicle Secured Payment(s) | 2,977.55 | 31,290.35 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Other - to Spouse (Household/Living Expenses) | 7,031.52 | 86,793.67 |
| Other  Miscellaneous | 462.02 | 9,007.02 |
| **Total Household Disbursements** | **32,371.65** | **227,076.53** |
| **CASH - End of Month** | 2,014.45 |  |