UNITED STATES BANKRUPTCY COURT

Southern District of Florida (West Palm Beach)

IN RE:   EVAN P JOWERS           CASE NO:   24-13584
                                 CHAPTER:   11

Debtors

**Change of address – Payment for Creditor**

As to Claim 2-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notifications address                New Notifications address


Old payment address                      New payment address

Wells Fargo Auto                         Wells Fargo Auto
PO Box 17900                             PO Box 51963
Denver, CO 80217-0900                    Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  BKChapter13@WellsFargo.com


8/19/2025                        /s/Tonya Cobb
                                Customer Service Associate Manager
                                Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto


FORM-1072 (04/16/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

CERTIFICATE OF SERVICE

**Southern District of Florida (West Palm Beach)**

| | | |
|---|---|---|
| IN RE: | EVAN P JOWERS | CASE NO:   24-13584 |
| | | CHAPTER:   11 |

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 8/19/2025, I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
Tonya Cobb
Customer Service Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

8/19/2025                    /s/Tonya Cobb
                             Customer Service Associate Manager
                             Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto