# Wells Fargo Clear Access Banking℠

July 31, 2025 ■ Page 1 of 6



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
1-800-TO-WELLS   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Beware of bank impersonation scams.

Five signs that you're speaking to a scammer posing as Wells Fargo:

1. You're asked to provide your online banking password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. You're told you need to return your card, wire money, make a cash withdrawal, purchase a cashier's check, or deposit money at a crypto or bank ATM. Wells Fargo will never ask you to move or send money in any form to another account or a person to protect it.
3. You're advised to keep the conversation secret due to an "investigation" or for your protection.
4. The person you're talking to will not allow you to end the call or text. A real Wells Fargo employee would not pressure you to continue a conversation.
5. You're given exact steps for how to complete a transaction, including how to respond to any bank employee questions.

When in doubt, check it out. Contact us to verify any transactions or suspicious contact. You're in charge when it comes to your money. Learn more at wellsfargo.com/nophishing.



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $2,014.94 |
| Deposits/Additions | 12,758.10 |
| Withdrawals/Subtractions | - 14,536.85 |
| **Ending balance on 7/31** | **$236.19** |

Account number: ▇▇▇▇1196  (primary account)
EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 7/2 | | Zelle From Zermay Law A Professional Corpo on 07/02 Ref # Jpm99Becvg6T | 2,000.00 | | |
| 7/2 | | Recurring Payment authorized on 06/30 Google *Youtube G.CO/Helppay# CA S305181667547988 Card 9798 | | 106.44 | |
| 7/2 | | Recurring Payment authorized on 07/01 Espn Plus 800-7271800 NY S465182817149979 Card 9798 | | 13.64 | |
| 7/2 | | Zelle to Carr Mike on 07/02 Ref #Rp0Yzclgvs | | 2,000.00 | 1,894.86 |
| 7/3 | | Recurring Payment authorized on 07/02 Spotify 877-778-1161 NY S465184011422304 Card 9798 | | 13.58 | 1,881.28 |
| 7/7 | | Recurring Payment authorized on 07/04 Puls.Com 713-568-3458 CA S385185546320694 Card 9798 | | 13.80 | |
| 7/7 | | Zelle to Jowers Tatiana on 07/04 Ref #Rp0Yzjc5C8 | | 1,200.00 | |
| 7/7 | | Recurring Payment authorized on 07/04 Docketbird Docketbird.CO NV S385186047041520 Card 9798 | | 31.24 | |
| 7/7 | | Recurring Payment authorized on 07/05 Peloton* Membershi Onepeloton.CO NY S585186693091181 Card 9798 | | 48.29 | 587.95 |
| 7/8 | | Zelle to Jowers Tatiana on 07/08 Ref #Rp0Yzwjrpg | | 300.00 | 287.95 |
| 7/10 | | Zelle From Kathleen Jowers on 07/10 Ref # Cof6Bqq7Frhh | 100.00 | | |
| 7/10 | | Purchase authorized on 07/09 Rimowa Distributio NEW York NY S465191007823028 Card 9798 | | 167.99 | 219.96 |
| 7/14 | | Purchase authorized on 07/11 Tst* Just Salad - Delray Beach FL S385192607698035 Card 9798 | | 33.33 | |
| 7/14 | | Purchase authorized on 07/11 Sq *12 Oaks Parkin Gosq.Com FL S385192838357993 Card 9798 | | 10.00 | |
| 7/14 | | Zelle to Jowers Tatiana on 07/12 Ref #Rp0Z29F59V | | 2,000.00 | |
| 7/14 | | Zelle to Carr Mike on 07/12 Ref #Rp0Z29FC9H | | 1,500.00 | |
| 7/14 | | Purchase authorized on 07/12 Uber Technologies, Inc Wilmington DE P000000882006783 Card 9798 | | 31.74 | |
| 7/14 | | Purchase authorized on 07/12 Uber Technologies, Inc Wilmington DE P000000380345753 Card 9798 | | 4.91 | |
| 7/14 | | Purchase authorized on 07/12 Uber Technologies, Inc Wilmington DE P000000086295652 Card 9798 | | 74.11 | |
| 7/14 | | Purchase authorized on 07/12 Uber Technologies, Inc Wilmington DE P000000089567150 Card 9798 | | 6.44 | |
| 7/14 | | Purchase authorized on 07/13 Uber * Eats Pending San Francisco CA P000000485054671 Card 9798 | | 66.97 | |
| 7/14 | | Zelle to Carr Mike on 07/13 Ref #Rp0Z2Dkn5R | | 500.00 | |
| 7/14 | | Zelle to Jowers Tatiana on 07/13 Ref #Rp0Z2Dkqd8 | | 555.00 | |
| 7/14 | | Purchase authorized on 07/13 Uber Technologies, Inc Wilmington DE P000000987180716 Card 9798 | | 26.55 | |
| 7/14 | | Purchase authorized on 07/13 Uber *Garyracksfa San Francisco CA P000000283890172 Card 9798 | | 5.60 | |
| 7/14 | | Purchase authorized on 07/13 Uber *Eats San Francisco CA P000000689577390 Card 9798 | | 125.11 | |
| 7/14 | | Zelle to Jowers Tatiana on 07/14 Ref #Rp0Z2Hkx2P | | 500.00 | |
| 7/14 | | Wells Fargo Auto Fee & Pmts 071225 7655536039 Evan,P,Jowers | | 1,774.55 | -6,994.35 |
| 7/15 | | Lateral Link Gro Payroll 12728400007698x Jowers, Evan P | 10,000.00 | | |
| 7/15 | | Recurring Payment authorized on 07/14 El Car Wash Lantan 305-603-9565 FL S585195372421625 Card 9798 | | 42.78 | 2,962.87 |
| 7/16 | | Purchase authorized on 07/15 Amazon RETA* Ci6Uz WWW.Amazon.CO WA S305196433712610 Card 9798 | | 23.09 | 2,939.78 |
| 7/21 | | Recurring Payment authorized on 07/19 Wetransfer* 3C462A Amsterdam Nld S465201043108170 Card 9798 | | 25.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/21 | | Audi Fincl, Tel. Tel Debit 250717 Ptel8139336857 Evan Jowers | | 1,400.00 | 1,514.78 |
| 7/22 | | Purchase authorized on 07/22 Uber *Eats San Francisco CA P000000384195528 Card 9798 | | 30.92 | 1,483.86 |
| 7/23 | | Recurring Payment authorized on 07/21 Vtsup.Com*Perfect Sutton Coldfi Gbr S465203147031985 Card 9798 | | 29.99 | |
| 7/23 | | Purchase authorized on 07/22 Amazon Mark* Si2Qe Amazon.Com/MA WA S585203704556547 Card 9798 | | 42.77 | 1,411.10 |
| 7/24 | | Zelle to Jowers Tatiana on 07/24 Ref #Rp0Z3Gcb6C | | 1,000.00 | 411.10 |
| 7/25 | | Recurring Payment authorized on 07/23 Google *Youtube G.CO/Helppay# CA S465205030836049 Card 9798 | | 15.84 | |
| 7/25 | | Recurring Payment authorized on 07/24 Netflix.Com 408-5403700 CA S465205347899692 Card 9798 | | 28.30 | |
| 7/25 | | Purchase authorized on 07/24 Sq *Lanzetta's Cla Delray Beach FL S385205762250076 Card 9798 | | 50.00 | |
| 7/25 | | Purchase authorized on 07/24 Whole Green Cafe Gulf Stream FL S305205777654230 Card 9798 | | 32.76 | 284.20 |
| 7/28 | | Purchase authorized on 07/25 Gtfcharge 844-211-8832 Cze S305206784506505 Card 9798 | | 59.90 | |
| 7/28 | | Purchase authorized on 07/25 Gtfcharge 844-211-8832 Cze S305207033770599 Card 9798 | | 59.90 | |
| 7/28 | | Recurring Payment authorized on 07/26 Amazon Prime*G29Wq Amzn.Com/Bill WA S305207749478334 Card 9798 | | 15.13 | |
| 7/28 | | Purchase authorized on 07/26 Prime Video Channe Amzn.Com/Bill WA S305208123750165 Card 9798 | | 14.71 | |
| 7/28 | | Recurring Payment authorized on 07/27 Sxm*Siriusxm.Com/A 888-635-5144 NY S385208435818004 Card 9798 | | 28.28 | 106.28 |
| 7/30 | | Purchase authorized on 07/27 The Westin Lake MA Lake Mary FL S385209124282144 Card 9798 | | 23.19 | 83.09 |
| 7/31 | | Lateral Link Gro Payroll 12938200022445x Jowers, Evan P | 258.10 | | |
| 7/31 | | Zelle From Kathleen Jowers on 07/31 Ref # Cofkuai17WT1 | 400.00 | | |
| 7/31 | | Zelle to Jowers Tatiana on 07/31 Ref #Rp0Z46Xy38 | | 500.00 | |
| 7/31 | | Monthly Service Fee | | 5.00 | 236.19 |
| Totals | | | $12,758.10 | $14,536.85 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2025 - 07/31/2025 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RD/RD



# ✓ IMPORTANT ACCOUNT INFORMATION

Drawdown Wires incur a fee of $15 for Consumer and Small Business non-analyzed accounts. For Drawdown Wires on analyzed accounts, there is a fee of $22. For more information, please review the Consumer and Business Fee & Information Schedule.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- If your account has a negative balance:

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- In case of errors or questions about your electronic transfers:

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- In case of errors or questions about other transactions (that are not electronic transfers):

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



| | Number | Items outstanding | Amount |
|---|---|---|---|
| Account Balance Calculation Worksheet | | | |

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement.. . . . . . . . . . . . . . . . $_____

ADD
B. Any deposits listed in your          $_____
   register or transfers into           $_____
   your account which are not           $_____
   shown on your statement.          + $_____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above. . . . . . . . . - $_____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register. . . . . . . . . . . . . . . . . . . . . . $_____

Total $_____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

