### SCHEDULE OF HOUSEHOLD
### CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative | | |
|---|---|---|---|---|
| | **Jul-25** | Total | | |
| **CASH** - Beginning of Month | 2,014.94 | | | |
| | | | | |
| **CASH RECEIPTS** | | | Prior Month | |
| Salary or Cash from Business or Self Employment | 12,758.10 | $427,758.02 | $414,999.92 | |
| Wages from Other Sources (attach list to this report) | 0.00 | $0.00 | $0.00 | |
| Interest or Dividend Income | 0.00 | $0.00 | $0.00 | |
| Alimony or Child Support | 0.00 | $0.00 | $0.00 | |
| Social Security/Pension/Retirement | 0.00 | $0.00 | $0.00 | |
| Other - from Spouse/Daughter | 0.00 | $9,965.55 | $9,965.55 | |
| Other - Refunds | 0.00 | $81.66 | $81.66 | |
| **TOTAL RECEIPTS** | **12,758.10** | **$437,805.23** | **$425,047.13** | |
| | | | | |
| **CASH DISBURSEMENTS** | | | | |
| Alimony or Child Support Payments | 0.00 | 0.00 | $0.00 | |
| Business Expenses | 1,167.99 | 3,166.20 | $1,998.21 | |
| Bank charges | 5.00 | 5.00 | $203.75 | |
| Charitable Contributions | 0.00 | 0.00 | $0.00 | |
| Children Expenses | 0.00 | 300.00 | $300.00 | |
| Children Childcare/Education | 0.00 | 0.00 | $0.00 | |
| Gifts | 0.00 | 0.00 | $0.00 | |
| Household Expenses/Food/Clothing | 1,480.00 | 19,455.24 | $17,975.24 | |
| Household Repairs & Maintenance | 150.00 | 435.18 | $285.18 | |
| HOA | 0.00 | 0.00 | $0.00 | |
| Insurance | 964.51 | 8,682.89 | $7,718.38 | |
| IRA Contribution | 0.00 | 0.00 | $0.00 | |
| Lease/Rent Payments | 4,000.00 | 36,658.69 | $32,658.69 | |
| Medical/Dental Payments | 0.00 | 0.00 | $0.00 | |
| Mortgage Payment(s) | 0.00 | 0.00 | $0.00 | |
| Professional Fees (Accounting, Attorneys, etc.) | 0.00 | 0.00 | $0.00 | |
| Tuition - Education | 0.00 | 0.00 | $0.00 | |
| Taxes - Personal | 0.00 | 0.00 | $0.00 | |
| Taxes - Real Estate | 0.00 | 0.00 | $0.00 | |
| Telephone | 346.00 | 5,412.58 | $5,066.58 | |
| Travel & Entertainment | 230.00 | 7,398.37 | $7,168.37 | |
| Subscriptions | 171.47 | 605.82 | $434.35 | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 490.00 | 2,159.03 | $1,669.03 | |
| Vehicle Expenses | | 2,607.15 | $2,607.15 | |
| Vehicle Secured Payment(s) | 3,174.55 | 31,487.35 | $28,312.80 | |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 | $0.00 | |
| Other - to Spouse (Household/Living Expenses) | 2,210.31 | 81,972.46 | $79,762.15 | |
| Other  Miscellaneous | 462.02 | 9,007.02 | $8,545.00 | |
| | | | | |
| **Total Household Disbursements** | **14,536.85** | **209,241.73** | **$194,704.88** | |
| | | | | |
| **CASH - End of Month** | 236.19 | | | |