# Wells Fargo Clear Access Banking℠

August 31, 2025 ■ Page 1 of 6



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

---

Other Wells Fargo Benefits

You control your information - Be aware what you share

It could be something as innocent as your email address or where you bank or live. Be careful what you share and who you share it with.

Fraudsters can use your personal information to steal your identity. They'll get into your accounts or even open new accounts in your name. This costs you money, time to close unauthorized accounts and an emotional toll as you try to repair your good name.

Scammers use all kinds of ways to get you to give up your information:
- Scammers can pose as your bank claiming there is a "problem" with your account.
- Tech imposters will convince you there is "an issue" with your device and get you to give them access to it.
- They'll have you scan QR codes or get you to fill in personal information on fake websites or online surveys.

Don't give them that chance. Protect your information on- and offline!

What to do:
- Use strong, complex passwords on all your accounts. Use two-factor authentication whenever it's available.



- Avoid clicking links in emails or texts. Instead, go directly to the official website or app.
- Be mindful of what you share on social media and who with.
- Use secure Wi-Fi. Avoid public Wi-Fi if possible.
- Install and maintain antivirus and antimalware software on your devices.
- Don't share personal information unless you initiated the contact. Slow down and always verify who you're giving the information to and why to ensure it makes sense.

**Remember, it's your information. Share it wisely.**

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 8/1 | $236.19 |
| Deposits/Additions | 10,863.38 |
| Withdrawals/Subtractions | - 11,095.67 |
| **Ending balance on 8/31** | **$3.90** |

Account number: **297368**▬▬▬ **(primary account)**

**EVAN P JOWERS**
**DEBTOR IN POSSESSION**
**CH11 CASE # 24-13584 (SFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 8/1 | | Recurring Payment authorized on 07/31 Google *Youtube G.CO/Helppay# CA S585213000139034 Card 9798 | | 118.64 | 117.55 |
| 8/4 | | Zelle From Kathleen Jowers on 08/03 Ref # Cofgqsvlhl3B | 150.00 | | |
| 8/4 | | Recurring Payment authorized on 08/01 Espn Plus 800-7271800 NY S385213818343639 Card 9798 | | 13.64 | |
| 8/4 | | Recurring Payment authorized on 08/02 Spotify 877-778-1161 NY S465215011444966 Card 9798 | | 13.58 | |
| 8/4 | | Recurring Payment authorized on 08/03 Hydrow Subscriptio Hydrow.Com MA S585215478542637 Card 9798 | | 44.00 | |
| 8/4 | | Zelle to Jowers Tatiana on 08/03 Ref #Rp0Z4Kcsy7 | | 170.00 | 26.33 |
| 8/5 | | Recurring Payment authorized on 08/04 Puls.Com 713-568-3458 CA S385216547216738 Card 9798 | | 13.80 | 12.53 |
| 8/7 | | Zelle From Kathleen Jowers on 08/07 Ref # Coferocai8L6 | 50.00 | | |
| 8/7 | | Zelle to Jowers Tatiana on 08/07 Ref #Rp0Z4Wnsy8 | | 50.00 | 12.53 |
| 8/11 | | Zelle From Tatiana Jowers on 08/09 Ref # Bacztusj0Ggy | 70.00 | | |
| 8/11 | | Purchase authorized on 08/09 Uber * Eats Pending San Francisco CA P00000048123382 Card 9798 | | 46.79 | |
| 8/11 | | Purchase authorized on 08/10 Uber Technologies, Inc Wilmington DE P000000787399781 Card 9798 | | 32.38 | 3.36 |
| 8/12 | | Zelle From Tatiana Jowers on 08/12 Ref # Bacxf133AL1N | 40.00 | | 43.36 |
| 8/13 | | Purchase authorized on 08/12 Tst*Bagels with DE Delray Beach FL S465224668715539 Card 9798 | | 31.69 | |
| 8/13 | | Purchase authorized on 08/12 Tst*Bagels with DE Delray Beach FL S585224689177486 Card 9798 | | 10.68 | 0.99 |
| 8/14 | | Zelle to Jowers Tatiana on 08/14 Ref #Rp0Z5Lsq3R | | 2,055.00 | |
| 8/14 | | Zelle to Jowers Kathy on 08/14 Ref #Rp0Z5Lstbl | | 400.00 | |
| 8/14 | | Zelle to Jowers Tatiana on 08/14 Ref #Rp0Z5M4F74 | | 1,000.00 | |
| 8/14 | | Purchase authorized on 08/14 Wholefds Dbr#107 680 Lint Delray Beach FL P585226653477282 Card 9798 | | 28.11 | |
| 8/14 | | Purchase authorized on 08/14 Wholefds Dbr#107 680 Lint Delray Beach FL P465226682458903 Card 9798 | | 102.47 | |
| 8/14 | | Purchase authorized on 08/14 Wholefds Dbr#107 680 Lint Delray Beach FL P465226686236187 Card 9798 | | 27.19 | |
| 8/14 | | Wells Fargo Auto Fee & Pmts 081425 7655536039 Evan,P,Jowers | | 1,774.55 | -5,386.33 |
| 8/15 | | Lateral Link Gro Payroll 1321990043932x Jowers, Evan P | 10,000.00 | | |
| 8/15 | | Recurring Payment authorized on 08/14 El Car Wash Lantan 305-603-9565 FL S305226334578321 Card 9798 | | 42.79 | |
| 8/15 | | Purchase authorized on 08/14 Auto Value Apprais Autovalueprof FL S305226709345370 Card 9798 | | 615.00 | |
| 8/15 | | Zelle to Carr Mike on 08/15 Ref #Rp0Z5Qtwpr | | 2,000.00 | 1,955.88 |
| 8/18 | | Recurring Payment authorized on 08/15 Peloton* Membershi Onepeloton.CO NY S585227694737758 Card 9798 | | 48.29 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|--------|----------|--------|
| 8/18 | | Purchase authorized on 08/15 Public Storage 206 800-567-0759 FL S385227734355016 Card 9798 | | 548.82 | |
| 8/18 | | Zelle to Coiner Thomas on 08/17 Ref #Rp0Z5Xjcgr | | 246.00 | 1,112.77 |
| 8/19 | | Zelle to Jowers Tatiana on 08/19 Ref #Rp0Z652Kbn | | 1,000.00 | 112.77 |
| 8/20 | | Recurring Payment authorized on 08/19 Wetransfer* 3C462A Amsterdam Nld S465232043969084 Card 9798 | | 25.00 | 87.77 |
| 8/21 | | Purchase Return authorized on 08/20 Google *Youtube G.CO/Helppay# CA S465232730994678 Card 9798 | 118.64 | | 206.41 |
| 8/22 | | Recurring Payment authorized on 08/20 Vtsup.Com*Perfect Sutton Coldfi Gbr S465233147657436 Card 9798 | | 29.99 | 176.42 |
| 8/25 | | Recurring Payment authorized on 08/23 Google *Youtube G.CO/Helppay# CA S465236030833246 Card 9798 | | 15.84 | |
| 8/25 | | Recurring Payment authorized on 08/24 Netflix.Com 408-5403700 CA S465236335679885 Card 9798 | | 28.30 | 132.28 |
| 8/27 | | Recurring Payment authorized on 08/26 Amazon Prime*En393 Amzn.Com/Bill WA S385238766512758 Card 9798 | | 15.13 | |
| 8/27 | | Purchase authorized on 08/26 Prime Video Channe Amzn.Com/Bill WA S305239120963301 Card 9798 | | 14.71 | 102.44 |
| 8/28 | | Recurring Payment authorized on 08/27 Sxm*Siriusxm.Com/A 888-635-5144 NY S585239448081653 Card 9798 | | 28.28 | |
| 8/28 | | Zelle to Jowers Tatiana on 08/28 Ref # Wfct0Z72Vdsg | | 300.00 | -225.84 |
| 8/29 | | Lateral Link Gro Payroll 1339450003369 0x Jowers, Evan P | 234.74 | | |
| 8/29 | | Zelle From Kathleen Jowers on 08/29 Ref # Cofq51Txt3NH | 200.00 | | |
| 8/29 | | Zelle to Jowers Tatiana on 08/29 Ref # Wfct0Z74Hq9Y | | 200.00 | |
| 8/29 | | Monthly Service Fee | | 5.00 | 3.90 |
| **Totals** | | | **$10,863.38** | **$11,095.67** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2025 - 08/31/2025 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Age of primary account owner | 13 - 24 | |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RD/RD



# ✔ IMPORTANT ACCOUNT INFORMATION

---

A new way to avoid the Clear Access Banking monthly service fee



We're updating Clear Access Banking with a new way to avoid the monthly service fee.
Starting October 25, 2025, you'll avoid the $5 monthly service fee when you receive $250 or more in total qualifying (1) electronic deposits in your Clear Access Banking account each fee period. (2)

You can also avoid the fee each fee period with:
- A primary account owner who is 13 to 24 years old (3)
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program (4)

To learn more about Clear Access Banking and its features, visit wellsfargo.com/checking/clear-access-banking. If you have questions, visit Help & Support on the Wells Fargo Mobile® app (5), go to wellsfargo.com/help, or call us anytime at 1-800-TO-WELLS (1-800-869-3557).

1. A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
2. The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement.
3. When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee. Customers between 13 and 16 years old must have an adult co-owner.
4. You will receive your Worldwide Military Banking program benefits 45 days after your qualifying non-civilian military direct deposit is deposited into your eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking or wellsfargo.com/depositdisclosures.
5. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

―――――――――

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance shown on your statement.. . . . . . . . . . . . . . $_____

### ADD
B. Any deposits listed in your register or transfers into your account which are not shown on your statement.

$_____
$_____
$_____
+ $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

### SUBTRACT
C. The total outstanding checks and withdrawals from the chart above. . . . . . . . . - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register. . . . . . . . . . . . . . . . . . . . . $_____

| Number | Items outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total $ |  |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

