## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>**Aug-25** | Cumulative<br>Total |  |
|---|---:|---:|---|
| **CASH** - Beginning of Month | 236.19 |  |  |
| **CASH RECEIPTS** |  |  | Prior Month |
| Salary or Cash from Business or Self Employment | 10,863.38 | $438,621.40 | $427,758.02 |
| Wages from Other Sources (attach list to this report) | 0.00 | $0.00 | $0.00 |
| Interest or Dividend Income | 0.00 | $0.00 | $0.00 |
| Alimony or Child Support | 0.00 | $0.00 | $0.00 |
| Social Security/Pension/Retirement | 0.00 | $0.00 | $0.00 |
| Other - from Spouse/Daughter | 0.00 | $9,965.55 | $9,965.55 |
| Other - Refunds | 0.00 | $81.66 | $81.66 |
| **TOTAL RECEIPTS** | **10,863.38** | **$448,668.61** | **$437,805.23** |
| **CASH DISBURSEMENTS** |  |  |  |
| Alimony or Child Support Payments | 0.00 | 0.00 | $0.00 |
| Business Expenses |  | 1,998.21 | $1,998.21 |
| Bank charges | 5.00 | 5.00 | $203.75 |
| Charitable Contributions | 0.00 | 0.00 | $0.00 |
| Children Expenses | 0.00 | 300.00 | $300.00 |
| Children Childcare/Education | 0.00 | 0.00 | $0.00 |
| Gifts | 0.00 | 0.00 | $0.00 |
| Household Expenses/Food/Clothing | 1,817.12 | 19,792.36 | $17,975.24 |
| Household Repairs & Maintenance |  | 285.18 | $285.18 |
| HOA | 0.00 | 0.00 | $0.00 |
| Insurance | 890.00 | 8,608.38 | $7,718.38 |
| IRA Contribution | 0.00 | 0.00 | $0.00 |
| Lease/Rent Payments | 4,000.00 | 36,658.69 | $32,658.69 |
| Medical/Dental Payments | 0.00 | 0.00 | $0.00 |
| Mortgage Payment(s) | 0.00 | 0.00 | $0.00 |
| Professional Fees (Accounting, Attorneys, etc.) |  | 0.00 | $0.00 |
| Tuition - Education | 0.00 | 0.00 | $0.00 |
| Taxes - Personal | 0.00 | 0.00 | $0.00 |
| Taxes - Real Estate | 0.00 | 0.00 | $0.00 |
| Telephone |  | 5,066.58 | $5,066.58 |
| Travel & Entertainment |  | 7,168.37 | $7,168.37 |
| Subscriptions |  | 434.35 | $434.35 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) |  | 1,669.03 | $1,669.03 |
| Vehicle Expenses | 615.00 | 3,222.15 | $2,607.15 |
| Vehicle Secured Payment(s) | 1,774.55 | 30,087.35 | $28,312.80 |
| U. S. Trustee Quarterly Fees |  | 0.00 | $0.00 |
| Other - to Spouse (Household/Living Expenses) | 2,094.00 | 81,856.15 | $79,762.15 |
| Other  Miscellaneous |  | 8,545.00 | $8,545.00 |
| **Total Household Disbursements** | **11,095.67** | **205,800.55** | **$194,704.88** |
| **CASH - End of Month** | 3.90 |  |  |