UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:

                                  Case No. 24-13584-MAM

EVAN PHILLIP JOWERS,

                                  Chapter 11

        Debtor.

_____/

**ORDER GRANTING AGREED JOINT MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CONTROVERSY BETWEEN <u>DEBTOR EVAN PHILLIP JOWERS AND COUNSEL HOLDINGS, INC.</u>**

      This matter came before the Court Debtor Evan Phillip Jowers ("Debtor" or "Jowers") and Counsel Holdings, Inc. ("CH" and predecessor entity of CH shall also be collectively be referred to as "CH") and Robert E. Kinney, the principal of CH ("Kinney")(collectively, the Debtor, CH and Kinney are the "Parties") by and through undersigned counsel, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Rule 9013-1(D (the "Motion") seeking the Court to grant this Motion and approve the Stipulation attached as Ex. A to the Motion.  As no interested party has filed an objection to the Motion within the twenty-one (21) days of service of

the Motion, and the Court having reviewed the record, the arguments of counsel in the Motion and considered the *Justice Oaks* factors in weighing above of the Stipulation between the Parties does hereby Order:

1) The Joint Motion to Approve Compromise and Settlement of Controversy between Debtor Evan Phillip Jowers and Counsel Holdings, Inc. (D.E. __) is hereby GRANTED.

2) The stipulation between Debtor, CH and Kinney attached to the Motion as Ex. A and stipulation entered into between CH, Kinney and Alejandro Vargas and Yuliya Vinokurova attached to the Motion as Ex. B are hereby RATFIED and the parties are bound by the terms of the stipulations.

3) The Court retains jurisdiction over the Stipulation.

###

Submitted by:
Kristopher Aungst, Esq., Attorney for Defendant
Fla. Bar # 55348
2665 S. Bayshore Dr.,
Suite 220-10
Miami, FL 33133
Telephone: 305-812-5443
Email: ka@paragonlaw.miami

Attorney Aungst shall serve a copy of this Order on all not receiving a copy via CM/ECF and file a certificate of service immediately thereafter.