UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,

          Debtor.

_____/

Case No. 24-13584-MAM
Chapter 11

### SUMMARY OF FIRST AND FINAL FEE APPLICATION OF DEBTOR'S COUNSEL

1. Name of applicant: **Paragon Law, LLC**
2. Role of applicant: **Counsel for Debtor**
3. Name of certifying professional: **Kristopher E. Aungst, Esq.**
4. Date case filed: **April 15, 2024**
5. Date of application for employment: **February 10, 2025 [ECF 145]**
6. Date of order approving employment: **February 18, 2025,**
   ***nunc pro tunc to February 7, 2025* [ECF 157]**
7. If debtor's counsel, date of Disclosure of Compensation form: **2/11/2025    [ECF 150]**
8. Date of this application: **October 16, 2025**
9. Dates of services covered: **2/07/2025 – 10/10/2025 [Plus estimated fees through conclusion]**
10. If case is chapter 7, amount trustee has on hand: n/a

          **Fees...**

| | | |
|---|---|---:|
| 11. | Total fee requested for this period (from Exhibit 1) | $97,044.50 |
| | Estimated fees to close case | $ 5,867.50[1] |
| 12. | Balance remaining in fee retainer account, not yet awarded | ($30,000.00) |
| 13. | Fees paid or advanced for this period, by other sources | ($     0) |
| 14. | **Net amount of fee requested for this period** | **$72,912.00** |

          **Expenses...**

| | | |
|---|---|---:|
| 15. | Total expense reimbursement requested for this period (from Exhibit 2) | $   57.66 |
| 16. | Balance remaining in expense retainer account, not yet received | ($   0) |
| 17. | Expenses paid or advanced for this period, by other sources | ($   0) |
| 18. | **Net amount of expense reimbursements requested for this period** | **$   57.66** |
| 19. | Gross award requested for this period (#11 + #15) | $102,969.66 |
| 20. | **Net award requested for this period** (#14 + #18) | **$ 72,969.66** |

_____

          **If *final* fee application…**

21. Amounts of net awards requested in interim applications but <u>not</u>
    <u>previously awarded</u> (total from "History of Fees and Expenses,"
    following pages):           $     0
22. **Final fee and expense award requested (#20 + #21)**     **$ 72,969.66**

_____

[1] Applicant has included an estimated $5,867.50 in fees and costs through the conclusion of the case: i) 2.0 hours to finalize all pleadings for final hearings; ii) 4.5 hours to prepare and attend final hearings; iii) $2,000 in fees and costs related to final hearings.

<u>History of Fees and Expenses</u>

1.    Dates, sources, and amounts of *retainers* received:

| <u>Dates</u> | <u>Sources</u> | <u>Amounts</u> | <u>For fees or costs?</u> |
|---|---|---|---|
| 3/19/2025 | Debtor | $30,000 | Fees and costs |

2.    Dates, sources, and amounts of *third-party* payments received:

| <u>Dates</u> | <u>Sources</u> | <u>Amounts</u> | <u>For fees or costs?</u> |
|---|---|---|---|
| n/a | | | |

3.    Prior fee and expense awards...

| <u>Prior Fee Awards</u> | <u>Prior Expense Awards</u> |
|---|---|
| n/a | |

<u>Fee Application</u>

Kristopher E. Aungst, of Paragon Law, LLC, counsel to the Debtor, applies for final compensation for fees for services rendered and costs incurred in this Chapter 11 case. This application is filed pursuant to 11 U.S.C. §330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The applicant believes that the requested fee, of **$97,044.50** for **163.1** hours worked [plus an additional estimated $5,867.50 through the conclusion of the case] is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as follows:

<u>The Time and Labor Required</u>: The applicants' actual time records are attached as Exhibit "3". They reflect the nature of the services performed, but neither the quality nor importance of the services, nor the priority accorded this case. Typically, some minor services are not recorded in the time records.

<u>The Novelty and Difficulty of the Services Rendered</u>: The novelty and difficulty of the services rendered are in par with similar bankruptcy matters.

<u>The Skill Requisite to Perform the Legal Services Properly</u>: To properly represent any Chapter 11 debtor requires substantial legal skill and experience. The skill necessary in this case is not different from other Chapter 11 reorganizations.

The Preclusion of Other Employment by the Attorney Due to the Acceptance of the Case:  To our knowledge, no other employment was precluded by our accepting this case.  Of course, had we not accepted this case, we might have devoted our time to other matters for which we are compensated by clients on a current monthly basis.

The Customary Fee:  The fee request is reflective of the same hourly rates which we charge other commercial clients on a monthly basis.

Whether the Fee is Fixed or Contingent:  Our fee is based on a fixed hourly rate subject to the court's approval.

Time Limitations Imposed by the Client or Other Circumstances:  There were no particular time limitations which created any special burden on the applicant.

The Experience, Reputation, and Ability of the Attorneys:  Mr. Aungst and his firm are experienced in bankruptcy proceedings, and are well known to this Court.  They have a good reputation and proven ability in the field of bankruptcy.

The Undesirability of the Case:  This case cannot be described as undesirable.

The Nature and Length of the Professional Relationship:  Paragon Law has never represented the client prior to this representation.

Awards in Similar Cases:  The fee requested is typical of fees requested and received by applicants for similar services involving similar results obtained, considering the size and complexity of the disputes among the parties.  A significant portion of any fee award necessarily defrays the substantial overhead charges incurred in operating the applicant's firm, including secretary, library and word processing, and other technical support for which clients outside of bankruptcy proceedings may be separately charged.

WHEREFORE, the applicant seeks a final award of fees in the amount of **$102,912.00**  and costs in the amount of **$57.66**.

**Dated: October 16, 2025**

Respectfully submitted,

**PARAGON LAW, LLC**
Attorney for Debtor-in-Possession
2665 S. Bayshore Dr., Suite 220-10
Miami, FL 33133

By: */s/Kristopher Aungst*
Kristopher Aungst, Esq.
Florida Bar No. 55348
Telephone: 305-812-5443
Email: ka@paragonlaw.miami

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of October, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case, or via U.S. Mail, as indicated on the attached Service List.

*/s/Kristopher Aungst*
Kristopher Aungst, Esq.

## SERVICE LIST

### Electronic Mail Notice List

- **Kristopher Aungst**    ka@paragonlaw.miami, ka@paragonlaw.miami
- **Robert E Kinney**    robert@kinneypc.com, kinneyrob888@recap.email
- **Martin P Ochs**    martin.p.ochs@usdoj.gov
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Jason Slatkin**    jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com
- **Chad T Van Horn**    Chad@cvhlawgroup.com, chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,VanHorn.ChadB104447@notify.bestcase.com,even
- **Zachary Z Zermay**    zach@zermaylaw.com

### Manual Notice List

Josh Carr
149 Dublin Drive
Lake Mary, FL 32746

Michael Carr
4 17th Ave
Lake Worth Beach, FL 33460

David Hyers
703 Cedar Bay Rd
Jacksonville, FL 32218

Alexis Lamb
1090 Bascomb Farm Drive
Alpharetta, GA 3009

<u>Certification</u>

1.      I have been designated by **Paragon Law, LLC** (the "Applicant") as the professional with responsibility in this case for compliance with the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.      The following are the variances with the provisions of the Guidelines, the date of each Court order approving the variance, and the justification for the variance: n/a.

**Dated: October 16, 2025**

                    **PARAGON LAW, LLC**
                    Attorney for Debtor-in-Possession
                    2665 S. Bayshore Dr., Suite 220-10
                    Miami, FL 33133

                    By: */s/Kristopher Aungst*
                    Kristopher Aungst, Esq.
                    Florida Bar No. 55348
                    Telephone: 305-812-5443
                    Email: ka@paragonlaw.miami

7

<u>Summary of Professional and</u>
<u>Paraprofessional Time</u>
<u>Total per Individual</u>
<u>For this Period Only</u>
(EXHIBIT "1-A")

| <u>Name</u> | Partner, Associate <u>or Paraprofessional</u> | Year <u>Licensed</u> | Total <u>Hours</u> | Average Hourly <u>Rate</u> | <u>Fee</u> |
|---|---|---|---|---|---|
| Kristopher Aungst | Partner | 2002 | 163.1 | $595 | $97,044.50 |
| | | | | | |
| Total Hours | | | 163.1 | | |
| Average Hourly Rate | | | | $595 | |
| Total fees: | | | | | $97,044.50 |

<u>Summary of Professional And</u>
<u>Paraprofessional Time By</u>
<u>Activity Code Category</u>
<u>For this Time Period Only</u>
(EXHIBIT "1-B")

### Activity Code 004: Case Administration

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partner: | Kristopher Aungst | $595 | 42.1 | $25,049.50 |
| | Activity Subtotal: | | | $25,049.50 |

### Activity Code:  005: Claims administration and Objections

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partner: | Kristopher Aungst | $595 | 1.8 | $1,071.00 |
| | Activity Subtotal: | | | $1,071.00 |

### Activity Code:  007: Fee/Employment Applications

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partner: | Kristopher Aungst | $595 | 15.3 | $9,103.50 |
| | Activity Subtotal: | | | $9,103.50 |

### Activity Code:  010: Litigation: Adversary Proceeding

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partner: | Kristopher Aungst | $595 | 103.9 | $61,820.50 |
| | Activity Subtotal: | | | $61,820.50 |

9

<u>Summary of Requested Reimbursement of Expenses</u>
<u>for this Time Period Only</u>
<u>(EXHIBIT "2")</u>

| | | |
|---|---|---|
| 1. | Filing Fees | $-0- |
| 2. | Process Service Fees | $-0- |
| 3. | Witness Fees | $-0- |
| 4. | Court Reporter Fees and Transcripts | $-0- |
| 5. | Lien and Title Searches | $-0- |
| 6. | Photocopies | |
| | (a) In-house copies (___ at 15¢/page) | $-0- |
| | (b) Outside copies | $25.65 |
| 7. | Postage | $32.01 |
| 8. | Overnight Delivery Charges | $-0- |
| 9. | Outside Courier/Messenger Services | $-0- |
| 10. | Long Distance Telephone Charges | $-0- |
| 11. | Long Distance Fax Transmissions | $-0- |
| 12. | Computerized Research | $-0- |
| 13. | Out-of-Southern-District-of-Florida Travel | $-0- |
| | (a)  Transportation ($_____) | |
| | (b)  Lodging ($_____) | |
| | (c)  Meals ($_____) | |
| 14. | Other Permissible Expenses (must specify and justify) | |

Total Expense Reimbursement Requested:          $57.66

<u>Applicant's Complete Time Records by Activity Code Category</u>
<u>(EXHIBIT "3")</u>

**<u>Activity Code 004: Case Administration</u>**

| | | | Time | Rate | Amount |
|---|---|---|---|---|---|
| 2/9/2025 | KEA | Review of main and adversary dockets and upcoming hearings. | 0.6 | 595 | 357.00 |
| 2/10/2025 | KEA | Update call with former chapter 11 counsel. | 0.4 | 595 | 238.00 |
| 2/10/2025 | KEA | Update call with proposed former adversary counsel. | 0.3 | 595 | 178.50 |
| 2/14/2025 | KEA | Review of main and adversary dockets and deadlines. | 2.3 | 595 | 1,368.50 |
| 2/18/2025 | KEA | Prepare for in-person meeting with client regarding main and adversary case issues. | 2.1 | 595 | 1,249.50 |
| 2/18/2025 | KEA | Communications with opposing counsel in the adversary regarding examination scheduling and other related issues. | 0.2 | 595 | 119.00 |
| 2/18/2025 | KEA | Meeting with client. | 2.2 | 595 | 1,309.00 |
| 2/19/2025 | KEA | Review of proposed show cause order and emails between prior bankruptcy counsel and opposing counsel, email to client regarding same. | 0.5 | 595 | 297.50 |
| 2/19/2025 | KEA | Draft and Review January MOR | 0.4 | 595 | 238.00 |
| 2/20/2025 | KEA | Call with client on variety of administrative and strategy decisions. | 0.7 | 595 | 416.50 |
| 2/20/2025 | KEA | Communications with opposing counsel and UST on administrative issues. | 0.4 | 595 | 238.00 |

| 2/20/2025 | KEA | Email to client on next steps and authorizations from administrative/strategy call. | 0.3 | 595 | 178.50 |
| 2/21/2025 | KEA | Call with Chad Van Horn on case status, gathering documents already prepared and discussion of past discussions on open issues with opposing counsel. | 0.5 | 595 | 297.50 |
| 2/24/2025 | KEA | Call with client on discovery issues. | 1.4 | 595 | 833.00 |
| 2/24/2025 | KEA | Redline of proposed show cause order provided by opposing counsel and email to opposing counsel regarding same. | 0.4 | 595 | 238.00 |
| 2/25/2025 | KEA | Review of client comments to proposed order on motion for order to show cause, communications to client and opposing counsel regarding same. | 0.4 | 595 | 238.00 |
| 2/26/2025 | KEA | Call and messaging with client on discovery issues. | 1.4 | 595 | 833.00 |
| 2/26/2025 | KEA | Work on discovery issues. | 0.6 | 595 | 357.00 |
| 2/26/2025 | KEA | Respond to client messages on discovery. | 0.3 | 595 | 178.50 |
| 2/27/2025 | KEA | Review and edit proposed order on motion for order to show cause, draft of email to opposing counsel and communications with counsel regarding same. | 0.9 | 595 | 535.50 |
| 2/28/2025 | KEA | Privilege issue review and research, calls with opposing counsel and client regarding same. | 2.1 | 595 | 1,249.50 |
| 3/3/2025 | KEA | Research on discharge and use of affirmative defenses post answer. | 1.3 | 595 | 773.50 |
| 3/7/2025 | KEA | Work through discovery issues, communications with the client regarding same. | 0.9 | 595 | 535.50 |
| 3/7/2025 | KEA | Discovery research and briefing, communications to client with same. | 2.1 | 595 | 1,249.50 |

| | | | | | |
|---|---|---|---|---|---|
| 3/10/2025 | KEA | Discovery call with client. | 1.8 | 595 | 1,071.00 |
| 3/11/2025 | KEA | Discovery research | 0.8 | 595 | 476.00 |
| 3/11/2025 | KEA | Review of proposed special counsel discovery. | 0.4 | 595 | 238.00 |
| 3/17/2025 | KEA | Amend January MOR and draft and resend February MOR for client final review and approval, call with client regarding same. | 1.0 | 595 | 595.00 |
| 3/19/2025 | KEA | Draft and file COS and Notice of Retainer. | 0.4 | 595 | 238.00 |
| 3/19/2025 | KEA | Review of discovery issues. | 0.3 | 595 | 178.50 |
| 3/21/2025 | KEA | Prepare and filing COS. | 0.3 | 595 | 178.50 |
| 4/4/2025 | KEA | Communications from Mr. Kinney on Texas status report, review of report, call with client regarding report and communications back to Mr. Kinney approving joint report for filing. | 0.2 | 595 | 119.00 |
| 4/7/2025 | KEA | Call with Zach Zermay on sanctions motion. | 0.4 | 595 | 238.00 |
| 4/7/2025 | KEA | Review of sanctions motion and initial research on motion. | 0.8 | 595 | 476.00 |
| 4/13/2025 | KEA | review and prepare monthly operating report for March. | 0.5 | 595 | 297.50 |
| 4/13/2025 | KEA | Research on discovery issues. | 1.9 | 595 | 1,130.50 |
| 4/17/2025 | KEA | Work on opposition to motion for sanctions. | 1.1 | 595 | 654.50 |
| 4/21/2025 | KEA | Review, finalize and file March MOR. | 0.6 | 595 | 357.00 |
| 4/22/2025 | KEA | Call with client. | 1.3 | 595 | 773.50 |

| | | | | | |
|---|---|---|---|---|---|
| 5/5/2025 | KEA | Communications and review of motion to cancel sanctions hearing and agreed order. | 0.2 | 595 | 119.00 |
| 5/23/2025 | KEA | Draft and file COS for hearing on witnesses to appear remotely. | 0.2 | 595 | 119.00 |
| 5/29/2025 | KEA | Draft agreed motion to cancel hearings on motion to allow witnesses to appear remotely, motion for protective order and objection to motion to allow witnesses to appear remotely, and accompanying agreed order, send to opposing counsel for review and comment. | 1.3 | 595 | 773.50 |
| 5/30/2025 | KEA | Research and drafting of motion to dismiss, calls to UST regarding same. | 1.4 | 595 | 833.00 |
| 6/2/2025 | KEA | Call with the UST on dismissal | 0.2 | 595 | 119.00 |
| 6/2/2025 | KEA | Work on dismissal motion | 0.4 | 595 | 238.00 |
| 6/3/2025 | KEA | Review and finalize Motion to Dismiss. | 0.8 | 595 | 476.00 |
| 6/3/2025 | KEA | Discussions regarding Hong Kong defamation lawsuit. | 0.8 | 595 | 476.00 |
| 6/12/2025 | KEA | Communications with client | 0.2 | 595 | 119.00 |
| 6/16/2025 | KEA | Communications with client | 0.7 | 595 | 416.50 |
| 6/23/2025 | KEA | Review of May MOR filings and filing of same. | 0.6 | 595 | 357.00 |
| 6/24/2025 | KEA | Communications with client | 0.2 | 595 | 119.00 |
| 6/30/2025 | KEA | Call with client. | 0.5 | 595 | 297.50 |
| 7/1/2025 | KEA | Communications with client on status. | 0.2 | 595 | 119.00 |
| 7/3/2025 | KEA | Edit and update motion to dismiss | 0.3 | 595 | 178.50 |

| 7/7/2025 | KEA | Call with client. | 0.4 | 595 | 238.00 |
| 7/8/2025 | KEA | Communications with opposing cousnel. | 0.2 | 595 | 119.00 |
| 7/8/2025 | KEA | Call with opposing counsel. | 0.3 | 595 | 178.50 |
| 7/11/2025 | KEA | Follow up communications with client | 0.4 | 595 | 238.00 |
| 7/14/2025 | KEA | Call with client | 1.1 | 595 | 654.50 |
| 7/14/2025 | KEA | Call with opposing counsel | 0.2 | 595 | 119.00 |
| 7/15/2025 | KEA | Email from and to Alejandro | 0.3 | 595 | 178.50 |
| 7/17/2025 | KEA | Work on June MOR. | 0.2 | 595 | 119.00 |
| 7/21/2025 | KEA | Review and drafting of June MOR. | 0.4 | 595 | 238.00 |
| 7/21/2025 | KEA | Communications to United States Trustee | 0.2 | 595 | 119.00 |
| 7/21/2025 | KEA | Final review and file MOR | 0.2 | 595 | 119.00 |
| 8/21/2025 | KEA | Prepare and file July MOR | 0.3 | 595 | 178.50 |
| 9/19/2025 | KEA | Work on MOR issues. | 0.3 | 595 | 178.50 |
| 9/22/2025 | KEA | Final review and filing of August MOR. | 0.3 | 595 | 178.50 |
| 9/22/2025 | KEA | Update call with client | 0.3 | 595 | 178.50 |
| 10/6/2025 | KEA | Begin work on final documents for final hearings. | 1.4 | 595 | 833.00 |
| 10/6/2025 | KEA | Modify motion to dismiss. | 0.5 | 595 | 297.50 |
| 10/7/2025 | KEA | Update final pleadings for case including motion to dismiss, 9019 and follow up with client and opposing counsel regarding same. | 0.8 | 595 | 476.00 |

| | | | Time | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/2025 | KEA | Work on drafting and updating 9019 motion, motion to dismiss and orders on same. | 2.9 | 595 | 1,725.50 |
| 10/10/2025 | KEA | Review and make changes to pleadings based on comments received. | 1.2 | 595 | 714.00 |

**Activity Code:  005: Claims Administration and Objections**

| | | | Time | Rate | Amount |
|---|---|---|---|---|---|
| 4/21/2025 | KEA | Claim review. | 1.1 | 595 | 654.50 |
| 4/24/2025 | KEA | Initial review of claims for class and payment purposes. | 0.7 | 595 | 416.50 |

**Activity Code:  007: Fee/Employment Applications**

| | | | Time | Rate | Amount |
|---|---|---|---|---|---|
| 2/7/2025 | KEA | Preparation of application to employ, affidavit for application to employ, review of main case regarding past counsel and set up virtual appearance for February 11th hearing on prior counsel's fee application hearing. | 1.6 | 595 | 952.00 |
| 2/10/2025 | KEA | Draft and file application papers, affidavit in support and declaration of compensation. | 0.8 | 595 | 476.00 |
| 2/10/2025 | KEA | Draft and file notice of hearing on application to employ | 0.2 | 595 | 119.00 |
| 2/10/2025 | KEA | Calls with client and opposing counsel on retention hearing set for 02/11/2025 | 0.4 | 595 | 238.00 |
| 2/11/2025 | KEA | Prepare for employment application hearing | 0.4 | 595 | 238.00 |
| 2/11/2025 | KEA | Prepare and file Amended Emergency Motion to be Employed, Amended Engagement Letter and communications | 0.9 | 595 | 535.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | with client and courtroom deputy regarding same. | | | |
| 2/11/2025 | KEA | Attend Employment application hearing and follow up call with United States Trustee on issues presented | 0.4 | 595 | 238.00 |
| 2/12/2025 | KEA | Prepare and file COS for NOH for Amended Application to Employ | 0.2 | 595 | 119.00 |
| 2/13/2025 | KEA | Prepare for hearing on Amended Application to Employ | 0.3 | 595 | 178.50 |
| 2/13/2025 | KEA | Attend continued hearing on motion to employ. | 0.3 | 595 | 178.50 |
| 2/13/2025 | KEA | Draft and send to United States Trustee and Jason Slatkin, Esq. the proposed order granting the motion to employ. | 0.3 | 595 | 178.50 |
| 2/13/2025 | KEA | Finalize order to employ and communications with opposing counsel and United States Trustee, uploading same. | 0.2 | 595 | 119.00 |
| 2/20/2025 | KEA | Draft and file joint notice of substitution of counsel | 0.4 | 595 | 238.00 |
| 2/24/2025 | KEA | Draft Applications to retain Zermay and Ray as special counsel and drafting of affidavits/declarations.  Calls and emails to Zermay and Ray. | 1.6 | 595 | 952.00 |
| 2/27/2025 | KEA | Drafting of modifications to applications to employ special counsel | 0.5 | 595 | 297.50 |
| 3/7/2025 | KEA | Work on joint special counsel applications | 0.3 | 595 | 178.50 |
| 3/7/2025 | KEA | Finalize and file applications regarding special counsel David A. Ray, P.A. and Zermay Law, P.A. | 0.6 | 595 | 357.00 |
| 3/11/2025 | KEA | Setting of hearings on applications to employ and to add affirmative defenses. | 0.5 | 595 | 297.50 |
| 3/12/2025 | KEA | Draft and file notice of hearings | 0.3 | 595 | 178.50 |

| 3/18/2025 | KEA | Prepare for March 18, 2025 hearing on applications to employ special counsel in adversary. | 0.2 | 595 | 119.00 |
|---|---|---|---|---|---|
| 3/18/2025 | KEA | Attend May 18th hearings. | 0.6 | 595 | 357.00 |
| 3/18/2025 | KEA | Draft and file COS for Orders on Applications to Employ | 0.3 | 595 | 178.50 |
| 10/10/2025 | KEA | Draft final fee application | 4.5 | 595 | 2,677.50 |

### Activity Code:  010: Litigation: Adversary Proceeding

| | | | Time | Rate | Amount |
|---|---|---|---|---|---|
| 2/20/2025 | KEA | Call with proposed special counsel in bankruptcy adversary. | 0.8 | 595 | 476.00 |
| 2/21/2025 | KEA | Research on adversary proceeding | 1.1 | 595 | 654.50 |
| 2/26/2025 | KEA | Review and edit, answer, affirmative defenses and counter claim. | 1.5 | 595 | 892.50 |
| 2/26/2025 | KEA | Review of revised amended answer, affirmative defenses, and counter claim | 0.4 | 595 | 238.00 |
| 2/27/2025 | KEA | Final review and edit of amended counter claim, filing of same. | 1.4 | 595 | 833.00 |
| 2/28/2025 | KEA | Request to add affirmative defenses, communications with opposing counsel and research regarding response by opposing counsel. | 0.4 | 595 | 238.00 |
| 3/3/2025 | KEA | Drafting motion to supplement affirmative defenses, call with client regarding same. | 1.8 | 595 | 1,071.00 |
| 3/6/2025 | KEA | Negotiation review and communications regarding same with opposing counsel and email regarding potential mediation. | 0.5 | 595 | 297.50 |

| 3/6/2025 | KEA | Call with client on potential resolution issues regarding litigation. | 0.3 | 595 | 178.50 |
|---|---|---|---|---|---|
| 3/7/2025 | KEA | Work on potential judicial settlement conference | 0.6 | 595 | 357.00 |
| 3/7/2025 | KEA | Finalize and file Motion to Supplement Affirmative Defenses. | 0.5 | 595 | 297.50 |
| 3/12/2025 | KEA | Follow up on JSC with Judge Hyman | 0.2 | 595 | 119.00 |
| 3/13/2025 | KEA | Review and communications with client on witness selection | 0.5 | 595 | 297.50 |
| 3/17/2025 | KEA | Work on Judicial Settlement Conference in main case and adv. case. | 0.6 | 595 | 357.00 |
| 3/18/2025 | KEA | Prepare for March 18, 2025 hearing on motion to amend affirmative defenses. | 1.0 | 595 | 595.00 |
| 3/18/2025 | KEA | Draft and file COS for JSC and Orders to Add Affirmative Defenses | 0.4 | 595 | 238.00 |
| 3/30/2025 | KEA | Review and calendar deadlines on judicial settlement conference and hearing on amended counterclaim, communications to client regarding same. | 0.8 | 595 | 476.00 |
| 3/31/2025 | KEA | Communications with client regarding upcoming settlement procedures and deliverables. | 0.8 | 595 | 476.00 |
| 4/2/2025 | KEA | Brief review of motion to dismiss counterclaim, response and reply and attendance at hearing on motion to dismiss counterclaim. | 1.2 | 595 | 714.00 |
| 4/4/2025 | KEA | Work on settlement proposal for JSC, send to client for comments. | 0.6 | 595 | 357.00 |
| 4/6/2025 | KEA | Initial drafting of JSC statement. | 2.4 | 595 | 1,428.00 |
| 4/8/2025 | KEA | Revise settlement agreement. | 0.5 | 595 | 297.50 |

| 4/8/2025 | KEA | Draft JSC statement. | 1.3 | 595 | 773.50 |
|---|---|---|---|---|---|
| 4/9/2025 | KEA | Draft and send to opposing counsel agreed motion and agreed order to continue pretrial hearings and associated deadlines in adversary proceeding. | 0.7 | 595 | 416.50 |
| 4/9/2025 | KEA | Communications with client on JSC issues. | 0.3 | 595 | 178.50 |
| 4/11/2025 | KEA | Final edits to settlement statement and settlement proposal, call with client regarding same. | 0.9 | 595 | 535.50 |
| 4/11/2025 | KEA | Initial review of settlement statement from opposing counsel and various calls to client. | 0.5 | 595 | 297.50 |
| 4/14/2025 | KEA | Review of adversary deadlines, emails and calendar invites to client and special counsel regarding same. | 0.6 | 595 | 357.00 |
| 4/15/2025 | KEA | Discovery issue review. | 1.1 | 595 | 654.50 |
| 4/18/2025 | KEA | Call with special counsel on initial JSC call. | 0.5 | 595 | 297.50 |
| 4/18/2025 | KEA | Prepare for and attend initial call on JSC | 0.8 | 595 | 476.00 |
| 4/24/2025 | KEA | Call with client on settlement issues | 0.5 | 595 | 297.50 |
| 4/25/2025 | KEA | summary judgment research. | 1.1 | 595 | 654.50 |
| 4/28/2025 | KEA | Review judicial settlement conference notice, draft COS, service of same. | 0.3 | 595 | 178.50 |
| 4/30/2025 | KEA | Witness research | 0.9 | 595 | 535.50 |
| 4/30/2025 | KEA | Summary judgment research | 0.7 | 595 | 416.50 |
| 5/1/2025 | KEA | Research on discovery issues. | 0.6 | 595 | 357.00 |
| 5/2/2025 | KEA | Settlement communications from client. | 0.3 | 595 | 178.50 |

| 5/2/2025 | KEA | Call with client on settlement conference | 1.3 | 595 | 773.50 |
| 5/5/2025 | KEA | Communications regarding settlement issues. | 0.4 | 595 | 238.00 |
| 5/7/2025 | KEA | Prepare for and hold settlement call with client. | 2.3 | 595 | 1,368.50 |
| 5/8/2025 | KEA | Prepare motion for witnesses to appear by video at trial, review of potential witness information and research on current locations and occupations. | 1.6 | 595 | 952.00 |
| 5/9/2025 | KEA | Witness research | 0.3 | 595 | 178.50 |
| 5/9/2025 | KEA | Settlement discussions with client, Judge Hyman and messaging to opposing counsel | 2.4 | 595 | 1,428.00 |
| 5/10/2025 | KEA | Research and initial drafting of SJ motion | 4.2 | 595 | 2,499.00 |
| 5/14/2025 | KEA | Discovery drafting and communications regarding timing with opposing counsel | 1.4 | 595 | 833.00 |
| 5/14/2025 | KEA | Review of discovery issues. | 0.9 | 595 | 535.50 |
| 5/14/2025 | KEA | summary judgment research | 0.8 | 595 | 476.00 |
| 5/15/2025 | KEA | Research and drafting of motion for summary judgment. | 6.8 | 595 | 4,046.00 |
| 5/16/2025 | KEA | Complete first draft of SJ Motion and call with client regarding same. | 2.6 | 595 | 1,547.00 |
| 5/16/2025 | KEA | Review motion for protective order and objection to remote testimony from Counsel Holdings, communications with client regarding same. | 0.4 | 595 | 238.00 |
| 5/19/2025 | KEA | Research on non-compete issues | 0.6 | 595 | 357.00 |
| 5/19/2025 | KEA | Prep for JSC with client | 1.3 | 595 | 773.50 |

| | | | | | |
|---|---|---|---|---|---|
| 5/20/2025 | KEA | Prepare for and attend JSC. | 6.2 | 595 | 3,689.00 |
| 5/20/2025 | KEA | Follow up communications on JSC. | 0.6 | 595 | 357.00 |
| 5/21/2025 | KEA | Communications with client on JSC. | 1.1 | 595 | 654.50 |
| 5/21/2025 | KEA | Draft term sheet from JSC | 0.8 | 595 | 476.00 |
| 5/21/2025 | KEA | Calls regarding JSC | 0.4 | 595 | 238.00 |
| 5/21/2025 | KEA | Calls with litigation counsel over JSC | 0.7 | 595 | 416.50 |
| 5/22/2025 | KEA | Communications with client and litigation counsel (written and verbal) regarding continued JSC. | 1.4 | 595 | 833.00 |
| 5/22/2025 | KEA | Settlement communications with opposing counsel and client. | 0.8 | 595 | 476.00 |
| 5/22/2025 | KEA | Work on language with opposing counsel for settlement agreement. | 0.4 | 595 | 238.00 |
| 5/23/2025 | KEA | Work on JSC proposed settlement agreement, call with opposing counsel and debtor's special counsel regarding same. | 2.6 | 595 | 1,547.00 |
| 5/28/2025 | KEA | Draft initial 9019 Motion, Stipulation and proposed order. | 3.1 | 595 | 1,844.50 |
| 5/28/2025 | KEA | Final review of initial settlement pleadings, call with client regarding same and transmittal to opposing counsel for review. | 1.3 | 595 | 773.50 |
| 5/30/2025 | KEA | Review of redline settlement documents | 0.5 | 595 | 297.50 |
| 5/30/2025 | KEA | Communications with client regarding settlement | 0.4 | 595 | 238.00 |
| 6/2/2025 | KEA | Go over proposed final version of settlement documents with client. | 0.5 | 595 | 297.50 |
| 6/2/2025 | KEA | Final review of settlement documents | 0.7 | 595 | 416.50 |

| | | | | | |
|---|---|---|---|---|---|
| 6/3/2025 | KEA | Final review of settlement documents, sending of same for signature to opposing counsel and client. | 0.7 | 595 | 416.50 |
| 6/5/2025 | KEA | Edit of stipulation and communications regarding same with client and opposing counsel | 0.6 | 595 | 357.00 |
| 6/25/2025 | KEA | Communications with opposing counsel on settlement issues. | 0.4 | 595 | 238.00 |
| 6/25/2025 | KEA | Revise stipulation of settlement for co-plaintiffs, CH and Mr. Kinney regarding only defamation matter in Hong Kong. | 0.6 | 595 | 357.00 |
| 6/25/2025 | KEA | Revise Kinney/Jowers and Co-Plaintiff/Kinney settlements, send to opposing counsel. | 0.5 | 595 | 297.50 |
| 6/30/2025 | KEA | Call with Judge Hyman on settlement issues. | 0.5 | 595 | 297.50 |
| 6/30/2025 | KEA | Research on settlement issues. | 0.8 | 595 | 476.00 |
| 7/2/2025 | KEA | Communications with opposing counsel on settlement papers status | 0.2 | 595 | 119.00 |
| 7/11/2025 | KEA | Review of co-plaintiff settlement agreement, call with client regarding same | 0.8 | 595 | 476.00 |
| 7/14/2025 | KEA | Review and revisions to settlement agreement | 0.6 | 595 | 357.00 |
| 9/19/2025 | KEA | Call with opposing counsel on settlement agreements and notarization issues. | 0.4 | 595 | 238.00 |
| 9/22/2025 | KEA | Work on settlement agreement | 0.6 | 595 | 357.00 |
| 9/22/2025 | KEA | Communications with other settling parties. | 0.4 | 595 | 238.00 |
| 9/29/2025 | KEA | Communications with counsel for Kinney, client and Mr. Vargas on settlement signature status. | 0.3 | 595 | 178.50 |

| 10/3/2025 | KEA | Communications with opposing counsel, client for opposing counsel (Mr. Kinney) and Debtor regarding final language for ancillary settlement agreements of necessary third parties. | 0.7 | 595 | 416.50 |
|-----------|-----|-----|-----|-----|-----|
| 10/6/2025 | KEA | Communications with opposing counsel regarding settlement | 0.5 | 595 | 297.50 |