UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,

    Debtor.
_____/

Case No. 24-13584-MAM
Chapter 11

### SUMMARY OF FINAL FEE APPLICATION OF DEBTOR'S LITIGATION COUNSEL

1.   Name of applicant:  **David A. Ray, P.A.**
2.   Role of applicant:  **Litigation Counsel for Debtor**
3.   Name of certifying professional: **David A. Ray**
4.   Date case filed: **April 15, 2024**
5.   Date of application for employment: **¶, 2024**
6.   Date of order approving employment: **¶, 2024**
7.   If debtor's counsel, date of Disclosure of Compensation form: **n/a**
8.   Date of this application:  **September 26, 2025**
9.   Dates of services covered:  **7/07/2024 – 4/28/2025**
10.   If case is chapter 7, amount trustee has on hand: n/a

    **Fees...**

| | | |
|---|---|---:|
| 11. | Total fee requested for this period (from Exhibit 1) | $8,745.00 |
| 12. | Balance remaining in fee retainer account, not yet awarded | ($7,500.00) |
| 13. | Fees paid or advanced for this period, by other sources | ($  0) |
| **14.** | **Net amount of fee requested for this period** | **$1,245.00** |

    **Expenses...**

| | | |
|---|---|---:|
| 15. | Total expense reimbursement requested for this period (from Exhibit 2) | $  0 |
| 16. | Balance remaining in expense retainer account, not yet received | ($  0) |
| 17. | Expenses paid or advanced for this period, by other sources | ($  0) |
| **18.** | **Net amount of expense reimbursements requested for this period** | **$  0** |

| | | |
|---|---|---:|
| 19. | Gross award requested for this period (#11 + #15) | $8,745.00 |
| **20.** | **Net award requested for this period** (#14 + #18) | **$1,245.00** |

_____

    **If _final_ fee application…**

| | | |
|---|---|---:|
| 21. | Amounts of net awards requested in interim applications but <u>not previously awarded</u> (total from "History of Fees and Expenses," following pages): | $  0 |
| **22.** | **Final fee and expense award requested (#20 + #21)** | **$1,245.00** |

## History of Fees and Expenses

1.    Dates, sources, and amounts of *retainers* received:

| Dates | Sources | Amounts | For fees or costs? |
|---|---|---|---|
| ¶ | Debtor | $¶ | for fees |

2.    Dates, sources, and amounts of *third party* payments received:

| Dates | Sources | Amounts | For fees or costs? |
|---|---|---|---|
| n/a | | | |

3.    Prior fee and expense awards...

n/a

<u>Fee Application</u>

David A. Ray, of David A. Ray, P.A., special litigation counsel to the Debtor, applies for final compensation for fees for services rendered and costs incurred in this Chapter 11 case. This application is filed pursuant to 11 U.S.C. §330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The applicant believes that the requested fee, of **$8,745.00** for 21.6 hours worked, is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as follows:

<u>The Time and Labor Required</u>: The applicant's actual time records are attached as Exhibit "3". They reflect the nature of the services performed, but neither the quality nor importance of the services, nor the priority accorded this case. Typically, some minor services are not recorded in the time records.

<u>The Novelty and Difficulty of the Services Rendered</u>:

<u>The Skill Requisite to Perform the Legal Services Properly</u>: To properly represent any Chapter 11 debtor in defending against an adversary proceeding requires substantial legal skill and experience.

3

The Preclusion of Other Employment by the Attorney Due to the Acceptance of the Case:  To our knowledge, no other employment was precluded by our accepting this case.  Of course, had we not accepted this case, we might have devoted our time to other matters for which we are compensated by clients on a current monthly basis.

The Customary Fee:  The fee request is reflective of the same hourly rates which we charge other commercial clients on a monthly basis.

Whether the Fee is Fixed or Contingent:  Our fee is based on a fixed hourly rate subject to the court's approval.

Time Limitations Imposed by the Client or Other Circumstances:  There were no particular time limitations which created any special burden on the applicant.

The Experience, Reputation, and Ability of the Attorneys:    Mr. Ray and his firm are experienced in bankruptcy proceedings, and are well known to this Court.  They have a good reputation and proven ability in the field of bankruptcy.

The Undesirability of the Case:  This case cannot be described as undesirable.

The Nature and Length of the Professional Relationship:  The applicant has not represented this client on other occasions.

Awards in Similar Cases:  The fee requested is typical of fees requested and received by applicants for similar services involving similar results obtained, considering the size and complexity of the disputes among the parties.  A significant portion of any fee award necessarily defrays the substantial overhead charges incurred in operating the applicant's firm, including secretary, library and word processing, and other technical support for which clients outside of bankruptcy proceedings may be separately charged.

WHEREFORE, the applicant seeks an award of fees in the amount of **$8,745.00** and costs in the amount of **$0.00**.

**Dated: October 16, 2025**

Respectfully submitted,

DAVID A. RAY, P.A.
Special Counsel for the Debtor
303 Southwest 6th Street
Fort Lauderdale, Florida 33315
Telephone: (954) 399-0105

By: */s/David A. Ray*
David A. Ray
Florida Bar No. 13871
Email: dray@draypa.com

Certification

1.     I have been designated by **David A. Ray, P.A.** (the "Applicant") as the professional with responsibility in this case for compliance with the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines").

2.     I have read the Applicant's application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.     The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.     In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.     In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.     The following are the variances with the provisions of the Guidelines, the date of each Court order approving the variance, and the justification for the variance: n/a.

**Dated: October 16, 2025**

DAVID A. RAY, P.A.
Special Counsel for the Debtor
303 Southwest 6th Street
Fort Lauderdale, Florida 33315
Telephone: (954) 399-0105

By: */s/David A. Ray*
David A. Ray
Florida Bar No. 13871
Email: dray@draypa.com

<u>Summary of Professional and</u>
<u>Paraprofessional Time</u>
<u>Total per Individual</u>
<u>For this Period Only</u>
(EXHIBIT "1-A")

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| <u>Name</u> | Partner, Associate <br> <u>or Paraprofessional</u> | Year <br> <u>Licensed</u> | Total <br> <u>Hours</u> | Average <br> Hourly <br> <u>Rate</u> | <u>Fee</u> |
|---|---|---|---|---|---|
| David A. Ray | Partner | 2005 | 18.6 | $450.00 | $8,370.00 |
| Simone DuQuesnay | Paralegal | | 3.0 | $125.00 | $  375.00 |
| Total Hours | | | 21.6 | | |
| Average Hourly Rate | | | | $404.86 | |
| Total fees: | | | | | $8,745.00 |

<u>Summary of Professional And</u>
<u>Paraprofessional Time By</u>
<u>Activity Code Category</u>
<u>For this Time Period Only</u>
(EXHIBIT "1-B")

**Activity Code:  007: Fee/Employment Applications**

|  | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Paralegal: | Simone DuQuesnay | $125 | 2.3 | $287.50 |
|  | Activity Subtotal: |  |  | $287.50 |

**Activity Code:  010: Adversary Proceeding; Counsel Holdings, Inc.**

|  | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partner: | David A. Ray | $450 | 18.6 | $8,370.00 |
| Paralegal: | Simone DuQuesnay | $125 | 0.7 | $   87.50 |
|  | Activity Subtotal: |  |  | $8,457.50 |

<u>Summary of Requested Reimbursement of Expenses</u>
<u>for this Time Period Only</u>
<u>(EXHIBIT "2")</u>

[If this is a final application, and does not cumulate prior interim applications, a separate summary showing cumulative expenses for all applications is attached as well]

| | | |
|---|---|---|
| 1. | Filing Fees | $-0- |
| 2. | Process Service Fees | $-0- |
| 3. | Witness Fees | $-0- |
| 4. | Court Reporter Fees and Transcripts | $-0- |
| 5. | Lien and Title Searches | $-0- |
| 6. | Photocopies | |
| | (a) In-house copies | $-0- |
| | (b) Outside copies | $-0- |
| 7. | Postage | $-0- |
| 8. | Overnight Delivery Charges | $-0- |
| 9. | Outside Courier/Messenger Services | $-0- |
| 10. | Long Distance Telephone Charges | $-0- |
| 11. | Long Distance Fax Transmissions | $-0- |
| 12. | Computerized Research | $-0- |
| 13. | Out-of-Southern-District-of-Florida Travel | $-0- |
| | (a)  Transportation ($_____) | |
| | (b)  Lodging ($_____) | |
| | (c)  Meals ($_____) | |
| 14. | Other Permissible Expenses (must specify and justify) | $-0- |

Total Expense Reimbursement Requested:                       $-0-

Applicant's Complete Time Records by Activity Code Category
(EXHIBIT "3")

**Activity Code:  007: Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| 4/28/2025 | SDD | Draft final fee application; sort time by activity codes and calculate costs. | 2.3 | 287.50 |

**Activity Code:  010: Adversary Proceeding: Counsel Holdings, Inc.**

| | | | | |
|---|---|---|---|---|
| 7/7/2024 | DAR | Telephone communication and email communication with client, prepare engagement letter. | 0.5 | 225.00 |
| 7/8/2024 | DAR | Read/review adversary complaint and exhibits, establish deadlines. | 0.5 | 225.00 |
| 8/2/2024 | DAR | Draft notice of appearance and motion for extension of time. | 0.8 | 360.00 |
| 8/2/2024 | SDD | Format & file notice of appearance and motion for extension of time. | 0.3 | 37.50 |
| 8/2/2024 | DAR | Telephone conference and email communication with opposing counsel. | 0.3 | 135.00 |
| 8/5/2024 | DAR | Email communication with client. | 0.1 | 45.00 |
| 8/6/2024 | DAR | Email communication with opp counsel and draft order granting extension of time. | 0.3 | 135.00 |
| 8/28/2024 | DAR | Review complaint, email communication with client. | 0.6 | 270.00 |
| 8/29/2024 | DAR | Email communication with client. | 0.1 | 45.00 |
| 8/29/2024 | DAR | Review proposed pre-conference order, email communication with opp counsel. | 0.2 | 90.00 |
| 8/29/2024 | DAR | Draft answer, affirmative defenses. | 1.4 | 630.00 |
| 8/30/2024 | DAR | Revise answer to include counterclaim, email communication with client. | 0.5 | 225.00 |

| | | | | |
|---|---|---|---|---|
| 9/3/2024 | DAR | Revise counterclaim, email communication with client. | 0.3 | 135.00 |
| 9/4/2024 | DAR | Format & file answer and counterclaim. | 0.5 | 225.00 |
| 9/5/2024 | DAR | Email communication with client. | 0.1 | 45.00 |
| 9/11/2024 | DAR | Review proposed pre-trial order, email communication with opp counsel. | 0.2 | 90.00 |
| 9/27/2024 | DAR | Email communication with client. | 0.2 | 90.00 |
| 10/11/2024 | DAR | Draft initial disclosures. | 0.5 | 225.00 |
| 10/11/2024 | SDD | Format and file initial disclosures. | 0.2 | 25.00 |
| 10/23/2024 | DAR | Email communication with client. | 0.1 | 45.00 |
| 10/27/2024 | DAR | Draft response in opposition to motion to dismiss counterclaim. | 1.9 | 855.00 |
| 10/28/2024 | DAR | Revise response in opposition. | 0.1 | 45.00 |
| 10/28/2024 | SDD | Format & file response in opposition to motion to dismiss counterclaim. | 0.2 | 25.00 |
| 11/4/2024 | DAR | Email communication with client. | 0.2 | 90.00 |
| 11/5/2024 | DAR | Telephone conference with client. | 0.2 | 90.00 |
| 11/6/2024 | DAR | Review reply re motion to dismiss. | 0.6 | 270.00 |
| 11/6/2024 | DAR | Telephone conference with client. | 0.2 | 90.00 |
| 12/22/2024 | DAR | Prepare 7030 subpoena duces tecum. | 1.0 | 450.00 |
| 12/23/2024 | DAR | Email and Telephone conference with main case counsel. | 0.3 | 135.00 |
| 12/24/2024 | DAR | Email communication with opposing counsel re discovery scheduling. | 0.1 | 45.00 |

| | | | | |
|---|---|---|---|---|
| 12/30/2024 | DAR | Email communication with opposing counsel re discovery scheduling. | 0.1 | 45.00 |
| 1/3/2025 | DAR | Email communication with opposing counsel re discovery scheduling. | 0.1 | 45.00 |
| 1/6/2025 | DAR | Telephone conference with Z Zermay. | 0.5 | 225.00 |
| 1/6/2025 | DAR | Email and telephone communication with opposing counsel re scheduling and continuance. | 0.2 | 90.00 |
| 1/7/2025 | DAR | Email communication with client. | 0.1 | 45.00 |
| 1/13/2025 | DAR | Email communication with client. | 0.1 | 45.00 |
| 1/14/2025 | DAR | Prepare notice of cancellation of examination. | 0.3 | 135.00 |
| 1/16/2025 | DAR | Email communication with client. | 0.1 | 45.00 |
| 1/22/2025 | DAR | Telephone conference with client. | 0.3 | 135.00 |
| 1/27/2025 | DAR | Telephone conference with Z Zermay. | 0.4 | 180.00 |
| 1/27/2025 | DAR | Email communication with client and Z Zermay re deadlines. | 0.2 | 90.00 |
| 1/28/2025 | DAR | Travel to/from, preparation for and appearance at hearing on motion to dismiss. | 3.5 | 1,575.00 |
| 1/28/2025 | DAR | Telephone conference with Z Zermay. | 0.2 | 90.00 |
| 1/30/2025 | DAR | Review proposed order and email communication with opposing counsel. | 0.2 | 90.00 |
| 1/31/2025 | DAR | Telephone and email communication with client re successor counsel. | 0.3 | 135.00 |
| 2/3/2025 | DAR | Email communication with client & Z Zermay re deadlines. | 0.1 | 45.00 |
| 2/25/2025 | DAR | Telephone conference with Z Zermay. | 0.1 | 45.00 |