UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,　　　　　　　　　Case No. 24-13584-MAM
　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　Debtor.
_____/

## SUMMARY OF FINAL FEE APPLICATION OF DEBTOR'S SPECIAL COUNSEL

1. Name of applicant: **Zermay Law, P.A.**
2. Role of applicant: **Special Counsel for Debtor**
3. Name of certifying professional: **Zach Zermay, Esq.**
4. Date case filed: **April 15, 2024**
5. Date of application for employment: **March 7, 2025 [ECF 161]**
6. Date of order approving employment: **3/19/2025 nunc pro tunc to 2/20/2025 [ECF 171]**
7. If debtor's counsel, date of Disclosure of Compensation form: **n/a**
8. Date of this application: **October 13, 2025**
9. Dates of services covered: **2/20/2025 – 10/10/2025**
10. If case is chapter 7, amount trustee has on hand: n/a

　　　　**Fees...**
11. Total fee requested for this period (from Exhibit 1)　　　　$35,778.00
12. Balance remaining in fee retainer account, not yet awarded　　($　　0)
13. Fees paid or advanced for this period, by other sources　　　($　　0)
14. **Net amount of fee requested for this period**　　　　　　**$35,778.00**

　　　　**Expenses...**
15. Total expense reimbursement requested for this period (from Exhibit 2)　$　0
16. Balance remaining in expense retainer account, not yet received　($　0)
17. Expenses paid or advanced for this period, by other sources　　($　0)
18. **Net amount of expense reimbursements requested for this period**　**$　0**

19. Gross award requested for this period (#11 + #15)　　　　$35,778.00
20. **Net award requested for this period (#14 + #18)**　　　**$35,778.00**
_____
　　　　**If final fee application…**
21. Amounts of net awards requested in interim applications but not previously awarded (total from "History of Fees and Expenses," following pages):　　　　　　　　　　　　　　　　　　$　0
22. **Final fee and expense award requested (#20 + #21)**　　**$35,778.00**

## History of Fees and Expenses

1. Dates, sources, and amounts of *retainers* received:

   | Dates | Sources | Amounts | For fees or costs? |
   |---|---|---|---|

   n/a

2. Dates, sources, and amounts of *third party* payments received:

   | Dates | Sources | Amounts | For fees or costs? |
   |---|---|---|---|

   n/a

3. Prior fee and expense awards...

   n/a

Fee Application

Zachary Zermay, of Zermay Law P.A., special counsel to the Debtor, applies for final compensation for fees for services rendered and costs incurred in this Chapter 11 case. This application is filed pursuant to 11 U.S.C. §330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The applicant believes that the requested fee, of **$35,778.00** for **80.4** hours worked, is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as follows:

The Time and Labor Required: The applicant's actual time records are attached as Exhibit "3". They reflect the nature of the services performed, but neither the quality nor importance of the services, nor the priority accorded this case. Typically, some minor services are not recorded in the time records.

The Novelty and Difficulty of the Services Rendered: The novelty and difficulty of the services rendered are in par with similar matters.

The Skill Requisite to Perform the Legal Services Properly: To properly represent any Chapter 11 debtor in defending against an adversary proceeding requires substantial legal skill and experience.

3

<u>The Preclusion of Other Employment by the Attorney Due to the Acceptance of the Case</u>:  To our knowledge, no other employment was precluded by our accepting this case.  Of course, had we not accepted this case, we might have devoted our time to other matters for which we are compensated by clients on a current monthly basis.

<u>The Customary Fee</u>:  The fee request is reflective of the same hourly rates which we charge other commercial clients on a monthly basis.

<u>Whether the Fee is Fixed or Contingent</u>:  Our fee is based on a fixed hourly rate subject to the court's approval.

<u>Time Limitations Imposed by the Client or Other Circumstances</u>:  There were no particular time limitations which created any special burden on the applicant.

<u>The Experience, Reputation, and Ability of the Attorneys</u>:   Mr. Zermay and his firm are experienced in bankruptcy proceedings, and are well known to this Court.  They have a good reputation and proven ability in the field of bankruptcy.

<u>The Undesirability of the Case</u>:  This case cannot be described as undesirable.

<u>The Nature and Length of the Professional Relationship</u>:  The applicant has not represented this client on other occasions.

<u>Awards in Similar Cases</u>:  The fee requested is typical of fees requested and received by applicants for similar services involving similar results obtained, considering the size and complexity of the disputes among the parties.  A significant portion of any fee award necessarily defrays the substantial overhead charges incurred in operating the applicant's firm, including secretary, library and word processing, and other technical support for which clients outside of bankruptcy proceedings may be separately charged.

WHEREFORE, the applicant seeks an award of fees in the amount of **$35,778.00** and costs in the amount of **$0.00**.

**Dated: October 13, 2025**

    Respectfully submitted,

    **ZERMAY LAW, P.A.**
    3000 Coral Way, Suite 1115
    Coral Gables, FL 33145
    Telephone: (310) 752-9728
    Fax: (844) 894-6204

    By: */s/Zachary Z. Zermay*
    Zachary Z. Zermay
    Florida Bar No. 1002905
    Email: Zach@ZermayLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case.

    */s/Zachary Z. Zermay*
    Zachary Z. Zermay

Certification

1.      I have been designated by **Zermay Law, P.A.** (the "Applicant") as the professional with responsibility in this case for compliance with the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.      The following are the variances with the provisions of the Guidelines, the date of each Court order approving the variance, and the justification for the variance: n/a.

**Dated: October 13, 2025**

                                                ZERMAY LAW, P.A.
                                                3000 Coral Way, Suite 1115
                                                Coral Gables, FL 33145
                                                Telephone: (310) 752-9728
                                                Fax: (844) 894-6204

                                                By: */s/Zachary Z. Zermay*
                                                Zachary Z. Zermay
                                                Florida Bar No. 1002905
                                                Email: Zach@ZermayLaw.com

Summary of Professional and
Paraprofessional Time
Total per Individual
For this Period Only
(EXHIBIT "1-A")

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| Name | Partner, Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|---|---|---|---|---|---|
| Zachary Zermay | Partner | 2017 | 80.4 | $445.00 | $35,778.00 |
| Total Hours | | | 80.4 | | |
| Average Hourly Rate | | | | $445.00 | |
| Total fees: | | | | | $35,778.00 |

Summary of Professional And
Paraprofessional Time By
Activity Code Category
For this Time Period Only
(EXHIBIT "1-B")

**Activity Code: 010: Litigation Counsel Holdings, Inc**

|  | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partner: | Zachary Zermay | $445 | 80.4 | $35,778.00 |
|  | Activity Subtotal: |  |  | $35, 778.00 |

<u>Summary of Requested Reimbursement of Expenses</u>
<u>for this Time Period Only</u>
(EXHIBIT "2")

[If this is a final application, and does not cumulate prior interim applications, a separate summary showing cumulative expenses for all applications is attached as well]

| | | |
|---|---|---|
| 1. | Filing Fees | $-0- |
| 2. | Process Service Fees | $-0- |
| 3. | Witness Fees | $-0- |
| 4. | Court Reporter Fees and Transcripts | $-0- |
| 5. | Lien and Title Searches | $-0- |
| 6. | Photocopies | |
| | (a) In-house copies | $-0- |
| | (b) Outside copies | $-0- |
| 7. | Postage | $-0- |
| 8. | Overnight Delivery Charges | $-0- |
| 9. | Outside Courier/Messenger Services | $-0- |
| 10. | Long Distance Telephone Charges | $-0- |
| 11. | Long Distance Fax Transmissions | $-0- |
| 12. | Computerized Research | $-0- |
| 13. | Out-of-Southern-District-of-Florida Travel | $-0- |
| | (a) Transportation ($_____) | |
| | (b) Lodging ($_____) | |
| | (c) Meals ($_____) | |
| 14. | Other Permissible Expenses (must specify and justify) | $-0- |
| | Total Expense Reimbursement Requested: | $-0- |

9



**ZERMAY LAW, P.A**

3000 Coral Way, Suite 1115
Coral Gables, FL 33145
Telephone: (310) 752-9728
Fax: (844) 894-6204
Email: Zach@ZermayLaw.com

October 10, 2025

**EXHIBIT "3"**

<u>**VIA EMAIL**</u>
Bill To
Evan Jowers
*ejowers@laterallink.com*

**Activity Code 010: Litigation Counsel Holdings Inc.**

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 02/20/2025 | Review the FCCA counter-complaint; and analysis of claims and bankruptcy implications | 4.0 | $445.00 | $1,780.00 |
| 02/21/2025 | Review order dismissing initial FCCA counter-complaint | 0.2 | $445 | $89.00 |
| 02/21/2025 | Review emails between Robert Kinney and Evan Jowers | 3.0 | $445.00 | $1,335.00 |
| 02/21/2025 | Review loan agreements and compare with FCCPA definitions to confirm consumer nature of agreements | 3.0 | $445 | $1,335.00 |
| 02/21/2025 | Prepare initial draft FCCPA amended complaint | 3.6 | $445 | $1,602.00 |
| 02/22/2025 | Add edit fact to FCCPA amended complaint to meet 11th circuit anti-shotgun pleading standard | 3.4 | $445 | $1,513.00 |
| 02/22/2025 | Discuss with client FCCPA claims | 3.0 | $445 | $1,335.00 |
| 02/23/2025 | Enact client requested edits to FCCPA amend complaint | 3.4 | $445 | $1,513.00 |
| 02/25/2025 | Finalize FCCPA complaint for filing | 3.0 | $445 | $1,335.00 |
| 02/27/2025 | Discuss FCCPA claims with client and flow of the litigation | 2.6 | $445 | $1,157.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/12/2025 | Review CH's motion for sanctions, discuss with co-counsel | 1.6 | $445 | $712.00 |
| 3/12/2025 | Discuss CH's motion to dismiss and for sanctions with client | 2.6 | $445 | $1,157.00 |
| 3/13/2025 | Review CH's motion to dismiss and for abstention, review case law | 2.7 | $445 | $1,201.50 |
| 3/13/2025 | Review case law regarding BK's courts abstention case law and what constitutes a core issue | 3.0 | $445 | $1,335.00 |
| 03/14/2025 | Drafting opposition to motion to dismiss | 4.0 | $445.00 | $1,780.00 |
| 03/14/2025 | Discuss opposition to motion to dismiss with client | 2.6 | $445 | $1,157.00 |
| 3/15/2025 | Review case law regarding temporary injunctions, notices of dismissal in state court | 3.0 | $445 | $1,335.00 |
| 3/15/2025 | Research core bankruptcy proceedings and issues | 2.6 | $445 | $1,157.00 |
| 3/15/2025 | Draft opposition to motion to dismiss | 4.6 | $445 | $2,047.00 |
| 3/16/2025 | Review CH's motion to dismiss and for sanctions and review cited cases | 3.5 | $445 | $1,557.50 |
| 3/16/2025 | Finalize opposition to motion to dismiss for filing | 3.5 | $445 | $1,557.50 |
| 3/17/2025 | Travel to West Palm Beach from Coral Gables | 2.0 | $445 | $890.00 |
| 3/18/2025 | Attend Hearing in West Palm Beach on Motion to Dismiss | 2.0 | $445 | $890.00 |
| 3/18/2025 | Discuss hearing on motion to dismiss with client | 1.6 | $445 | $712.00 |
| 3/18/2025 | Drive back from West Palm Beach to Coral Gables | 2.0 | $445 | $890.00 |
| 3/24/2025 | Review and cite check opposition to motion to dismiss | 1.6 | $445 | $712.00 |
| 3/27/2025 | Review and read CH's supporting reply to motion to dismiss | 2.6 | $445 | $1,157.00 |

| 3/27/2025 | Discuss CH's supporting reply to motion to dismiss with client | 1.6 | $445 | $712.00 |
|---|---|---|---|---|
| 4/7/2025 | Discuss CH's motion for sanctions with cocounsel | 0.8 | $445 | $356.00 |
| 4/7/2025 | Discuss CH's motion for sanctions with client and prospects of filing cross-sanctions motion | 1.8 | $445 | $801.00 |
| 4/12/2025 | Review emails with Judge Hyman | 0.2 | $445 | $89.00 |
| 4/12/2025 | Call client regarding opposing counsel's emails to Judge Hyman and prospect of sanctions being imposed on him | 0.9 | $445 | $400.50 |
| 4/18/2025 | Jowers Judicial Settlement Conference/Pre-Settlement Call/Counsel Only | 0.4 | $445 | $178.00 |
|  | **TOTAL** | 80.4 |  | $35,778.00 |