UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

EVAN PHILLIP JOWERS

CASE NO: 24-13584-MAM

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

ECF Docket Reference No. 190

On 10/17/2025, I did cause a copy of the following documents, described below,

9019 Motion ECF Docket Reference No. 190

Ex. A to 9019 Motion 190-1

Ex. B to 9019 Motion 190-2

Ex. C to 9019 Motion 190-3

First and Final Fee Application by Paragon Law 191

First and Final Fee Application by Davd A. Ray 192

First and Final Fee Application by Zachary Zermay DE 193

Motion to Dismiss DE 194

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/17/2025

/s/ Kristopher Aungst
Kristopher Aungst 55348
Attorney for Debtor
Paragon Law, LLC
2665 S. Bayshore Dr., Suite # 220-10
MIAMI, FL 33133
305-812-5443
kris.aungst.law@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

EVAN PHILLIP JOWERS

CASE NO: 24-13584-MAM

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 190

On 10/17/2025, a copy of the following documents, described below,

9019 Motion ECF Docket Reference No. 190

Ex. A to 9019 Motion 190-1

Ex. B to 9019 Motion 190-2

Ex. C to 9019 Motion 190-3

First and Final Fee Application by Paragon Law 191

First and Final Fee Application by Davd A. Ray 192

First and Final Fee Application by Zachary Zermay DE 193

Motion to Dismiss DE 194

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kristopher Aungst
Paragon Law, LLC
2665 S. Bayshore Dr., Suite # 220-10
MIAMI, FL 33133

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-13584-MAM
SOUTHERN DISTRICT OF FLORIDA
THU OCT 16 13-46-39 PST 2025

COUNSEL HOLDINGS INC
CO LORIUM LAW
101 NE 3RD AVENUE SUITE 1800
FORT LAUDERDALE FL 33301-1252

VAN HORN LAW GROUP PA
500 NE 4TH STREET
FORT LAUDERDALE FL 33301-1163

WELLS FARGO BANK NA DBA WELLS FARGO AU
PO BOX 169005
IRVING TX 75016-9005

~~EXCLUDE~~
~~(U)WEST PALM BEACH~~

01 SIXT RENT A CAR LLC RAC
PO BOX 131
CHAMPLIN MN 55316-0131

ADAMS AND REESE LLP
1901 6TH AVENUE NORTH
SUITE 1110
BIRMINGHAM ALABAMA 35203-4667

ADAMS AND REESE LLP
CO RON C BINGHAM II ESQ
3424 PEACHTREE ROAD NE SUITE 1600
ATLANTA GA 30326-1139

AFFIRM INC
650 CALIFORNIA STREET 12TH FLOOR
SAN FRANCISCO CA 94108-2716

ALLSTATE CAR INSURANCE
1501 N PLANO RD SUITE 100
RICHARDSON TX 75081-2493

AMERICAN EXPRESS
200 VESEY STREET
NEW YORK NY 10285-0002

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AUDI FINANCIAL
CO CONSUMER CREDIT TEAM
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BARCLAYS
PO BOX 70378
PHILADELPHIA PA 19176-0378

BLOOMINGDALES
LEXINGTON AVE
NEW YORK NY 10022

CW NEXUS CREDIT CARD HOLDINGS L LLC
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CHASE BANK
270 PARK AVENUE
NEW YORK NY 10017-2070

CITI BANK
PO BOX 6500
SIOUX FALLS SD 57117-6500

(P)COUNSEL HOLDINGS INC
824 W 10TH ST
SUITE 200
AUSTIN TX 78701-2040

COUNSEL HOLDINGS INC
CO JASON SLATKIN ESQ
LORIUM LAW
101 NE 3RD AVE SUITE 1800
FT LAUDERDALE FLORIDA 33301-1252

~~EXCLUDE~~
~~(U)COUNSEL HOLDINGS INCORPORATED~~

INTERNATIONAL
HONG KONG INLAND REVENUE DEPARTMENT
REVENUE TOWER
5 GLOUCESTER ROAD WAN CHAI
HONG KONG

~~EXCLUDE~~
~~(U)INTERNAL REVENUE SERVICE~~

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA PA 19101-7317

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID
CRANE PARTNERS PLLC
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MERRICK BANK
10705 S JORDAN GATEWAY 200
SOUTH JORDAN UT 84095-3977

MICHAEL CARR
4 17TH AVE S
LAKE WORTH BEACH FL 33460-5804

NELNET
PO BOX 2837
PORTLAND OR 97208-2837

OFFICE OF THE US TRUSTEE
51 SW 1ST AVE
SUITE 1204
MIAMI FL 33130-1614

SORLED HOLDINGS INC
461 TAMARIND DRIVE
FORT LAUDERDALE FLORIDA 33309

TRUIST BANK
ATTN SUPPORT SERVICES
PO BOX 85092
RICHMOND VA 23285-5092

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN NE 68508-1904

US SMALL BUSINESS ADMINISTRATION
409 3RD ST SW
WASHINGTON DC 20416-0002

US SMALL BUSINESS ADMINISTRATION
51 SW 1ST AVE SUITE 201
MIAMI FL 33130-1625

VW CREDIT LEASING LTD
CO VW CREDIT INC
PO BOX 9013
ADDISON TEXAS 75001-9013

WELLS FARGO
420 MONTGOMERY ST
SAN FRANSICO CA 94104-1298

WELLS FARGO BANK NA DBA WELLS FARGO AUT
PO BOX 169005
IRVING TEXAS 75016-9005

ALEXIS LAMB
1090 BASCOMB FARM DRIVE
ALPHARETTA GA 30009-7137

DAVID HYERS
703 CEDAR BAY RD
JACKSONVILLE FL 32218-4931

DAVID A RAY
303 SW 6TH STREET
FORT LAUDERDALE FL 33315-1027

DEBTOR
EVAN PHILLIP JOWERS
4 17TH AVE S
LAKE WORTH FL 33460-5804

JOSH CARR
149 DUBLIN DRIVE
LAKE MARY FL 32746-3320

KRISTOPHER AUNGST
PARAGON LAW LLC
2665 S BAYSHORE DR SUITE 220-1
MIAMI FL 33133-5448

KRISTOPHER AUNGST ESQ
2665 S BAYSHORE DR
SUITE 220-10
MIAMI FL 33133-5448

MICHAEL CARR
4 17TH AVE
LAKE WORTH BEACH FL 33460-5804

ROBERT E KINNEY
824 W 10TH STREET SUITE 200
AUSTIN TX 78701-2040

ZACHARY ZERMAY
3000 CORAL WAY 1115
CORAL GABLES FL 33145-3239

ZACHARY Z ZERMAY
3000 CORAL WAY STE 1115
MIAMI FL 33145-3239

7332386710

Zachary Zermay
3000 Coral Way #1115
represented by:
Kristopher Aungst, Esq.
2665 S. Bayshore Dr.
Suite 220-10
Miami, FL 33133
</tbody></table></html>

ka@paragonlaw.miami

Chad T Van Horn
500 NE 4 St #200
Ft Lauderdale, FL 33301
Robert E. Kinney
824 W 10th Street, Suite 200
represented by:
Robert E Kinney
824 W 10th St., Suite 200
Austin, TX 78701
Alexis Lamb
1090 Bascomb Farm Drive

robert@kinneypc.com

Jason Slatkin, Esq.
Lorium Law
101 NE 3rd Avenue Suite 1800
Fort Lauderdale, FL 33301
David Hyers
703 Cedar Bay Rd

jslatkin@loriumlaw.com