# Wells Fargo Clear Access Banking℠

September 30, 2025 ■ Page 1 of 6



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
1-800-TO-WELLS  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo using texts and automated calls that look real.

Wells Fargo will not contact you and ask you to:
- Provide your PIN, access code, or card information.
- Give device passwords, share your screen, or join a video call.
- Withdraw cash and deposit it to another account.
- Send money to a person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- Hand over, mail, or leave your card somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app* or online. If you think your card has been used fraudulently, please contact us as soon as possible.



*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 9/1 | $3.90 |
| Deposits/Additions | 19,214.90 |
| Withdrawals/Subtractions | - 19,203.34 |
| Ending balance on 9/30 | $15.46 |

Account number: ▉▉▉▉▉▉ 1196  (primary account)

EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 9/2 | | Instant Pmt From Hard Rock Bet Credit Via Trust-Hard Rock Bet on 08/31 Ref#20250831021214273P1Bmi4351362887502 | 390.77 | | |
| 9/2 | | Zelle to Jowers Tatiana on 08/31 Ref # Wfct0Z7Fvkc7 | | 390.00 | 4.67 |
| 9/11 | | Zelle From Kathleen Jowers on 09/11 Ref # Cof6Ew8Hvgvb | 20.00 | | 24.67 |
| 9/12 | | Purchase authorized on 09/11 Publix #739 Delray Beach FL S585254664977258 Card 9798 | | 16.66 | |
| 9/12 | | Zelle to Jowers Tatiana on 09/12 Ref # Wfct0Z8M9Hnd | | 3,000.00 | |
| 9/12 | | Zelle to Jowers Kathy on 09/12 Ref # Wfct0Z8M9Q8M | | 200.00 | |
| 9/12 | | Purchase authorized on 09/12 Uber * Eats Pending San Francisco CA P000000186397192 Card 9798 | | 51.14 | |
| 9/12 | | Wells Fargo Auto Fee & Pmts 091225 7655536039 Evan,P,Jowers | | 1,774.55 | -5,017.68 |
| 9/15 | | Lateral Link Gro Payroll 13575000015125x Jowers, Evan P | 10,000.00 | | |
| 9/15 | | Zelle From Kathleen Jowers on 09/15 Ref # Cofj7Lo4Ot3N | 600.00 | | |
| 9/15 | | Purchase authorized on 09/12 Public Storage 206 800-567-0759 FL S385255511059924 Card 9798 | | 548.82 | |
| 9/15 | | Recurring Payment authorized on 09/12 Puls.Com 713-568-3458 CA S385255615066281 Card 9798 | | 12.90 | |
| 9/15 | | Recurring Payment authorized on 09/12 Hydrow Subscriptio Hydrow.Com MA S585255692418275 Card 9798 | | 44.00 | |
| 9/15 | | Recurring Payment authorized on 09/12 Peloton* Membershi Onepeloton.CO NY S305255693440576 Card 9798 | | 48.29 | |
| 9/15 | | Zelle to Jowers Tatiana on 09/13 Ref # Wfct0Z8Qs652 | | 2,000.00 | |
| 9/15 | | Purchase authorized on 09/13 Uber * Eats Pending San Francisco CA P000000781573262 Card 9798 | | 32.52 | |
| 9/15 | | Recurring Payment authorized on 09/13 Spotify 877-778-1161 NY S385256844807730 Card 9798 | | 13.58 | |
| 9/15 | | Zelle to Cooke Jason on 09/13 Ref # Wfct0Z8Tc8Wq | | 10.00 | |
| 9/15 | | Recurring Payment authorized on 09/14 El Car Wash Lantan 305-603-9565 FL S305257326841505 Card 9798 | | 42.79 | |
| 9/15 | | Zelle to Jowers Tatiana on 09/14 Ref # Wfct0Z8Vht2B | | 1,000.00 | |
| 9/15 | | Purchase authorized on 09/15 Wholefds Dbr#107 680 Lint Delray Beach FL P385259015539183 Card 9798 | | 76.10 | |
| 9/15 | | Hard Rock Bet Viatrustly Evan Jowers | | 200.00 | |
| 9/15 | | Hard Rock Bet Viatrustly Evan Jowers | | 200.00 | |
| 9/15 | | Hard Rock Bet Viatrustly Evan Jowers | | 200.00 | |
| 9/15 | | Hard Rock Bet Viatrustly Evan Jowers | | 200.00 | 953.32 |
| 9/16 | | Recurring Payment authorized on 09/14 Vendostore*Epic Cerdanyola DE Esp S465258139697008 Card 9798 | | 89.95 | 863.37 |
| 9/18 | | ATT Payment 091725 102154001Smt2M Valued Customer | | 837.70 | 25.67 |
| 9/19 | | Purchase authorized on 09/18 Publix #739 Delray Beach FL S585261804861809 Card 9798 | | 5.39 | 20.28 |
| 9/22 | | Zelle From Kathleen Jowers on 09/21 Ref # Cof19Pt1Gng4 | 100.00 | | |
| 9/22 | | Purchase authorized on 09/21 Publix #739 Delray Beach FL S465264629284193 Card 9798 | | 71.36 | |
| 9/22 | | Purchase authorized on 09/21 Wholefds Dbr#107 680 Lint Delray Beach FL P305264832344641 Card 9798 | | 38.70 | 10.22 |
| 9/24 | | Money Transfer authorized on 09/24 From Progressive OH S385267751353996 Card 9798 | 7,754.13 | | |
| 9/24 | | Zelle to Jowers Tatiana on 09/24 Ref # Wfct0Z9V754Y | | 1,555.00 | |
| 9/24 | | Zelle to Jowers Kathy on 09/24 Ref # Wfct0Z9V77SF | | 400.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/24 | | Purchase authorized on 09/24 Uber Technologies, Inc Wilmington DE P000000582801015 Card 9798 | | 62.69 | |
| 9/24 | | Zelle to Jowers Tatiana on 09/24 Ref # Wfct0Z9Vq2Ss | | 500.00 | 5,246.66 |
| 9/25 | | Recurring Payment authorized on 09/24 Netflix.Com Netflix.Com CA S305267766027088 Card 9798 | | 28.30 | |
| 9/25 | | Recurring Payment authorized on 09/24 Google *Youtube G.CO/Helppay# CA S385268030870334 Card 9798 | | 15.84 | |
| 9/25 | | Recurring Payment authorized on 09/24 Wetransfer* 3C462A Amsterdam Nld S465268224057946 Card 9798 | | 25.00 | |
| 9/25 | | Zelle to Jowers Tatiana on 09/25 Ref # Wfct0Z9WT7Ts | | 1,005.00 | |
| 9/25 | | Purchase authorized on 09/25 Uber * Eats Pending San Francisco CA P000000683881240 Card 9798 | | 46.48 | |
| 9/25 | | Zelle to Carr Mike on 09/25 Ref # Wfct0Z9Ynm9J | | 1,750.00 | 2,376.04 |
| 9/26 | | Purchase authorized on 09/24 Geico *Auto 800-841-3000 DC S385267768230673 Card 9798 | | 493.59 | |
| 9/26 | | Purchase authorized on 09/24 Geico *Auto 800-841-3000 DC S385267771681769 Card 9798 | | 920.66 | |
| 9/26 | | Zelle to Zeebarth Staffin Ref # Wfct0Zb2225C | | 500.00 | |
| 9/26 | | Purchase authorized on 09/26 Wholefds Dbr#107 680 Lint Delray Beach FL P385269648166968 Card 9798 | | 148.68 | 313.11 |
| 9/29 | | Zelle From Tatiana Jowers on 09/29 Ref # Bacveu70Wqpx | 350.00 | | |
| 9/29 | | Recurring Payment authorized on 09/26 Amazon Prime*Q84Kf Amzn.Com/Bill WA S465269777183892 Card 9798 | | 15.13 | |
| 9/29 | | Purchase authorized on 09/26 Prime Video Channe Amzn.Com/Bill WA S465270121443004 Card 9798 | | 14.71 | |
| 9/29 | | Recurring Payment authorized on 09/27 Sxm*Siriusxm.Com/A 888-635-5144 NY S465270434278873 Card 9798 | | 28.29 | |
| 9/29 | | Hard Rock Bet Viatrustly Evan Jowers | | 50.00 | |
| 9/29 | | Hard Rock Bet Viatrustly Evan Jowers | | 100.00 | |
| 9/29 | | Hard Rock Bet Viatrustly Evan Jowers | | 100.00 | |
| 9/29 | | ATT Payment 092725 429766002Smt2J Valued Customer | | 302.83 | 52.15 |
| 9/30 | | Purchase authorized on 09/29 Tst*Bagels with DE Delray Beach FL S305272604628765 Card 9798 | | 31.69 | |
| 9/30 | | Monthly Service Fee | | 5.00 | 15.46 |
| Totals | | | $19,214.90 | $19,203.34 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2025 - 09/30/2025 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RD/RD



# ✓ IMPORTANT ACCOUNT INFORMATION

We're changing the timing of when the monthly service fee is posted to your account. Currently, the monthly service fee is assessed and posted on the last day of the fee period. Starting November 10, 2025, if a monthly service fee is assessed, we will calculate it on the last business day of the fee period. Then, the fee will post on the first day of the next fee period.

Due to this change in timing, your first statement after November 10, 2025, won't include a monthly service fee and the monthly service fee summary will be blank, but both will be reflected on your next statement. Subsequent statements will include both the monthly service fee, if applicable, and the summary.

Your fee period details are available in the Monthly service fee summary in this statement.

A new way to avoid the Clear Access Banking monthly service fee

We're updating Clear Access Banking with a new way to avoid the monthly service fee.
Starting October 25, 2025, you'll avoid the $5 monthly service fee when you receive $250 or more in total qualifying (1) electronic deposits in your Clear Access Banking account each fee period. (2)

You can also avoid the fee each fee period with:
- A primary account owner who is 13 to 24 years old (3)
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program (4)

To learn more about Clear Access Banking and its features, visit wellsfargo.com/checking/clear-access-banking. If you have questions, visit Help & Support on the Wells Fargo Mobile® app (5), go to wellsfargo.com/help, or call us anytime at 1-800-TO-WELLS (1-800-869-3557).

1. A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
2. The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement.
3. When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee. Customers between 13 and 16 years old must have an adult co-owner.
4. You will receive your Worldwide Military Banking program benefits 45 days after your qualifying non-civilian military direct deposit is deposited into your eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking or wellsfargo.com/depositdisclosures.
5. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



| | Number | Items outstanding | Amount |
|---|---|---|---|
| Account Balance Calculation Worksheet | | | |

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance shown on your statement.. . . . . . . . . . . . . . . . $_____

ADD
B. Any deposits listed in your      $_____
   register or transfers into       $_____
   your account which are not       $_____
   shown on your statement.      + $_____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

SUBTRACT
C. The total outstanding checks and withdrawals from the chart above. . . . . . . . . - $_____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same as the current balance shown in your check register. . . . . . . . . . . . . . . . . . . . . . $_____

Total $ _____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

