## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month |
|---|---:|
|  | **Sep-25** |
| **CASH** - Beginning of Month | 3.90 |
| **CASH RECEIPTS** |  |
| Salary or Cash from Business or Self Employment | 19,214.90 |
| Wages from Other Sources (attach list to this report) | 0.00 |
| Interest or Dividend Income | 0.00 |
| Alimony or Child Support | 0.00 |
| Social Security/Pension/Retirement | 0.00 |
| Other - from Spouse/Daughter | 0.00 |
| Other - Refunds | 0.00 |
| **TOTAL RECEIPTS** | **19,214.90** |
| **CASH DISBURSEMENTS** |  |
| Alimony or Child Support Payments | 0.00 |
| Business Expenses | -850.00 |
| Bank charges | 0.00 |
| Charitable Contributions | 0.00 |
| Children Expenses | 0.00 |
| Children Childcare/Education | 0.00 |
| Gifts | 0.00 |
| Household Expenses/Food/Clothing | -2,088.79 |
| Household Repairs & Maintenance |  |
| HOA | 0.00 |
| Insurance | -900.00 |
| IRA Contribution | 0.00 |
| Lease/Rent Payments | -6,750.00 |
| Medical/Dental Payments | 0.00 |
| Mortgage Payment(s) | 0.00 |
| Professional Fees (Accounting, Attorneys, etc.) | 0.00 |
| Tuition - Education | 0.00 |
| Taxes - Personal | 0.00 |
| Taxes - Real Estate | 0.00 |
| Telephone | -350.00 |
| Travel & Entertainment | -650.00 |
| Subscriptions | -180.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | -520.00 |
| Vehicle Expenses | 0.00 |
| Vehicle Secured Payment(s) | -3,174.55 |
| U. S. Trustee Quarterly Fees | 0.00 |
| Other - to Spouse (Household/Living Expenses) | -3,200.00 |
| Other  Miscellaneous | -540.00 |
| **Total Household Disbursements** | **19,203.34** |
| **CASH - End of Month** | **15.46** |