UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re EVAN PHILLIP JOWERS,                               Chapter 11

                Debtor.                              Case No. 24-13584-MAM
_____/

COUNSEL HOLDINGS, INC.,

Plaintiff,
  v.                                                                                   Adv. Pro. No.: 24-01338-MAM

EVAN PHILLIP JOWERS,

Defendant.
                                          _____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Order Granting Agreed Joint Motion to Approve Compromise and Settlement of Controversy Between Debtor Evan Phillip Jowers and Counsel Holdings, Inc. (Re: # 190) was served via the Court's CM/ECF system to all parties on November 13, 2025.

Dated:    November 13, 2025

                                          Respectfully submitted,

                                          **/s/ Kristopher Aungst**
                                    Kristopher Aungst, Esq., Attorney for the Debtor
                                    Fla. Bar # 55348
                                    2665 S. Bayshore Dr.,
                                    Suite 220-10
                                    Miami, FL 33133
                                    Telephone: 305-812-5443
                                    Email: ka@paragonlaw.miami