UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE:<br><br>EVAN PHILLIP JOWERS | CASE NO: 24-13584-MAM<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 204 |

On 11/18/2025, I did cause a copy of the following documents, described below,

Order Granting David A. Ray PA Fee Application ECF Docket Reference No. 204

Order Granting Paragon Law Fee Application 205

Order Granting Zermay Fee Application 206

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/18/2025

/s/ Kristopher Aungst
Kristopher Aungst  55348
Attorney for Debtor
Paragon Law, LLC
2665 S. Bayshore Dr., Suite # 220-10
MIAMI, FL 33133
305-812-5443
kris.aungst.law@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 24-13584-MAM |
| EVAN PHILLIP JOWERS | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** |
| | Chapter: 11 <br> ECF Docket Reference No. 204 |

On 11/18/2025, a copy of the following documents, described below,

Order Granting David A. Ray PA Fee Application ECF Docket Reference No. 204

Order Granting Paragon Law Fee Application 205

Order Granting Zermay Fee Application 206

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/18/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kristopher Aungst
Paragon Law, LLC
2665 S. Bayshore Dr., Suite # 220-10
MIAMI, FL  33133

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-13584-MAM<br>SOUTHERN DISTRICT OF FLORIDA<br>TUE NOV 18 10-13-33 PST 2025 | COUNSEL HOLDINGS  INC<br>CO LORIUM LAW<br>101 NE 3RD AVENUE  SUITE 1800<br>FORT LAUDERDALE  FL 33301-1252 | VW CREDIT  INC<br>PO BOX 5703<br>CLEARWATER  FL 33758-5703 |

EXCLUDE

VAN HORN LAW GROUP PA
500 NE 4TH STREET
FORT LAUDERDALE  FL 33301-1163

WELLS FARGO BANK  NA  DBA WELLS FARGO AU
PO BOX 169005
IRVING  TX 75016-9005

(U)WEST PALM BEACH

01 SIXT RENT A CAR LLC RAC
PO BOX 131
CHAMPLIN  MN
55316-0131

ADAMS AND REESE LLP
1901 6TH AVENUE NORTH
SUITE 1110
BIRMINGHAM  ALABAMA 35203-4667

ADAMS AND REESE LLP
CO RON C BINGHAM  II  ESQ
3424 PEACHTREE ROAD  NE  SUITE 1600
ATLANTA  GA 30326-1139

AFFIRM INC
650 CALIFORNIA STREET  12TH FLOOR
SAN FRANCISCO  CA 94108-2716

ALLSTATE CAR INSURANCE
1501 N PLANO RD SUITE 100
RICHARDSON  TX 75081-2493

AMERICAN EXPRESS
200 VESEY STREET
NEW YORK  NY 10285-0002

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AUDI FINANCIAL
CO CONSUMER CREDIT TEAM
1401 FRANKLIN BLVD
LIBERTYVILLE  IL 60048-4460

BANK OF AMERICA  NA
PO BOX 673033
DALLAS  TX 75267-3033

BARCLAYS
PO BOX 70378
PHILADELPHIA  PA 19176-0378

BLOOMINGDALES
LEXINGTON AVE
NEW YORK  NY 10022

CW NEXUS CREDIT CARD HOLDINGS L  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

CHASE BANK
270 PARK AVENUE
NEW YORK  NY 10017-2070

CITI BANK
PO BOX 6500
SIOUX FALLS  SD 57117-6500

(P)COUNSEL HOLDINGS INC
824 W 10TH ST
SUITE 200
AUSTIN TX 78701-2040

COUNSEL HOLDINGS  INC
CO JASON SLATKIN  ESQ
LORIUM LAW
101 NE 3RD AVE  SUITE 1800
FT LAUDERDALE  FLORIDA 33301-1252

EXCLUDE

(U)COUNSEL HOLDINGS  INCORPORATED

INTERNATIONAL

HONG KONG INLAND REVENUE DEPARTMENT
REVENUE TOWER
5 GLOUCESTER ROAD  WAN CHAI
HONG KONG

EXCLUDE

(U)INTERNAL REVENUE SERVICE

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA  PA 19101-7317 | JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>CO ROBERTSON  ANSCHUTZ  SCHNEID<br>CRANE  PARTNERS  PLLC<br>6409 CONGRESS AVENUE  SUITE 100<br>BOCA RATON  FL 33487-2853 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| MERRICK BANK<br>10705 S JORDAN GATEWAY 200<br>SOUTH JORDAN  UT 84095-3977 | MICHAEL CARR<br>4 17TH AVE S<br>LAKE WORTH BEACH  FL 33460-5804 | NELNET<br>PO BOX 2837<br>PORTLAND  OR 97208-2837 |
| OFFICE OF THE US TRUSTEE<br>51 SW 1ST AVE<br>SUITE 1204<br>MIAMI  FL 33130-1614 | SORLED HOLDINGS INC<br>461 TAMARIND DRIVE<br>FORT LAUDERDALE  FLORIDA 33309 | TRUIST BANK<br>ATTN SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND  VA 23285-5092 |
| US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN  NE 68508-1904 | US SMALL BUSINESS ADMINISTRATION<br>409 3RD ST  SW<br>WASHINGTON  DC 20416-0002 | US SMALL BUSINESS ADMINISTRATION<br>51 SW 1ST AVE  SUITE 201<br>MIAMI  FL 33130-1625 |
| VW CREDIT LEASING  LTD<br>CO VW CREDIT  INC<br>PO BOX 9013<br>ADDISON  TEXAS 75001-9013 | WELLS FARGO<br>420 MONTGOMERY ST<br>SAN FRANSICO  CA 94104-1298 | WELLS FARGO BANK NA  DBA WELLS FARGO AUT<br>PO BOX 169005<br>IRVING  TEXAS 75016-9005 |
| ALEXIS LAMB<br>1090 BASCOMB FARM DRIVE<br>ALPHARETTA  GA 30009-7137 | DAVID HYERS<br>703 CEDAR BAY RD<br>JACKSONVILLE  FL 32218-4931 | DAVID A RAY<br>303 SW 6TH STREET<br>FORT LAUDERDALE  FL 33315-1027 |
| DEBTOR<br><br>EVAN PHILLIP JOWERS<br>4 17TH AVE S<br>LAKE WORTH  FL 33460-5804 | JOSH CARR<br>149 DUBLIN DRIVE<br>LAKE MARY  FL 32746-3320 | KRISTOPHER AUNGST<br>PARAGON LAW  LLC<br>2665 S BAYSHORE DR  SUITE  220-1<br>MIAMI  FL 33133-5448 |
| KRISTOPHER AUNGST ESQ<br>2665 S BAYSHORE DR<br>SUITE 220-10<br>MIAMI  FL 33133-5448 | MICHAEL CARR<br>4  17TH AVE<br>LAKE WORTH BEACH  FL 33460-5804 | ROBERT E KINNEY<br>824 W 10TH STREET  SUITE 200<br>AUSTIN  TX 78701-2040 |
| ZACHARY ZERMAY<br>3000 CORAL WAY 1115<br>CORAL GABLES  FL 33145-3239 | ZACHARY Z ZERMAY<br>3000 CORAL WAY  STE 1115<br>MIAMI  FL 33145-3239 | |

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

Zachary Zermay
3000 Coral Way #1115
represented by:
Kristopher Aungst, Esq.
2665 S. Bayshore Dr.
Suite 220-10
Miami, FL 33133

ka@paragonlaw.miami

Nathan Allan Wheatley
DOJ-Ust
170 N. High St.
Ste 200
Columbus, OH 43215
David A. Ray
303 SW 6th Street
represented by:
Kristopher Aungst, Esq.
2665 S. Bayshore Dr.
Suite 220-10
Miami, FL 33133
VW Credit, Inc.
P.O. Box 5703
represented by:
Gavin N Stewart
POB 5703
Clearwater, FL 33758
Van Horn Law Group PA
500 NE 4th Street
represented by:
Chad T Van Horn
500 NE 4 St #200
Ft Lauderdale, FL 33301
Wells Fargo Bank, N.A., d/b/a Wells Fargo

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
represented by:
Martin P Ochs
Office of the US Trustee
75 Ted Turner Drive, Suite 362
Atlanta, GA 30303

martin.p.ochs@usdoj.gov

Chad T Van Horn
500 NE 4 St #200
Ft Lauderdale, FL 33301
Robert E. Kinney
824 W 10th Street, Suite 200
represented by:
Robert E Kinney
824 W 10th St., Suite 200
Austin, TX 78701
Alexis Lamb
1090 Bascomb Farm Drive

robert@kinneypc.com

Zachary Z Zermay
3000 Coral Way - Ste. 1115
Miami, FL 33145

zach@zermaylaw.com

Evan Phillip Jowers
4 17th Ave S
Lake Worth, FL 33460
represented by:
Kristopher Aungst, Esq.
2665 S. Bayshore Dr.
Suite 220-10
Miami, FL 33133

ka@paragonlaw.miami

Jason Slatkin, Esq.
Lorium Law
101 NE 3rd Avenue Suite 1800
Fort Lauderdale, FL 33301
David Hyers
703 Cedar Bay Rd

jslatkin@loriumlaw.com

Counsel Holdings, Inc.
c/o Lorium Law
101 NE 3rd Avenue, Suite 1800
represented by:
Robert E Kinney
824 W 10th St., Suite 200
Austin, TX 78701

robert@kinneypc.com

Michael Carr
4 17th Ave

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

Kristopher Aungst
Paragon Law, LLC
2665 S. Bayshore Dr., Suite # 220-10
MIAMI, FL 33133
represented by:
Kristopher Aungst, Esq.
2665 S. Bayshore Dr.
Suite 220-10
Miami, FL 33133
Josh Carr
149 Dublin Drive

ka@paragonlaw.miami