UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re

EVAN PHILLIP JOWERS,                    Chapter 11

        Debtor.                              Case No. 24-13584-MAM
_____/

## NOTICE TO WITHDRAW DOCUMENT

The Debtor hereby withdraws D.E. 181(April 2025 MOR). The document was inadvertently filed in the incorrect case, and the correct document is being filed contemporaneously with this withdrawal.

Dated:   November 21, 2025        **/s/ Kristopher Aungst**
                                                    Kristopher Aungst, Esq., Attorney for Debtor
                                                    Fla. Bar # 55348
                                                    2665 S. Bayshore Dr.,
                                                    Suite 220-10
                                                    Miami, FL 33133
                                                    Telephone: 305-812-5443
                                                    Email: ka@paragonlaw.miami

## CERTIFICATE OF SERVICE

Service of this notice was performed via BNC.

1