# Wells Fargo Clear Access Banking℠

October 31, 2025 ■ Page 1 of 6



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
1-800-TO-WELLS (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

---

Other Wells Fargo Benefits

It's Cybersecurity Awareness Month.

In today's digital world, scammers are using advanced tools like AI to make impersonation scams harder to detect. Caller ID can be spoofed, emails can be faked, voices can be cloned, and images can be altered.

Imposters may contact you with messages that:
- Are unexpected.
- Appear to be from a legitimate source but could be spoofed.
- Claim to be urgent, asking you to act right away, without thinking.
- Use language that manipulates your emotions.
- Request payment through unusually specific methods like gift cards, cryptocurrency or payment apps.

If you have any doubts about a message, call the company or government agency directly to find out if there really is a problem.

And if they're impersonating Wells Fargo, don't engage. Instead, call us right away or you can always check your account in the Wells Fargo Mobile® app* or in online banking.



Learn more at www.wellsfargo.com/scams

*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 10/1 | $15.46 |
| Deposits/Additions | 20,496.56 |
| Withdrawals/Subtractions | - 19,919.67 |
| Ending balance on 10/31 | $592.35 |

Account number:  ▮▮▮▮1196  (primary account)

EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 10/1 | | Purchase authorized on 09/30 Publix #739 Delray Beach FL S585274023748463 Card 9798 | | 11.87 | 3.59 |
| 10/2 | | Zelle From Kathleen Jowers on 10/02 Ref # Coffzq794Euv | 200.00 | | |
| 10/2 | | Purchase authorized on 10/01 Amazon Prime*NJ4PR Amzn.Com/Bill WA S355274769279478 Card 9798 | | 3.39 | |
| 10/2 | | Zelle to Jowers Tatiana on 10/02 Ref # Wfct0Zbs6Ltq | | 185.00 | |
| 10/2 | | Zelle to Jowers Tatiana on 10/02 Ref # Wfct0Zbs73Q3 | | 10.00 | 5.20 |
| 10/3 | | Zelle From Joshua Carr on 10/03 Ref # Jnv0Fsh6Igqz Momma | 200.00 | | |
| 10/3 | | Zelle to Jowers Kathy on 10/03 Ref # Wfct0Zbwswgd | | 200.00 | 5.20 |
| 10/10 | | Zelle From Kathleen Jowers on 10/10 Ref # Cof2914Ptun0 | 20.00 | | |
| 10/10 | | Zelle From Kathleen Jowers on 10/10 Ref # Cof5477Jnuxz | 20.00 | | 45.20 |
| 10/14 | | Zelle From Kathleen Jowers on 10/13 Ref # Cof5Soyb4Duv | 100.00 | | |
| 10/14 | | Purchase authorized on 10/10 Publix #739 Delray Beach FL S585283753980403 Card 9798 | | 12.36 | |
| 10/14 | | Recurring Payment authorized on 10/11 Spotify 877-778-1161 NY S355284401356989 Card 9798 | | 13.58 | |
| 10/14 | | Recurring Payment authorized on 10/11 Puls.Com 713-568-3458 CA S385284579026814 Card 9798 | | 12.90 | |
| 10/14 | | Purchase authorized on 10/13 Uber * Eats Pending San Francisco CA P000000385425850 Card 9798 | | 51.66 | |
| 10/14 | | Purchase authorized on 10/13 Uber Technologies, Inc Wilmington DE P000000481588878 Card 9798 | | 42.37 | |
| 10/14 | | Zelle to Jowers Tatiana on 10/14 Ref # Wfct0Zd33Dsk | | 2,000.00 | -1,987.67 |
| 10/15 | | Lateral Link Gro Payroll 13983100003708x Jowers, Evan P | 10,000.00 | | |
| 10/15 | | WT Fed#02C00 Airwallex (Singapo /Org=Vargas Partners Ltd. Srf# 20251015001516101610 Trn#251015015990 Rfb# | 9,956.56 | | |
| 10/15 | | Wire Trans Svc Charge - Sequence: 251015052086 Srf# Ow00006199255843 Trn#251015052086 Rfb# Ow00006199255843 | | 25.00 | |
| 10/15 | | Zelle to Croxton John on 10/14 Ref # Wfct0Zd33Whv | | 300.00 | |
| 10/15 | | Zelle to Jowers Kathy on 10/14 Ref # Wfct0Zd33Xnd | | 200.00 | |
| 10/15 | | WT 251015-052086 Bank of America, N. /Bnf=Tatiana Jowers Srf# Ow00006199255843 Trn#251015052086 Rfb# Ow00006199255843 | | 5,555.00 | |
| 10/15 | | Zelle to Zeebarth Staffin on 10/15 Ref # Wfct0Zd3Jbwf | | 50.00 | |
| 10/15 | | Purchase authorized on 10/15 Uber * Eats Pending San Francisco CA P000000884104261 Card 9798 | | 27.22 | |
| 10/15 | | Zelle to Carr Mike on 10/15 Ref # Wfct0Zd3Yf6W | | 950.00 | |
| 10/15 | | Purchase authorized on 10/15 Uber * Eats Pending San Francisco CA P000000886702508 Card 9798 | | 103.47 | |
| 10/15 | | Wells Fargo Auto Fee & Pmts 101525 7655536039 Evan,P,Jowers | | 1,774.55 | 8,983.65 |
| 10/16 | | Recurring Payment authorized on 10/15 El Car Wash Lantan 305-603-9565 FL S465288326708524 Card 9798 | | 42.79 | |
| 10/16 | | Purchase authorized on 10/15 American Air001228 Fort Worth TX S465288529338680 Card 9798 | | 453.37 | |
| 10/16 | | Recurring Payment authorized on 10/15 Peloton* Membershi Onepeloton.CO NY S355288695673216 Card 9798 | | 48.29 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/16 | | Purchase authorized on 10/15 Public Storage 206 800-567-0759 FL S585288745902438 Card 9798 | | 535.80 | |
| 10/16 | | Purchase authorized on 10/15 Amazon Mark* NM9Xs Amazon.Com/MA WA S305289094193707 Card 9798 | | 64.59 | |
| 10/16 | | Purchase authorized on 10/15 Amazon RETA* NM3Tw WWW.Amazon.CO WA S345289094236268 Card 9798 | | 37.87 | |
| 10/16 | | Zelle to Carr Mike on 10/16 Ref # Wfct0Zd6Qqyp | | 2,500.00 | |
| 10/16 | | Zelle to Jowers Tatiana on 10/16 Ref # Wfct0Zd7Y7W2 | | 1,000.00 | 4,300.94 |
| 10/17 | | Recurring Payment authorized on 10/16 Hydrow Subscriptio Hydrow.Com MA S385289442687071 Card 9798 | | 44.00 | |
| 10/17 | | Zelle to Jowers Tatiana on 10/17 Ref # Wfct0Zdbk2G8 | | 1,000.00 | |
| 10/17 | | Zelle to Carr Mike on 10/17 Ref # Wfct0Zdcznzv | | 550.00 | |
| 10/17 | | Hard Rock Bet Viatrustly Evan Jowers | | 200.00 | 2,506.94 |
| 10/20 | | Zelle to Carr Josh on 10/20 Ref # Wfct0Zdnkh9R | | 200.00 | |
| 10/20 | | Zelle to Dean on 10/20 Ref # Wfct0Zdntlnq | | 10.00 | |
| 10/20 | | Hard Rock Bet Viatrustly Evan Jowers | | 75.00 | |
| 10/20 | | Hard Rock Bet Viatrustly Evan Jowers | | 100.00 | 2,121.94 |
| 10/23 | | Purchase authorized on 10/22 Omnia Nightclub 702-2128804 NV S345295306835517 Card 9798 | | 84.62 | |
| 10/23 | | Purchase authorized on 10/22 Omnia Nightclub 702-2128804 NV S305295345973742 Card 9798 | | 56.85 | 1,980.47 |
| 10/24 | | Purchase authorized on 10/22 Desert Cab Las Vegas NV S355295373394636 Card 9798 | | 15.86 | |
| 10/24 | | Purchase authorized on 10/23 Gtfcharge 844-211-8832 Cze S465296475049240 Card 9798 | | 59.90 | |
| 10/24 | | Purchase authorized on 10/23 American Air001447 Fort Worth TX S355296715080027 Card 9798 | | 97.00 | 1,807.71 |
| 10/27 | | Recurring Payment authorized on 10/23 Google *Youtube G.CO/Helppay# CA S585297030835870 Card 9798 | | 15.84 | |
| 10/27 | | Recurring Payment authorized on 10/24 Netflix.Com 408-5403700 CA S385297402299976 Card 9798 | | 28.30 | |
| 10/27 | | Purchase authorized on 10/24 Curb Lv Taxi NEW C Astoria NY S385297659132244 Card 9798 | | 33.71 | |
| 10/27 | | Purchase authorized on 10/24 Jamba IN The D Gat Las Vegas NV S345297674978292 Card 9798 | | 11.71 | |
| 10/27 | | Purchase authorized on 10/24 Clt Cnbc News Shop Charlotte NC S385298025708952 Card 9798 | | 14.41 | |
| 10/27 | | Purchase authorized on 10/24 Fll Valet Parking Fort Lauderda FL S585298153498972 Card 9798 | | 150.00 | |
| 10/27 | | Purchase authorized on 10/26 Uber * Eats Pending San Francisco CA P000000181184932 Card 9798 | | 27.14 | 1,526.60 |
| 10/28 | | Recurring Payment authorized on 10/27 Sxm*Siriusxm.Com/A 888-635-5144 NY S585300434991124 Card 9798 | | 28.29 | 1,498.31 |
| 10/29 | | Purchase authorized on 10/29 Uber *Baciamiitalia San Francisco CA P000000886607188 Card 9798 | | 71.43 | 1,426.88 |
| 10/30 | | Purchase authorized on 10/29 Hsmv Mydmvportal Tpereq@Tylert FL S385302581109616 Card 9798 | | 84.10 | |
| 10/30 | | Recurring Payment authorized on 10/29 Hydrow Subscriptio Hydrow.Com MA S465303045715795 Card 9798 | | 44.00 | 1,298.78 |
| 10/31 | | Purchase authorized on 10/30 Pet Wants Palm Bea Lake Worth FL S345303694133055 Card 9798 | | 28.10 | |
| 10/31 | | Purchase authorized on 10/30 Thaikyo Asian Fusi Manalapan FL S305303729052605 Card 9798 | | 37.57 | |
| 10/31 | | Zelle to Jowers Tatiana on 10/31 Ref # Wfct0Zfqq2Jd | | 555.00 | |
| 10/31 | | Purchase authorized on 10/31 Wholefds Dbr#107 680 Lint Delray Beach FL P585305013043592 Card 9798 | | 80.76 | |
| 10/31 | | Monthly Service Fee | | 5.00 | 592.35 |
| Totals | | | $20,496.56 | $19,919.67 | |



## Transaction History (continued)

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2025 - 10/31/2025 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Age of primary account owner | 13 - 24 | ☐ |

RD/RD



# ✓ IMPORTANT ACCOUNT INFORMATION

**Other Wells Fargo Benefits**

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

    Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

    Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

    Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name and account number (if any).
    2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    3. Tell us the dollar amount of the suspected error.

    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

    Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



| | Number | Items outstanding | Amount |
|---|---|---|---|
Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement.. . . . . . . . . . . . . . . .  $ _____

ADD
B. Any deposits listed in your      $ _____
   register or transfers into       $ _____
   your account which are not       $ _____
   shown on your statement.        + $ _____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above. . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register. . . . . . . . . . . . . . . . . . . . . .  $ _____

| | | Total $ | |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

