# Wells Fargo Clear Access Banking<sup>SM</sup>

November 30, 2025 ■ Page 1 of 6



EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)
4 17TH AVE S
LAKE WORTH FL 33460-5804

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

1-800-TO-WELLS  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Tips to help avoid AI powered scams

Artificial Intelligence (AI) now makes it easy for scammers to produce fake yet convincing videos or calls from people you know to get you to act fast without verifying it's real.

Be wary of unusual requests - even from a family member or close friend. Look for deep fake red flags like robotic voices or unnatural facial movements.

Always confirm identities, use codewords with loved ones, double check requests, and limit the personal information you share online.

Learn more at wellsfargo.com/securitybrochure.



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 11/1 | $592.35 |
| Deposits/Additions | 11,747.00 |
| Withdrawals/Subtractions | - 12,313.88 |
| Ending balance on 11/30 | $25.47 |

Account number: ▮▮▮▮ 1196  (primary account)

EVAN P JOWERS
DEBTOR IN POSSESSION
CH11 CASE # 24-13584 (SFL)

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 11/3 | | Zelle From Kathleen Jowers on 11/02 Ref # Cofgbyj7Ymx7 | 300.00 | | |
| 11/3 | | Purchase authorized on 10/31 Tst* Vale Food CO. Delray Beach FL S585304834156356 Card 9798 | | 40.96 | |
| 11/3 | | Purchase authorized on 11/01 Uber Technologies, Inc Wilmington DE P000000784027967 Card 9798 | | 43.38 | |
| 11/3 | | Purchase authorized on 11/02 Tst*Bagels with DE Delray Beach FL S345306635703355 Card 9798 | | 32.68 | |
| 11/3 | | Recurring Payment authorized on 11/02 Spotify 877-778-1161 NY S465307011383254 Card 9798 | | 13.58 | |
| 11/3 | | Hard Rock Bet Viatrustly Evan Jowers | | 100.00 | |
| 11/3 | | Hard Rock Bet Viatrustly Evan Jowers | | 110.00 | |
| 11/3 | | Hard Rock Bet Viatrustly Evan Jowers | | 200.00 | |
| 11/3 | | ATT Payment 110125 736862001Smt2S Valued Customer | | 317.60 | 34.15 |
| 11/4 | | Zelle From Tatiana Jowers on 11/04 Ref # Bacy49Zu2Ji7 Family Support | 555.00 | | |
| 11/4 | | Purchase authorized on 11/04 Uber Technologies, Inc Wilmington DE P000000085395634 Card 9798 | | 27.29 | |
| 11/4 | | Purchase authorized on 11/04 Uber Technologies, Inc Wilmington DE P000000980020322 Card 9798 | | 40.46 | 521.40 |
| 11/5 | | Zelle From Kathleen Jowers on 11/05 Ref # Coftiw9Dbwqv | 20.00 | | |
| 11/5 | | Purchase authorized on 11/04 Public Storage 206 800-567-0759 FL S355308513489829 Card 9798 | | 449.00 | |
| 11/5 | | Recurring Payment authorized on 11/04 Puls.Com 713-568-3458 CA S345308546606235 Card 9798 | | 12.90 | 79.50 |
| 11/6 | | Recurring Payment authorized on 11/05 Peloton* Membershi Onepeloton.CO NY S465309692113556 Card 9798 | | 54.86 | 24.64 |
| 11/7 | | Purchase authorized on 11/05 Chick-Fil-A #04737 Lantana FL S305309758562567 Card 9798 | | 18.66 | 5.98 |
| 11/10 | | Zelle From Tatiana Jowers on 11/08 Ref # Bacx9H1Ugzk0 | 100.00 | | |
| 11/10 | | Purchase authorized on 11/08 Delray Marathon Delray Beach FL P000000982347503 Card 9798 | | 10.05 | |
| 11/10 | | Purchase authorized on 11/08 Publix Super Mar 555 NE 5 Delray Beach FL P385312646513940 Card 9798 | | 56.11 | |
| 11/10 | | Purchase authorized on 11/09 The Seed Atlantic Delray Beach FL S465313545595496 Card 9798 | | 13.86 | 25.96 |
| 11/12 | | Zelle From Kathleen Jowers on 11/11 Ref # Cofqrqjcxra5 | 25.00 | | |
| 11/12 | | Purchase authorized on 11/10 Jaha Del LLC 561-6838444 FL S305314497945497 Card 9798 | | 24.59 | |
| 11/12 | | Purchase authorized on 11/11 Delray Marathon Delray Beach FL P000000083387433 Card 9798 | | 10.05 | 16.32 |
| 11/13 | | Purchase authorized on 11/11 Tst*Reys Tacos Lantana FL S465315846854768 Card 9798 | | 9.76 | |
| 11/13 | | Zelle to Jowers Tatiana on 11/13 Ref # Wfct0Zh5BG6S | | 1,555.00 | |
| 11/13 | | Zelle to Jowers Tatiana on 11/13 Ref # Wfct0Zh5Bkdm | | 1,000.00 | |
| 11/13 | | Zelle to Jowers Kathy on 11/13 Ref # Wfct0Zh5Bl75 | | 300.00 | |
| 11/13 | | Zelle to Carr Mike on 11/13 Ref # Wfct0Zh6D384 | | 645.00 | |
| 11/13 | | Purchase authorized on 11/13 Delray Marathon Delray Beach FL P000000280949967 Card 9798 | | 80.18 | -3,573.62 |
| 11/14 | | Lateral Link Gro Payroll 14359300019403x Jowers, Evan P | 400.00 | | |
| 11/14 | | Lateral Link Gro Payroll 14359300019402x Jowers, Evan P | 10,000.00 | | |
| 11/14 | | Purchase authorized on 11/13 Wholefds Dbr#107 680 Lint Delray Beach FL P305318085759119 Card 9798 | | 220.82 | |
| 11/14 | | Purchase authorized on 11/13 Amazon.Com*B819F6H Amzn.Com/Bill WA S355318129064243 Card 9798 | | 37.23 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 11/14 | | Zelle to Carr Mike on 11/14 Ref # Wfct0Zh8Xrw3 | | 2,800.00 | |
| 11/14 | | Quarterly Fee Payment 251113 6Reaalr63M1 Evan P Jowers | | 847.00 | 2,921.33 |
| 11/17 | | Instant Pmt From Hard Rock Bet Credit Via Trust-Hard Rock Bet on 11/16 Ref#20251116021214273P1Bh0N599489113268 | 227.00 | | |
| 11/17 | | Recurring Payment authorized on 11/14 El Car Wash Lantan 305-603-9565 FL S355318362366536 Card 9798 | | 42.79 | |
| 11/17 | | Hard Rock Bet Viatrustly Evan Jowers | | 100.00 | |
| 11/17 | | Hard Rock Bet Viatrustly Evan Jowers | | 100.00 | |
| 11/17 | | Hard Rock Bet Viatrustly Evan Jowers | | 200.00 | |
| 11/17 | | Wells Fargo Auto Fee & Pmts 111525 7655536039 Evan,P,Jowers | | 1,774.55 | 930.99 |
| 11/18 | | Purchase authorized on 11/17 Geico *Auto 800-841-3000 DC S385321686085929 Card 9798 | | 5.00 | |
| 11/18 | | Purchase authorized on 11/18 Uber Technologies, Inc Wilmington DE P000000447172973 Card 9798 | | 29.60 | 896.39 |
| 11/19 | | Zelle From Kathleen Jowers on 11/19 Ref # Cof0Xlcymc0U | 100.00 | | |
| 11/19 | | Zelle to Jowers Tatiana on 11/19 Ref # Wfct0Zhsvtgq | | 685.00 | 311.39 |
| 11/20 | | Quarterly Fee Payment 251119 6Reqa8L5L71 Evan P Jowers | | 250.00 | 61.39 |
| 11/21 | | Purchase authorized on 11/21 Cvs/Pharmacy #05 05205--3 Boynton Beach FL P385325848869284 Card 9798 | | 17.89 | 43.50 |
| 11/24 | | Recurring Payment authorized on 11/21 Paypal *Godaddy.CO 402-935-7733 AZ S345325640482763 Card 9798 | | 22.19 | 21.31 |
| 11/25 | | Recurring Payment authorized on 11/23 Google *Youtube G.CO/Helppay# CA S345328030843813 Card 9798 | | 15.84 | 5.47 |
| 11/28 | | Zelle From Kathleen Jowers on 11/28 Ref # Cofsvmy671Tm | 20.00 | | 25.47 |
| Totals | | | $11,747.00 | $12,313.88 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $5.00 | You paid $0.00 | |
|------|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| · Total amount of qualifying electronic deposits | $250.00 | $10,627.00 | ☑ |
| · Age of primary account owner | 13 - 24 | | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RD/RD



# IMPORTANT ACCOUNT INFORMATION



We previously communicated that as of November 10, 2025, we're adjusting the schedule for posting the monthly service fee to your account. If a monthly service fee applies, it will be calculated on the last day of the fee period and posted on the first business day of the next fee period.

The update has been delayed. We will begin updating accounts in January 2026.

———————————

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement.. . . . . . . . . . . . . . $_____

**ADD**
B. Any deposits listed in your    $_____
register or transfers into    $_____
your account which are not    $_____
shown on your statement.    + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above. . . . . . . . . - $_____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . $_____

| Number | Items outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total $ |  |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

