# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| IN RE: | CASE NO: 24-13584-MAM |
|---|---|
| EVAN PHILLIP JOWERS | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 213 |

On 12/12/2025, I did cause a copy of the following documents, described below,

Order Dismissing Case ECF Docket Reference No. 213

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/12/2025

/s/ Kristopher Aungst
Kristopher Aungst  55348
Attorney for Debtor
Paragon Law, LLC
2665 S. Bayshore Dr., Suite # 220-10
MIAMI, FL 33133
305-812-5443
kris.aungst.law@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 24-13584-MAM |
| EVAN PHILLIP JOWERS | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 11 <br> ECF Docket Reference No. 213 |

On 12/12/2025, a copy of the following documents, described below,

Order Dismissing Case ECF Docket Reference No. 213

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/12/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kristopher Aungst
Paragon Law, LLC
2665 S. Bayshore Dr., Suite # 220-10
MIAMI, FL  33133

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-13584-MAM<br>SOUTHERN DISTRICT OF FLORIDA<br>FRI DEC 12 9-17-47 PST 2025 | COUNSEL HOLDINGS  INC<br>CO LORIUM LAW<br>101 NE 3RD AVENUE  SUITE 1800<br>FORT LAUDERDALE  FL 33301-1252 | VW CREDIT  INC<br>PO BOX 5703<br>CLEARWATER  FL 33758-5703 |
| VAN HORN LAW GROUP PA<br>500 NE 4TH STREET<br>FORT LAUDERDALE  FL 33301-1163 | WELLS FARGO BANK  NA  DBA WELLS FARGO AU<br>PO BOX 169005<br>IRVING  TX 75016-9005 | ~~EXCLUDE~~<br>(U)~~WEST PALM BEACH~~ |
| 01 SIXT RENT A CAR LLC RAC<br>PO BOX 131<br>CHAMPLIN  MN<br>55316-0131 | ADAMS AND REESE LLP<br>1901 6TH AVENUE NORTH<br>SUITE 1110<br>BIRMINGHAM  ALABAMA 35203-4667 | ADAMS AND REESE LLP<br>CO RON C BINGHAM  II  ESQ<br>3424 PEACHTREE ROAD  NE  SUITE 1600<br>ATLANTA  GA 30326-1139 |
| AFFIRM INC<br>650 CALIFORNIA STREET  12TH FLOOR<br>SAN FRANCISCO  CA 94108-2716 | ALLSTATE CAR INSURANCE<br>1501 N PLANO RD SUITE 100<br>RICHARDSON  TX 75081-2493 | AMERICAN EXPRESS<br>200 VESEY STREET<br>NEW YORK  NY 10285-0002 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | AUDI FINANCIAL<br>CO CONSUMER CREDIT TEAM<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE  IL 60048-4460 | BANK OF AMERICA  NA<br>PO BOX 673033<br>DALLAS  TX 75267-3033 |
| BARCLAYS<br>PO BOX 70378<br>PHILADELPHIA  PA 19176-0378 | BLOOMINGDALES<br>LEXINGTON AVE<br>NEW YORK  NY 10022 | CW NEXUS CREDIT CARD HOLDINGS L  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE  SC 29603-0368 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE  NC 28272-1083 | CHASE BANK<br>270 PARK AVENUE<br>NEW YORK  NY 10017-2070 |
| CITI BANK<br>PO BOX 6500<br>SIOUX FALLS  SD 57117-6500 | (P)COUNSEL HOLDINGS INC<br>824 W 10TH ST<br>SUITE 200<br>AUSTIN TX 78701-2040 | COUNSEL HOLDINGS  INC<br>CO JASON SLATKIN  ESQ<br>LORIUM LAW<br>101 NE 3RD AVE  SUITE 1800<br>FT LAUDERDALE  FLORIDA 33301-1252 |
| ~~EXCLUDE~~<br>(U)~~COUNSEL HOLDINGS  INCORPORATED~~ | INTERNATIONAL<br>HONG KONG INLAND REVENUE DEPARTMENT<br>REVENUE TOWER<br>5 GLOUCESTER ROAD  WAN CHAI<br>HONG KONG | ~~EXCLUDE~~<br>(U)~~INTERNAL REVENUE SERVICE~~ |

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA  PA 19101-7317

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO ROBERTSON  ANSCHUTZ  SCHNEID
CRANE  PARTNERS  PLLC
6409 CONGRESS AVENUE  SUITE 100
BOCA RATON  FL 33487-2853

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MERRICK BANK
10705 S JORDAN GATEWAY 200
SOUTH JORDAN  UT 84095-3977

MICHAEL CARR
4 17TH AVE S
LAKE WORTH BEACH  FL 33460-5804

NELNET
PO BOX 2837
PORTLAND  OR 97208-2837

OFFICE OF THE US TRUSTEE
51 SW 1ST AVE
SUITE 1204
MIAMI  FL 33130-1614

SORLED HOLDINGS INC
461 TAMARIND DRIVE
FORT LAUDERDALE  FLORIDA 33309

TRUIST BANK
ATTN SUPPORT SERVICES
PO BOX 85092
RICHMOND  VA 23285-5092

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN  NE 68508-1904

US SMALL BUSINESS ADMINISTRATION
409 3RD ST  SW
WASHINGTON  DC 20416-0002

US SMALL BUSINESS ADMINISTRATION
51 SW 1ST AVE  SUITE 201
MIAMI  FL 33130-1625

VW CREDIT LEASING  LTD
CO VW CREDIT  INC
PO BOX 9013
ADDISON  TEXAS 75001-9013

WELLS FARGO
420 MONTGOMERY ST
SAN FRANSICO  CA 94104-1298

WELLS FARGO BANK NA  DBA WELLS FARGO AUT
PO BOX 169005
IRVING  TEXAS 75016-9005

ALEXIS LAMB
1090 BASCOMB FARM DRIVE
ALPHARETTA  GA 30009-7137

DAVID HYERS
703 CEDAR BAY RD
JACKSONVILLE  FL 32218-4931

DAVID A RAY
303 SW 6TH STREET
FORT LAUDERDALE  FL 33315-1027

DEBTOR

EVAN PHILLIP JOWERS
4 17TH AVE S
LAKE WORTH  FL 33460-5804

JOSH CARR
149 DUBLIN DRIVE
LAKE MARY  FL 32746-3320

KRISTOPHER AUNGST
PARAGON LAW  LLC
2665 S BAYSHORE DR  SUITE  220-1
MIAMI  FL 33133-5448

KRISTOPHER AUNGST ESQ
2665 S BAYSHORE DR
SUITE 220-10
MIAMI  FL 33133-5448

MICHAEL CARR
4  17TH AVE
LAKE WORTH BEACH  FL 33460-5804

ROBERT E KINNEY
824 W 10TH STREET  SUITE 200
AUSTIN  TX 78701-2040

ZACHARY ZERMAY
3000 CORAL WAY 1115
CORAL GABLES  FL 33145-3239

ZACHARY Z ZERMAY
3000 CORAL WAY  STE 1115
MIAMI  FL 33145-3239

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

Zachary Zermay
3000 Coral Way #1115
represented by:
Kristopher Aungst, Esq.
2665 S. Bayshore Dr.
Suite 220-10
Miami, FL 33133

ka@paragonlaw.miami

Nathan Allan Wheatley
DOJ-Ust
170 N. High St.
Ste 200
Columbus, OH 43215
David A. Ray
303 SW 6th Street
represented by:
Kristopher Aungst, Esq.
2665 S. Bayshore Dr.
Suite 220-10
Miami, FL 33133
VW Credit, Inc.
P.O. Box 5703
represented by:
Gavin N Stewart
POB 5703
Clearwater, FL 33758
Van Horn Law Group PA
500 NE 4th Street
represented by:
Chad T Van Horn
500 NE 4 St #200
Ft Lauderdale, FL 33301
Wells Fargo Bank, N.A., d/b/a Wells Fargo

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
represented by:
Martin P Ochs
Office of the US Trustee
75 Ted Turner Drive, Suite 362
Atlanta, GA 30303

martin.p.ochs@usdoj.gov

Chad T Van Horn
500 NE 4 St #200
Ft Lauderdale, FL 33301
Robert E. Kinney
824 W 10th Street, Suite 200
represented by:
Robert E Kinney
824 W 10th St., Suite 200
Austin, TX 78701
Alexis Lamb
1090 Bascomb Farm Drive

robert@kinneypc.com

Zachary Z Zermay
3000 Coral Way - Ste. 1115
Miami, FL 33145

zach@zermaylaw.com

Evan Phillip Jowers
4 17th Ave S
Lake Worth, FL 33460
represented by:
Kristopher Aungst, Esq.
2665 S. Bayshore Dr.
Suite 220-10
Miami, FL 33133

ka@paragonlaw.miami

Jason Slatkin, Esq.
Lorium Law
101 NE 3rd Avenue Suite 1800
Fort Lauderdale, FL 33301
David Hyers
703 Cedar Bay Rd

jslatkin@loriumlaw.com

Counsel Holdings, Inc.
c/o Lorium Law
101 NE 3rd Avenue, Suite 1800
represented by:
Robert E Kinney
824 W 10th St., Suite 200
Austin, TX 78701

robert@kinneypc.com

Michael Carr
4 17th Ave

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

Kristopher Aungst
Paragon Law, LLC
2665 S. Bayshore Dr., Suite # 220-10
MIAMI, FL 33133
represented by:
Kristopher Aungst, Esq.
2665 S. Bayshore Dr.
Suite 220-10
Miami, FL 33133
Josh Carr
149 Dublin Drive

ka@paragonlaw.miami