United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 24-13584-MAM |
| Evan Phillip Jowers | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 12, 2025 | Form ID: pdf001 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evan Phillip Jowers, 4 17th Ave S, Lake Worth, FL 33460-5804 |
| aty | + | Kristopher Aungst, Paragon Law, LLC, 2665 S. Bayshore Dr., Suite # 220-10, MIAMI, FL 33133-5448 |
| intp | + | Alexis Lamb, 1090 Bascomb Farm Drive, Alpharetta, GA 30009-7137 |
| cr | + | Counsel Holdings, Inc., c/o Lorium Law, 101 NE 3rd Avenue, Suite 1800, Fort Lauderdale, FL 33301-1252 |
| sp | + | David A. Ray, 303 SW 6th Street, Fort Lauderdale, FL 33315-1027 |
| intp | + | David Hyers, 703 Cedar Bay Rd, Jacksonville, FL 32218-4931 |
| intp | + | Josh Carr, 149 Dublin Drive, Lake Mary, FL 32746-3320 |
| intp | + | Michael Carr, 4 17th Ave, Lake Worth Beach, FL 33460-5804 |
| cr | + | Van Horn Law Group PA, 500 NE 4th Street, Fort Lauderdale, FL 33301-1163 |
| sp | + | Zachary Zermay, 3000 Coral Way #1115, Coral Gables, FL 33145-3239 |
| 97368357 | | 01 Sixt Rent A Car LLC Rac, PO Box 131, Champlin, MN, 55316-0131 |
| 97655417 | + | Adams and Reese LLP, 1901 6th Avenue North, Suite 1110, Birmingham, Alabama 35203-4667 |
| 97648843 | #+ | Adams and Reese LLP, c/o Ron C. Bingham, II, Esq., 3424 Peachtree Road, NE, Suite 1600, Atlanta, GA 30326-1139 |
| 97333999 | + | Allstate Car Insurance, 1501 N Plano Rd Suite 100, Richardson, TX 75081-2493 |
| 97333994 | + | Barclays, P.O. Box 70378, Philadelphia, PA 19176-0378 |
| 97333996 | | Bloomingdales, Lexington Ave, New York, NY 10022 |
| 97436536 | + | Counsel Holdings, Inc., c/o Jason Slatkin, Esq., Lorium Law, 101 NE 3rd Ave., Suite 1800, Ft. Lauderdale, Florida 33301-1252 |
| 97655416 | | Hong Kong Inland Revenue Department, Revenue Tower, 5 Gloucester Road, Wan Chai,, Hong Kong |
| 97333988 | + | Michael Carr, 4 17th Ave S., Lake Worth Beach, FL 33460-5804 |
| 97655418 | | Sorled Holdings Inc., 461 Tamarind Drive, Fort Lauderdale, Florida 33309 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Dec 13 2025 04:18:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | | EDI: IRS.COM | Dec 13 2025 04:18:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Dec 12 2025 23:50:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| sp | + | Email/Text: admin@kinneyrecruiting.com | Dec 12 2025 23:50:00 | Robert E. Kinney, 824 W 10th Street, Suite 200, Austin, TX 78701-2040 |
| cr | + | Email/Text: bk@stewartlegalgroup.com | Dec 12 2025 23:50:00 | VW Credit, Inc., P.O. Box 5703, Clearwater, FL 33758-5703 |
| cr | + | EDI: WFFC2 | Dec 13 2025 04:18:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 97333998 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 13 2025 00:40:25 | Affirm Inc., 650 California Street., 12th floor, San Francisco, CA 94108-2716 |
| 97333991 | + | Email/PDF: bncnotices@becket-lee.com | | |

| District/off: 113C-9 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2025 | Form ID: pdf001 | Total Noticed: 48 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 97389183 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2025 23:53:26 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| | | | Dec 12 2025 23:53:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 97333990 | + | EDI: G2RSVOLKSWGN | Dec 13 2025 04:19:00 | Audi Financial, c/o Consumer Credit Team, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 97440280 | | EDI: BANKAMER | Dec 13 2025 04:18:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 97333994 | ^ | MEBN | Dec 12 2025 23:40:34 | Barclays, P.O. Box 70378, Philadelphia, PA 19176-0378 |
| 97333984 | | Email/Text: admin@kinneyrecruiting.com | Dec 12 2025 23:50:00 | Counsel Holdings, Inc., 824 W. 10th St., Suite 200, Austin, TX 78701 |
| 97374251 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2025 23:53:18 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 97333993 | | EDI: CAPITALONE.COM | Dec 13 2025 04:18:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 97345012 | | EDI: CAPITALONE.COM | Dec 13 2025 04:18:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97333987 | + | EDI: JPMORGANCHASE | Dec 13 2025 04:18:00 | Chase Bank, 270 Park Avenue, New York, NY 10017-2070 |
| 97333995 | + | EDI: CITICORP | Dec 13 2025 04:18:00 | Citi Bank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 97388427 | + | Email/Text: RASEBN@raslg.com | Dec 12 2025 23:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 97352289 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 23:54:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97333997 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2025 23:53:19 | Merrick Bank, 10705 S. Jordan Gateway #200, South Jordan, UT 84095-3977 |
| 97333985 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 12 2025 23:51:00 | Nelnet, PO Box 2837, Portland, OR 97208-2837 |
| 97422974 | + | Email/Text: bankruptcy@bbandt.com | Dec 12 2025 23:50:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 97362385 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 12 2025 23:51:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 97651946 | + | Email/Text: bankruptcynotices@sba.gov | Dec 12 2025 23:51:00 | U.S. Small Business Administration, 51 S.W. 1st Ave, Suite 201, Miami, FL 33130-1625 |
| 97333992 | + | Email/Text: bankruptcynotices@sba.gov | Dec 12 2025 23:48:00 | U.S. Small Business Administration, 409 3rd St., SW, Washington, D.C. 20416-0002 |
| 97431834 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Dec 12 2025 23:49:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 97333989 | + | EDI: WFFC2 | Dec 13 2025 04:18:00 | Wells Fargo, 420 Montgomery St., San Fransico, CA 94104-1298 |
| 97348052 | + | EDI: WFFC2 | Dec 13 2025 04:18:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, IRVING, TEXAS 75016-9005 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 113C-9 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2025 | Form ID: pdf001 | Total Noticed: 48 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97333880 | | Counsel Holdings, Incorporated |
| 97333886 | | Internal Revenue Service |
| 97333986 | * | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad T Van Horn | on behalf of Creditor Van Horn Law Group PA Chad@cvhlawgroup.com chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,VanHorn.ChadB104447@notify.bestcase.com,van- |
| Gavin N Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Jason Slatkin, Esq. | on behalf of Creditor Counsel Holdings Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Counter-Defendant Counsel Holdings Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Plaintiff Counsel Holdings Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Kristopher Aungst, Esq. | on behalf of Attorney Kristopher Aungst ka@paragonlaw.miami ka@paragonlaw.miami |
| Kristopher Aungst, Esq. | on behalf of Special Counsel Zachary Zermay ka@paragonlaw.miami ka@paragonlaw.miami |
| Kristopher Aungst, Esq. | on behalf of Defendant Evan Phillip Jowers ka@paragonlaw.miami ka@paragonlaw.miami |
| Kristopher Aungst, Esq. | on behalf of Debtor Evan Phillip Jowers ka@paragonlaw.miami ka@paragonlaw.miami |
| Kristopher Aungst, Esq. | on behalf of Special Counsel David A. Ray ka@paragonlaw.miami ka@paragonlaw.miami |
| Kristopher Aungst, Esq. | on behalf of Counter-Claimant Evan Phillip Jowers ka@paragonlaw.miami ka@paragonlaw.miami |
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert E Kinney | on behalf of Counter-Defendant Counsel Holdings Inc. robert@kinneypc.com, kinneyrob888@recap.email |
| Robert E Kinney | on behalf of Creditor Counsel Holdings Inc. robert@kinneypc.com, kinneyrob888@recap.email |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 12, 2025 | Form ID: pdf001 | Total Noticed: 48 |

Robert E Kinney
           on behalf of Plaintiff Counsel Holdings  Inc. robert@kinneypc.com, kinneyrob888@recap.email

Robert E Kinney
           on behalf of Special Counsel Robert E. Kinney robert@kinneypc.com  kinneyrob888@recap.email

Zachary Z Zermay
           on behalf of Defendant Evan Phillip Jowers zach@zermaylaw.com

Zachary Z Zermay
           on behalf of Debtor Evan Phillip Jowers zach@zermaylaw.com

Zachary Z Zermay
           on behalf of Counter-Claimant Evan Phillip Jowers zach@zermaylaw.com


TOTAL: 20



**ORDERED in the Southern District of Florida on December 11, 2025.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re EVAN PHILLIP JOWERS,	Chapter 11

        Debtor.	Case No. 24-13584-MAM
_____/

### ORDER GRANTING MOTION TO DISMISS

On October 16, 2025, Debtor, Evan Phillip Jowers (the "Debtor"), through undersigned counsel, pursuant to 11 U.S.C. § 1112(b) filed a Motion to Dismiss his bankruptcy case (the "Motion")(D.E. 194).

On November 13, 2025, the Court conducted a hearing on the Motion (*See* D.E. 196). There were no objections or responses to the Motion.

Having considered the Motion, the record in this case, the lack of any response or objection, and arguments of counsel for the Debtor, it is hereby:

    **ORDERED:**

1. The Motion (D.E. 194) is **GRANTED.**

2. The Debtor's bankruptcy case (Case No. 24-13584-MAM) is **DISMISSED** pursuant to 11 U.S.C. § 1112(b).

3. The Debtor remains liable for any outstanding United States Trustee fees that have not been paid and this Court retains jurisdiction over the payment of those fees.

4. The Debtor remains liable for any outstanding approved fees to his bankruptcy and special counsel that were approved by the Court, but remain unpaid, and this Court retains jurisdiction over those outstanding fees.

###

**Submitted by:**
Kristopher Aungst
Florida Bar No.: 55348
ka@paragonlaw.miami
2665 S. Bayshore Dr.
Suite 220-10
Miami, FL 33133
T: 305-812-5443

Kristopher Aungst is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.